# Exhibit F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA MCFADDEN | |
| Plaintiff | |
| v. | Civil Action No. 2:08-cv-00193 |
| THE PULLMAN GROUP, LLC | |
| Defendant | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between all parties to this

action, by their undersigned counsel, as follows:

1. On consent of the parties, Defendant's Motion to Stay Proceedings and Compel
   Arbitration is hereby granted, and this Action is ordered to arbitration in New York,
   New York under New York Law under the auspices of the American Arbitration
   Association ("AAA") pursuant to ¶ 11 of the agreement dated May 2, 2002 between
   The Pullman Group, LLC, Gene McFadden and John Whitehead (the "Agreement").

2. The parties are hereby ordered to continue the proceedings in arbitration, and any and
   all claims arising out of or related to the Agreement by all or any of the parties shall
   be determined in the arbitration proceeding, including, but not limited to, defendant's
   counterclaims.

3. The parties further agree that they will not challenge the authenticity of the signatures

on the Agreement or the fact that the Agreement was executed in the Arbitration

proceeding or any other proceeding related to the Agreement.

4. This Court retains jurisdiction over the parties to enforce and administer all orders,

awards, directives and findings rendered in the Arbitration proceeding.

By: _____

Oren J. Warshavsky
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Phone: (212) 704-6213

*Counsel for Plaintiff*

By: _____

Jonathan J. Ross
CAPLAN & ROSS, LLP.
100 Park Avenue
18th Floor
New York, NY 10017
Phone: (212) 973-2376

*Counsel for Defendant*

So Ordered This _____ day of _____ 2008.

_____
U.S.D.J.

# Exhibit G

# BMI

New York Writer/Publisher Relations Office
320 West 57th Street
New York, NY 10019-3790

Nashville Writer/Publisher Relations Office
10 Music Square East
Nashville, TN 37203-4399

Los Angeles Writer/Publisher Relations Office
8730 Sunset Boulevard
Los Angeles, CA 90069-2210

London Writer/Publisher Relations Office
84 Harley House, Marylebone Road
London NWI 5HN, England

Page 1    of   7

## Royalty Statement

**Affiliate:** MC FADDEN GENE
**Account No:** 000224598-D9645

**CAE No:** 062.10.73.15

**Distribution Date:** October 23, 1998

**U.S. Performance Period:**     1ST QUARTER 1998
**International:**               81ST ACCOUNTING

### Summary of Current Royalty Earnings

| Description | U.S. | International |
|---|---|---|
| Current Earnings | $1,350.23 | $4,319.37 |
| Amount Paid/Direct Deposited | $1,350.23 | $4,319.37 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Taxes Withheld | Current | Year to Date |
|---|---|---|
|  |  |  |
|  |  |  |

### Summary of Year to Date Royalties as of October 23, 1998

| Description | Payments | Adjustments | Applied to Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $5,438.63 | $0.00 | $0.00 | $0.00 |
| International | $13,983.53 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |
|  |  |  |  |  |
| Totals: | $19,422.16 | $0.00 | $0.00 | $0.00 |



**BMI**

New York Writer/Publisher Relations Office
320 West 57th Street
New York, NY 10019

Los Angeles Writer/Publisher Relations Office
8730 Sunset Boulevard
Los Angeles, CA 90069

Miami Writer/Publisher Relations Office
5201 Blue Lagoon Dr., Suite 310
Miami, FL 33126

Nashville Writer/Publisher Relations Office
10 Music Square East
Nashville, TN 37203

London Writer/Publisher Relations Office
84 Harley House, Marylebone Road
London NW1 5HN, England

Atlanta Writer/Publisher Relations Office
3636 Habersham Rd., Suite 1103
Atlanta, GA 30305

## Royalty Statement

Page 1 of 9

**Affiliate:** MC FADDEN GENE
    **Account No:** 000224598

**CAE No:** 062.10.73.15

**Distribution Date:** July 11, 2001

**U.S. Performance Period:** 4TH QUARTER 2000
**International:** 92ND ACCOUNTING

### Summary of Current Royalty Earnings

| Description | U.S. | International | Total |
|---|---|---|---|
| Current Earnings | $2,258.52 | $2,189.44 | $4,447.96 |
| Amount Paid/Direct Deposited | $2,258.52 | $2,189.44 | $4,447.96 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### Summary of Year to Date Royalties as of July 11, 2001

| Description | Payments | Adjustments | Applied to Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $6,637.77 | $0.00 | $0.00 | $0.00 |
| International | $10,426.99 | $0.00 | $0.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** | $17,064.76 | $0.00 | $0.00 | $0.00 |

Questions About Your Statement? Call: (212) 586-2000 or visit bmi.com
BMI's Next Distribution Will Occur During: **October 2001**    Moving? Please Notify BMI in Writing.
Retain This Statement for Future Reference. Charges May Apply for Duplicate Copies.

Please separate at the perforation below before cashing or depositing

**BMI**

New York Writer/Publisher Relations Office
320 West 57th Street
New York, NY 10019-3790

Nashville Writer/Publisher Relations Office
10 Music Square East
Nashville, TN 37203-4399

Los Angeles Writer/Publisher Relations Office
8730 Sunset Boulevard
Los Angeles, CA 90069-2210

London Writer/Publisher Relations Office
84 Harley House, Marylebone Road
London NWI 5HN, England

Page 1 | of 8

## Royalty Statement

Affiliate: MC FADDEN GENE
Account No: 000224598-D9645

CAE No: 062.10.73.15

Distribution Date: October 22, 1999

U.S. Performance Period:     1ST QUARTER 1999
International:                85TH ACCOUNTING

### Summary of Current Royalty Earnings

| Description | U.S. | International | Total |
|---|---|---|---|
| Current Earnings | $1,920.77 | $4,287.65 | $6,208.42 |
| Amount Paid/Direct Deposited | $1,920.77 | $4,287.65 | $6,208.42 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### Summary of Year to Date Royalties as of October 22, 1999

| Description | Payments | Adjustments | Applied to Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $6,121.78 | $0.00 | $0.00 | $0.00 |
| International | $15,081.31 | $0.00 | $0.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** | $21,203.09 | $0.00 | $0.00 | $0.00 |

Questions About Your Statement? Call: (212) 586-2000 or visit bmi.com
BMI's Next Distribution Will Occur During: January 2000     Moving? Please Notify BMI in Writing.

# BMI

New York Writer/Publisher Relations Office
320 West 57th Street
New York, NY 10019-3790

Nashville Writer/Publisher Relations Office
10 Music Square East
Nashville, TN 37203-4399

Los Angeles Writer/Publisher Relations Office
8730 Sunset Boulevard
Los Angeles, CA 90069-2210

London Writer/Publisher Relations Office
84 Harley House, Marylebone Road
London NWI 5HN, England

Page 1    of   8

## Royalty Statement

**Affiliate:** MC FADDEN GENE
**Account No:** 000224598-D9645

**CAE No:** 062.10.73.15

**Distribution Date:** October 22, 1999

**U.S. Performance Period:**   1ST QUARTER 1999
**International:**   85TH ACCOUNTING

### Summary of Current Royalty Earnings

| Description | U.S. | International | Total |
|---|---|---|---|
| Current Earnings | $1,920.77 | $4,287.65 | $6,208.42 |
| Amount Paid/Direct Deposited | $1,920.77 | $4,287.65 | $6,208.42 |

### Summary of Year to Date Royalties as of October 22, 1999

| Description | Payments | Adjustments | Applied to Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $6,121.78 | $0.00 | $0.00 | $0.00 |
| International | $15,081.31 | $0.00 | $0.00 | $0.00 |
| Totals: | $21,203.09 | $0.00 | $0.00 | $0.00 |

Questions About Your Statement? Call: (212) 586-2000 or visit bmi.com
BMI's Next Distribution Will Occur During: January 2000    Moving? Please Notify BMI in Writing.
Please separate at the perforation below before cashing or depositing.

**BROADCAST MUSIC, INC.**
320 West 57th Street
New York, NY 10019-3790

# BMI U.S. Feature Royalties Statement

Participant: MC FADDEN GENE    D9645H

Page: 2 of 2    Period: 1ST QTR 1997    Distribution Date: Oct 17, 1997    Quarter Ending: Mar 31, 1997

| Title | Song # | Series / Film | Episode | Performances Source | Performances Count | Use | Bonus Levels | Your Percentage | Amount |
|---|---|---|---|---|---|---|---|---|---|
| I LL ALWAYS LOVE MY MAMA | A230347 | | | RADIO | 1,126 | RF | E | 25.00 | 27.1 |
| I LL ALWAYS LOVE MY MAMA | A230347 | MARTIN | SOPHOMORE JINX | CABLE | 1 | PF | | 25.00 | 0.0 |
| I LL ALWAYS LOVE MY MAMA | A230347 | MARTIN | SOPHOMORE JINX | FOXTV | 160 | PF | | 25.00 | 12.4 |
| I LL ALWAYS LOVE MY MAMA | A230347 | MARTIN | SOPHOMORE JINX | LOCAL | 1 | PF | | 25.00 | 0.0 |
| MORE I GET THE MORE I WANT | A424220 | | | DCA | 3 | FF | | 33.33 | 0.2 |
| MORE I GET THE MORE I WANT | A424220 | | | RADIO | 150 | RF | | 33.33 | 3.0 |
| ONE MORE TIME | A651995 | BAD BOYS | | CABLE | 1 | BG | | 33.33 | 0.4 |
| ONE MORE TIME | A651995 | BAD BOYS | | LOCAL | 5 | BG | | 33.33 | 1.4 |
| WAKE UP EVERYBODY | A358439 | | | COLRD | 151 | RF | | 33.33 | 2.5 |
| WAKE UP EVERYBODY | A358439 | | | DCA | 9 | FF | | 33.33 | 0.6 |
| WAKE UP EVERYBODY | A358439 | | | M-BVC | 557 | | | 33.33 | 6.2 |
| WAKE UP EVERYBODY | A358439 | | | RADIO | 2,940 | RF | E | 33.33 | 68.0 |
| WHERE ARE ALL MY FRIENDS | A325095 | | | RADIO | 856 | RF | E | 33.33 | 23.3 |

| SUMMARY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | CABLE TELEVISION | 11 | | | | $ | 10.4 |
| | | | DIGITAL CABLE AUDIO | 55 | | | | $ | 3.6 |
| | | | LIVE CONCERTS | 33 | | | | $ | 204.7 |
| | | | LOCAL TELEVISION | 609 | | | | $ | 312.0 |
| | | | RADIO | 35,803 | | | | $ | 703.8 |
| | | | TOTAL EARNINGS | | | | | $ | 1,234.7 |
| | | | PAID BY CHECK: GENE MC FADDEN | | | | | $ | 1,234.7 |

*The value of all performances has been enhanced by revenues from General Licensing. These revenues represent an important source of income for you, and include fees from many sources such as restaurants, bars, hotels, concerts, retail stores and theme parks.*



As you know, BMI distributes all moneys received in accordance with each year's surveyed performances after deducting our operating expenses. Requests for adjustments for prior years are an unfair burden on current



**BROADCAST MUSIC, INC.**
**320 West 57th Street**
**New York, NY 10019-3790**

D9645W

# BMI U.S. Feature Royalties Statement

Participant: **MC FADDEN GENE**     **D9645W**

Page: 2 of 2     Period: 4TH QTR 1996     Distribution Date: **Jul 18, 1997**     Quarter Ending: **Dec 31, 1996**

| Title | Song # | Series / Film | Episode | Performances Source | Performances Count | Use | Bonus Levels | Your Percentage | Amount |
|---|---|---|---|---|---|---|---|---|---|
| I LL ALWAYS LOVE MY MAMA | A230347 | | | RADIO | 931 | RF | E | 25.00 | 17.83 |
| IF YOU KNOW LIKE I KNOW | A521408 | | | COLRD | 93 | RF | | 33.33 | 1.67 |
| ONE MORE TIME | A651995 | BAD BOYS | | CABLE | 2 | BG | | 33.33 | 2.11 |
| ONE MORE TIME | A651995 | BAD BOYS | | LOCAL | 9 | BG | | 33.33 | 2.64 |
| WAKE UP EVERYBODY | A358439 | | | N-SVC | 205 | | | 33.33 | 2.24 |
| WAKE UP EVERYBODY | A358439 | | | RADIO | 2,588 | RF | E | 33.33 | 82.91 |
| WHERE ARE ALL MY FRIENDS | A325095 | | | RADIO | 363 | RF | E | 33.33 | 10.24 |
| WHY OH WHY | A544806 | | | RADIO | 204 | RF | | 33.33 | 2.04 |
| SUMMARY | | | CABLE TELEVISION | | 11 | | | $ | 22.83 |
| | | | DART ROYALTIES 1992 - 1994 | | 1 | | | $ | 6.18 |
| | | | LOCAL TELEVISION | | 74 | | | $ | 25.79 |
| | | | NETWORK TELEVISION | | 175 | | | $ | 22.00 |
| | | | PBS TELEVISION | | 16 | | | $ | 0.39 |
| | | | RADIO | | 39,551 | | | $ | 897.74 |
| | | | TOTAL EARNINGS | | | | | $ | 974.93 |
| | | | PAID BY CHECK: GENE MC FADDEN | | | | | $ | 974.93 |

*The value of all performances has been enhanced by revenues from General Licensing.*
*These revenues represent an important source of income for you, and include fees from*
*many sources such as restaurants, bars, hotels, concerts, retail stores and theme parks.*



As you know, BMI distributes all moners received in accordance with each year's survered performances after deducting our operating expenses. Redirect for adjustments to your claim are as usual burden of numerous performance and royalty distributions. If you believe that there has been an error or omission in your statement, please notify the BMI Writer/Publisher Relations office with which you regularly deal. IN WRITING, of the perceived omission or error. Your liability must be received by BMI within nine months of the mailing date of any statement, and any adjustment will be limited to that statement. BMI will not be able to consider any adjustment requests unless

**Broadcast Music, Inc.**
**320 West 57th Street**

**BMI** BROADCAST MUSIC, INC.
320 West 57th Street
New York, NY 10019-3790

D9645W

## BMI Foreign Royalties Statement

Participant: MC. FADDEN GENE
Distribution: WINTER 1997

D9645W
Date Issued: Dec 18, 1997

Page: 6 of 6    Period: 79TH ACCTG

| Country | Society | Title | Series / Film | Episode | Amount |
|---|---|---|---|---|---|
| SUMMARY | | | ARGENTINA | | $ 41.72 |
| | | | AUSTRALIA | | $ 47.50 |
| | | | CANADA | | $ 121.18 |
| | | | DENMARK | | $ 81.10 |
| | | | ESTONIA | | $ 0.12 |
| | | | FINLAND | | $ 198.32 |
| | | | FRANCE | | $ 417.39 |
| | | | GREECE | | $ 2.54 |
| | | | INDONESIA | | $ 12.19 |
| | | | IRELAND | | $ 9.99 |
| | | | ISRAEL | | $ 0.56 |
| | | | ITALY | | $ 227.07 |
| | | | JAPAN | | $ 159.65 |
| | | | MALAYSIA | | $ 69.39 |
| | | | MEXICO | | $ 3.02 |
| | | | NETHERLANDS | | $ 1,173.92 |
| | | | NORWAY | | $ 25.25 |
| | | | PORTUGAL | | $ 2.03 |
| | | | SINGAPORE | | $ 22.74 |
| | | | SOUTH AFRICA | | $ 784.27 |
| | | | SPAIN | | $ 232.44 |
| | | | SWEDEN | | $ 159.79 |
| | | | SWITZERLAND | | $ 2.60 |
| | | | TAIWAN | | $ 0.31 |
| | | | UNITED KINGDOM | | $ 1,690.07 |
| | | | | | |
| | | | TOTAL EARNINGS | | $ 5,485.16 |
| | | | PAID BY CHECK: GENE MC FADDEN | | $ 5,485.16 |



Broadcast Music, Inc.
320 West 57th Street

As you know, BMI distributes all moneys in accordance with BMI's policies and with information given by the respective foreign societies, after deducting 3.6% for operating expenses. If you believe that there has been an error or mistake in your statement, please notify the BMI Writer/Publisher Relations office with which you regularly deal. IN WRITING, of the perceived mistake or error. Your inquiry must be received by BMI within nine months of the mailing date of any statement, and any adjustment will be limited to that statement. We will not be able to consider

**BMI**

New York Writer/Publisher Relations Office
320 West 57th Street
New York, NY 10019-3790

Nashville Writer/Publisher Relations Office
10 Music Square East
Nashville, TN 37203-4399

Los Angeles Writer/Publisher Relations Office
8730 Sunset Boulevard
Los Angeles, CA 90069-2210

London Writer/Publisher Relations Office
84 Harley House, Marylebone Road
London NWI 5HN, England

Page 1    of   8

## Royalty Statement

Affiliate: MC FADDEN GENE
         Account No: 000224598-D9645

Distribution Date: April 22, 1999

CAE No: 062.10.73.15

U.S. Performance Period:     3RD QUARTER 1998
          International:     83RD ACCOUNTING

### Summary of Current Royalty Earnings

| Description | U.S. | International | Total |
|---|---|---|---|
| Current Earnings | $1,629.07 | $4,181.67 | $5,810.74 |
| Amount Paid/Direct Deposited | $1,629.07 | $4,181.67 | $5,810.74 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### Summary of Year to Date Royalties as of April 22, 1999

| Description | Payments | Adjustments | Applied to Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $2,809.72 | $0.00 | $0.00 | $0.00 |
| International | $8,349.39 | $0.00 | $0.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals: | $11,159.11 | $0.00 | $0.00 | $0.00 |

Questions About Your Statement? Call: (212) 586-2000 or visit bmi.com
BMI's Next Distribution Will Occur During: July   1999   Moving? Please Notify BMI in Writing.
Please separate at the perforation below before cashing or depositing

BROADCAST MUSIC, INC.
320 West 57th Street
New York, NY   10019-3790

D9645W

gn Royalties Statement

Participant: MC FADDEN GENE

D9645W

Period: 80TH ACCTG

Distribution: SUMMER 1998

Date issued: Jun 16, 1998

| Society | Title | Series / Film | Episode | Amount |
|---------|-------|---------------|---------|--------|
| | | ARGENTINA | | $ 8.07 |
| | | AUSTRALIA | | $ 24.12 |
| | | AUSTRIA | | $ 268.26 |
| | | BELGIUM | | $ 470.28 |
| | | BRAZIL | | $ 37.49 |
| | | CANADA | | $ 197.92 |
| | | CZECH REPUBLIC | | $ 1.49 |
| | | FINLAND | | $ 61.96 |
| | | FRANCE | | $ 130.85 |
| | | GERMANY | | $ 1,860.30 |
| | | HONG KONG | | $ 23.37 |
| | | HUNGARY | | $ 14.04 |
| | | IRELAND | | $ 168.60 |
| | | ISRAEL | | $ 8.81 |
| | | ITALY | | $ 581.24 |
| | | JAPAN | | $ 279.29 |
| | | MALAYSIA | | $ 14.63 |
| | | NETHERLANDS | | $ 8.04 |
| | | POLAND | | $ 10.08 |
| | | RUSSIA | | $ 1.18 |
| | | SLOVAK REPUBLIC | | $ 11.50 |
| | | SOUTH AFRICA | | $ 809.53 |
| | | SPAIN | | $ 103.49 |
| | | SWEDEN | | $ 124.70 |
| | | SWITZERLAND | | $ 266.00 |
| | | UNITED KINGDOM | | $ 4,178.99 |
| | | | | |
| | | TOTAL EARNINGS | | $ 9,664.16 |
| | | PAID BY CHECK: GENE MC FADDEN | | $ 9,664.16 |

As you know, BMI distributes all moneys in accordance with BMI's policies and with information given by the respective foreign societies, after deducting 3.6% for operating expenses. If you believe that there has been an error or omission in your statement, please notify the BMI Writer/Publisher Relations office with which you regularly deal, IN WRITING, of the perceived omission or error. Your inquiry must be received by BMI within nine months of the mailing date of any statement, and any adjustment will be limited to that statement. We will not be able to consider any adjustment requests unless received within the nine month period specified above.

# BROADCAST MUSIC, INC.
## 320 West 57th Street
## New York, NY  10019-3790

D9645W

# BMI U.S. Feature Royalties Statement

Participant: **MC FADDEN GENE**

D9645W

Page:  3  of  3          Period: 4TH QTR 1997

Distribution Date:  **Jul 17, 1998**     Quarter Ending: **Dec 31, 1997**

| Title | Song # | Series / Film | Episode | Performances Source | Performances Count | Use | Bonus Levels | Your Percentage | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SUMMARY | | | CABLE NETWORK | | 185 | | | | $ 86.0 |
| | | | COMMERCIAL MUSIC SERVICES | | 12,428 | | | | $ 146.8 |
| | | | NETWORK TELEVISION | | 943 | | | | $ 326.4 |
| | | | PBS / NPR | | 2 | | | | $ 0.0 |
| | | | RADIO | | 27,284 | | | | $ 579.4 |
| | | | SUPERSTATIONS | | 34 | | | | $ 7.7 |
| | | | TV LOCAL BLANKET | | 6,330 | | | | $ 502.9 |
| | | | TV LOCAL PER PROGRAM | | 254 | | | | $ 235.7 |
| | | | | | | | | | |
| | | | TOTAL EARNINGS | | | | | | $ 1,885.2 |
| | | | PAID BY CHECK: GENE MCFADDEN | | | | | | $ 1,885.2 |

*The value of all domestic and radio performances has been enhanced by revenues from General Licensing. These revenues represent an important source of income for you, and include fees from many sources such as restaurants, bars, hotels, concerts, retail stores and theme parks.*

As you know, BMI distributes all moneys received in accordance with each year's surveyed performances after deducting our operating expenses.  Requests for adjustments for prior years are an unfair burden on current performance royalty distributions.  If you believe that there has been an error or omission in your statement, please notify the BMI Writer/Publisher Relations office with which you regularly deal, IN WRITING, of the perceived omission or error.  Your inquiry must be received by BMI within nine months of the mailing date of any statement, and any adjustment will be limited to that statement.  We will not be able to consider any adjustment requests unless received within the nine month period specified above.

# BMI

Broadcast Music, Inc.
320 West 57th Street
New York, NY  10019-3790

**BROADCAST MUSIC, INC.**
320 West 57th Street
New York, NY 10019-3790

D9645W

## BMI U.S. Feature Royalties Statement

Participant: MC FADDEN GENE
Distribution Date: Apr 17, 1998   Quarter Ending: Sep 30, 1997

D9645W

Page: 3 of 3   Period: 3RD QTR 1997

| Title | Song # | Series / Film | Episode | Performances Source | Performances Count | User Levels | Bonus / Percentage | Year | Amount |
|-------|--------|---------------|---------|---------------------|--------------------|-------------|---------------------|------|--------|
| SUMMARY | | | CABLE NETWORK | | 900 | | | | $ 21.71 |
| | | | DIGITAL CABLE AUDIO | | 54 | | | | $ 3.02 |
| | | | INTERNET | | 18 | | | | $ 0.10 |
| | | | LIVE CONCERTS | | 10 | | | | $ 119.45 |
| | | | NETWORK TELEVISION | | 151 | | | | $ 90.46 |
| | | | PBS / NPR | | 325 | | | | $ 7.77 |
| | | | RADIO | | 35,167 | | | | $ 669.57 |
| | | | SUPERSTATIONS | | 21 | | | | $ 3.10 |
| | | | TV LOCAL BLANKET | | 1,423 | | | | $ 252.04 |
| | | | TV LOCAL PER PROGRAM | | 104 | | | | $ 83.27 |
| | | | TOTAL EARNINGS | | | | | | $ 1,250.49 |
| | | | PAID BY CHECK: GENE MC FADDEN | | | | | | $ 1,250.49 |

*The value of all domestic radio and television performances has been enhanced by revenues from General Licensing. These revenues represent an important source of income for you, and include fees from many sources such as restaurants, bars, hotels, concerts, retail stores and theme parks.*

Broadcast Music, Inc.
320 West 57th Street
New York, NY 10019-3790

As you know, BMI distributes all moneys received in accordance with each year's surveyed performances after deducting our operating expenses. Requests for adjustments for prior years are an unfair burden on current performance royalty distributions. If you believe that there has been an error or omission in your statement, please notify the BMI Writer/Publisher Relations office with which you regularly deal. IN WRITING, of the perceived omission or error. Your inquiry must be received by BMI within nine months of the mailing date of this statement, and any adjustment will be limited to that statement. We will not be able to consider any adjustment requests unless received within the nine month period specified above.

**BMI**

New York Writer/Publisher Relations Office
320 West 57th Street
New York, NY 10019-3790

Nashville Writer/Publisher Relations Office
10 Music Square East
Nashville, TN 37203-4399

Los Angeles Writer/Publisher Relations Office
8730 Sunset Boulevard
Los Angeles, CA 90069-2210

London Writer/Publisher Relations Office
84 Harley House, Marylebone Road
London NW1 5HN, England

Page 1     of   7

## Royalty Statement

Affiliate: MC FADDEN GENE
    Account No: 000224598-D9645

CAE No: 062.10.73.15

Distribution Date: October 23, 1998

U.S. Performance Period:     1ST QUARTER 1998
          International:         81ST  ACCOUNTING

### Summary of Current Royalty Earnings

| Description | U.S. | International |
|---|---|---|
| Current Earnings | $1,350.23 | $4,319.37 |
| Amount Paid/Direct Deposited | $1,350.23 | $4,319.37 |
| | | |
| | | |
| | | |
| | | |

| Taxes Withheld | Current | Year to Date |
|---|---|---|
| | | |
| | | |

### Summary of Year to Date Royalties as of October 23, 1998

| Description | Payments | Adjustments | Applied to Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $5,438.63 | $0.00 | $0.00 | $0.00 |
| International | $13,983.53 | $0.00 | $0.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| Totals: | $19,422.16 | $0.00 | $0.00 | $0.00 |

**BMI** ®

| | | |
|---|---|---|
| New York Writer/Publisher Relations Office<br>320 West 57th Street<br>New York, NY 10019 | Los Angeles Writer/Publisher Relations Office<br>8730 Sunset Boulevard<br>Los Angeles, CA 90069 | Miami Writer/Publisher Relations Office<br>5201 Blue Lagoon Dr., Suite 310<br>Miami, FL 33126 |
| Nashville Writer/Publisher Relations Office<br>10 Music Square East<br>Nashville, TN 37203 | London Writer/Publisher Relations Office<br>84 Harley House, Marylebone Road<br>London NWI 5HN, England | Atlanta Writer/Publisher Relations Office<br>3636 Habersham Rd., Suite 1103<br>Atlanta, GA 30305 |

## Royalty Statement

Page 1     of    9

Affiliate: MC FADDEN GENE
Account No: 000224598

CAE No: 062.10.73.15

Distribution Date: July 11, 2001

U.S. Performance Period:     4TH QUARTER 2000
International:     92ND ACCOUNTING

### Summary of Current Royalty Earnings

| Description | U.S. | International | Total |
|---|---|---|---|
| Current Earnings | $2,258.52 | $2,189.44 | $4,447.96 |
| Amount Paid/Direct Deposited | $2,258.52 | $2,189.44 | $4,447.96 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### Summary of Year to Date Royalties as of   July 11, 2001

| Description | Payments | Adjustments | Applied to<br>Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $6,637.77 | $0.00 | $0.00 | $0.00 |
| International | $10,426.99 | $0.00 | $0.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals: | $17,064.76 | $0.00 | $0.00 | $0.00 |

Questions About Your Statement? Call: (212) 586-2000 or visit bmi.com
NMD: Next Distribution Will Occur During: October 2001     Moving? Please Notify BMI in Writing
Retain This Statement for Future Reference. Charges May Apply for Duplicate Copies.
Please see reverse of this statement for instructions for inquiries.

# Exhibit H

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 2001

PAYEE :      (014431000)  *

GENE MC FADDEN
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA  19119

IN ACCOUNT WITH : (014431000)  GENE MC FADDEN

| | | | BALANCE LAST PERIOD : | 1578.11 |

| DATE | REFERENCE | COMMENT | | |
|------|-----------|---------|---|---|
| 1/24/01 | AUPAY | AUTOMATIC PAYMENT MADE VIA ACCOUNTS PYBL | | 1578.11 - |
| 2/21/01 | 00340738 | ROYALTY PAYMENT | | 2500.00 - |
| 3/31/01 | FED EX | FEDERAL EXPRESS CHARGES | | 28.00 - |
| 3/31/01 | RDYLTS | ROYALTIES FOR PERIOD TO 03/2001 | | 6707.75 |
| 3/31/01 | TF014431001 | ROYALTY GENE MC FADDEN | | 1678.29 |

BALANCE THIS PERIOD :      5858.04

PAYMENT NOW DUE :      5858.04

MIGHTY THREE MUSIC GROUP                                           735

S U M M A R Y   S T A T E M E N T

FOR PERIOD JULY TO SEPTEMBER 1999


**GENE MCFADDEN**
**7219 BRYAN STREET**                      TAX ID 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
**PHILADELPHIA, PA 19119**


PAYEE:(14431000002)

PAYMENTS                                          2500.00-

ROYALTIES EARNED BY
GENE MC FADDEN
YOUR SHARE 100.000                               24792.26
                                                 ------------
PAYMENT NOW BEING MADE                           22292.26
                                                 ------------

WARNER CHAPPELL
MUSIC, INC.                    www.warnerchappell.com

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1999

GENE MCFADDEN
7219 BRYAN STREET
PHILADELPHIA, PA   19119

TAX ID 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

PAYEE : (14431000002)

ADVANCE CK #295136
DATED 4/19/99                                5000.00-

ADVANCE CK #287314
DATED 1/5/99                                 1500.00-

ROYALTIES EARNED BY
GENE MCFADDEN
YOUR SHARE  100.000                         12301.07

                                         ----------------

PAYMENT NOW BEING MADE                       5801.07

                                         ----------------

WARNER/CHAPPELL
MUSIC, INC.          3585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-6705     FAX: 310-470-4634          A Warner Music Group Company



WARNER/CHAPPELL MUSIC, INC.
A WARNER MUSIC GROUP COMPANY
10585 Santa Monica Boulevard
Los Angeles, California 90025-4950
Tel: (310) 441-8600

312174

01/26/2000

**CHECK TOTAL**
*****7,354.01

| CO CHARGED | DOC REF | DESCRIPTION | NARRATIVE | | | AMOUNT |
|---|---|---|---|---|---|---|
| MIGHTY THREE | | 14431000 000 | Royalties for period ended December 31, 1999 | | | 7,354.01 |

76773

331 - 0454

610-896-8677

Fred

3888

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD APRIL TO JUNE 1995

TAX ID 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

GENE MC FADDEN
C/O MCFADDEN ENT INC
7219 N BRYAN STREET
PHILADELPHIA, PA 19119

IN ACCOUNT WITH : (14431000) GENE MC FADDEN

BALANCE LAST PERIOD :      20876.36

| DATE | REF. | | |
|------|------|---|---|
| 5/11/95 | AUPAY | AUTOMATIC PAYMENT MADE VIA ACCOUNTS PY | 20876.36 - |
| 6/30/95 | ROYLTS | ROYALTIES FOR PERIOD TO 06/1995 | 897.03 |
| 6/30/95 | TF14431001 | ROYALTY GENE MC FADDEN | 224.28 |

BALANCE THIS PERIOD :      1121.31

PAYMENT NOW DUE  :      1121.31

WARNER/CHAPPELL
MUSIC, INC.            10585 Santa Monica Boulevard, Los Angeles, CA   90025-6701   FAX 310-470-4660      A Warner Music Group

297842

WARNER/CHAPPELL MUSIC
10585 Santa Monica Boulevard
Los Angeles, California 90025-4950
Tel: (310) 441-8600

05/04/99

CHECK TOTAL
5,803.37

| DATE | DOC REF | DESCRIPTION | NARRATIVE | AMOUNT |
|---|---|---|---|---|
| 05/03 | 050399 | | ROYALTIES FOR P/E 03/31/99 | 5,803.37 |

62225

288764

WARNER/CHAPPELL MUSIC
10585 Santa Monica Boulevard
Los Angeles, California 90025-4950
Tel: (310) 441-8600

01/28/99

CHECK TOTAL
****6,156.50

| CO CHARGED | DOC REF | DESCRIPTION | NARRATIVE | | AMOUNT |
|---|---|---|---|---|---|
| MIGHTY THRE | | 14431000 002 | Royalties for period ended December 31, 1999 | | 6,156.50 |

52964

4392

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1996

TAX ID 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

GENE MC FADDEN
25% BONUS ACCOUNT

IN ACCOUNT WITH : (14431001) GENE MC FADDEN

| DATE | REF. | | |
|------|------|---|---|
| 3/31/96 | ROYLTS | ROYALTIES FOR PERIOD TO 03/1996 | 3261.01 |
| 3/31/96 | TT14431000 | TRANSFER OF BALANCE TO MAIN ACCOUNT | 3261.01 - |
| | | BALANCE THIS PERIOD : | 0.00 |

WARNER/CHAPPELL
MUSIC, INC.     10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705     FAX: 310-470-4834     A Warner Music Group Cor

MIGHTY THREE MUSIC GROUP                                    4005

S U M M A R Y    S T A T E M E N T

FOR PERIOD APRIL TO JUNE 1996


GENE MC FADDEN                              TAX ID 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
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA 19119


IN ACCOUNT WITH : (14431000) GENE MC FADDEN

                                    BALANCE LAST PERIOD :    11238.77

DATE     REF.

4/20/96 AUPAY        AUTOMATIC PAYMENT MADE VIA ACCOUNTS PY    11238.77 -
6/30/96 ROYLTS       ROYALTIES FOR PERIOD TO 06/1996            6415.77
6/30/96 TF14431001   ROYALTY GENE MC FADDEN                     1604.23
6/30/96 FED EX       FEDERAL EXPRESS CHARGES DATED 5/2/96         25.00 -

                                    BALANCE THIS PERIOD :      7995.00
                                                            --------------

                                    PAYMENT NOW DUE  :        7995.00


WARNER/CHAPPELL
MUSIC, INC.

10585 Santa Monica Boulevard, Los Angeles, CA   310-441-8705   FAX: 310-470-4634

A Warner Music Group Company

MIGHTY THREE MUSIC GROUP                     659

S U M M A R Y   S T A T E M E N T

FOR PERIOD JULY TO SEPTEMBER 1997


**GENE MCFADDEN**                              TAX ID 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
**7219 BRYAN STREET**
**PHILADELPHIA, PA 19119**


**PAYEE:(14431000002)**

                        ROYALTIES EARNED BY
                        GENE MC FADDEN
                        YOUR SHARE 100.000              17918.97
                                                    --------------
                        PAYMENT NOW BEING MADE          17918.97
                                                    --------------

WARNER/CHAPPELL
MUSIC, INC.          10585 Santa Monica Boulevard. Los Angeles. CA 90025   310-441-8705   FAX: 310-470-4634   A Warner Music Group Com

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD APRIL TO JUNE 2001

PAYEE :     (014431000)  *


GENE MC FADDEN
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA  19119


IN ACCOUNT WITH : (014431000)  GENE MC FADDEN

|  |  |  | BALANCE LAST PERIOD : | 5858.04 |

| DATE | REFERENCE | COMMENT |  |
|------|-----------|---------|--|
| 4/27/01 | AUPAY | AUTOMATIC PAYMENT MADE VIA ACCOUNTS PYBL | 5858.04 - |
| 6/19/01 | 00345857 | ROYALTY PAYMENT | 2000.00 - |
| 6/30/01 | FED EX | FEDERAL EXPRESS CHARGES | 28.00 - |
| 6/30/01 | ROYLTS | ROYALTIES FOR PERIOD TO 06/2001 | 8577.63 |
| 6/30/01 | TF014431001 | ROYALTY GENE MC FADDEN | 2144.11 |

BALANCE THIS PERIOD :     8693.74

PAYMENT NOW DUE :     8693.74

TI, APPEL
www.wascarebsppddl.com
5025 Perur Nomar Boulevord  Les Angeres     Cilagob     3408-125 5



**BROADCAST MUSIC, INC.**
320 West 57th Street
New York, NY 10019-3790

D9645W

## BMI Foreign Royalties Statement

| | |
|---|---|
| Page: 6 of 6 | Participant: MC FADDEN GENE |
| Period: 79TH ACCTG | Distribution: WINTER 1997 |
| | Date Issued: Dec 18, 1997 |
| | D9645W |

| Country | Society | Title | Series / Film | Episode | Amount |
|---|---|---|---|---|---|
| SUMMARY | | | ARGENTINA | | $ 41.72 |
| | | | AUSTRALIA | | $ 47.50 |
| | | | CANADA | | $ 121.18 |
| | | | DENMARK | | $ 81.10 |
| | | | ESTONIA | | $ 0.12 |
| | | | FINLAND | | $ 198.32 |
| | | | FRANCE | | $ 417.39 |
| | | | GREECE | | $ 2.54 |
| | | | INDONESIA | | $ 12.19 |
| | | | IRELAND | | $ 9.99 |
| | | | ISRAEL | | $ 0.56 |
| | | | ITALY | | $ 227.07 |
| | | | JAPAN | | $ 159.65 |
| | | | MALAYSIA | | $ 69.39 |
| | | | MEXICO | | $ 3.02 |
| | | | NETHERLANDS | | $ 1,173.92 |
| | | | NORWAY | | $ 25.25 |
| | | | PORTUGAL | | $ 2.03 |
| | | | SINGAPORE | | $ 22.74 |
| | | | SOUTH AFRICA | | $ 7 77 |
| | | | SPAIN | | $ 2 |
| | | | SWEDEN | | $ 159.79 |
| | | | SWITZERLAND | | $ 2.60 |
| | | | TAIWAN | | $ 0.31 |
| | | | UNITED KINGDOM | | $ 1,690.07 |
| | | | | | |
| | | | TOTAL EARNINGS | | $ 5,485.16 |
| | | | PAID BY CHECK: GENE MC FADDEN | | $ 5,485.16 |

As you know, BMI distributes all moneys in accordance with BMI's policies and with information given by the respective foreign societies, after deducting 3.6% for operating expenses. If you believe that there has been an error or omission in your statement, please notify the BMI Writer/Publisher Relations office with which you regularly deal. IN WRITING, of the perceived omission or error. Your inquiry must be received by BMI within nine months of the mailing date of any statement, and any adjustment will be limited to that statement. We will not be able to consider

**BMI**
Broadcast Music, Inc.
20 West 57th Street



**BROADCAST MUSIC INC.**
320 West 57th Street
New York, NY   10019-3790

| BMI U.S. Feature Royalties Statement | | | | | | | | | | D9645W |

**Participant:** MC FADDEN GENE
**Distribution Date:** Jul 18, 1997   **Quarter Ending:** Dec 31, 1996
**Page:** 2 of 2   **Period:** 4TH QTR 1996

| Title | Song # | Series / Film | Episode | Performances Source | Count | Use | Bonus Levels | Your Percentage | Amount |
|---|---|---|---|---|---|---|---|---|---|
| I LL ALWAYS LOVE MY MAMA | A230347 | | | RADIO | 931 | RF | E | 25.00 | 17.83 |
| IF YOU KNOW LIKE I KNOW | A521408 | | | COLRD | 93 | RF | | 53.33 | 1.67 |
| ONE MORE TIME | A651995 | BAD BOYS | | CABLE | 2 | BG | | 53.33 | 2.11 |
| ONE MORE TIME | A651995 | BAD BOYS | | LOCAL | 9 | BG | | 53.33 | 2.64 |
| WAKE UP EVERYBODY | A358439 | | | N-SVC | 205 | | | 53.33 | 2.24 |
| WAKE UP EVERYBODY | A358439 | | | RADIO | 2,588 | RF | E | 53.33 | 82.91 |
| WHERE ARE ALL MY FRIENDS | A325095 | | | RADIO | 363 | RF | E | 53.33 | 10.24 |
| WHY OH WHY | A544806 | | | RADIO | 204 | RF | | 53.33 | -2.04 |
| | | | | | | | | | |
| SUMMARY | | | CABLE TELEVISION | 11 | | | | | $    22.83 |
| | | | DART ROYALTIES 1992 – 1994 | 1 | | | | | $     6.18 |
| | | | LOCAL TELEVISION | 74 | | | | | $    25.79 |
| | | | NETWORK TELEVISION | 175 | | | | | $    22.00 |
| | | | PBS TELEVISION | 16 | | | | | $     0.39 |
| | | | RADIO | 39,551 | | | | | $   897.74 |
| | | | | | | | | | |
| | | | TOTAL EARNINGS | | | | | | $   974.93 |
| | | | PAID BY CHECK: GENE MC FADDEN | | | | | | $   974.93 |

*The value of all performances has been enhanced by revenues from General Licensing.
These revenues represent an important source of income for you, and include fees from
many sources such as restaurants, bars, hotels, concerts, retail stores and theme parks.*

**BMI**
Broadcast Music, Inc.
320 West 57th Street

As you know, BMI distributes all moneys received in accordance with each year's surveyed performances after
deducting our operating expenses.  Requests for adjustments for prior years are an unfair burden on current
performance royalty distributions.  If you believe that there has been an error or omission in your statement, please
notify the BMI Writer/Publisher Relations office with which you regularly deal, IN WRITING, of the perceived
omission or error.  Your inquiry must be received by BMI within nine months of the mailing date of any statement,



**320 West 57th Street**
**New York, NY 10019-3790**

## BMI U.S. Feature Royalties Statement

Participant: MC FADDEN GENE                    D96 u>n

Page:   2  of   2      Period: 1ST QTR 1997        Distribution Date: Oct 17, 1997    Quarter Ending: Mar 31, 1997

| Title | Song # | Series / Film | Episode | Performances Source | Count | Use | Bonus Levels | Your Percentage | Amount |
|---|---|---|---|---|---|---|---|---|---|
| I LL ALWAYS LOVE MY MAMA | A230347 | | | RADIO | 1,126 | RF | E | 25.00 | 27.1 |
| I LL ALWAYS LOVE MY MAMA | A230347 | MARTIN | SOPHOMORE JINX | CABLE | 1 | PF | | 25.00 | 0.0 |
| I LL ALWAYS LOVE MY MAMA | A230347 | MARTIN | SOPHOMORE JINX | FOXTV | 160 | PF | | 25.00 | 12.4 |
| I LL ALWAYS LOVE MY MAMA | A230347 | MARTIN | SOPHOMORE JINX | LOCAL | 1 | PF | | 25.00 | 0.0 |
| MORE I GET THE MORE I WANT | A424220 | | | DCA | 3 | FF | | 33.33 | 0.2 |
| MORE I GET THE MORE I WANT | A424220 | | | RADIO | 150 | RF | | 33.33 | 3.0 |
| ONE MORE TIME | A651995 | BAD BOYS | | CABLE | 1 | BG | | 33.33 | 0.4 |
| ONE MORE TIME | A651995 | BAD BOYS | | LOCAL | 5 | BG | | 33.33 | 1.4 |
| WAKE UP EVERYBODY | A358439 | | | COLRD | 151 | RF | | 33.33 | 2.5 |
| WAKE UP EVERYBODY | A358439 | | | DCA | 9 | FF | | 33.33 | 0.6 |
| WAKE UP EVERYBODY | A358439 | | | H-SVC | 557 | | | 33.33 | 6.2 |
| WAKE UP EVERYBODY | A358439 | | | RADIO | 2,940 | RF | E | 33.33 | 68.0 |
| WHERE ARE ALL MY FRIENDS | A325095 | | | RADIO | 856 | RF | E | 33.33 | 23.3 |

| SUMMARY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | CABLE TELEVISION | | 11 | | | $ | 10.4 |
| | | | DIGITAL CABLE AUDIO | | 55 | | | $ | 3.6. |
| | | | LIVE CONCERTS | | 33 | | | $ | 204.7 |
| | | | LOCAL TELEVISION | | 609 | | | $ | 312.0 |
| | | | RADIO | | 35,803 | | | $ | 703.8 |
| | | | TOTAL EARNINGS | | | | | $ | 1,  7 |
| | | | PAID BY CHECK: GENE MC FADDEN | | | | | $ | 1,  7. |

*The value of all performances has been enhanced by revenues from General Licensing.*
*These revenues represent an important source of income for you, and include fees from*
*many sources such as restaurants, bars, hotels, concerts, retail stores and theme parks.*

As you know, BMI distributes all moneys received in accordance with each year's surveyed performances after
deducting our operating expenses. Requests for adjustments for prior years are an unfair burden on current
performance royalty distributions. If you believe that there has been an error or omission on your statement, please
notify the BMI Writer/Publisher Relations office with which you regularly deal. IN WRITING, of the perceived
omission or error. Your inquiry must be received by BMI within nine months of the mailing date of any statement,
and any adjustment will be limited to that statement. We will not be able to consider any adjustment requests unless

**Broadcast Music, Inc.**
**320 West 57th Street**
**New York, NY 10019-3790**

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1997

4411

TAX ID 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

GENE MC FADDEN
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA 19119

IN ACCOUNT WITH : (14431000) GENE MC FADDEN

DATE     REF.

| 4/19/97 | AUPAYH | PAYMENT MADE TO HEIRS | 11310.82 - |
| 3/31/97 | ROYLTS | ROYALTIES FOR PERIOD TO 03/1997 | 9087.83 |
| 3/31/97 | TF14431001 | ROYALTY GENE MC FADDEN | 2272.99 |
| 3/31/97 | FED EX | FEDERAL EXPRESS CHARGES DATED 3/11/97 | 25.00 - |
| 3/31/97 | FED.EX | FEDERAL EXPRESS CHARGES DATED 2/7/97 | 25.00 - |

BALANCE THIS PERIOD :     0.00

MIGHTY THREE MUSIC GROUP                                    4429

S U M M A R Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1998


GENE MC FADDEN                        ▪              TAX ID 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
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA 19119


IN ACCOUNT WITH : (14431000) GENE MC FADDEN

DATE      REF.

| 4/24/98 | AUPAYH | PAYMENT MADE TO HEIRS | 8828.78 - |
| 3/31/98 | ROYLTS | ROYALTIES FOR PERIOD TO 03/1998 | 7107.29 |
| 3/31/98 | TF14431001 | ROYALTY GENE MC FADDEN | 1777.49 |
| 3/31/98 | FED EX | FEDERAL EXPRESS CHARGES DATED 2/9/98 | 28.00 - |
| 3/31/98 | FED.EX | FEDERAL EXPRESS CHARGES DATED 3/25/98 | 28.00 - |

                               BALANCE THIS PERIOD :        0.00

MIGHTY THREE MUSIC GROUP

S U M M A R Y     S T A T E M E N T

FOR PERIOD APRIL TO JUNE 1998

3979

GENE MC FADDEN
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA 19119

TAX ID 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

IN ACCOUNT WITH : (14431000) GENE MC FADDEN

| DATE | REF. | | |
|------|------|---|---|
| 7/17/98 | AUPAYH | PAYMENT MADE TO HEIRS | 5844.82 - |
| 6/30/98 | ROYLTS | ROYALTIES FOR PERIOD TO 06/1998 | 4720.58 |
| 6/30/98 | TF14431001 | ROYALTY GENE MC FADDEN | 1180.24 |
| 6/30/98 | FED.EX | FEDERAL EXPRESS CHARGES DATED 5/8/98 | 28.00 - |
| 6/30/98 | FED.EX. | FEDERAL EXPRESS CHARGES DATED 6/5/98 | 28.00 - |

BALANCE THIS PERIOD :     0.00

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD APRIL TO JUNE 1998

740

TAX ID 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

**GENE MCFADDEN**
**7219 BRYAN STREET**
**PHILADELPHIA, PA 19119**

PAYEE: (14431000002)

| | |
|---|---|
| **PAYMENTS** | 1000.00- |
| ROYALTIES EARNED BY<br>GENE MC FADDEN<br>YOUR SHARE 100.000 | 5844.82 |
| | ----------- |
| **PAYMENT NOW BEING MADE** | 4844.82 |
| | ----------- |

WARNER/CHAPPELL
MUSIC, INC.          2585 Santa Monica Boulevard  Los Angeles, CA 90025     310-441-8705   FAX: 310-470-4634        A Warner Music Group Company

MIGHTY THREE MUSIC GROUP

# S U M M A R Y   S T A T E M E N T

## FOR PERIOD JANUARY TO MARCH 1998

**GENE MCFADDEN**
**7219 BRYAN STREET**
**PHILADELPHIA, PA 19119**

**TAX ID 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**

**PAYEE:(14431000002)**

| | |
|---|---|
| **PAYMENTS** | 2000.00- |
| **ROYALTIES EARNED BY GENE MC FADDEN YOUR SHARE 100.000** | 8828.78 |
| **PAYMENT NOW BEING MADE** | 6828.78 |

WARNER/CHAPPELL
MUSIC, INC.

525 Santa Monica Boulevard  Los Angeles  CA 90028    TEL 310-441-8600    FAX 310-441-4634    a Warner Music Group company

1.

IN ACCOUNT WITH : (14431000) GENE MC FADDEN                           PAGE:   11

## ** MISCELLANEOUS ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| AIN'T NO STOPPIN' US NOW | | (CONTINUED) | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 247.43 | 14.166 | 35.05 | |
| | 7/95-12/95 | 304.01 | 14.166 | 43.07 | |
| WCM GERMANY | 7/95-12/95 | 2272.88 | 14.166 | 321.98 | |
| WORLD WIDE PANTS | 2/96-02/96 | 350.00 | 14.166 | 49.58 | 682.40 * |
| | | | | | |
| AIN'T NO STOPPIN' (AIN'T NO WAY) | | | | | |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 35.38 | 10.625 | 3.76 | 3.76 * |
| | | | | | |
| BACKSTABBERS | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| PIONEER ENTERTAINMENT (USA) | 10/95-12/95 | 45.00 | 14.166 | 6.37 | |
| DAIICHI KOSHO CO LTD | 7/95-09/95 | 3.99 | 14.166 | 0.57 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 10.49 | 14.166 | 1.49 | |
| WCM JAPAN K.K | 7/95-12/95 | 47.80 | 14.166 | 6.77 | 15.20 * |
| | | | | | |
| BAD LUCK    (PARTS I & II) | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 54.59 | 14.166 | 7.73 | 7.73 * |
| | | | | | |
| DON'T LET LOVE GET YOU DOWN | | | | | |
| VICTOR CARSTARPHEN, LEON HUFF, | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 11.53 | 10.625 | 1.23 | 1.23 * |
| | | | | | |
| MORE I GET, THE MORE I WANT | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 16.16 | 14.166 | 2.29 | 2.29 * |
| | | | | | |
| SOUL CITY WALK | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.79 | 14.166 | 1.81 | 1.81 * |
| | | | | | |
| WAKE UP EVERYBODY | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 64.37 | 14.166 | 9.12 | 9.12 * |

MISCELLANEOUS TOTAL    723.54 **

STATEMENT TOTAL  13027.76 ***

MIGHTY THREE MUSIC GROUP                                    4419

S U M M A R Y   S T A T E M E N T

FOR PERIOD JULY TO SEPTEMBER 1996


GENE MC FADDEN                          TAX ID 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
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA 19119


IN ACCOUNT WITH : (14431000) GENE MC FADDEN

                                    BALANCE LAST PERIOD :    7995.00

DATE     REF.

7/20/96 AUPAY        AUTOMATIC PAYMENT MADE VIA ACCOUNTS PY    7995.00 -
9/17/96 00237822     ROYALTY PAYMENT                           2000.00 -
9/30/96 ROYLTS       ROYALTIES FOR PERIOD TO 09/1996          20486.95 -
9/30/96 TF14431001   ROYALTY GENE MC FADDEN                    5126.21
9/30/96 FED EX       FEDERAL EXPRESS CHARGES DATED 9/17/96       25.00 -
9/30/96 FED.EX       FEDERAL EXPRESS CHARGES DATED 7/26/96       25.00 -

                     BALANCE THIS PERIOD :    23563.16
                                             ----------------

                     PAYMENT NOW DUE  :       23563.16

MIGHTY THREE MUSIC GROUP                              4005

S U M M A R Y   S T A T E M E N T

FOR PERIOD APRIL TO JUNE 1996


GENE MC FADDEN                          TAX ID 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
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA 19119



IN ACCOUNT WITH : (14431000) GENE MC FADDEN

                              BALANCE LAST PERIOD :      11238 77

    DATE    REF.

    4/20/96 AUPAY       AUTOMATIC PAYMENT MADE VIA ACCOUNTS PY    11238 77 -
    6/30/96 ROYLTS      ROYALTIES FOR PERIOD TO 06/1996            6415 77
    6/30/96 TF14431001  ROYALTY GENE MC FADDEN                     1604 23
    6/30/96 FED EX      FEDERAL EXPRESS CHARGES DATED 5/2/96         25 00 -

                              BALANCE THIS PERIOD :       7995 00
                                                     ----------------

                              PAYMENT NOW DUE  :         7995 00


WARNER/CHAPPELL
MUSIC, INC.        10585 Santa Monica Boulevard, Los Angeles, CA   3 0-441-8705   FAX: 310-470-4634        A Warner Music Group Compa

656

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD OCTOBER TO DECEMBER 1996

TAX ID 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

INTERNAL REVENUE SERVICE
RE: GENE MCFADDEN)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)
ATTN: O W HOUSTON JR
P O BOX 12051 GROUP #12
PHILADELPHIA, PA 19105

PAYEE:(14431000001)

ROYALTIES EARNED BY
GENE MC FADDEN                                    9777.76
YOUR SHARE 100.000
                                              ------------
                                                  9777.76
PAYMENT NOW BEING MADE                        ------------

WARNER/CHAPPELL          0585 Santa Monica Boulevard, Los Angeles, CA 90025    310-441-8705   FAX: 310-470-4634    A Warner Music Group Comp
MUSIC, INC.

728

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD OCTOBER TO DECEMBER 1997

TAX ID 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

GENE MCFADDEN
7219 BRYAN STREET
PHILADELPHIA, PA 19119

PAYEE: (14431000002)

ROYALTIES EARNED BY
GENE MC FADDEN
YOUR SHARE 100.000                      12092.31
                                    ----------
PAYMENT NOW BEING MADE                   12092.31
                                    ----------

WARNER/CHAPPELL       10585 Santa Monica Boulevard. Los Angeles. CA 90025    310-441-8705    FAX 310-470-4634    A Warner Music Group Comp
MUSIC, INC.

1

IN ACCOUNT WITH : (14431000) GENE MC FADDEN                                    **PAGE:  12**

**** MISCELLANEOUS ROYALTIES ****

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **BACK UP OFF ME** | | (CONTINUED) | | | |
| WCM JAPAN K.K | 1/97-06/97 | 10.53 | 14.166 | 1.49 | 4.06 * |
| | | | | | |
| **BAD LUCK     (PARTS I & II)** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| WCM UK (W)-UNITED KINGDOM | 1/97-06/97 | 25.91 | 14.166 | 3.67 | |
| WCM JAPAN K.K | 1/97-06/97 | 41.69 | 14.166 | 5.91 | 9.58 * |
| | | | | | |
| **DO YOU WANT TO DANCE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| MINDSCAPE(FMRLY SOFTWARETOO | 4/97-06/97 | 0.10 | 14.166 | 0.01 | 0.01 * |
| | | | | | |
| **LET'S GROOVE** | | | | | |
| MCFADDEN/WHITEHEAD/CARSTARPHEN/HUFF | | | | | |
| WCM UK (W)-UNITED KINGDOM | 1/97-06/97 | 5.18 | 12.750 | 0.66 | 0.66 * |
| | | | | | |
| **SOUL CITY WALK** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| WCM UK (W)-UNITED KINGDOM | 1/97-06/97 | 17.06 | 14.166 | 2.42 | 2.42 * |
| | | | | | |
| **WAKE UP EVERYBODY** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| WCM UK (W)-UNITED KINGDOM | 1/97-06/97 | 17.28 | 14.166 | 2.45 | 2.45 * |

                                   MISCELLANEOUS TOTAL    3468.26 *

                                   STATEMENT TOTAL   14356.09 *

WARNER/CHAPPELL
MUSIC. INC.

4490

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD JULY TO SEPTEMBER 1997

✱                          TAX ID 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

GENE MC FADDEN
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA 19119

IN ACCOUNT WITH : (14431000) GENE MC FADDEN

| DATE | REF. | | |
|------|------|--|--|
| | | | 17918.97 - |
| 10/25/97 | AUPAYH | PAYMENT MADE TO HEIRS | 14356.09 |
| 9/30/97 | ROYLTS | ROYALTIES FOR PERIOD TO 09/1997 | 3590.88 |
| 9/30/97 | TF14431001 | ROYALTY GENE MC FADDEN | 28.00 - |
| 9/30/97 | AIRBORNE | AIRBORNE EXPRESS CHARGES | |
| | | BALANCE THIS PERIOD : | 0.00 |

WARNER/CHAPPELL
MUSIC, INC.

.585 Santa Monica Boulevard, Los Angeles, CA 90025    310-441-8705    FAX 310-470-4634    A Warner Music Group Compt

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 2001

PAYEE .    (014431000)  *

GENE MC FADDEN
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA  19119

IN ACCOUNT WITH : (014431000)  GENE MC FADDEN

BALANCE LAST PERIOD :          1578.11

| DATE | REFERENCE | COMMENT | | |
|------|-----------|---------|---|---|
| 1/24/01 | AUPAY | AUTOMATIC PAYMENT MADE VIA ACCOUNTS PYBL | 1578 | 11 - |
| 2/21/01 | 00340738 | ROYALTY PAYMENT | 2500 | 00 - |
| 3/31/01 | FED EX | FEDERAL EXPRESS CHARGES | 28 | 00 - |
| 3/31/01 | ROYLTS | ROYALTIES FOR PERIOD TO 03/2001 | 6707 | 75 |
| 3/31/01 | TF014431001 | ROYALTY GENE MC FADDEN | 1678 | 29 |

BALANCE THIS PERIOD :          5858.04

PAYMENT NOW DUE :          5858.04

MIGHTY THREE MUSIC GROUP                               4472
S U M M A R Y   S T A T E M E N T
FOR PERIOD JULY TO SEPTEMBER 1993

GENE MC FADDEN                          TAX ID 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
25% BONUS ACCOUNT

IN ACCOUNT WITH : (14431001) GENE MC FADDEN

DATE     REF.
9/30/93 ROYLTS      ROYALTIES FOR PERIOD TO 09/1993          1702.37
9/30/93 TT14431000  TRANSFER OF BALANCE TO MAIN ACCOUNT      1702.37 -

                                   BALANCE THIS PERIOD :        0.00

WARNER/CHAPPELL
MUSIC, INC.       10585 Santa Monica Boulevard, Los Angeles, CA   310-441-8705   FAX 310-470-4834   Ⓟ   A TIME WARNER COMPANY

IN ACCOUNT WITH : (14431000) GENE MC FADDEN

PAGE: 7

## ** MISCELLANEOUS ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| AIN'T NO STOPPIN' US NOW | | (CONTINUED) | | | |
| CLEARING HOUSE LTD | 1/93-03/93 | 3.20 | 14.166 | 0.45 | |
| WCM UK (W)-UNITED KINGDOM | 1/93-06/93 | 1.76 | 14.166 | 0.25 | |
| WARNER/CHAPPELL SCANDINAVIA | 1/93-06/93 | 0.32 | 14.166 | 0.05 | 0.75 * |
| | | | | | |
| AIN'T NO STOPPIN' (AIN'T NO WAY) | | | | | |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN | | | | | |
| WCM JAPAN K.K | 1/93-06/93 | 101.79 | 10.625 | 10.82 | 10.82 * |
| | | | | | |
| BACKSTABBERS | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| COLUMBIA PICTURES PUBL-DOME | 8/93-08/93 | 5000.00 | 14.166 | 708.30 | |
| | 8/93-08/93 | 5000.00 | 14.166 | 708.30 | |
| MIDI DISTRIBUTION | 1/93-03/93 | 2.40 | 14.166 | 0.34 | |
| | 10/92-12/92 | 0.48 | 14.166 | 0.07 | |
| NATIONAL BROADCASTING CO | 9/93-09/93 | 200.00 | 14.166 | 28.33 | |
| WCM UK (W)-UNITED KINGDOM | 1/93-06/93 | 1.58 | 14.166 | 0.22 | |
| WCM JAPAN K.K | 1/93-06/93 | 100.30 | 14.166 | 14.21 | 1459.77 * |
| | | | | | |
| BAD LUCK    (PARTS I & II) | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| NATIONAL BROADCASTING CO | 8/93-08/93 | 200.00 | 14.166 | 28.33 | |
| WCM JAPAN K.K | 1/93-06/93 | 83.25 | 14.166 | 11.79 | 40.12 * |
| | | | | | |
| SOUL CITY WALK | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| WCM UK (W)-UNITED KINGDOM | 1/93-06/93 | 2.29 | 14.166 | 0.32 | 0.32 * |
| | | | | | |
| WAKE UP EVERYBODY | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| WCM UK (W)-UNITED KINGDOM | 1/93-06/93 | 2.03 | 14.166 | 0.29 | 0.29 * |

MISCELLANEOUS TOTAL    1512.07 **

STATEMENT TOTAL    6801.48 ***

WARNER/CHAPPELL MUSIC, INC.    10585 Santa Monica Boulevard, Los Angeles, CA    310-441-8705    FAX. 310-470-4634    A TIME WARNER COMPANY

MIGHTY THREE MUSIC GROUP

S U M M A R Y   S T A T E M E N T

FOR PERIOD APRIL TO JUNE 1991

TAX ID 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

GENE MC FADDEN
C/O MCFADDEN ENT INC
8150 OGONTZ AVENUE
WYNCOTE    PA
19095

IN ACCOUNT WITH: (14431000) GENE MC FADDEN

BALANCE LAST PERIOD:                          2287.91

DATE       REF.

| 04/27/91 | AUPAY  | AUTOMATIC PAYMENT MADE VIA ACCOUNTS PYBL | 2287.91- |
| 06/30/91 | ROYLTS | ROYALTIES FOR PERIOD TO 06/91 | 2685.35 |
| 06/30/91 | ROYLTS | ADDITIONAL 25% ON 06/91 ROYL PAY | 671.34 |

BALANCE THIS PERIOD:                          3356.69

PAYMENT NOW DUE:                              3365.69

WARNER/CHAPPELL
MUSIC, INC.    4000 Sunset Boulevard Los Angeles, CA 90069-1819 213-273-3323 FAX: 213-271-4643    A Warner Communications Company

MIGHTY THREE MUSIC GROUP                           4410

S U M M A R Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1992


GENE MC FADDEN                           TAX ID 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
C/O MCFADDEN ENT INC
8150 OGONTZ AVENUE
WYNCOTE, PA 19095


IN ACCOUNT WITH : (14431000) GENE MC FADDEN

                                    BALANCE LAST PERIOD :    1944.51

DATE     REF.

1/24/92 AUPAY      AUTOMATIC PAYMENT MADE VIA ACCOUNTS PYBL    1944.51 -
3/31/92 ROYLTS     ROYALTIES FOR PERIOD TO 03/1992             1901.53

                                    BALANCE THIS PERIOD :      1901 53

                                    PAYMENT NOW DUE  :         1901.53

WARNER/CHAPPELL

MIGHTY THREE MUSIC GROUP                                    4470

S U M M A R Y    S T A T E M E N T

FOR PERIOD JULY TO SEPTEMBER 1992


GENE MC FADDEN                              TAX ID 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
C/O MCFADDEN ENT INC
P O  BOX 5561
NORTH BERGEN, NJ 07047



IN ACCOUNT WITH : (14431000) GENE MC FADDEN

                                    BALANCE LAST PERIOD :    1636.70

DATE    REF.

7/17/92 AUPAY        AUTOMATIC PAYMENT MADE VIA ACCOUNTS PYBL    1836.70 -
9/17/92 00150948     ROYALTY PAYMENT                             1420.69 -
9/30/92 ROYLTS       ROYALTIES FOR PERIOD TO 09/1992             8056.75
9/30/92 TF14431001   ROYALTY GENE MC FADDEN                      2014.86
9/30/92 1600         25% BONUS ON 12/91,3/92 & 6/92 STMT         1420.69

                                    BALANCE THIS PERIOD :   10071.63

                                    PAYMENT NOW DUE   :     10071.63

**WARNER/CHAPPELL
MUSIC, INC.**       10585 Santa Monica Boulevard, Los Angeles, CA   310/441-8705   FAX 310-470-4634      Ⓟ   A TIME WARNER COMPANY

```
                    MIGHTY THREE MUSIC GROUP                            3889

               S U M M A R Y   S T A T E M E N T

               FOR PERIOD APRIL TO JUNE 1995



GENE MC FADDEN                               TAX ID 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
25% BONUS ACCOUNT




IN ACCOUNT WITH : (14431001) GENE MC FADDEN

     DATE    REF.

     6/30/95 ROYLTS      ROYALTIES FOR PERIOD TO 06/1995        224.28
     6/30/95 TT14431000  TRANSFER OF BALANCE TO MAIN ACCOUNT    224.28 -

                                  BALANCE THIS PERIOD :          0.00
                                                       ----------
```

WARNER/CHAPPELL
MUSIC, INC.          10585 Santa Monica Boulevard, Los Angeles, CA   310-441-8705   FAX 310-470-4634        A Warner Music Group Company

$331 - 0454$      MIGHTY THREE MUSIC GROUP

$610-896-8677$

3888

Fred

S U M M A R Y   S T A T E M E N T

FOR PERIOD APRIL TO JUNE 1995

GENE MC FADDEN                                      TAX ID 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
C/O MCFADDEN ENT INC
7219 N BRYAN STREET
PHILADELPHIA, PA 19119


IN ACCOUNT WITH : (14431000) GENE MC FADDEN

                                        BALANCE LAST PERIOD :      20876.36

DATE     REF.

5/11/95 AUPAY        AUTOMATIC PAYMENT MADE VIA ACCOUNTS PY    20876.36 -
6/30/95 ROYLTS       ROYALTIES FOR PERIOD TO 06/1995             897.03
6/30/95 TF14431001   ROYALTY GENE MC FADDEN    .                 224.28

                                        BALANCE THIS PERIOD :     1121.31
                                                              -----------

                                        PAYMENT NOW DUE  :        1121.31


WARNER/CHAPPELL
MUSIC, INC.        10585 Santa Monica Boulevard. Los Angeles, CA   310 441-6705   FAX 310-470-4634     A Warner Music Group Company



WARNER/CHAPPELL MUSIC
10585 Santa Monica Boulevard
Los Angeles, California 90025-4950
Tel: (310) 441-8600

05/04/99

297842

CHECK TOTAL
5,803.07

| DATE | DOC REF | DESCRIPTION | NARRATIVE | | AMOUNT |
|-------|---------|-------------|-----------|---------------------------|-----------|
| 05/03 | 050399 | | ROYALTIES | FOR P/E 03/31/99 | 5,803.07 |

62225

**288764**

WARNER/CHAPPELL MUSIC
10585 Santa Monica Boulevard
Los Angeles, California 90025-4950
Tel: (310) 441-8600

01/28/99

CHECK TOTAL
****6,156.50

| CO CHARGED | DOC REF | DESCRIPTION | NARRATIVE | | AMOUNT |
|---|---|---|---|---|---|
| MIGHTY THRE | | 14431000 002 | Royalties for period ended December 31, 1999 | | 6,156.50 |

52964

MIGHTY THREE MUSIC GROUP

SUMMARY STATEMENT

FOR PERIOD APRIL TO JUNE 2001

PAYEE : (014431000) *

GENE MC FADDEN
C/O MCFADDEN ENT INC
7219 N BRYAN ST
PHILADELPHIA, PA 19119

IN ACCOUNT WITH : (014431000)  GENE MC FADDEN

| | | | BALANCE LAST PERIOD : | 5858.04 |
|---|---|---|---|---|

| DATE | REFERENCE | COMMENT | | |
|---|---|---|---|---|
| ---- | --------- | ------- | | |
| 4/27/01 | AUPAY | AUTOMATIC PAYMENT MADE VIA ACCOUNTS PYBL | | 5858.04 - |
| 6/19/01 | 00345857 | ROYALTY PAYMENT | | 2000.00 - |
| 6/30/01 | FED EX | FEDERAL EXPRESS CHARGES | | 28.00 - |
| 6/30/01 | ROYLTS | ROYALTIES FOR PERIOD TO 06/2001 | | 8577.63 |
| 6/30/01 | TF014431001 | ROYALTY GENE MC FADDEN | | 2144.11 |

| | | | BALANCE THIS PERIOD : | 8693.74 |
|---|---|---|---|---|
| | | | | -------------------- |
| | | | PAYMENT NOW DUE : | 8693.74 |

WARNER/CHAPPELL
MUSIC, INC.

www.warnerchappell.com
10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705     FAX 310-470-4634



WARNER/CHAPPELL MUSIC, INC.
A WARNER MUSIC GROUP COMPANY
10585 Santa Monica Boulevard
Los Angeles, California 90025-4950
Tel: (310) 441-8600

312174

01/26/2000

CHECK TOTAL
*****7,354.01

| CO CHARGED | DOC REF | DESCRIPTION | NARRATIVE | | AMOUNT |
|---|---|---|---|---|---|
| MIGHTY THREE | | 14431000 000 | Royalties for period ended December 31, 1999 | | 7,354.01 |

**JOHN WHITEHEAD**
**7815 DEER RUN ROAD**
**LAVEROCK, PA 19118**


**IN ACCOUNT WITH : 14621000000 14621000001 14621001000**


- **C O U R T E S Y    C O P Y    O N L Y** -
**N O    C H E C K    E N C L O S E D**

WARNER/CHAPPELL
MUSIC, INC.          10585 Santa Monica Boulevard, Los Angeles, CA 90025      310-441-8705      FAX 310-470-4634          A Warner Music Group Company

MIGHTY THREE MUSIC GROUP                                    4460

S U M M A R Y    S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1996


JOHN WHITEHEAD JR                      ※          TAX ID 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
C/O MARY WHITEHEAD
7815 DEER RUN RD
LAVEROCK, PA 19118


IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR

DATE     REF.

| 4/20/96 AUPAYH | PAYMENT MADE TO HEIRS | 16291.44 - |
| 3/31/96 ROYLTS | ROYALTIES FOR PERIOD TO 03/1996 | 13052.88 |
| 3/31/96 TF14621001 | ROYALTY JOHN WHITEHEAD | 3263.56 |
| 3/31/96 FED EX | FEDERAL EXPRESS CHARGES | 25.00 - |

                              BALANCE THIS PERIOD :      0.00

WARNER/CHAPPELL
MUSIC, INC.          10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705     FAX 310-470-4634          A Warner Music Group Company

MIGHTY THREE MUSIC GROUP

R O Y A L T Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1996

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                          PAGE:   1

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | |
| GENE MCFADDEN, JON WHITEHEAD, JERRY | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 3.29 | 14.166 | 0.47 |
| | 10/95-12/95 | 459.00 | 14.166 | 65.02 |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 20.26 | 14.166 | 2.87 |
| | 10/95-12/95 | 7453.79 | 14.166 | 1055.90 |
| WCM BRASIL | 10/95-12/95 | 16.71 | 14.166 | 2.37 |
| WCM SPAIN | 7/95-12/95 | 2754.06 | 14.166 | 390.14 |
| FONDO MUSICAL LTDA | 7/95-12/95 | 6.71 | 14.166 | 0.95 |
| WCM CANADA | 7/95-12/95 | 2100.60 | 14.166 | 297.57 |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 96.17 | 14.166 | 13.62 |
| | 7/95-12/95 | 22.17 | 14.166 | 3.14 |
| K-TEL INTERNATIONAL (USA) I | 10/95-12/95 | 7.98 | 14.166 | 1.13 |
| RHINO RECORDS | 4/95-06/95 | 937.07 | 14.166 | 132.75 |
| WCM AUSTRIA | 7/95-12/95 | 574.24 | 14.166 | 81.35 |
| WCM AUSTRALIA | 7/95-12/95 | 1161.34 | 14.166 | 164.52 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 21958.05 | 14.166 | 3110.58 |
| | 7/95-12/95 | 5.18 | 14.166 | 0.73 |
| WCM GERMANY | 7/95-12/95 | 1926.29 | 14.166 | 272.88 |
| WCM ITALY | 7/95-12/95 | 936.20 | 14.166 | 132.62 |
| | 7/95-12/95 | 215.84 | 14.166 | 30.58 |
| WCM SCANDINAVIA | 7/95-12/95 | 474.31 | 14.166 | 67.19 |
| WCM MEXICO S A DE CV | 7/95-12/95 | 0.49 | 14.166 | 0.07 |
| WCM UK (W)-ISRAEL | 7/95-12/95 | 7.37 | 14.166 | 1.04 |
| WCM UK (W)-SOUTH AFRICA | 7/95-12/95 | 58.05 | 14.166 | 8.22 |
| | | | | 5835.71 * |
| | | | | |
| **AIN'T NO STOPPIN' (AIN'T NO WAY)** | | | | |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN | | | | |
| WCM BRASIL | 10/95-12/95 | 302.37 | 10.625 | 32.13 |
| WCM SPAIN | 7/95-12/95 | 119.12 | 10.625 | 12.66 |
| WCM AUSTRIA | 7/95-12/95 | 2009.70 | 10.625 | 213.53 |
| WCM GERMANY | 7/95-12/95 | 10606.71 | 10.625 | 1126.96 |
| WCM JAPAN K.K | 7/95-12/95 | 1334.59 | 10.625 | 141.80 |
| | 7/95-12/95 | 265.94 | 10.625 | 28.26 |
| WCM SCANDINAVIA | 7/95-12/95 | 228.71 | 10.625 | 24.30 |
| WCM GREECE | 7/93-12/93 | 87.68 | 10.625 | 9.32 |
| | 7/94-12/94 | 3.22 | 10.625 | 0.34 |
| | | | | 1589.30 * |
| | | | | |
| **ALWAYS ROOM FOR ONE MORE** | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 8.83 | 14.166 | 1.25 |
| | | | | 1.25 * |
| | | | | |
| **ARE YOU SURE** | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.05 | 14.166 | 0.01 |
| WCM FRANCE | 7/95-12/95 | 26.17 | 14.166 | 3.71 |
| | | | | 3.72 * |
| | | | | |
| **BACKSTABBERS** | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | |
| PRIORITY RECORDS  (ADVANCE) | 12/95-12/95 | 709.09 | 14.166 | 100.45 |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 107.15 | 14.166 | 15.18 |
| | 10/95-12/95 | 1074.35 | 14.166 | 152.19 |
| WCM BRASIL | 10/95-12/95 | 5.60 | 14.166 | 0.79 |
| WCM SPAIN | 7/95-12/95 | 59.44 | 14.166 | 8.42 |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 1.03 | 14.166 | 0.15 |
| WCM CANADA | 7/95-12/95 | 43.08 | 14.166 | 6.10 |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 23.85 | 14.166 | 3.38 |
| MECHANICAL COPYRIGHT (FRN) | 8/95-10/95 | 12.47 | 14.166 | 1.77 |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                    PAGE:    2

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **BACKSTABBERS** | | **(CONTINUED)** | | | |
| RHINO RECORDS | 4/94-06/94 | 591.29 | 14.166 | 83.76 | |
| | 4/95-06/95 | 75.53 | 14.166 | 10.70 | |
| | 7/94-09/94 | 670.93 | 14.166 | 95.04 | |
| S.D.R.M. (FRN) | 7/95-09/95 | 2.94 | 14.166 | 0.42 | |
| TRIPLE X ENTERTAINMENT | 7/95-09/95 | 1.34 | 14.166 | 0.19 | |
| WCM AUSTRIA | 7/95-12/95 | 229.55 | 14.166 | 32.52 | |
| WCM AUSTRALIA | 7/95-12/95 | 27.20 | 14.166 | 3.85 | |
| | 7/95-12/95 | 0.37 | 14.166 | 0.05 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 1054.55 | 14.166 | 149.39 | |
| WCM GERMANY | 7/95-12/95 | 697.20 | 14.166 | 98.77 | |
| WCM ITALY | 7/95-12/95 | 232.14 | 14.166 | 32.88 | |
| WCM JAPAN K.K | 7/95-12/95 | 1996.73 | 14.166 | 282.86 | |
| | 7/95-12/95 | 11.68 | 14.166 | 1.65 | |
| WCM SCANDINAVIA | 7/95-12/95 | 9.61 | 14.166 | 1.36 | |
| WCM FRANCE | 7/95-12/95 | 516.19 | 14.166 | 73.12 | |
| WCM UK (W)-ISRAEL | 7/95-12/95 | 1.97 | 14.166 | 0.28 | |
| | | | | | 1155.27 * |
| | | | | | |
| **BAD LUCK    (PARTS I & II)** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 266.51 | 14.166 | 37.75 | |
| | 10/95-12/95 | 831.26 | 14.166 | 117.76 | |
| WCM SPAIN | 7/95-12/95 | 6.82 | 14.166 | 0.97 | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.37 | 14.166 | 0.05 | |
| WCM CANADA | 7/95-12/95 | 13.41 | 14.166 | 1.90 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.62 | 14.166 | 0.09 | |
| WCM AUSTRIA | 7/95-12/95 | 4.51 | 14.166 | 0.64 | |
| WCM AUSTRALIA | 7/95-12/95 | 16.61 | 14.166 | 2.35 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 179.25 | 14.166 | 25.39 | |
| WCM GERMANY | 7/95-12/95 | 151.77 | 14.166 | 21.50 | |
| WCM ITALY | 7/95-12/95 | 6.05 | 14.166 | 0.86 | |
| WCM JAPAN K.K | 7/95-12/95 | 1056.89 | 14.166 | 149.72 | |
| WCM SCANDINAVIA | 7/95-12/95 | 15.64 | 14.166 | 2.22 | |
| WCM FRANCE | 7/95-12/95 | 183.58 | 14.166 | 26.01 | |
| | | | | | 387.21 * |
| | | | | | |
| **BE TRUTHFUL TO ME** | | | | | |
| GAMBLE, HUFF, MCFADDEN, WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 26.05 | 10.625 | 2.77 | |
| WCM SPAIN | 7/95-12/95 | 3.47 | 10.625 | 0.37 | |
| | | | | | 3.14 * |
| | | | | | |
| **BUG-A-BOO** | | | | | |
| JOHN WHITEHEAD*, GENE MCFADDEN*, | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 1.21 | 12.750 | 0.15 | |
| | | | | | 0.15 * |
| | | | | | |
| **BUMPIN BOOGIE (PARTS I & II)** | | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | | |
| WCM SPAIN | 7/95-12/95 | 2.88 | 10.625 | 0.31 | |
| | | | | | 0.31 * |
| | | | | | |
| **COLD COLD WORLD** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 215.05 | 14.166 | 30.46 | |
| WCM GERMANY | 7/95-12/95 | 251.44 | 14.166 | 35.62 | |
| | | | | | 66.08 * |
| | | | | | |
| **CONCENTRATE ON ME** | | | | | |
| LEON HUFF, JOHN WHITEHEAD, GENE MCFADDEN | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 4.66 | 14.166 | 0.66 | |
| | | | | | 0.66 * |
| | | | | | |
| **DANCE YOUR TROUBLES AWAY** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 6.37 | 14.166 | 0.90 | |
| WCM JAPAN K.K | 7/95-12/95 | 21.46 | 14.166 | 3.04 | |
| | | | | | 3.94 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                          PAGE:   3

                          ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **DISCO SHOWDOWN** | | | | | |
| BELL ARCHIE, VICTOR CARSTARPHEN (VIC), | | | | | |
| WCM BRASIL | 10/95-12/95 | 4.71 | 12.750 | 0.60 | |
| | | | | | 0.60 * |
| **DON'T FEEL BAD** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 10.03 | 14.166 | 1.42 | |
| | | | | | 1.42 * |
| **DON'T LET LOVE GET YOU DOWN** | | | | | |
| VICTOR CARSTARPHEN, LEON HUFF, | | | | | |
| WCM AUSTRIA | 7/95-12/95 | 3.22 | 12.750 | 0.41 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 339.64 | 12.750 | 43.30 | |
| WCM GERMANY | 7/95-12/95 | 123.13 | 12.750 | 15.70 | |
| | | | | | 59.41 * |
| **DON'T WALK AWAY MAD** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| WCM SPAIN | 7/95-12/95 | 0.04 | 31.875 | 0.01 | |
| | | | | | 0.01 * |
| **DO YOU WANT TO DANCE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 3.29 | 14.166 | 0.47 | |
| | 10/95-12/95 | 23.88 | 14.166 | 3.38 | |
| | | | | | 3.85 * |
| **EASY EASY GOT TO TAKE IT EASY** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 67.01 | 14.166 | 9.49 | |
| WCM CANADA | 7/95-12/95 | 7.45 | 14.166 | 1.06 | |
| | | | | | 10.55 * |
| **FERRY AVENUE** | | | | | |
| LEON HUFF, GENE MCFADDEN, | | | | | |
| WCM GERMANY | 7/95-12/95 | 9.35 | 10.625 | 0.99 | |
| | | | | | 0.99 * |
| **GOT TO CHANGE** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.46 | 14.166 | 0.35 | |
| | 10/95-12/95 | 17.92 | 14.166 | 2.54 | |
| | | | | | 2.89 * |
| **I'LL ALWAYS LOVE MY MAMA** | | | | | |
| K.GAMBLE/L.HUFF/G.MCFADDEN/J.WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 91.60 | 10.625 | 9.73 | |
| WCM SPAIN | 7/95-12/95 | 7.87 | 10.625 | 0.84 | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.38 | 10.625 | 0.04 | |
| WCM CANADA | 7/95-12/95 | 6.06 | 10.625 | 0.64 | |
| ORIGINAL SOUND RECORD | 7/95-09/95 | 490.02 | 10.625 | 52.06 | |
| WCM AUSTRIA | 7/95-12/95 | 3.40 | 10.625 | 0.36 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 6.80 | 10.625 | 0.72 | |
| WCM GERMANY | 7/95-12/95 | 1.52 | 10.625 | 0.16 | |
| WCM JAPAN K.K | 7/95-12/95 | 272.91 | 10.625 | 29.00 | |
| WCM FRANCE | 7/95-12/95 | 189.97 | 10.625 | 20.18 | |
| | | | | | 113.73 * |
| **I'LL TRY** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 68.80 | 14.166 | 9.75 | |
| | | | | | 9.75 * |
| **I'VE BEEN PUSHED ASIDE** | | | | | |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.46 | 14.166 | 0.35 | |
| | 10/95-12/95 | 17.92 | 14.166 | 2.54 | |
| | | | | | 2.89 * |

WARNER/CHAPPELL
MUSIC, INC.       10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705    FAX: 310-470-4634        A Warner Music Group Company

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                              PAGE:    4

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **I CAN'T WIN FOR LOSING** | | | | | |
| . WHITEHEAD, G. MCFADDEN, V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 359.83 | 14.166 | 50.97 | |
| | | | | | 50.97 * |
| **IF YOU'RE LOOKING FOR SOMEBODY TO L** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD JR | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 78.67 | 21.250 | 16.72 | |
| WCM SCANDINAVIA | 7/95-12/95 | 63.65 | 21.250 | 13.53 | |
| | | | | | 30.25 * |
| **IF YOU KNOW LIKE I KNOW** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 0.26 | 14.166 | 0.04 | |
| | 10/95-12/95 | 93.21 | 14.166 | 13.20 | |
| WCM CANADA | 7/95-12/95 | 14.04 | 14.166 | 1.99 | |
| | | | | | 15.23 * |
| **IF YOU WANT ME BACK** | | | | | |
| LEON HUFF, JOHN WHITEHEAD, | | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.05 | 14.166 | 0.01 | |
| WCM FRANCE | 7/95-12/95 | 23.40 | 14.166 | 3.31 | |
| | | | | | 3.32 * |
| **I GOT THE LOVE** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.18 | 14.166 | 0.31 | |
| | 10/95-12/95 | 15.68 | 14.166 | 2.22 | |
| WCM FRANCE | 7/95-12/95 | 3.98 | 14.166 | 0.56 | |
| | | | | | 3.09 * |
| **I HEARD IT IN A LOVE SONG** | | | | | |
| G.MCFADDEN, J.WHITEHEAD, J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 348.21 | 14.166 | 49.33 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 8.09 | 14.166 | 1.15 | |
| WCM GERMANY | 7/95-12/95 | 19.49 | 14.166 | 2.76 | |
| | | | | | 53.24 * |
| **I KNOW WHAT I'M GONNA DO** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 227.83 | 14.166 | 32.27 | |
| | | | | | 32.27 * |
| **I LOVE YOU BUT YOU DON'T EVEN KNOW** | | | | | |
| V CARSTARPHEN, G MCFADDEN, J WHITEHEAD | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 10.74 | 14.166 | 1.52 | |
| | | | | | 1.52 * |
| **IS THERE A PLACE FOR ME** | | | | | |
| LEON HUFF, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 83.67 | 14.166 | 11.85 | |
| WCM JAPAN K.K | 7/95-12/95 | 9.31 | 14.166 | 1.32 | |
| | | | | | 13.17 * |
| **IT'S ALL BECAUSE OF A WOMAN** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| WCM FRANCE | 7/95-12/95 | 11.46 | 14.166 | 1.62 | |
| | | | | | 1.62 * |
| **IT'S HARD NOT TO LIKE YOU** | | | | | |
| GENE MCFADDEN, HAROLD PRESTON, | | | | | |
| WCM GERMANY | 7/95-12/95 | 93.62 | 10.625 | 9.95 | |
| | | | | | 9.95 * |
| **JUST WANNA LOVE YOU BABY** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.18 | 14.166 | 0.31 | |
| | 10/95-12/95 | 15.68 | 14.166 | 2.22 | |
| | | | | | 2.53 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                    PAGE:   5

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **KEEP ON LOVING YOU** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 29.88 | 14.166 | 4.23 |
| WCM SPAIN | 7/95-12/95 | 4.53 | 14.166 | 0.64 |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.33 | 14.166 | 0.05 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 66.45 | 14.166 | 9.41 |
| WCM GERMANY | 7/95-12/95 | 6.90 | 14.166 | 0.98 |
| WCM ITALY | 7/95-12/95 | 3.25 | 14.166 | 0.46 |
| WCM JAPAN K.K | 7/95-12/95 | 40.63 | 14.166 | 5.76 |
| WCM SCANDINAVIA | 7/95-12/95 | 0.04 | 14.166 | 0.01 |
| | | | | 21.54 * |
| **LET'S GO DISCO** | | | | |
| LEON HUFF, JOHN WHITEHEAD, | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 10.74 | 8.500 | 0.91 |
| | | | | 0.91 * |
| **LET'S GROOVE** | | | | |
| MCFADDEN/WHITEHEAD/CARSTARPHEN/HUFF | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 35.99 | 12.750 | 4.59 |
| WCM SPAIN | 7/95-12/95 | 1.10 | 12.750 | 0.14 |
| WCM AUSTRIA | 7/95-12/95 | 6.81 | 12.750 | 0.87 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 0.11 | 12.750 | 0.01 |
| | | | | 5.61 * |
| **LET'S GROOVE (PART 2)** | | | | |
| VICTOR CARSTARPHEN, LEON HUFF, | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 291.68 | 12.750 | 37.19 |
| | | | | 37.19 * |
| **LET'S MEND WHAT'S BEEN BROKEN** | | | | |
| G.MCFADDEN, J.WHITEHEAD, J. COHEN | | | | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 4.22 | 14.166 | 0.60 |
| POLYGRAM RECORDS (DOM) | 7/95-09/95 | 219.14 | 14.166 | 31.04 |
| | 10/95-12/95 | 204.10 | 14.166 | 28.91 |
| RCA / BMG MUSIC/ARIOLA DOME | 9/95-11/95 | 284.63 | 14.166 | 40.32 |
| WCM AUSTRIA | 7/95-12/95 | 24.25 | 14.166 | 3.44 |
| WCM AUSTRALIA | 7/95-12/95 | 2.49 | 14.166 | 0.35 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 72.89 | 14.166 | 10.33 |
| WCM GERMANY | 7/95-12/95 | 391.62 | 14.166 | 55.48 |
| WCM ITALY | 7/95-12/95 | 41.03 | 14.166 | 5.81 |
| WCM JAPAN K.K | 7/95-12/95 | 16.06 | 14.166 | 2.28 |
| WCM SCANDINAVIA | 7/95-12/95 | 21.10 | 14.166 | 2.99 |
| WCM GREECE | 7/89-12/89 | 2.52 | 14.166 | 0.36 |
| | | | | 181.91 * |
| **LET'S STAND TOGETHER** | | | | |
| G. MC FADDEN, J. WHITEHEAD & M. MOORE | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 136.39 | 14.166 | 19.32 |
| | 7/95-12/95 | 280.51 | 14.166 | 39.74 |
| | | | | 59.06 * |
| **LET LIFE FLOW** | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 16.72 | 14.166 | 2.37 |
| WCM CANADA | 7/95-12/95 | 6.64 | 14.166 | 0.94 |
| | | | | 3.31 * |
| **LET ME LOVE YOU** | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 326.33 | 14.166 | 46.23 |
| WCM CANADA | 7/95-12/95 | 24.75 | 14.166 | 3.51 |
| WCM GERMANY | 7/95-12/95 | 54.58 | 14.166 | 7.73 |
| | | | | 57.47 * |
| **LET ME TURN U ON** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 20.27 | 10.625 | 2.15 |
| | 10/95-12/95 | 40.52 | 10.625 | 4.31 |

WARNER/CHAPPELL
MUSIC, INC.     10585 Santa Monica Boulevard, Los Angeles, CA 90025   310-441-8705   FAX: 310-470-4634        A Warner Music Group Company

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                    PAGE:    6

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **LET ME TURN U ON** | | (CONTINUED) | | | |
| WCM GERMANY | 7/95-12/95 | 51.09 | 10.625 | 5.43 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.94 | 10.625 | 0.10 | |
| | 7/95-12/95 | 0.35 | 10.625 | 0.04 | |
| | | | | | 12.03 * |
| **LISTEN TO THE CLOCK ON THE WALL** | | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 48.18 | 10.625 | 5.12 | |
| WCM JAPAN K.K | 7/95-12/95 | 55.08 | 10.625 | 5.85 | |
| | | | | | 10.97 * |
| **LOVE SHOP** | | | | | |
| LEON HUFF, GENE MCFADDEN, | | | | | |
| WCM SPAIN | 7/95-12/95 | 3.74 | 14.166 | 0.53 | |
| | | | | | 0.53 * |
| **LOVE SONG NUMBER 690 (LIFE'S NO GOO** | | | | | |
| GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 10.03 | 14.166 | 1.42 | |
| | | | | | 1.42 * |
| **MORE I GET, THE MORE I WANT** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 67.01 | 14.166 | 9.49 | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 470.34 | 14.166 | 66.63 | |
| WCM SPAIN | 7/95-12/95 | 0.96 | 14.166 | 0.14 | |
| WCM CANADA | 7/95-12/95 | 13.98 | 14.166 | 1.98 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 2.37 | 14.166 | 0.34 | |
| WCM GERMANY | 7/95-12/95 | 4134.28 | 14.166 | 585.66 | |
| WCM ITALY | 7/95-12/95 | 23.07 | 14.166 | 3.27 | |
| WCM GREECE | 7/93-12/93 | 137.13 | 14.166 | 19.43 | |
| | | | | | 686.94 * |
| **MR. MUSIC** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.46 | 14.166 | 0.35 | |
| | 10/95-12/95 | 17.92 | 14.166 | 2.54 | |
| | | | | | 2.89 * |
| **MUSIC'S TAKIN' OVER** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| WCM SPAIN | 7/95-12/95 | 18.26 | 14.166 | 2.59 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.40 | 14.166 | 0.06 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.79 | 14.166 | 1.81 | |
| WCM GERMANY | 7/95-12/95 | 12.01 | 14.166 | 1.70 | |
| WCM ITALY | 7/95-12/95 | 3.91 | 14.166 | 0.55 | |
| WCM JAPAN K.K | 7/95-12/95 | 4.39 | 14.166 | 0.62 | |
| WCM SCANDINAVIA | 7/95-12/95 | 3.18 | 14.166 | 0.45 | |
| | | | | | 7.78 * |
| **NOW IS THE TIME TO DO IT** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 539.90 | 14.166 | 76.48 | |
| | | | | | 76.48 * |
| **ONE DAY SOON    (YOU'LL NEED ME)** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 19.83 | 14.166 | 2.81 | |
| | | | | | 2.81 * |
| **PEOPLE KEEP TELLIN' ME** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 101.64 | 14.166 | 14.40 | |
| WCM JAPAN K.K | 7/95-12/95 | 2.68 | 14.166 | 0.38 | |
| | | | | | 14.78 * |

WARNER/CHAPPELL
MUSIC, INC.     10585 Santa Monica Boulevard, Los Angeles CA 90025     310-441-8705     FAX: 310-470-4634     A Warner Music Group Company

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                              PAGE:    7

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **PEOPLE POWER** | | | | | |
| J.WHITEHEAD/G.MCFADDEN/V.CARSTARPHEN | | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 2.31 | 14.166 | 0.33 | |
| WCM FRANCE | 7/95-12/95 | 1161.71 | 14.166 | 164.57 | |
| | | | | | 164.90 * |
| **PICK ME UP I'LL DANCE** | | | | | |
| J. WHITEHEAD, G. MC FADDEN, R. ROSE | | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.30 | 14.166 | 0.04 | |
| WCM FRANCE | 7/95-12/95 | 149.15 | 14.166 | 21.13 | |
| | | | | | 21.17 * |
| **PRAYIN'    (A PRAYER FOR EVERYONE)** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 4.21 | 21.250 | 0.89 | |
| WCM SCANDINAVIA | 7/95-12/95 | 4.36 | 21.250 | 0.93 | |
| | | | | | 1.82 * |
| **PRETTY FLOWER** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 10.02 | 14.166 | 1.42 | |
| WCM FRANCE | 7/95-12/95 | 10.49 | 14.166 | 1.49 | |
| | | | | | 2.91 * |
| **RIGHT HERE IS WHERE I WANT TO BE** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 7.11 | 14.166 | 1.01 | |
| | | | | | 1.01 * |
| **SHE'S ONLY A WOMAN** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 117.76 | 14.166 | 16.68 | |
| WCM GERMANY | 7/95-12/95 | 90.59 | 14.166 | 12.83 | |
| WCM FRANCE | 7/95-12/95 | 14.44 | 14.166 | 2.05 | |
| | | | | | 31.56 * |
| **SHIFTLESS, SHADY JEALOUS KIND OF PE** | | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 45.13 | 10.625 | 4.80 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 9.13 | 10.625 | 0.97 | |
| WCM GERMANY | 7/95-12/95 | 0.55 | 10.625 | 0.06 | |
| WCM JAPAN K.K | 7/95-12/95 | 63.80 | 10.625 | 6.78 | |
| | | | | | 12.61 * |
| **SOMEBODY TOLD ME** | | | | | |
| KENNETH GAMBLE, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 76.96 | 10.625 | 8.18 | |
| WCM CANADA | 7/95-12/95 | 7.45 | 10.625 | 0.79 | |
| | | | | | 8.97 * |
| **SOONER YOU GET HERE** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.06 | 14.166 | 0.01 | |
| WCM FRANCE | 7/95-12/95 | 30.67 | 14.166 | 4.34 | |
| | | | | | 4.35 * |
| **SOUL CITY WALK** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 143.91 | 14.166 | 20.39 | |
| WCM SPAIN | 7/95-12/95 | 6.15 | 14.166 | 0.87 | |
| RHINO RECORDS | 4/95-06/95 | 87.47 | 14.166 | 12.39 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 2894.98 | 14.166 | 410.10 | |
| WCM JAPAN K.K | 7/95-12/95 | 12.13 | 14.166 | 1.72 | |
| WCM GREECE | 7/94-12/94 | 1.74 | 14.166 | 0.25 | |
| | | | | | 445.72 * |

**STANDING RIGHT HERE**
J.WHITEHEAD/G.MCFADDEN/V.CARSTARPHEN

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **STANDING RIGHT HERE** | | (CONTINUED) | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 15.24 | 14.166 | 2.16 | |
| | | | | | 2.16 * |
| **STAY TOGETHER** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| MCA RECORDS INC (DOM) | 10/95-12/95 | 22.14 | 14.166 | 3.14 | |
| | | | | | 3.14 * |
| **STRATEGY** | | | | | |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 105.67 | 14.166 | 14.97 | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 9.61 | 14.166 | 1.36 | |
| RHINO RECORDS | 4/95-06/95 | 87.47 | 14.166 | 12.39 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 7.90 | 14.166 | 1.12 | |
| | | | | | 29.84 * |
| **STRENGTH OF ONE MAN** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 37.72 | 14.166 | 5.34 | |
| WCM SPAIN | 7/95-12/95 | 31.11 | 14.166 | 4.41 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.55 | 14.166 | 0.08 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 5.29 | 14.166 | 0.75 | |
| WCM GERMANY | 7/95-12/95 | 23.38 | 14.166 | 3.31 | |
| WCM ITALY | 7/95-12/95 | 5.39 | 14.166 | 0.76 | |
| WCM JAPAN K.K | 7/95-12/95 | 5.42 | 14.166 | 0.77 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.31 | 14.166 | 0.04 | |
| WCM FRANCE | 7/95-12/95 | 14.70 | 14.166 | 2.08 | |
| | | | | | 17.54 * |
| **SUMMERTIME AND I'M FEELING MELLOW** | | | | | |
| V.CARSTARPEHN/G.MCFADDEN/J.WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 17.30 | 14.166 | 2.45 | |
| | | | | | 2.45 * |
| **TELL THE WORLD HOW I FEEL ABOUT CHA** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 370.29 | 14.166 | 52.46 | |
| WCM SPAIN | 7/95-12/95 | 33.00 | 14.166 | 4.67 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.36 | 14.166 | 0.05 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 35.46 | 14.166 | 5.02 | |
| WCM GERMANY | 7/95-12/95 | 7.21 | 14.166 | 1.02 | |
| WCM ITALY | 7/95-12/95 | 3.51 | 14.166 | 0.50 | |
| WCM JAPAN K.K | 7/95-12/95 | 44.70 | 14.166 | 6.33 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.04 | 14.166 | 0.01 | |
| | | | | | 70.06 * |
| **THAT LET'S ME KNOW I'M IN LOVE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 11.70 | 14.166 | 1.66 | |
| | | | | | 1.66 * |
| **THIS IS MY SONG** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 8.83 | 14.166 | 1.25 | |
| | | | | | 1.25 * |
| **THOSE LIES (DONE CAUGHT UP WITH YOU** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 74.26 | 14.166 | 10.52 | |
| WCM BRASIL | 10/95-12/95 | 4.59 | 14.166 | 0.65 | |
| | | | | | 11.17 * |
| **TO BE FREE TO BE WHO WE ARE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 29.88 | 14.166 | 4.23 | |
| WCM SPAIN | 7/95-12/95 | 5.19 | 14.166 | 0.74 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.47 | 14.166 | 0.07 | |

** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **TO BE FREE TO BE WHO WE ARE** |  | (CONTINUED) |  |  |
| WCM AUSTRIA | 7/95-12/95 | 4.51 | 14.166 | 0.64 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.07 | 14.166 | 1.71 |
| WCM GERMANY | 7/95-12/95 | 9.37 | 14.166 | 1.33 |
| WCM ITALY | 7/95-12/95 | 4.56 | 14.166 | 0.65 |
| WCM JAPAN K.K | 7/95-12/95 | 8.16 | 14.166 | 1.16 |
| WCM SCANDINAVIA | 7/95-12/95 | 0.05 | 14.166 | 0.01 |
|  |  |  |  | 10.54 * |
| **WAKE UP EVERYBODY** |  |  |  |  |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 1404.58 | 14.166 | 198.97 |
| CGR PRODUCTIONS | 7/95-09/95 | 252.95 | 14.166 | 35.83 |
| WCM SPAIN | 7/95-12/95 | 37.73 | 14.166 | 5.34 |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.20 | 14.166 | 0.03 |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.97 | 14.166 | 0.14 |
| K-TEL INTL (ADVANCE) | 12/95-02/96 | 472.73 | 14.166 | 66.97 |
| K-TEL INTERNATIONAL (USA) I | 7/95-09/95 | 23.72 | 14.166 | 3.36 |
| MECHANICAL COPYRIGHT (FRN) | 8/95-10/95 | 14.46 | 14.166 | 2.05 |
| WCM AUSTRALIA | 7/95-12/95 | 40.03 | 14.166 | 5.67 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 1365.37 | 14.166 | 193.42 |
| WCM GERMANY | 7/95-12/95 | 21.99 | 14.166 | 3.12 |
| WCM ITALY | 7/95-12/95 | 9.40 | 14.166 | 1.33 |
| WCM JAPAN K.K | 7/95-12/95 | 551.06 | 14.166 | 78.06 |
| WCM SCANDINAVIA | 7/95-12/95 | 52.17 | 14.166 | 7.39 |
| WCM FRANCE | 7/95-12/95 | 101.34 | 14.166 | 14.36 |
| WCM GREECE | 7/93-12/93 | 226.09 | 14.166 | 32.03 |
|  | 7/94-12/94 | 108.59 | 14.166 | 15.38 |
|  |  |  |  | 663.45 * |
| **WHERE ARE ALL MY FRIENDS** |  |  |  |  |
| V.CARSTARPHEN/G.MCFADDEN/J.WHITEHEAD |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 660.84 | 14.166 | 93.61 |
| WCM SPAIN | 7/95-12/95 | 4.55 | 14.166 | 0.64 |
| WCM CANADA | 7/95-12/95 | 8.89 | 14.166 | 1.26 |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.45 | 14.166 | 0.06 |
| WCM AUSTRIA | 7/95-12/95 | 4.51 | 14.166 | 0.64 |
| WCM AUSTRALIA | 7/95-12/95 | 5.04 | 14.166 | 0.71 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 29.59 | 14.166 | 4.19 |
| WCM GERMANY | 7/95-12/95 | 6.46 | 14.166 | 0.92 |
| WCM ITALY | 7/95-12/95 | 4.41 | 14.166 | 0.62 |
| WCM JAPAN K.K | 7/95-12/95 | 46.51 | 14.166 | 6.59 |
| WCM SCANDINAVIA | 7/95-12/95 | 0.59 | 14.166 | 0.08 |
| WCM FRANCE | 7/95-12/95 | 7.55 | 14.166 | 1.07 |
|  |  |  |  | 110.39 * |
| **WHERE DID ALL THE LOVIN' GO** |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, |  |  |  |  |
| WCM GERMANY | 7/95-12/95 | 58.48 | 14.166 | 8.28 |
|  |  |  |  | 8.28 * |
| **WHERE WILL YOU GO WHEN THE PARTY'S** |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 41.06 | 14.166 | 5.82 |
| WCM JAPAN K.K | 7/95-12/95 | 0.22 | 14.166 | 0.03 |
| WCM SCANDINAVIA | 7/95-12/95 | 0.35 | 14.166 | 0.05 |
|  |  |  |  | 5.90 * |
| **WHY OH WHY** |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, JERRY COHEN |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 10.03 | 14.166 | 1.42 |
| WCM SPAIN | 7/95-12/95 | 0.08 | 14.166 | 0.01 |
|  |  |  |  | 1.43 * |
| **YESTERDAY WE WERE JUST BUDDIES** |  |  |  |  |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, |  |  |  |  |
| WCM JAPAN K.K | 7/95-12/95 | 0.40 | 14.166 | 0.06 |
|  |  |  |  | 0.06 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                         PAGE:   10

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **YOU'RE MY SOMEONE TO LOVE** |  |  |  |  |  |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.18 | 14.166 | 0.31 |  |
|  | 10/95-12/95 | 15.68 | 14.166 | 2.22 |  |
|  |  |  |  |  | 2.53 * |
| **YOUR LOVE IS TAKING ME ON A JOURNEY** |  |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD JR |  |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 4.78 | 21.250 | 1.02 |  |
| WCM SCANDINAVIA | 7/95-12/95 | 29.57 | 21.250 | 6.28 |  |
|  |  |  |  |  | 7.30 * |
|  |  |  | MECHANICAL TOTAL | 12297.79 ** |  |

## ** PRINT ROYALTIES **

|  | PERIOD | | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** |  |  |  |  |  |  |
| GENE MCFADDEN, JON WHITEHEAD, JERRY |  |  |  |  |  |  |
| HAL LEONARD PUBL CORP (DOM) | 7/95-12/95 |  | 49.45 | 14.166 | 7.01 |  |
| WCM AUSTRALIA | 7/95-12/95 |  | 0.63 | 14.166 | 0.09 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 |  | 7.37 | 14.166 | 1.04 |  |
|  |  |  |  |  |  | 8.14 * |
| **BACKSTABBERS** |  |  |  |  |  |  |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD |  |  |  |  |  |  |
| CANADIAN PRINT RATES |  |  |  |  |  |  |
| WB PRESENTS 70/80 | MF9502 | 2 | 0.26 | 4.167 | 0.01 |  |
| CLASIC RHYTHM & BLUES | MF9542 | 15 | 2.54 | 4.167 | 0.11 |  |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 1 | 0.22 | 4.167 | 0.01 |  |
| PRINT FOREIGN RATES |  |  |  |  |  |  |
| CLASIC RHYTHM & BLUES | MF9542 | 204 | 34.58 | 4.167 | 1.44 |  |
| DOMESTIC PRINT RATES |  |  |  |  |  |  |
| WB PRESENTS 70/80 | MF9502 | 278 | 35.61 | 4.167 | 1.48 |  |
| CLASIC RHYTHM & BLUES | MF9542 | 321 | 54.41 | 4.167 | 2.27 |  |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 59 | 12.97 | 4.167 | 0.54 |  |
| SONG TREASURES FROM THE 70'S | VF1740 | 8 | 1.73 | 4.167 | 0.07 |  |
| WCM AUSTRALIA | 7/95-12/95 |  | 81.92 | 14.166 | 11.60 |  |
|  | 7/95-12/95 |  | 0.60 | 14.166 | 0.08 |  |
|  |  |  |  |  |  | 17.61 * |
| **DO YOU WANT TO DANCE** |  |  |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, |  |  |  |  |  |  |
| MINDSCAPE(FMRLY SOFTWARETOO | 10/95-12/95 |  | 21.50 | 14.166 | 3.05 |  |
|  |  |  |  |  |  | 3.05 * |
| **WAKE UP EVERYBODY** |  |  |  |  |  |  |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN |  |  |  |  |  |  |
| CANADIAN PRINT RATES |  |  |  |  |  |  |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 1 | 0.22 | 4.167 | 0.01 |  |
| GOLDEN DECADE OF THE 70'S | VF1769 | 2 | 0.55 | 4.167 | 0.02 |  |
| PRINT FOREIGN RATES |  |  |  |  |  |  |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 2 | 0.55 | 4.167 | 0.02 |  |
| DOMESTIC PRINT RATES |  |  |  |  |  |  |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 59 | 12.97 | 4.167 | 0.54 |  |
| SONG TREASURES FROM THE 70'S | VF1740 | 8 | 1.73 | 4.167 | 0.07 |  |
| GOLDEN DECADE OF THE 70'S | VF1769 | 50 | 13.85 | 4.167 | 0.58 |  |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 23 | 6.37 | 4.167 | 0.27 |  |
| WCM AUSTRALIA | 7/95-12/95 |  | 7.08 | 14.166 | 1.00 |  |
|  |  |  |  |  |  | 2.51 * |
|  |  |  |  | PRINT TOTAL | 31.31 ** |  |

## ** MISCELLANEOUS ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** |  |  |  |  |
| GENE MCFADDEN, JON WHITEHEAD, JERRY |  |  |  |  |
| WCM AUSTRALIA | 7/95-12/95 | 1638.36 | 14.166 | 232.09 |
|  | 7/95-12/95 | 4.48 | 14.166 | 0.63 |

WARNER/CHAPPELL
MUSIC, INC.          10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705    FAX 310-470-4634          A Warner Music Group Company

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                        PAGE:  11

## ** MISCELLANEOUS ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** |  | (CONTINUED) |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 247.43 | 14.166 | 35.05 |  |
|  | 7/95-12/95 | 304.01 | 14.166 | 43.07 |  |
| WCM GERMANY | 7/95-12/95 | 2272.88 | 14.166 | 321.98 |  |
| WORLD WIDE PANTS | 2/96-02/96 | 350.00 | 14.166 | 49.58 |  |
|  |  |  |  |  | 682.40 * |
| **AIN'T NO STOPPIN' (AIN'T NO WAY)** |  |  |  |  |  |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN |  |  |  |  |  |
| WCM JAPAN K.K | 7/95-12/95 | 35.38 | 10.625 | 3.76 |  |
|  |  |  |  |  | 3.76 * |
| **BACKSTABBERS** |  |  |  |  |  |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD |  |  |  |  |  |
| PIONEER ENTERTAINMENT (USA) | 10/95-12/95 | 45.00 | 14.166 | 6.37 |  |
| DAIICHI KOSHO CO LTD | 7/95-09/95 | 3.99 | 14.166 | 0.57 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 10.49 | 14.166 | 1.49 |  |
| WCM JAPAN K.K | 7/95-12/95 | 47.80 | 14.166 | 6.77 |  |
|  |  |  |  |  | 15.20 * |
| **BAD LUCK    (PARTS I & II)** |  |  |  |  |  |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN |  |  |  |  |  |
| WCM JAPAN K.K | 7/95-12/95 | 54.59 | 14.166 | 7.73 |  |
|  |  |  |  |  | 7.73 * |
| **DON'T LET LOVE GET YOU DOWN** |  |  |  |  |  |
| VICTOR CARSTARPHEN, LEON HUFF, |  |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 11.53 | 12.750 | 1.47 |  |
|  |  |  |  |  | 1.47 * |
| **MORE I GET, THE MORE I WANT** |  |  |  |  |  |
| VICTOR CARSTARPHEN, GENE MCFADDEN, |  |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 16.16 | 14.166 | 2.29 |  |
|  |  |  |  |  | 2.29 * |
| **SOUL CITY WALK** |  |  |  |  |  |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN |  |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.79 | 14.166 | 1.81 |  |
|  |  |  |  |  | 1.81 * |
| **WAKE UP EVERYBODY** |  |  |  |  |  |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN |  |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 64.37 | 14.166 | 9.12 |  |
|  |  |  |  |  | 9.12 * |

                                              MISCELLANEOUS TOTAL    723.78 **

                                              STATEMENT TOTAL  13052.88 ***

MIGHTY THREE MUSIC GROUP                    4460

S U M M A R Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1996


JOHN WHITEHEAD JR                 *          TAX ID 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
C/O MARY WHITEHEAD
7815 DEER RUN RD
LAVEROCK, PA 19118


IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR

    DATE    REF.

    4/20/96 AUPAYH       PAYMENT MADE TO HEIRS                16291.44 -
    3/31/96 ROYLTS       ROYALTIES FOR PERIOD TO 03/1996      13052.88
    3/31/96 TF14621001   ROYALTY JOHN WHITEHEAD                3263.56
    3/31/96 FED EX       FEDERAL EXPRESS CHARGES                 25.00 -

                                  BALANCE THIS PERIOD :          0.00
                                                         ------------

WARNER/CHAPPELL
MUSIC, INC.     10585 Santa Monica Boulevard, Los Angeles, CA 90025    310-441-8705    FAX: 310-470-4604          A Warner Music Group Company

MIGHTY THREE MUSIC GROUP

R O Y A L T Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1996

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                          PAGE:    1

** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | | |
| GENE MCFADDEN, JON WHITEHEAD, JERRY | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 3.29 | 14.166 | 0.47 | |
| | 10/95-12/95 | 459.00 | 14.166 | 65.02 | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 20.26 | 14.166 | 2.87 | |
| | 10/95-12/95 | 7453.79 | 14.166 | 1055.90 | |
| WCM BRASIL | 10/95-12/95 | 16.71 | 14.166 | 2.37 | |
| WCM SPAIN | 7/95-12/95 | 2754.06 | 14.166 | 390.14 | |
| FONDO MUSICAL LTDA | 7/95-12/95 | 6.71 | 14.166 | 0.95 | |
| WCM CANADA | 7/95-12/95 | 2100.60 | 14.166 | 297.57 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 96.17 | 14.166 | 13.62 | |
| | 7/95-12/95 | 22.17 | 14.166 | 3.14 | |
| K-TEL INTERNATIONAL (USA) I | 10/95-12/95 | 7.98 | 14.166 | 1.13 | |
| RHINO RECORDS | 4/95-06/95 | 937.07 | 14.166 | 132.75 | |
| WCM AUSTRIA | 7/95-12/95 | 574.24 | 14.166 | 81.35 | |
| WCM AUSTRALIA | 7/95-12/95 | 1161.34 | 14.166 | 164.52 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 21958.05 | 14.166 | 3110.58 | |
| | 7/95-12/95 | 5.18 | 14.166 | 0.73 | |
| WCM GERMANY | 7/95-12/95 | 1926.29 | 14.166 | 272.88 | |
| WCM ITALY | 7/95-12/95 | 936.20 | 14.166 | 132.62 | |
| | 7/95-12/95 | 215.84 | 14.166 | 30.58 | |
| WCM SCANDINAVIA | 7/95-12/95 | 474.31 | 14.166 | 67.19 | |
| WCM MEXICO S A DE CV | 7/95-12/95 | 0.49 | 14.166 | 0.07 | |
| WCM UK (W)-ISRAEL | 7/95-12/95 | 7.37 | 14.166 | 1.04 | |
| WCM UK (W)-SOUTH AFRICA | 7/95-12/95 | 58.05 | 14.166 | 8.22 | |
| | | | | | 5835.71 * |
| | | | | | |
| **AIN'T NO STOPPIN' (AIN'T NO WAY)** | | | | | |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN | | | | | |
| WCM BRASIL | 10/95-12/95 | 302.37 | 10.625 | 32.13 | |
| WCM SPAIN | 7/95-12/95 | 119.12 | 10.625 | 12.66 | |
| WCM AUSTRIA | 7/95-12/95 | 2009.70 | 10.625 | 213.53 | |
| WCM GERMANY | 7/95-12/95 | 10606.71 | 10.625 | 1126.96 | |
| WCM JAPAN K.K | 7/95-12/95 | 1334.59 | 10.625 | 141.80 | |
| | 7/95-12/95 | 265.94 | 10.625 | 28.26 | |
| WCM SCANDINAVIA | 7/95-12/95 | 228.71 | 10.625 | 24.30 | |
| WCM GREECE | 7/93-12/93 | 87.68 | 10.625 | 9.32 | |
| | 7/94-12/94 | 3.22 | 10.625 | 0.34 | |
| | | | | | 1589.30 * |
| | | | | | |
| **ALWAYS ROOM FOR ONE MORE** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 8.83 | 14.166 | 1.25 | |
| | | | | | 1.25 * |
| | | | | | |
| **ARE YOU SURE** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.05 | 14.166 | 0.01 | |
| WCM FRANCE | 7/95-12/95 | 26.17 | 14.166 | 3.71 | |
| | | | | | 3.72 * |
| | | | | | |
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| PRIORITY RECORDS (ADVANCE) | 12/95-12/95 | 709.09 | 14.166 | 100.45 | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 107.15 | 14.166 | 15.18 | |
| | 10/95-12/95 | 1074.35 | 14.166 | 152.19 | |
| WCM BRASIL | 10/95-12/95 | 5.60 | 14.166 | 0.79 | |
| WCM SPAIN | 7/95-12/95 | 59.44 | 14.166 | 8.42 | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 1.03 | 14.166 | 0.15 | |
| WCM CANADA | 7/95-12/95 | 43.08 | 14.166 | 6.10 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 23.85 | 14.166 | 3.38 | |
| MECHANICAL COPYRIGHT (FRN) | 8/95-10/95 | 12.47 | 14.166 | 1.77 | |

WARNER/CHAPPELL MUSIC, INC.     10585 Santa Monica Boulevard, Los Angeles CA 90025     310-441-8705     FAX: 310-470-4634     A Warner Music Group Company

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                    PAGE:    2

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **BACKSTABBERS** |  | (CONTINUED) |  |  |
| RHINO RECORDS | 4/94-06/94 | 591.29 | 14.166 | 83.76 |
|  | 4/95-06/95 | 75.53 | 14.166 | 10.70 |
|  | 7/94-09/94 | 670.93 | 14.166 | 95.04 |
| S.D.R.M. (FRN) | 7/95-09/95 | 2.94 | 14.166 | 0.42 |
| TRIPLE X ENTERTAINMENT | 7/95-09/95 | 1.34 | 14.166 | 0.19 |
| WCM AUSTRIA | 7/95-12/95 | 229.55 | 14.166 | 32.52 |
| WCM AUSTRALIA | 7/95-12/95 | 27.20 | 14.166 | 3.85 |
|  | 7/95-12/95 | 0.37 | 14.166 | 0.05 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 1054.55 | 14.166 | 149.39 |
| WCM GERMANY | 7/95-12/95 | 697.20 | 14.166 | 98.77 |
| WCM ITALY | 7/95-12/95 | 232.14 | 14.166 | 32.88 |
| WCM JAPAN K.K | 7/95-12/95 | 1996.73 | 14.166 | 282.86 |
|  | 7/95-12/95 | 11.68 | 14.166 | 1.65 |
| WCM SCANDINAVIA | 7/95-12/95 | 9.61 | 14.166 | 1.36 |
| WCM FRANCE | 7/95-12/95 | 516.19 | 14.166 | 73.12 |
| WCM UK (W)-ISRAEL | 7/95-12/95 | 1.97 | 14.166 | 0.28 |
|  |  |  |  | 1155.27 * |
| **BAD LUCK    (PARTS I & II)** |  |  |  |  |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 266.51 | 14.166 | 37.75 |
|  | 10/95-12/95 | 831.26 | 14.166 | 117.76 |
| WCM SPAIN | 7/95-12/95 | 6.82 | 14.166 | 0.97 |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.37 | 14.166 | 0.05 |
| WCM CANADA | 7/95-12/95 | 13.41 | 14.166 | 1.90 |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.62 | 14.166 | 0.09 |
| WCM AUSTRIA | 7/95-12/95 | 4.51 | 14.166 | 0.64 |
| WCM AUSTRALIA | 7/95-12/95 | 16.61 | 14.166 | 2.35 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 179.25 | 14.166 | 25.39 |
| WCM GERMANY | 7/95-12/95 | 151.77 | 14.166 | 21.50 |
| WCM ITALY | 7/95-12/95 | 6.05 | 14.166 | 0.86 |
| WCM JAPAN K.K | 7/95-12/95 | 1056.89 | 14.166 | 149.72 |
| WCM SCANDINAVIA | 7/95-12/95 | 15.64 | 14.166 | 2.22 |
| WCM FRANCE | 7/95-12/95 | 183.58 | 14.166 | 26.01 |
|  |  |  |  | 387.21 * |
| **BE TRUTHFUL TO ME** |  |  |  |  |
| GAMBLE, HUFF, MCFADDEN, WHITEHEAD |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 26.05 | 10.625 | 2.77 |
| WCM SPAIN | 7/95-12/95 | 3.47 | 10.625 | 0.37 |
|  |  |  |  | 3.14 * |
| **BUG-A-BOO** |  |  |  |  |
| JOHN WHITEHEAD*, GENE MCFADDEN*, |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 1.21 | 12.750 | 0.15 |
|  |  |  |  | 0.15 * |
| **BUMPIN BOOGIE (PARTS I & II)** |  |  |  |  |
| KENNETH GAMBLE, LEON HUFF, |  |  |  |  |
| WCM SPAIN | 7/95-12/95 | 2.88 | 10.625 | 0.31 |
|  |  |  |  | 0.31 * |
| **COLD COLD WORLD** |  |  |  |  |
| VICTOR CARSTARPHEN, GENE MCFADDEN, |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 215.05 | 14.166 | 30.46 |
| WCM GERMANY | 7/95-12/95 | 251.44 | 14.166 | 35.62 |
|  |  |  |  | 66.08 * |
| **CONCENTRATE ON ME** |  |  |  |  |
| LEON HUFF, JOHN WHITEHEAD, GENE MCFADDEN |  |  |  |  |
| WCM JAPAN K.K | 7/95-12/95 | 4.66 | 14.166 | 0.66 |
|  |  |  |  | 0.66 * |
| **DANCE YOUR TROUBLES AWAY** |  |  |  |  |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 6.37 | 14.166 | 0.90 |
| WCM JAPAN K.K | 7/95-12/95 | 21.46 | 14.166 | 3.04 |
|  |  |  |  | 3.94 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                    PAGE:    3

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **DISCO SHOWDOWN** | | | | |
| BELL ARCHIE, VICTOR CARSTARPHEN (VIC), | | | | |
| WCM BRASIL | 10/95-12/95 | 4.71 | 12.750 | 0.60 |
| | | | | 0.60 * |
| **DON'T FEEL BAD** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 10.03 | 14.166 | 1.42 |
| | | | | 1.42 * |
| **DON'T LET LOVE GET YOU DOWN** | | | | |
| VICTOR CARSTARPHEN, LEON HUFF, | | | | |
| WCM AUSTRIA | 7/95-12/95 | 3.22 | 12.750 | 0.41 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 339.64 | 12.750 | 43.30 |
| WCM GERMANY | 7/95-12/95 | 123.13 | 12.750 | 15.70 |
| | | | | 59.41 * |
| **DON'T WALK AWAY MAD** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| WCM SPAIN | 7/95-12/95 | 0.04 | 31.875 | 0.01 |
| | | | | 0.01 * |
| **DO YOU WANT TO DANCE** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 3.29 | 14.166 | 0.47 |
| | 10/95-12/95 | 23.88 | 14.166 | 3.38 |
| | | | | 3.85 * |
| **EASY EASY GOT TO TAKE IT EASY** | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 67.01 | 14.166 | 9.49 |
| WCM CANADA | 7/95-12/95 | 7.45 | 14.166 | 1.06 |
| | | | | 10.55 * |
| **FERRY AVENUE** | | | | |
| LEON HUFF, GENE MCFADDEN, | | | | |
| WCM GERMANY | 7/95-12/95 | 9.35 | 10.625 | 0.99 |
| | | | | 0.99 * |
| **GOT TO CHANGE** | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.46 | 14.166 | 0.35 |
| | 10/95-12/95 | 17.92 | 14.166 | 2.54 |
| | | | | 2.89 * |
| **I'LL ALWAYS LOVE MY MAMA** | | | | |
| K.GAMBLE/L.HUFF/G.MCFADDEN/J.WHITEHEAD | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 91.60 | 10.625 | 9.73 |
| WCM SPAIN | 7/95-12/95 | 7.87 | 10.625 | 0.84 |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.38 | 10.625 | 0.04 |
| WCM CANADA | 7/95-12/95 | 6.06 | 10.625 | 0.64 |
| ORIGINAL SOUND RECORD | 7/95-09/95 | 490.02 | 10.625 | 52.06 |
| WCM AUSTRIA | 7/95-12/95 | 3.40 | 10.625 | 0.36 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 6.80 | 10.625 | 0.72 |
| WCM GERMANY | 7/95-12/95 | 1.52 | 10.625 | 0.16 |
| WCM JAPAN K.K | 7/95-12/95 | 272.91 | 10.625 | 29.00 |
| WCM FRANCE | 7/95-12/95 | 189.97 | 10.625 | 20.18 |
| | | | | 113.73 * |
| **I'LL TRY** | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 68.80 | 14.166 | 9.75 |
| | | | | 9.75 * |
| **I'VE BEEN PUSHED ASIDE** | | | | |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.46 | 14.166 | 0.35 |
| | 10/95-12/95 | 17.92 | 14.166 | 2.54 |
| | | | | 2.89 * |

WARNER/CHAPPELL
MUSIC, INC.         10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705    FAX: 310-470-4634              A Warner Music Group Company

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                    PAGE:    4

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **I CAN'T WIN FOR LOSING** | | | | |
| . WHITEHEAD, G. MCFADDEN, V.CARSTARPHEN | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 359.83 | 14.166 | 50.97 |
| | | | | 50.97 * |
| **IF YOU'RE LOOKING FOR SOMEBODY TO L** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD JR | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 78.67 | 21.250 | 16.72 |
| WCM SCANDINAVIA | 7/95-12/95 | 63.65 | 21.250 | 13.53 |
| | | | | 30.25 * |
| **IF YOU KNOW LIKE I KNOW** | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 0.26 | 14.166 | 0.04 |
| | 10/95-12/95 | 93.21 | 14.166 | 13.20 |
| WCM CANADA | 7/95-12/95 | 14.04 | 14.166 | 1.99 |
| | | | | 15.23 * |
| **IF YOU WANT ME BACK** | | | | |
| LEON HUFF, JOHN WHITEHEAD, | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.05 | 14.166 | 0.01 |
| WCM FRANCE | 7/95-12/95 | 23.40 | 14.166 | 3.31 |
| | | | | 3.32 * |
| **I GOT THE LOVE** | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.18 | 14.166 | 0.31 |
| | 10/95-12/95 | 15.68 | 14.166 | 2.22 |
| WCM FRANCE | 7/95-12/95 | 3.98 | 14.166 | 0.56 |
| | | | | 3.09 * |
| **I HEARD IT IN A LOVE SONG** | | | | |
| G.MCFADDEN, J.WHITEHEAD, J.COHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 348.21 | 14.166 | 49.33 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 8.09 | 14.166 | 1.15 |
| WCM GERMANY | 7/95-12/95 | 19.49 | 14.166 | 2.76 |
| | | | | 53.24 * |
| **I KNOW WHAT I'M GONNA DO** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 227.83 | 14.166 | 32.27 |
| | | | | 32.27 * |
| **I LOVE YOU BUT YOU DON'T EVEN KNOW** | | | | |
| V CARSTARPHEN, G MCFADDEN, J WHITEHEAD | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 10.74 | 14.166 | 1.52 |
| | | | | 1.52 * |
| **IS THERE A PLACE FOR ME** | | | | |
| LEON HUFF, GENE MCFADDEN, | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 83.67 | 14.166 | 11.85 |
| WCM JAPAN K.K | 7/95-12/95 | 9.31 | 14.166 | 1.32 |
| | | | | 13.17 * |
| **IT'S ALL BECAUSE OF A WOMAN** | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | |
| WCM FRANCE | 7/95-12/95 | 11.46 | 14.166 | 1.62 |
| | | | | 1.62 * |
| **IT'S HARD NOT TO LIKE YOU** | | | | |
| GENE MCFADDEN, HAROLD PRESTON, | | | | |
| WCM GERMANY | 7/95-12/95 | 93.62 | 10.625 | 9.95 |
| | | | | 9.95 * |
| **JUST WANNA LOVE YOU BABY** | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.18 | 14.166 | 0.31 |
| | 10/95-12/95 | 15.68 | 14.166 | 2.22 |
| | | | | 2.53 * |

WARNER/CHAPPELL
MUSIC, INC.    10585 Santa Monica Boulevard, Los Angeles, CA 90025    310-441-8705    FAX. 310-470-4634    A Warner Music Group Company

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                          PAGE:    5

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **KEEP ON LOVING YOU** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 29.88 | 14.166 | 4.23 | |
| WCM SPAIN | 7/95-12/95 | 4.53 | 14.166 | 0.64 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.33 | 14.166 | 0.05 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 66.45 | 14.166 | 9.41 | |
| WCM GERMANY | 7/95-12/95 | 6.90 | 14.166 | 0.98 | |
| WCM ITALY | 7/95-12/95 | 3.25 | 14.166 | 0.46 | |
| WCM JAPAN K.K | 7/95-12/95 | 40.63 | 14.166 | 5.76 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.04 | 14.166 | 0.01 | |
| | | | | | 21.54 * |
| **LET'S GO DISCO** | | | | | |
| LEON HUFF, JOHN WHITEHEAD, | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 10.74 | 8.500 | 0.91 | |
| | | | | | 0.91 * |
| **LET'S GROOVE** | | | | | |
| MCFADDEN/WHITEHEAD/CARSTARPHEN/HUFF | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 35.99 | 12.750 | 4.59 | |
| WCM SPAIN | 7/95-12/95 | 1.10 | 12.750 | 0.14 | |
| WCM AUSTRIA | 7/95-12/95 | 6.81 | 12.750 | 0.87 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 0.11 | 12.750 | 0.01 | |
| | | | | | 5.61 * |
| **LET'S GROOVE (PART 2)** | | | | | |
| VICTOR CARSTARPHEN, LEON HUFF, | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 291.68 | 12.750 | 37.19 | |
| | | | | | 37.19 * |
| **LET'S MEND WHAT'S BEEN BROKEN** | | | | | |
| G.MCFADDEN, J.WHITEHEAD, J. COHEN | | | | | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 4.22 | 14.166 | 0.60 | |
| POLYGRAM RECORDS (DOM) | 7/95-09/95 | 219.14 | 14.166 | 31.04 | |
| | 10/95-12/95 | 204.10 | 14.166 | 28.91 | |
| RCA / BMG MUSIC/ARIOLA DOME | 9/95-11/95 | 284.63 | 14.166 | 40.32 | |
| WCM AUSTRIA | 7/95-12/95 | 24.25 | 14.166 | 3.44 | |
| WCM AUSTRALIA | 7/95-12/95 | 2.49 | 14.166 | 0.35 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 72.89 | 14.166 | 10.33 | |
| WCM GERMANY | 7/95-12/95 | 391.62 | 14.166 | 55.48 | |
| WCM ITALY | 7/95-12/95 | 41.03 | 14.166 | 5.81 | |
| WCM JAPAN K.K | 7/95-12/95 | 16.06 | 14.166 | 2.28 | |
| WCM SCANDINAVIA | 7/95-12/95 | 21.10 | 14.166 | 2.99 | |
| WCM GREECE | 7/89-12/89 | 2.52 | 14.166 | 0.36 | |
| | | | | | 181.91 * |
| **LET'S STAND TOGETHER** | | | | | |
| G. MC FADDEN, J. WHITEHEAD & M. MOORE | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 136.39 | 14.166 | 19.32 | |
| | 7/95-12/95 | 280.51 | 14.166 | 39.74 | |
| | | | | | 59.06 * |
| **LET LIFE FLOW** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 16.72 | 14.166 | 2.37 | |
| WCM CANADA | 7/95-12/95 | 6.64 | 14.166 | 0.94 | |
| | | | | | 3.31 * |
| **LET ME LOVE YOU** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 326.33 | 14.166 | 46.23 | |
| WCM CANADA | 7/95-12/95 | 24.75 | 14.166 | 3.51 | |
| WCM GERMANY | 7/95-12/95 | 54.58 | 14.166 | 7.73 | |
| | | | | | 57.47 * |
| **LET ME TURN U ON** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 20.27 | 10.625 | 2.15 | |
| | 10/95-12/95 | 40.52 | 10.625 | 4.31 | |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                         PAGE:   6

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **LET ME TURN U ON** | | (CONTINUED) | | | |
| WCM GERMANY | 7/95-12/95 | 51.09 | 10.625 | 5.43 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.94 | 10.625 | 0.10 | |
| | 7/95-12/95 | 0.35 | 10.625 | 0.04 | |
| | | | | | 12.03 * |
| **LISTEN TO THE CLOCK ON THE WALL** | | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 48.18 | 10.625 | 5.12 | |
| WCM JAPAN K.K | 7/95-12/95 | 55.08 | 10.625 | 5.85 | |
| | | | | | 10.97 * |
| **LOVE SHOP** | | | | | |
| LEON HUFF, GENE MCFADDEN, | | | | | |
| WCM SPAIN | 7/95-12/95 | 3.74 | 14.166 | 0.53 | |
| | | | | | 0.53 * |
| **LOVE SONG NUMBER 690 (LIFE'S NO GOO** | | | | | |
| GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 10.03 | 14.166 | 1.42 | |
| | | | | | 1.42 * |
| **MORE I GET, THE MORE I WANT** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 67.01 | 14.166 | 9.49 | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 470.34 | 14.166 | 66.63 | |
| WCM SPAIN | 7/95-12/95 | 0.96 | 14.166 | 0.14 | |
| WCM CANADA | 7/95-12/95 | 13.98 | 14.166 | 1.98 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 2.37 | 14.166 | 0.34 | |
| WCM GERMANY | 7/95-12/95 | 4134.28 | 14.166 | 585.66 | |
| WCM ITALY | 7/95-12/95 | 23.07 | 14.166 | 3.27 | |
| WCM GREECE | 7/93-12/93 | 137.13 | 14.166 | 19.43 | |
| | | | | | 686.94 * |
| **MR. MUSIC** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.46 | 14.166 | 0.35 | |
| | 10/95-12/95 | 17.92 | 14.166 | 2.54 | |
| | | | | | 2.89 * |
| **MUSIC'S TAKIN' OVER** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| WCM SPAIN | 7/95-12/95 | 18.26 | 14.166 | 2.59 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.40 | 14.166 | 0.06 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.79 | 14.166 | 1.81 | |
| WCM GERMANY | 7/95-12/95 | 12.01 | 14.166 | 1.70 | |
| WCM ITALY | 7/95-12/95 | 3.91 | 14.166 | 0.55 | |
| WCM JAPAN K.K | 7/95-12/95 | 4.39 | 14.166 | 0.62 | |
| WCM SCANDINAVIA | 7/95-12/95 | 3.18 | 14.166 | 0.45 | |
| | | | | | 7.78 * |
| **NOW IS THE TIME TO DO IT** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 539.90 | 14.166 | 76.48 | |
| | | | | | 76.48 * |
| **ONE DAY SOON    (YOU'LL NEED ME)** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 19.83 | 14.166 | 2.81 | |
| | | | | | 2.81 * |
| **PEOPLE KEEP TELLIM' ME** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 101.64 | 14.166 | 14.40 | |
| WCM JAPAN K.K | 7/95-12/95 | 2.68 | 14.166 | 0.38 | |
| | | | | | 14.78 * |

WARNER/CHAPPELL MUSIC, INC.     10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705   FAX 310-470-4634        A Warner Music Group Company

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                      PAGE:   7

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **PEOPLE POWER** | | | | | |
| J.WHITEHEAD/G.MCFADDEN/V.CARSTARPHEN | | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 2.31 | 14.166 | 0.33 | |
| WCM FRANCE | 7/95-12/95 | 1161.71 | 14.166 | 164.57 | |
| | | | | | 164.90 * |
| **PICK ME UP I'LL DANCE** | | | | | |
| J. WHITEHEAD, G. MC FADDEN, R. ROSE | | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.30 | 14.166 | 0.04 | |
| WCM FRANCE | 7/95-12/95 | 149.15 | 14.166 | 21.13 | |
| | | | | | 21.17 * |
| **PRAYIN'   (A PRAYER FOR EVERYONE)** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 4.21 | 21.250 | 0.89 | |
| WCM SCANDINAVIA | 7/95-12/95 | 4.36 | 21.250 | 0.93 | |
| | | | | | 1.82 * |
| **PRETTY FLOWER** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 10.02 | 14.166 | 1.42 | |
| WCM FRANCE | 7/95-12/95 | 10.49 | 14.166 | 1.49 | |
| | | | | | 2.91 * |
| **RIGHT HERE IS WHERE I WANT TO BE** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 7.11 | 14.166 | 1.01 | |
| | | | | | 1.01 * |
| **SHE'S ONLY A WOMAN** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 117.76 | 14.166 | 16.68 | |
| WCM GERMANY | 7/95-12/95 | 90.59 | 14.166 | 12.83 | |
| WCM FRANCE | 7/95-12/95 | 14.44 | 14.166 | 2.05 | |
| | | | | | 31.56 * |
| **SHIFTLESS, SHADY JEALOUS KIND OF PE** | | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 45.13 | 10.625 | 4.80 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 9.13 | 10.625 | 0.97 | |
| WCM GERMANY | 7/95-12/95 | 0.55 | 10.625 | 0.06 | |
| WCM JAPAN K.K | 7/95-12/95 | 63.80 | 10.625 | 6.78 | |
| | | | | | 12.61 * |
| **SOMEBODY TOLD ME** | | | | | |
| KENNETH GAMBLE, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 76.96 | 10.625 | 8.18 | |
| WCM CANADA | 7/95-12/95 | 7.45 | 10.625 | 0.79 | |
| | | | | | 8.97 * |
| **SOONER YOU GET HERE** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.06 | 14.166 | 0.01 | |
| WCM FRANCE | 7/95-12/95 | 30.67 | 14.166 | 4.34 | |
| | | | | | 4.35 * |
| **SOUL CITY WALK** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 143.91 | 14.166 | 20.39 | |
| WCM SPAIN | 7/95-12/95 | 6.15 | 14.166 | 0.87 | |
| RHINO RECORDS | 4/95-06/95 | 87.47 | 14.166 | 12.39 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 2894.98 | 14.166 | 410.10 | |
| WCM JAPAN K.K | 7/95-12/95 | 12.13 | 14.166 | 1.72 | |
| WCM GREECE | 7/94-12/94 | 1.74 | 14.166 | 0.25 | |
| | | | | | 445.72 * |

**STANDING RIGHT HERE**
J.WHITEHEAD/G.MCFADDEN/V.CARSTARPHEN

WARNER/CHAPPELL
MUSIC, INC.      10585 Santa Monica Boulevard, Los Angeles, CA 90025   310-441-8705   FAX 310-470-4634      A Warner Music Group Company

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                    PAGE:    8

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **STANDING RIGHT HERE** | | (CONTINUED) | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 15.24 | 14.166 | 2.16 | |
| | | | | | 2.16 * |
| **STAY TOGETHER** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| MCA RECORDS INC (DOM) | 10/95-12/95 | 22.14 | 14.166 | 3.14 | |
| | | | | | 3.14 * |
| **STRATEGY** | | | | | |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 105.67 | 14.166 | 14.97 | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 9.61 | 14.166 | 1.36 | |
| RHINO RECORDS | 4/95-06/95 | 87.47 | 14.166 | 12.39 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 7.90 | 14.166 | 1.12 | |
| | | | | | 29.84 * |
| **STRENGTH OF ONE MAN** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 37.72 | 14.166 | 5.34 | |
| WCM SPAIN | 7/95-12/95 | 31.11 | 14.166 | 4.41 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.55 | 14.166 | 0.08 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 5.29 | 14.166 | 0.75 | |
| WCM GERMANY | 7/95-12/95 | 23.38 | 14.166 | 3.31 | |
| WCM ITALY | 7/95-12/95 | 5.39 | 14.166 | 0.76 | |
| WCM JAPAN K.K | 7/95-12/95 | 5.42 | 14.166 | 0.77 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.31 | 14.166 | 0.04 | |
| WCM FRANCE | 7/95-12/95 | 14.70 | 14.166 | 2.08 | |
| | | | | | 17.54 * |
| **SUMMERTIME AND I'M FEELING MELLOW** | | | | | |
| V.CARSTARPEHN/G.MCFADDEN/J.WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 17.30 | 14.166 | 2.45 | |
| | | | | | 2.45 * |
| **TELL THE WORLD HOW I FEEL ABOUT CHA** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 370.29 | 14.166 | 52.46 | |
| WCM SPAIN | 7/95-12/95 | 33.00 | 14.166 | 4.67 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.36 | 14.166 | 0.05 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 35.46 | 14.166 | 5.02 | |
| WCM GERMANY | 7/95-12/95 | 7.21 | 14.166 | 1.02 | |
| WCM ITALY | 7/95-12/95 | 3.51 | 14.166 | 0.50 | |
| WCM JAPAN K.K | 7/95-12/95 | 44.70 | 14.166 | 6.33 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.04 | 14.166 | 0.01 | |
| | | | | | 70.06 * |
| **THAT LET'S ME KNOW I'M IN LOVE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 11.70 | 14.166 | 1.66 | |
| | | | | | 1.66 * |
| **THIS IS MY SONG** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 8.83 | 14.166 | 1.25 | |
| | | | | | 1.25 * |
| **THOSE LIES (DONE CAUGHT UP WITH YOU** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 74.26 | 14.166 | 10.52 | |
| WCM BRASIL | 10/95-12/95 | 4.59 | 14.166 | 0.65 | |
| | | | | | 11.17 * |
| **TO BE FREE TO BE WHO WE ARE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 29.88 | 14.166 | 4.23 | |
| WCM SPAIN | 7/95-12/95 | 5.19 | 14.166 | 0.74 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.47 | 14.166 | 0.07 | |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                                   PAGE:    9
_____

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **TO BE FREE TO BE WHO WE ARE** | | **(CONTINUED)** | | | |
| WCM AUSTRIA | 7/95-12/95 | 4.51 | 14.166 | 0.64 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.07 | 14.166 | 1.71 | |
| WCM GERMANY | 7/95-12/95 | 9.37 | 14.166 | 1.33 | |
| WCM ITALY | 7/95-12/95 | 4.56 | 14.166 | 0.65 | |
| WCM JAPAN K.K | 7/95-12/95 | 8.16 | 14.166 | 1.16 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.05 | 14.166 | 0.01 | |
| | | | | | 10.54 * |
| **WAKE UP EVERYBODY** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 1404.58 | 14.166 | 198.97 | |
| CGR PRODUCTIONS | 7/95-09/95 | 252.95 | 14.166 | 35.83 | |
| WCM SPAIN | 7/95-12/95 | 37.73 | 14.166 | 5.34 | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.20 | 14.166 | 0.03 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.97 | 14.166 | 0.14 | |
| K-TEL INTL (ADVANCE) | 12/95-02/96 | 472.73 | 14.166 | 66.97 | |
| K-TEL INTERNATIONAL (USA) I | 7/95-09/95 | 23.72 | 14.166 | 3.36 | |
| MECHANICAL COPYRIGHT (FRN) | 8/95-10/95 | 14.46 | 14.166 | 2.05 | |
| WCM AUSTRALIA | 7/95-12/95 | 40.03 | 14.166 | 5.67 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 1365.37 | 14.166 | 193.42 | |
| WCM GERMANY | 7/95-12/95 | 21.99 | 14.166 | 3.12 | |
| WCM ITALY | 7/95-12/95 | 9.40 | 14.166 | 1.33 | |
| WCM JAPAN K.K | 7/95-12/95 | 551.06 | 14.166 | 78.06 | |
| WCM SCANDINAVIA | 7/95-12/95 | 52.17 | 14.166 | 7.39 | |
| WCM FRANCE | 7/95-12/95 | 101.34 | 14.166 | 14.36 | |
| WCM GREECE | 7/93-12/93 | 226.09 | 14.166 | 32.03 | |
| | 7/94-12/94 | 108.59 | 14.166 | 15.38 | |
| | | | | | 663.45 * |
| **WHERE ARE ALL MY FRIENDS** | | | | | |
| V.CARSTARPHEN/G.MCFADDEN/J.WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 660.84 | 14.166 | 93.61 | |
| WCM SPAIN | 7/95-12/95 | 4.55 | 14.166 | 0.64 | |
| WCM CANADA | 7/95-12/95 | 8.89 | 14.166 | 1.26 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.45 | 14.166 | 0.06 | |
| WCM AUSTRIA | 7/95-12/95 | 4.51 | 14.166 | 0.64 | |
| WCM AUSTRALIA | 7/95-12/95 | 5.04 | 14.166 | 0.71 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 29.59 | 14.166 | 4.19 | |
| WCM GERMANY | 7/95-12/95 | 6.46 | 14.166 | 0.92 | |
| WCM ITALY | 7/95-12/95 | 4.41 | 14.166 | 0.62 | |
| WCM JAPAN K.K | 7/95-12/95 | 46.51 | 14.166 | 6.59 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.59 | 14.166 | 0.08 | |
| WCM FRANCE | 7/95-12/95 | 7.55 | 14.166 | 1.07 | |
| | | | | | 110.39 * |
| **WHERE DID ALL THE LOVIN' GO** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| WCM GERMANY | 7/95-12/95 | 58.48 | 14.166 | 8.28 | |
| | | | | | 8.28 * |
| **WHERE WILL YOU GO WHEN THE PARTY'S** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 41.06 | 14.166 | 5.82 | |
| WCM JAPAN K.K | 7/95-12/95 | 0.22 | 14.166 | 0.03 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.35 | 14.166 | 0.05 | |
| | | | | | 5.90 * |
| **WHY OH WHY** | | | | | |
| GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 10.03 | 14.166 | 1.42 | |
| WCM SPAIN | 7/95-12/95 | 0.08 | 14.166 | 0.01 | |
| | | | | | 1.43 * |
| **YESTERDAY WE WERE JUST BUDDIES** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 0.40 | 14.166 | 0.06 | |
| | | | | | 0.06 * |

WARNER/CHAPPELL
MUSIC, INC.         10585 Santa Monica Boulevard, Los Angeles, CA 90025   310-441-8705   FAX 310-470-4634       A Warner Music Group Compan

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                    PAGE:  10

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **YOU'RE MY SOMEONE TO LOVE** | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.18 | 14.166 | 0.31 |
| | 10/95-12/95 | 15.68 | 14.166 | 2.22 |
| | | | | 2.53 * |
| | | | | |
| **YOUR LOVE IS TAKING ME ON A JOURNEY** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD JR | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 4.78 | 21.250 | 1.02 |
| WCM SCANDINAVIA | 7/95-12/95 | 29.57 | 21.250 | 6.28 |
| | | | | 7.30 * |

MECHANICAL TOTAL  12297.79 **

## ** PRINT ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | |
| GENE MCFADDEN, JON WHITEHEAD, JERRY | | | | |
| HAL LEONARD PUBL CORP (DOM) | 7/95-12/95 | 49.45 | 14.166 | 7.01 |
| WCM AUSTRALIA | 7/95-12/95 | 0.63 | 14.166 | 0.09 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 7.37 | 14.166 | 1.04 |
| | | | | 8.14 * |

| | | | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|---|
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| CANADIAN PRINT RATES | | | | | |
| WB PRESENTS 70/80 | MF9502 | 2 | 0.26 | 4.167 | 0.01 |
| CLASIC RHYTHM & BLUES | MF9542 | 15 | 2.54 | 4.167 | 0.11 |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 1 | 0.22 | 4.167 | 0.01 |
| PRINT FOREIGN RATES | | | | | |
| CLASIC RHYTHM & BLUES | MF9542 | 204 | 34.58 | 4.167 | 1.44 |
| DOMESTIC PRINT RATES | | | | | |
| WB PRESENTS 70/80 | MF9502 | 278 | 35.61 | 4.167 | 1.48 |
| CLASIC RHYTHM & BLUES | MF9542 | 321 | 54.41 | 4.167 | 2.27 |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 59 | 12.97 | 4.167 | 0.54 |
| SONG TREASURES FROM THE 70'S | VF1740 | 8 | 1.73 | 4.167 | 0.07 |
| WCM AUSTRALIA | 7/95-12/95 | | 81.92 | 14.166 | 11.60 |
| | 7/95-12/95 | | 0.60 | 14.166 | 0.08 |
| | | | | | 17.61 * |
| | | | | | |
| **DO YOU WANT TO DANCE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| MINDSCAPE(FMRLY SOFTWARETOO | 10/95-12/95 | | 21.50 | 14.166 | 3.05 |
| | | | | | 3.05 * |
| | | | | | |
| **WAKE UP EVERYBODY** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CANADIAN PRINT RATES | | | | | |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 1 | 0.22 | 4.167 | 0.01 |
| GOLDEN DECADE OF THE 70'S | VF1769 | 2 | 0.55 | 4.167 | 0.02 |
| PRINT FOREIGN RATES | | | | | |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 2 | 0.55 | 4.167 | 0.02 |
| DOMESTIC PRINT RATES | | | | | |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 59 | 12.97 | 4.167 | 0.54 |
| SONG TREASURES FROM THE 70'S | VF1740 | 8 | 1.73 | 4.167 | 0.07 |
| GOLDEN DECADE OF THE 70'S | VF1769 | 50 | 13.85 | 4.167 | 0.58 |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 23 | 6.37 | 4.167 | 0.27 |
| WCM AUSTRALIA | 7/95-12/95 | | 7.08 | 14.166 | 1.00 |
| | | | | | 2.51 * |

PRINT TOTAL    31.31 **

## ** MISCELLANEOUS ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | |
| GENE MCFADDEN, JON WHITEHEAD, JERRY | | | | |
| WCM AUSTRALIA | 7/95-12/95 | 1638.36 | 14.166 | 232.09 |
| | 7/95-12/95 | 4.48 | 14.166 | 0.63 |

WARNER/CHAPPELL
MUSIC, INC.          10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705     FAX: 310-470-4634          A Warner Music Group Company

## ** MISCELLANEOUS ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** |  | **(CONTINUED)** |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 247.43 | 14.166 | 35.05 |  |
|  | 7/95-12/95 | 304.01 | 14.166 | 43.07 |  |
| WCM GERMANY | 7/95-12/95 | 2272.88 | 14.166 | 321.98 |  |
| WORLD WIDE PANTS | 2/96-02/96 | 350.00 | 14.166 | 49.58 |  |
|  |  |  |  |  | 682.40 * |
| **AIN'T NO STOPPIN' (AIN'T NO WAY)** |  |  |  |  |  |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN |  |  |  |  |  |
| WCM JAPAN K.K | 7/95-12/95 | 35.38 | 10.625 | 3.76 |  |
|  |  |  |  |  | 3.76 * |
| **BACKSTABBERS** |  |  |  |  |  |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD |  |  |  |  |  |
| PIONEER ENTERTAINMENT (USA) | 10/95-12/95 | 45.00 | 14.166 | 6.37 |  |
| DAIICHI KOSHO CO LTD | 7/95-09/95 | 3.99 | 14.166 | 0.57 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 10.49 | 14.166 | 1.49 |  |
| WCM JAPAN K.K | 7/95-12/95 | 47.80 | 14.166 | 6.77 |  |
|  |  |  |  |  | 15.20 * |
| **BAD LUCK    (PARTS I & II)** |  |  |  |  |  |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN |  |  |  |  |  |
| WCM JAPAN K.K | 7/95-12/95 | 54.59 | 14.166 | 7.73 |  |
|  |  |  |  |  | 7.73 * |
| **DON'T LET LOVE GET YOU DOWN** |  |  |  |  |  |
| VICTOR CARSTARPHEN, LEON HUFF, |  |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 11.53 | 12.750 | 1.47 |  |
|  |  |  |  |  | 1.47 * |
| **MORE I GET, THE MORE I WANT** |  |  |  |  |  |
| VICTOR CARSTARPHEN, GENE MCFADDEN, |  |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 16.16 | 14.166 | 2.29 |  |
|  |  |  |  |  | 2.29 * |
| **SOUL CITY WALK** |  |  |  |  |  |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN |  |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.79 | 14.166 | 1.81 |  |
|  |  |  |  |  | 1.81 * |
| **WAKE UP EVERYBODY** |  |  |  |  |  |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN |  |  |  |  |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 64.37 | 14.166 | 9.12 |  |
|  |  |  |  |  | 9.12 * |

MISCELLANEOUS TOTAL    723.78 **

STATEMENT TOTAL  13052.88 ***

MIGHTY THREE MUSIC GROUP                    4461

S U M M A R Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1996


JOHN WHITEHEAD JR                    *           TAX ID 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
25% BONUS ACCOUNT



IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD

    DATE     REF.

3/31/96 ROYLTS        ROYALTIES FOR PERIOD TO 03/1996          3263.56
3/31/96 TT14621000  TRANSFER OF BALANCE TO MAIN ACCOUNT        3263.56 -

                              BALANCE THIS PERIOD :          0.00
                                                         ------------

WARNER/CHAPPELL
MUSIC, INC.       10585 Santa Monica Boulevard, Los Angeles, CA 90025   310-441-8705   FAX: 310-470-4634     A Warner Music Group Company

MIGHTY THREE MUSIC GROUP

R O Y A L T Y   S T A T E M E N T

FOR PERIOD JANUARY TO MARCH 1996

PAYEE : (14621000)
JOHN WHITEHEAD JR

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                                   PAGE:     1

** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| AIN'T NO STOPPIN' US NOW | | | | | |
| GENE MCFADDEN, JON WHITEHEAD, JERRY | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 3.29 | 3.542 | 0.12 | |
| | 10/95-12/95 | 459.00 | 3.542 | 16.26 | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 20.26 | 3.542 | 0.72 | |
| | 10/95-12/95 | 7453.79 | 3.542 | 264.01 | |
| WCM BRASIL | 10/95-12/95 | 16.71 | 3.542 | 0.59 | |
| WCM SPAIN | 7/95-12/95 | 2754.06 | 3.542 | 97.55 | |
| FONDO MUSICAL LTDA | 7/95-12/95 | 6.71 | 3.542 | 0.24 | |
| WCM CANADA | 7/95-12/95 | 2100.60 | 3.542 | 74.40 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 96.17 | 3.542 | 3.41 | |
| | 7/95-12/95 | 22.17 | 3.542 | 0.79 | |
| K-TEL INTERNATIONAL (USA) I | 10/95-12/95 | 7.98 | 3.542 | 0.28 | |
| RHINO RECORDS | 4/95-06/95 | 937.07 | 3.542 | 33.19 | |
| WCM AUSTRIA | 7/95-12/95 | 574.24 | 3.542 | 20.34 | |
| WCM AUSTRALIA | 7/95-12/95 | 1161.34 | 3.542 | 41.13 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 21958.05 | 3.542 | 777.75 | |
| | 7/95-12/95 | 5.18 | 3.542 | 0.18 | |
| WCM GERMANY | 7/95-12/95 | 1926.29 | 3.542 | 68.23 | |
| WCM ITALY | 7/95-12/95 | 936.20 | 3.542 | 33.16 | |
| | 7/95-12/95 | 215.84 | 3.542 | 7.65 | |
| WCM SCANDINAVIA | 7/95-12/95 | 474.31 | 3.542 | 16.80 | |
| WCM MEXICO S A DE CV | 7/95-12/95 | 0.49 | 3.542 | 0.02 | |
| WCM UK (W)-ISRAEL | 7/95-12/95 | 7.37 | 3.542 | 0.26 | |
| WCM UK (W)-SOUTH AFRICA | 7/95-12/95 | 58.05 | 3.542 | 2.06 | |
| | | | | | 1459.14 * |
| | | | | | |
| AIN'T NO STOPPIN' (AIN'T NO WAY) | | | | | |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN | | | | | |
| WCM BRASIL | 10/95-12/95 | 302.37 | 2.656 | 8.03 | |
| WCM SPAIN | 7/95-12/95 | 119.12 | 2.656 | 3.16 | |
| WCM AUSTRIA | 7/95-12/95 | 2009.70 | 2.656 | 53.38 | |
| WCM GERMANY | 7/95-12/95 | 10606.71 | 2.656 | 281.71 | |
| WCM JAPAN K.K | 7/95-12/95 | 1334.59 | 2.656 | 35.45 | |
| | 7/95-12/95 | 265.94 | 2.656 | 7.06 | |
| WCM SCANDINAVIA | 7/95-12/95 | 228.71 | 2.656 | 6.07 | |
| WCM GREECE | 7/93-12/93 | 87.68 | 2.656 | 2.33 | |
| | 7/94-12/94 | 3.22 | 2.656 | 0.09 | |
| | | | | | 397.28 * |
| | | | | | |
| ALWAYS ROOM FOR ONE MORE | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 8.83 | 3.542 | 0.31 | |
| | | | | | 0.31 * |
| | | | | | |
| ARE YOU SURE | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| WCM FRANCE | 7/95-12/95 | 26.17 | 3.542 | 0.93 | |
| | | | | | 0.93 * |
| | | | | | |
| BACKSTABBERS | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| PRIORITY RECORDS  (ADVANCE) | 12/95-12/95 | 709.09 | 3.542 | 25.12 | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 107.15 | 3.542 | 3.80 | |
| | 10/95-12/95 | 1074.35 | 3.542 | 38.05 | |
| WCM BRASIL | 10/95-12/95 | 5.60 | 3.542 | 0.20 | |
| WCM SPAIN | 7/95-12/95 | 59.44 | 3.542 | 2.11 | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 1.03 | 3.542 | 0.04 | |
| WCM CANADA | 7/95-12/95 | 43.08 | 3.542 | 1.53 | |

WARNER/CHAPPELL
MUSIC, INC.          10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705     FAX: 310-470-4634          A Warner Music Group Compan

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                           PAGE:    2

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **BACKSTABBERS** | | **(CONTINUED)** | | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 23.85 | 3.542 | 0.84 |
| MECHANICAL COPYRIGHT (FRN) | 8/95-10/95 | 12.47 | 3.542 | 0.44 |
| RHINO RECORDS | 4/94-06/94 | 591.29 | 3.542 | 20.94 |
| | 4/95-06/95 | 75.53 | 3.542 | 2.68 |
| | 7/94-09/94 | 670.93 | 3.542 | 23.76 |
| S.D.R.M. (FRN) | 7/95-09/95 | 2.94 | 3.542 | 0.10 |
| TRIPLE X ENTERTAINMENT | 7/95-09/95 | 1.34 | 3.542 | 0.05 |
| WCM AUSTRIA | 7/95-12/95 | 229.55 | 3.542 | 8.13 |
| WCM AUSTRALIA | 7/95-12/95 | 27.20 | 3.542 | 0.96 |
| | 7/95-12/95 | 0.37 | 3.542 | 0.01 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 1054.55 | 3.542 | 37.35 |
| WCM GERMANY | 7/95-12/95 | 697.20 | 3.542 | 24.69 |
| WCM ITALY | 7/95-12/95 | 232.14 | 3.542 | 8.22 |
| WCM JAPAN K.K | 7/95-12/95 | 1996.73 | 3.542 | 70.72 |
| | 7/95-12/95 | 11.68 | 3.542 | 0.41 |
| WCM SCANDINAVIA | 7/95-12/95 | 9.61 | 3.542 | 0.34 |
| WCM FRANCE | 7/95-12/95 | 516.19 | 3.542 | 18.28 |
| WCM UK (W)-ISRAEL | 7/95-12/95 | 1.97 | 3.542 | 0.07 |
| | | | | 288.84 * |
| | | | | |
| **BAD LUCK    (PARTS I & II)** | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 266.51 | 3.542 | 9.44 |
| | 10/95-12/95 | 831.26 | 3.542 | 29.44 |
| WCM SPAIN | 7/95-12/95 | 6.82 | 3.542 | 0.24 |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.37 | 3.542 | 0.01 |
| WCM CANADA | 7/95-12/95 | 13.41 | 3.542 | 0.47 |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.62 | 3.542 | 0.02 |
| WCM AUSTRIA | 7/95-12/95 | 4.51 | 3.542 | 0.16 |
| WCM AUSTRALIA | 7/95-12/95 | 16.61 | 3.542 | 0.59 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 179.25 | 3.542 | 6.35 |
| WCM GERMANY | 7/95-12/95 | 151.77 | 3.542 | 5.38 |
| WCM ITALY | 7/95-12/95 | 6.05 | 3.542 | 0.21 |
| WCM JAPAN K.K | 7/95-12/95 | 1056.89 | 3.542 | 37.44 |
| WCM SCANDINAVIA | 7/95-12/95 | 15.64 | 3.542 | 0.55 |
| WCM FRANCE | 7/95-12/95 | 183.58 | 3.542 | 6.50 |
| | | | | 96.80 * |
| | | | | |
| **BE TRUTHFUL TO ME** | | | | |
| GAMBLE, HUFF, MCFADDEN, WHITEHEAD | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 26.05 | 2.656 | 0.69 |
| WCM SPAIN | 7/95-12/95 | 3.47 | 2.656 | 0.09 |
| | | | | 0.78 * |
| | | | | |
| **BUG-A-BOO** | | | | |
| JOHN WHITEHEAD*, GENE MCFADDEN*, | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 1.21 | 3.188 | 0.04 |
| | | | | 0.04 * |
| | | | | |
| **BUMPIN BOOGIE (PARTS I & II)** | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | |
| WCM SPAIN | 7/95-12/95 | 2.88 | 2.656 | 0.08 |
| | | | | 0.08 * |
| | | | | |
| **COLD COLD WORLD** | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 215.05 | 3.542 | 7.62 |
| WCM GERMANY | 7/95-12/95 | 251.44 | 3.542 | 8.91 |
| | | | | 16.53 * |
| | | | | |
| **CONCENTRATE ON ME** | | | | |
| LEON HUFF, JOHN WHITEHEAD, GENE MCFADDEN | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 4.66 | 3.542 | 0.17 |
| | | | | 0.17 * |
| | | | | |
| **DANCE YOUR TROUBLES AWAY** | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | |

** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **DANCE YOUR TROUBLES AWAY** |  | (CONTINUED) |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 6.37 | 3.542 | 0.23 |  |
| WCM JAPAN K.K | 7/95-12/95 | 21.46 | 3.542 | 0.76 |  |
|  |  |  |  |  | 0.99 * |
| **DISCO SHOWDOWN** |  |  |  |  |  |
| BELL ARCHIE, VICTOR CARSTARPHEN (VIC), |  |  |  |  |  |
| WCM BRASIL | 10/95-12/95 | 4.71 | 3.188 | 0.15 |  |
|  |  |  |  |  | 0.15 * |
| **DON'T FEEL BAD** |  |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 10.03 | 3.542 | 0.36 |  |
|  |  |  |  |  | 0.36 * |
| **DON'T LET LOVE GET YOU DOWN** |  |  |  |  |  |
| VICTOR CARSTARPHEN, LEON HUFF, |  |  |  |  |  |
| WCM AUSTRIA | 7/95-12/95 | 3.22 | 3.188 | 0.10 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 339.64 | 3.188 | 10.83 |  |
| WCM GERMANY | 7/95-12/95 | 123.13 | 3.188 | 3.93 |  |
|  |  |  |  |  | 14.86 * |
| **DO YOU WANT TO DANCE** |  |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 3.29 | 3.542 | 0.12 |  |
|  | 10/95-12/95 | 23.88 | 3.542 | 0.85 |  |
|  |  |  |  |  | 0.97 * |
| **EASY EASY GOT TO TAKE IT EASY** |  |  |  |  |  |
| JOHN WHITEHEAD, GENE MCFADDEN, |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 67.01 | 3.542 | 2.37 |  |
| WCM CANADA | 7/95-12/95 | 7.45 | 3.542 | 0.26 |  |
|  |  |  |  |  | 2.63 * |
| **FERRY AVENUE** |  |  |  |  |  |
| LEON HUFF, GENE MCFADDEN, |  |  |  |  |  |
| WCM GERMANY | 7/95-12/95 | 9.35 | 2.656 | 0.25 |  |
|  |  |  |  |  | 0.25 * |
| **GOT TO CHANGE** |  |  |  |  |  |
| JERRY COHEN, GENE MCFADDEN, |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.46 | 3.542 | 0.09 |  |
|  | 10/95-12/95 | 17.92 | 3.542 | 0.63 |  |
|  |  |  |  |  | 0.72 * |
| **I'LL ALWAYS LOVE MY MAMA** |  |  |  |  |  |
| K.GAMBLE/L.HUFF/G.MCFADDEN/J.WHITEHEAD |  |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 91.60 | 2.656 | 2.43 |  |
| WCM SPAIN | 7/95-12/95 | 7.87 | 2.656 | 0.21 |  |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.38 | 2.656 | 0.01 |  |
| WCM CANADA | 7/95-12/95 | 6.06 | 2.656 | 0.16 |  |
| ORIGINAL SOUND RECORD | 7/95-09/95 | 490.02 | 2.656 | 13.01 |  |
| WCM AUSTRIA | 7/95-12/95 | 3.40 | 2.656 | 0.09 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 6.80 | 2.656 | 0.18 |  |
| WCM GERMANY | 7/95-12/95 | 1.52 | 2.656 | 0.04 |  |
| WCM JAPAN K.K | 7/95-12/95 | 272.91 | 2.656 | 7.25 |  |
| WCM FRANCE | 7/95-12/95 | 189.97 | 2.656 | 5.05 |  |
|  |  |  |  |  | 28.43 * |
| **I'LL TRY** |  |  |  |  |  |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD |  |  |  |  |  |
| WCM JAPAN K.K | 7/95-12/95 | 68.80 | 3.542 | 2.44 |  |
|  |  |  |  |  | 2.44 * |
| **I'VE BEEN PUSHED ASIDE** |  |  |  |  |  |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.46 | 3.542 | 0.09 |  |
|  | 10/95-12/95 | 17.92 | 3.542 | 0.63 |  |
|  |  |  |  |  | 0.72 * |

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                                    PAGE:    4

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **I CAN'T WIN FOR LOSING** | | | | | |
| . WHITEHEAD, G. MCFADDEN, V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 359.83 | 3.542 | 12.75 | |
| | | | | | 12.75 * |
| **IF YOU'RE LOOKING FOR SOMEBODY TO L** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD JR | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 78.67 | 5.313 | 4.18 | |
| WCM SCANDINAVIA | 7/95-12/95 | 63.65 | 5.313 | 3.38 | |
| | | | | | 7.56 * |
| **IF YOU KNOW LIKE I KNOW** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 0.26 | 3.542 | 0.01 | |
| | 10/95-12/95 | 93.21 | 3.542 | 3.30 | |
| WCM CANADA | 7/95-12/95 | 14.04 | 3.542 | 0.50 | |
| | | | | | 3.81 * |
| **IF YOU WANT ME BACK** | | | | | |
| LEON HUFF, JOHN WHITEHEAD, | | | | | |
| WCM FRANCE | 7/95-12/95 | 23.40 | 3.542 | 0.83 | |
| | | | | | 0.83 * |
| **I GOT THE LOVE** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.18 | 3.542 | 0.08 | |
| | 10/95-12/95 | 15.68 | 3.542 | 0.56 | |
| WCM FRANCE | 7/95-12/95 | 3.98 | 3.542 | 0.14 | |
| | | | | | 0.78 * |
| **I HEARD IT IN A LOVE SONG** | | | | | |
| G.MCFADDEN, J.WHITEHEAD, J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 348.21 | 3.542 | 12.33 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 8.09 | 3.542 | 0.29 | |
| WCM GERMANY | 7/95-12/95 | 19.49 | 3.542 | 0.69 | |
| | | | | | 13.31 * |
| **I KNOW WHAT I'M GONNA DO** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 227.83 | 3.542 | 8.07 | |
| | | | | | 8.07 * |
| **I LOVE YOU BUT YOU DON'T EVEN KNOW** | | | | | |
| V CARSTARPHEN, G MCFADDEN, J WHITEHEAD | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 10.74 | 3.542 | 0.38 | |
| | | | | | 0.38 * |
| **IS THERE A PLACE FOR ME** | | | | | |
| LEON HUFF, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 83.67 | 3.542 | 2.96 | |
| WCM JAPAN K.K | 7/95-12/95 | 9.31 | 3.542 | 0.33 | |
| | | | | | 3.29 * |
| **IT'S ALL BECAUSE OF A WOMAN** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| WCM FRANCE | 7/95-12/95 | 11.46 | 3.542 | 0.41 | |
| | | | | | 0.41 * |
| **IT'S HARD NOT TO LIKE YOU** | | | | | |
| GENE MCFADDEN, HAROLD PRESTON, | | | | | |
| WCM GERMANY | 7/95-12/95 | 93.62 | 2.656 | 2.49 | |
| | | | | | 2.49 * |
| **JUST WANNA LOVE YOU BABY** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.18 | 3.542 | 0.08 | |
| | 10/95-12/95 | 15.68 | 3.542 | 0.56 | |
| | | | | | 0.64 * |

WARNER/CHAPPELL
MUSIC, INC.          10585 Santa Monica Boulevard, Los Angeles, CA 90025     310-441-8705     FAX: 310-470-4694          A Warner Music Group Company

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                    PAGE:   5

------------------

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **KEEP ON LOVING YOU** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 29.88 | 3.542 | 1.06 |
| WCM SPAIN | 7/95-12/95 | 4.53 | 3.542 | 0.16 |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.33 | 3.542 | 0.01 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 66.45 | 3.542 | 2.35 |
| WCM GERMANY | 7/95-12/95 | 6.90 | 3.542 | 0.24 |
| WCM ITALY | 7/95-12/95 | 3.25 | 3.542 | 0.12 |
| WCM JAPAN K.K | 7/95-12/95 | 40.63 | 3.542 | 1.44 |
| | | | | 5.38 * |
| **LET'S GO DISCO** | | | | |
| LEON HUFF, JOHN WHITEHEAD, | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 10.74 | 2.125 | 0.23 |
| | | | | 0.23 * |
| **LET'S GROOVE** | | | | |
| MCFADDEN/WHITEHEAD/CARSTARPHEN/HUFF | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 35.99 | 3.188 | 1.15 |
| WCM SPAIN | 7/95-12/95 | 1.10 | 3.188 | 0.04 |
| WCM AUSTRIA | 7/95-12/95 | 6.81 | 3.188 | 0.22 |
| | | | | 1.41 * |
| **LET'S GROOVE (PART 2)** | | | | |
| VICTOR CARSTARPHEN, LEON HUFF, | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 291.68 | 3.188 | 9.30 |
| | | | | 9.30 * |
| **LET'S MEND WHAT'S BEEN BROKEN** | | | | |
| G.MCFADDEN, J.WHITEHEAD, J. COHEN | | | | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 4.22 | 3.542 | 0.15 |
| POLYGRAM RECORDS (DOM) | 7/95-09/95 | 219.14 | 3.542 | 7.76 |
| | 10/95-12/95 | 204.10 | 3.542 | 7.23 |
| RCA / BMG MUSIC/ARIOLA DOME | 9/95-11/95 | 284.63 | 3.542 | 10.08 |
| WCM AUSTRIA | 7/95-12/95 | 24.25 | 3.542 | 0.86 |
| WCM AUSTRALIA | 7/95-12/95 | 2.49 | 3.542 | 0.09 |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 72.89 | 3.542 | 2.58 |
| WCM GERMANY | 7/95-12/95 | 391.62 | 3.542 | 13.87 |
| WCM ITALY | 7/95-12/95 | 41.03 | 3.542 | 1.45 |
| WCM JAPAN K.K | 7/95-12/95 | 16.06 | 3.542 | 0.57 |
| WCM SCANDINAVIA | 7/95-12/95 | 21.10 | 3.542 | 0.75 |
| WCM GREECE | 7/89-12/89 | 2.52 | 3.542 | 0.09 |
| | | | | 45.48 * |
| **LET'S STAND TOGETHER** | | | | |
| G. MC FADDEN, J. WHITEHEAD & M. MOORE | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 136.39 | 3.542 | 4.83 |
| | 7/95-12/95 | 280.51 | 3.542 | 9.94 |
| | | | | 14.77 * |
| **LET LIFE FLOW** | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 16.72 | 3.542 | 0.59 |
| WCM CANADA | 7/95-12/95 | 6.64 | 3.542 | 0.24 |
| | | | | 0.83 * |
| **LET ME LOVE YOU** | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 326.33 | 3.542 | 11.56 |
| WCM CANADA | 7/95-12/95 | 24.75 | 3.542 | 0.88 |
| WCM GERMANY | 7/95-12/95 | 54.58 | 3.542 | 1.93 |
| | | | | 14.37 * |
| **LET ME TURN U ON** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 20.27 | 2.656 | 0.54 |
| | 10/95-12/95 | 40.52 | 2.656 | 1.08 |
| WCM GERMANY | 7/95-12/95 | 51.09 | 2.656 | 1.36 |

WARNER/CHAPPELL MUSIC, INC.   10585 Santa Monica Boulevard, Los Angeles, CA 90025   310-441-8705   FAX: 310-470-4634   A Warner Music Group Company

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                              PAGE:    6

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **LET ME TURN U ON** | | (CONTINUED) | | | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.94 | 2.656 | 0.02 | |
| | 7/95-12/95 | 0.35 | 2.656 | 0.01 | |
| | | | | | 3.01 * |
| **LISTEN TO THE CLOCK ON THE WALL** | | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 48.18 | 2.656 | 1.28 | |
| WCM JAPAN K.K | 7/95-12/95 | 55.08 | 2.656 | 1.46 | |
| | | | | | 2.74 * |
| **LOVE SHOP** | | | | | |
| LEON HUFF, GENE MCFADDEN, | | | | | |
| WCM SPAIN | 7/95-12/95 | 3.74 | 3.542 | 0.13 | |
| | | | | | 0.13 * |
| **LOVE SONG NUMBER 690 (LIFE'S NO GOO** | | | | | |
| GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 10.03 | 3.542 | 0.36 | |
| | | | | | 0.36 * |
| **MORE I GET, THE MORE I WANT** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 67.01 | 3.542 | 2.37 | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 470.34 | 3.542 | 16.66 | |
| WCM SPAIN | 7/95-12/95 | 0.96 | 3.542 | 0.03 | |
| WCM CANADA | 7/95-12/95 | 13.98 | 3.542 | 0.50 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 2.37 | 3.542 | 0.08 | |
| WCM GERMANY | 7/95-12/95 | 4134.28 | 3.542 | 146.44 | |
| WCM ITALY | 7/95-12/95 | 23.07 | 3.542 | 0.82 | |
| WCM GREECE | 7/93-12/93 | 137.13 | 3.542 | 4.86 | |
| | | | | | 171.76 * |
| **MR. MUSIC** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.46 | 3.542 | 0.09 | |
| | 10/95-12/95 | 17.92 | 3.542 | 0.63 | |
| | | | | | 0.72 * |
| **MUSIC'S TAKIM' OVER** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| WCM SPAIN | 7/95-12/95 | 18.26 | 3.542 | 0.65 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.40 | 3.542 | 0.01 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.79 | 3.542 | 0.45 | |
| WCM GERMANY | 7/95-12/95 | 12.01 | 3.542 | 0.43 | |
| WCM ITALY | 7/95-12/95 | 3.91 | 3.542 | 0.14 | |
| WCM JAPAN K.K | 7/95-12/95 | 4.39 | 3.542 | 0.16 | |
| WCM SCANDINAVIA | 7/95-12/95 | 3.18 | 3.542 | 0.11 | |
| | | | | | 1.95 * |
| **NOW IS THE TIME TO DO IT** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 539.90 | 3.542 | 19.12 | |
| | | | | | 19.12 * |
| **ONE DAY SOON    (YOU'LL NEED ME)** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 19.83 | 3.542 | 0.70 | |
| | | | | | 0.70 * |
| **PEOPLE KEEP TELLIN' ME** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 101.64 | 3.542 | 3.60 | |
| WCM JAPAN K.K | 7/95-12/95 | 2.68 | 3.542 | 0.09 | |
| | | | | | 3.69 * |

**PEOPLE POWER**
  J.WHITEHEAD/G.MCFADDEN/V.CARSTARPHEN

WARNER/CHAPPELL
MUSIC, INC.    10585 Santa Monica Boulevard, Los Angeles, CA 90025    310-441-8705    FAX: 310-470-4634    A Warner Music Group Compan

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                                    PAGE:      7

                              ** MECHANICAL ROYALTIES **

                                            AMOUNT        YOUR       AMOUNT
                              PERIOD        RECEIVED      SHARE        DUE

**PEOPLE POWER**                            (CONTINUED)
    FRENCH BLACK BOX (WCM FRANC  7/95-12/95       2.31      3.542       0.08
    WCM FRANCE                   7/95-12/95    1161.71      3.542      41.15
                                                                                 41.23 *

**PICK ME UP I'LL DANCE**
    J. WHITEHEAD, G. MC FADDEN, R. ROSE
    FRENCH BLACK BOX (WCM FRANC  7/95-12/95       0.30      3.542       0.01
    WCM FRANCE                   7/95-12/95     149.15      3.542       5.28
                                                                                  5.29 *

**PRAYIN'    (A PRAYER FOR EVERYONE)**
    GENE MCFADDEN, JOHN WHITEHEAD
    WCM UK (W)-UNITED KINGDOM    7/95-12/95       4.21      5.313       0.22
    WCM SCANDINAVIA              7/95-12/95       4.36      5.313       0.23
                                                                                  0.45 *

**PRETTY FLOWER**
    VICTOR CARSTARPHEN, GENE MCFADDEN,
    WCM JAPAN K.K                7/95-12/95      10.02      3.542       0.35
    WCM FRANCE                   7/95-12/95      10.49      3.542       0.37
                                                                                  0.72 *

**RIGHT HERE IS WHERE I WANT TO BE**
    JOHN WHITEHEAD, GENE MCFADDEN,
    CBS RECORDS /SONY MUSIC      10/95-12/95      7.11      3.542       0.25
                                                                                  0.25 *

**SHE'S ONLY A WOMAN**
    VICTOR CARSTARPHEN, GENE MCFADDEN,
    CBS RECORDS /SONY MUSIC      10/95-12/95    117.76      3.542       4.17
    WCM GERMANY                  7/95-12/95      90.59      3.542       3.21
    WCM FRANCE                   7/95-12/95      14.44      3.542       0.51
                                                                                  7.89 *

**SHIFTLESS, SHADY JEALOUS KIND OF PE**
    KENNETH GAMBLE, LEON HUFF,
    CBS RECORDS /SONY MUSIC      10/95-12/95     45.13      2.656       1.20
    WCM UK (W)-UNITED KINGDOM    7/95-12/95       9.13      2.656       0.24
    WCM GERMANY                  7/95-12/95       0.55      2.656       0.01
    WCM JAPAN K.K                7/95-12/95      63.80      2.656       1.69
                                                                                  3.14 *

**SOMEBODY TOLD ME**
    KENNETH GAMBLE, JOHN WHITEHEAD,
    CAPITOL RECORDS INC (DOM)    10/95-12/95     76.96      2.656       2.04
    WCM CANADA                   7/95-12/95       7.45      2.656       0.20
                                                                                  2.24 *

**SOONER YOU GET HERE**
    LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD
    WCM FRANCE                   7/95-12/95      30.67      3.542       1.09
                                                                                  1.09 *

**SOUL CITY WALK**
    G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN
    CBS RECORDS /SONY MUSIC      10/95-12/95    143.91      3.542       5.10
    WCM SPAIN                    7/95-12/95       6.15      3.542       0.22
    RHINO RECORDS                4/95-06/95      87.47      3.542       3.10
    WCM UK (W)-UNITED KINGDOM    7/95-12/95    2894.98      3.542     102.54
    WCM JAPAN K.K                7/95-12/95      12.13      3.542       0.43
    WCM GREECE                   7/94-12/94       1.74      3.542       0.06
                                                                                111.45 *

**STANDING RIGHT HERE**
    J.WHITEHEAD/G.MCFADDEN/V.CARSTARPHEN
    WCM UK (W)-UNITED KINGDOM    7/95-12/95      15.24      3.542       0.54
                                                                                  0.54 *

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **STAY TOGETHER** |  |  |  |  |  |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, |  |  |  |  |  |
| MCA RECORDS INC (DOM) | 10/95-12/95 | 22.14 | 3.542 | 0.78 |  |
|  |  |  |  |  | 0.78 * |
| **STRATEGY** |  |  |  |  |  |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 105.67 | 3.542 | 3.74 |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 9.61 | 3.542 | 0.34 |  |
| RHINO RECORDS | 4/95-06/95 | 87.47 | 3.542 | 3.10 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 7.90 | 3.542 | 0.28 |  |
|  |  |  |  |  | 7.46 * |
| **STRENGTH OF ONE MAN** |  |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, |  |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 37.72 | 3.542 | 1.34 |  |
| WCM SPAIN | 7/95-12/95 | 31.11 | 3.542 | 1.10 |  |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.55 | 3.542 | 0.02 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 5.29 | 3.542 | 0.19 |  |
| WCM GERMANY | 7/95-12/95 | 23.38 | 3.542 | 0.83 |  |
| WCM ITALY | 7/95-12/95 | 5.39 | 3.542 | 0.19 |  |
| WCM JAPAN K.K | 7/95-12/95 | 5.42 | 3.542 | 0.19 |  |
| WCM SCANDINAVIA | 7/95-12/95 | 0.31 | 3.542 | 0.01 |  |
| WCM FRANCE | 7/95-12/95 | 14.70 | 3.542 | 0.52 |  |
|  |  |  |  |  | 4.39 * |
| **SUMMERTIME AND I'M FEELING MELLOW** |  |  |  |  |  |
| V.CARSTARPEHN/G.MCFADDEN/J.WHITEHEAD |  |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 17.30 | 3.542 | 0.61 |  |
|  |  |  |  |  | 0.61 * |
| **TELL THE WORLD HOW I FEEL ABOUT CHA** |  |  |  |  |  |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN |  |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 370.29 | 3.542 | 13.12 |  |
| WCM SPAIN | 7/95-12/95 | 33.00 | 3.542 | 1.17 |  |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.36 | 3.542 | 0.01 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 35.46 | 3.542 | 1.26 |  |
| WCM GERMANY | 7/95-12/95 | 7.21 | 3.542 | 0.26 |  |
| WCM ITALY | 7/95-12/95 | 3.51 | 3.542 | 0.12 |  |
| WCM JAPAN K.K | 7/95-12/95 | 44.70 | 3.542 | 1.58 |  |
|  |  |  |  |  | 17.52 * |
| **THAT LET'S ME KNOW I'M IN LOVE** |  |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, J. COHEN |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 11.70 | 3.542 | 0.41 |  |
|  |  |  |  |  | 0.41 * |
| **THIS IS MY SONG** |  |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 8.83 | 3.542 | 0.31 |  |
|  |  |  |  |  | 0.31 * |
| **THOSE LIES (DONE CAUGHT UP WITH YOU** |  |  |  |  |  |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, |  |  |  |  |  |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 74.26 | 3.542 | 2.63 |  |
| WCM BRASIL | 10/95-12/95 | 4.59 | 3.542 | 0.16 |  |
|  |  |  |  |  | 2.79 * |
| **TO BE FREE TO BE WHO WE ARE** |  |  |  |  |  |
| GENE MCFADDEN, JOHN WHITEHEAD, |  |  |  |  |  |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 29.88 | 3.542 | 1.06 |  |
| WCM SPAIN | 7/95-12/95 | 5.19 | 3.542 | 0.18 |  |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.47 | 3.542 | 0.02 |  |
| WCM AUSTRIA | 7/95-12/95 | 4.51 | 3.542 | 0.16 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.07 | 3.542 | 0.43 |  |
| WCM GERMANY | 7/95-12/95 | 9.37 | 3.542 | 0.33 |  |
| WCM ITALY | 7/95-12/95 | 4.56 | 3.542 | 0.16 |  |
| WCM JAPAN K.K | 7/95-12/95 | 8.16 | 3.542 | 0.29 |  |
|  |  |  |  |  | 2.63 * |

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                          PAGE:    9

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **WAKE UP EVERYBODY** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 1404.58 | 3.542 | 49.75 | |
| CGR PRODUCTIONS | 7/95-09/95 | 252.95 | 3.542 | 8.96 | |
| WCM SPAIN | 7/95-12/95 | 37.73 | 3.542 | 1.34 | |
| FRENCH BLACK BOX (WCM FRANC | 7/95-12/95 | 0.20 | 3.542 | 0.01 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.97 | 3.542 | 0.03 | |
| K-TEL INTL (ADVANCE) | 12/95-02/96 | 472.73 | 3.542 | 16.74 | |
| K-TEL INTERNATIONAL (USA) I | 7/95-09/95 | 23.72 | 3.542 | 0.84 | |
| MECHANICAL COPYRIGHT (FRN) | 8/95-10/95 | 14.46 | 3.542 | 0.51 | |
| WCM AUSTRALIA | 7/95-12/95 | 40.03 | 3.542 | 1.42 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 1365.37 | 3.542 | 48.36 | |
| WCM GERMANY | 7/95-12/95 | 21.99 | 3.542 | 0.78 | |
| WCM ITALY | 7/95-12/95 | 9.40 | 3.542 | 0.33 | |
| WCM JAPAN K.K | 7/95-12/95 | 551.06 | 3.542 | 19.52 | |
| WCM SCANDINAVIA | 7/95-12/95 | 52.17 | 3.542 | 1.85 | |
| WCM FRANCE | 7/95-12/95 | 101.34 | 3.542 | 3.59 | |
| WCM GREECE | 7/93-12/93 | 226.09 | 3.542 | 8.01 | |
| | 7/94-12/94 | 108.59 | 3.542 | 3.85 | |
| | | | | | 165.89 * |
| | | | | | |
| **WHERE ARE ALL MY FRIENDS** | | | | | |
| V.CARSTARPHEN/G.MCFADDEN/J.WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 10/95-12/95 | 660.84 | 3.542 | 23.41 | |
| WCM SPAIN | 7/95-12/95 | 4.55 | 3.542 | 0.16 | |
| WCM CANADA | 7/95-12/95 | 8.89 | 3.542 | 0.31 | |
| ITALIAN BLACK BOX (WCM ITAL | 7/95-12/95 | 0.45 | 3.542 | 0.02 | |
| WCM AUSTRIA | 7/95-12/95 | 4.51 | 3.542 | 0.16 | |
| WCM AUSTRALIA | 7/95-12/95 | 5.04 | 3.542 | 0.18 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 29.59 | 3.542 | 1.05 | |
| WCM GERMANY | 7/95-12/95 | 6.46 | 3.542 | 0.23 | |
| WCM ITALY | 7/95-12/95 | 4.41 | 3.542 | 0.16 | |
| WCM JAPAN K.K | 7/95-12/95 | 46.51 | 3.542 | 1.65 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.59 | 3.542 | 0.02 | |
| WCM FRANCE | 7/95-12/95 | 7.55 | 3.542 | 0.27 | |
| | | | | | 27.62 * |
| | | | | | |
| **WHERE DID ALL THE LOVIN' GO,** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| WCM GERMANY | 7/95-12/95 | 58.48 | 3.542 | 2.07 | |
| | | | | | 2.07 * |
| | | | | | |
| **WHERE WILL YOU GO WHEN THE PARTY'S** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 41.06 | 3.542 | 1.45 | |
| WCM JAPAN K.K | 7/95-12/95 | 0.22 | 3.542 | 0.01 | |
| WCM SCANDINAVIA | 7/95-12/95 | 0.35 | 3.542 | 0.01 | |
| | | | | | 1.47 * |
| | | | | | |
| **WHY OH WHY** | | | | | |
| GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 10.03 | 3.542 | 0.36 | |
| | | | | | 0.36 * |
| | | | | | |
| **YESTERDAY WE WERE JUST BUDDIES** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 0.40 | 3.542 | 0.01 | |
| | | | | | 0.01 * |
| | | | | | |
| **YOU'RE MY SOMEONE TO LOVE** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 10/95-12/95 | 2.18 | 3.542 | 0.08 | |
| | 10/95-12/95 | 15.68 | 3.542 | 0.56 | |
| | | | | | 0.64 * |
| | | | | | |
| **YOUR LOVE IS TAKING ME ON A JOURNEY** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD JR | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 4.78 | 5.313 | 0.25 | |

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| YOUR LOVE IS TAKING ME ON A JOURNEY |  | (CONTINUED) |  |  |  |
| WCM SCANDINAVIA | 7/95-12/95 | 29.57 | 5.313 | 1.57 |  |
|  |  |  |  |  | 1.82 * |

MECHANICAL TOTAL     3074.76 **

## ** PRINT ROYALTIES **

| AIN'T NO STOPPIN' US NOW |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| GENE MCFADDEN, JON WHITEHEAD, JERRY |  |  |  |  |  |  |
| HAL LEONARD PUBL CORP (DOM) | 7/95-12/95 |  | 49.45 | 3.542 | 1.75 |  |
| WCM AUSTRALIA | 7/95-12/95 |  | 0.63 | 3.542 | 0.02 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 |  | 7.37 | 3.542 | 0.26 |  |
|  |  |  |  |  |  | 2.03 * |

| BACKSTABBERS |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD |  |  |  |  |  |  |
| CANADIAN PRINT RATES |  |  |  |  |  |  |
| CLASIC RHYTHM & BLUES | MF9542 | 15 | 2.54 | 1.041 | 0.03 |  |
| PRINT FOREIGN RATES |  |  |  |  |  |  |
| CLASIC RHYTHM & BLUES | MF9542 | 204 | 34.58 | 1.041 | 0.36 |  |
| DOMESTIC PRINT RATES |  |  |  |  |  |  |
| WB PRESENTS 70/80 | MF9502 | 278 | 35.61 | 1.041 | 0.37 |  |
| CLASIC RHYTHM & BLUES | MF9502 | 321 | 54.41 | 1.041 | 0.57 |  |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 59 | 12.97 | 1.041 | 0.14 |  |
| SONG TREASURES FROM THE 70'S | VF1740 | 8 | 1.73 | 1.041 | 0.02 |  |
| WCM AUSTRALIA | 7/95-12/95 |  | 81.92 | 3.542 | 2.90 |  |
|  | 7/95-12/95 |  | 0.60 | 3.542 | 0.02 |  |
|  |  |  |  |  |  | 4.41 * |

| DO YOU WANT TO DANCE |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| GENE MCFADDEN, JOHN WHITEHEAD, |  |  |  |  |  |  |
| MINDSCAPE(FMRLY SOFTWARETOO | 10/95-12/95 |  | 21.50 | 3.542 | 0.76 |  |
|  |  |  |  |  |  | 0.76 * |

| WAKE UP EVERYBODY |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN |  |  |  |  |  |  |
| CANADIAN PRINT RATES |  |  |  |  |  |  |
| GOLDEN DECADE OF THE 70'S | VF1769 | 2 | 0.55 | 1.041 | 0.01 |  |
| PRINT FOREIGN RATES |  |  |  |  |  |  |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 2 | 0.55 | 1.041 | 0.01 |  |
| DOMESTIC PRINT RATES |  |  |  |  |  |  |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 59 | 12.97 | 1.041 | 0.14 |  |
| SONG TREASURES FROM THE 70'S | VF1740 | 8 | 1.73 | 1.041 | 0.02 |  |
| GOLDEN DECADE OF THE 70'S | VF1769 | 50 | 13.85 | 1.041 | 0.14 |  |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 23 | 6.37 | 1.041 | 0.07 |  |
| WCM AUSTRALIA | 7/95-12/95 |  | 7.08 | 3.542 | 0.25 |  |
|  |  |  |  |  |  | 0.64 * |

PRINT TOTAL      7.84 **

## ** MISCELLANEOUS ROYALTIES **

| AIN'T NO STOPPIN' US NOW |  |  |  |  |  |
|---|---|---|---|---|---|
| GENE MCFADDEN, JON WHITEHEAD, JERRY |  |  |  |  |  |
| WCM AUSTRALIA | 7/95-12/95 | 1638.36 | 3.542 | 58.03 |  |
|  | 7/95-12/95 | 4.48 | 3.542 | 0.16 |  |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 247.43 | 3.542 | 8.76 |  |
|  | 7/95-12/95 | 304.01 | 3.542 | 10.77 |  |
| WCM GERMANY | 7/95-12/95 | 2272.88 | 3.542 | 80.51 |  |
| WORLD WIDE PANTS | 2/96-02/96 | 350.00 | 3.542 | 12.40 |  |
|  |  |  |  |  | 170.63 * |

| AIN'T NO STOPPIN' (AIN'T NO WAY) |  |  |  |  |  |
|---|---|---|---|---|---|
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN |  |  |  |  |  |
| WCM JAPAN K.K | 7/95-12/95 | 35.38 | 2.656 | 0.94 |  |
|  |  |  |  |  | 0.94 * |

Case 2:08-cv-00192-LDD   Document 21-2   Filed 12/12/14   Page 92 of 347

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                                      PAGE:   11

                          ** MISCELLANEOUS ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| PIONEER ENTERTAINMENT (USA) | 10/95-12/95 | 45.00 | 3.542 | 1.59 | |
| DAIICHI KOSHO CO LTD | 7/95-09/95 | 3.99 | 3.542 | 0.14 | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 10.49 | 3.542 | 0.37 | |
| WCM JAPAN K.K | 7/95-12/95 | 47.80 | 3.542 | 1.69 | |
| | | | | | 3.79 * |
| **BAD LUCK    (PARTS I & II)** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| WCM JAPAN K.K | 7/95-12/95 | 54.59 | 3.542 | 1.93 | |
| | | | | | 1.93 * |
| **DON'T LET LOVE GET YOU DOWN** | | | | | |
| VICTOR CARSTARPHEN, LEON HUFF, | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 11.53 | 3.188 | 0.37 | |
| | | | | | 0.37 * |
| **MORE I GET, THE MORE I WANT** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 16.16 | 3.542 | 0.57 | |
| | | | | | 0.57 * |
| **SOUL CITY WALK** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 12.79 | 3.542 | 0.45 | |
| | | | | | 0.45 * |
| **WAKE UP EVERYBODY** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| WCM UK (W)-UNITED KINGDOM | 7/95-12/95 | 64.37 | 3.542 | 2.28 | |
| | | | | | 2.28 * |

                                              MISCELLANEOUS TOTAL      180.96 **

                                              STATEMENT TOTAL         3263.56 ***

WARNER/CHAPPELL MUSIC, INC.      10585 Santa Monica Boulevard, Los Angeles, CA 90025    310-441-8705    FAX: 310-470-4634    A Warner Music Group Compan



JOHN WHITEHEAD
7815 DEER RUN ROAD
LAVEROCK, PA 19118


IN ACCOUNT WITH : 14621000000 14621000001 14621001000


- C O U R T E S Y   C O P Y   O N L Y -
N O   C H E C K   E N C L O S E D

MIGHTY THREE MUSIC GROUP                           3966

S U M M A R Y   S T A T E M E N T

FOR PERIOD OCTOBER TO DECEMBER 1995


JOHN WHITEHEAD JR                    *         TAX ID 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
C/O MARY WHITEHEAD
7815 DEER RUN RD
LAVEROCK, PA 19118


IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR

DATE    REF.

| 1/22/96 AUPAYH | PAYMENT MADE TO HEIRS | 6211.63 - |
| 12/31/95 ROYLTS | ROYALTIES FOR PERIOD TO 12/1995 | 4969.19 |
| 12/31/95 TF14621001 | ROYALTY JOHN WHITEHEAD | 1242.44 |

BALANCE THIS PERIOD :     0.00
                       ------------

MIGHTY THREE MUSIC GROUP

R O Y A L T Y   S T A T E M E N T

FOR PERIOD OCTOBER TO DECEMBER 1995

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                              PAGE:    1

** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | | |
| G.MCFADDEN, J.WHITEHEAD & J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 14.89 | 14.166 | 2.11 | |
| | 7/95-09/95 | 404.69 | 14.166 | 57.33 | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 6616.27 | 14.166 | 937.26 | |
| WCM BRASIL | 6/95-09/95 | 43.30 | 14.166 | 6.13 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 2.02 | 14.166 | 0.29 | |
| K-TEL INTL (ADVANCE) | 9/95-09/95 | 481.39 | 14.166 | 68.19 | |
| RELATIVITY RECORDINGS (ADVA | 10/95-10/95 | 1650.00 | 14.166 | 233.74 | |
| RHINO RECORDS | 7/95-09/95 | 584.16 | 14.166 | 82.75 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 175.49 | 14.166 | 24.86 | |
| | 1/95-06/95 | 1.94 | 14.166 | 0.27 | |
| | | | | | 1412.93 * |
| **AIN'T NO STOPPIN' (AIN'T NO WAY)** | | | | | |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN. | | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 1614.16 | 10.625 | 171.50 | |
| | | | | | 171.50 * |
| **ALWAYS ROOM FOR ONE MORE** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 33.89 | 14.166 | 4.80 | |
| | | | | | 4.80 * |
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 1566.17 | 14.166 | 221.86 | |
| WCM BRASIL | 6/95-09/95 | 8.11 | 14.166 | 1.15 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 87.81 | 14.166 | 12.44 | |
| RHINO RECORDS | 1/94-03/94 | 393.63 | 14.166 | 55.76 | |
| | 4/95-06/95 | 895.48 | 14.166 | 126.85 | |
| | 7/95-09/95 | 67.54 | 14.166 | 9.57 | |
| RYKODISC INC | 10/94-12/94 | 55.45 | 14.166 | 7.86 | |
| TRIPLE X ENTERTAINMENT | 4/95-06/95 | 0.54 | 14.166 | 0.08 | |
| WARNER MUSIC PUBL ~ HONG KO | 1/95-06/95 | 1.46 | 14.166 | 0.21 | |
| WARNER SPECIAL PRODUCTS | 7/95-09/95 | 1883.43 | 14.166 | 266.81 | |
| | | | | | 702.59 * |
| **BAD LUCK   (PARTS I & II)** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 5036.29 | 14.166 | 713.44 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.70 | 14.166 | 0.10 | |
| S.D.R.M. (FRN) | 4/95-06/95 | 41.64 | 14.166 | 5.90 | |
| | | | | | 719.44 * |
| **BE TRUTHFUL TO ME** | | | | | |
| GAMBLE, HUFF, MCFADDEN, WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 35.85 | 10.625 | 3.81 | |
| | | | | | 3.81 * |
| **COLD COLD WORLD** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 312.52 | 14.166 | 44.27 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 35.36 | 14.166 | 5.01 | |
| | | | | | 49.28 * |
| **COME WITH ME (LET'S JOIN TOGETHER)** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, J. COHEN | | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.04 | 14.166 | 0.01 | |
| | | | | | 0.01 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                          PAGE:    2

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **DANCE YOUR TROUBLES AWAY** | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 6.33 | 14.166 | 0.90 |
| | | | | 0.90 * |
| **DISCO SHOWDOWN** | | | | |
| BELL ARCHIE, VICTOR CARSTARPHEN (VIC), | | | | |
| WCM BRASIL | 6/95-09/95 | 43.86 | 12.750 | 5.59 |
| | | | | 5.59 * |
| **DON'T FEEL BAD** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 38.47 | 14.166 | 5.45 |
| | | | | 5.45 * |
| **DON'T LET LOVE GET YOU DOWN** | | | | |
| VICTOR CARSTARPHEN, LEON HUFF, | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 2.06 | 12.750 | 0.26 |
| POLYGRAM RECORDS (DOM) | 7/95-09/95 | 7.69 | 12.750 | 0.98 |
| | | | | 1.24 * |
| **DO YOU WANT TO DANCE** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 14.89 | 14.166 | 2.11 |
| | 7/95-09/95 | 47.58 | 14.166 | 6.74 |
| | | | | 8.85 * |
| **EASY EASY GOT TO TAKE IT EASY** | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 82.87 | 14.166 | 11.74 |
| | | | | 11.74 * |
| **GOT TO CHANGE** | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 11.16 | 14.166 | 1.58 |
| | 7/95-09/95 | 35.69 | 14.166 | 5.06 |
| | | | | 6.64 * |
| **I'LL ALWAYS LOVE MY MAMA** | | | | |
| K.GAMBLE/L.HUFF/G.MCFADDEN/J.WHITEHEAD | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 126.78 | 10.625 | 13.47 |
| ORIGINAL SOUND RECORD | 1/95-03/95 | 1108.29 | 10.625 | 117.76 |
| | 4/95-06/95 | 496.46 | 10.625 | 52.75 |
| | | | | 183.98 * |
| **I'VE BEEN PUSHED ASIDE** | | | | |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 11.16 | 14.166 | 1.58 |
| | 7/95-09/95 | 35.69 | 14.166 | 5.06 |
| | | | | 6.64 * |
| **I APOLOGIZE** | | | | |
| LEON HUFF, JOHN WHITEHEAD, GENE MCFADDEN | | | | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 0.75 | 14.166 | 0.11 |
| | | | | 0.11 * |
| **I CAN'T WIN FOR LOSING** | | | | |
| . WHITEHEAD, G. MCFADDEN, V.CARSTARPHEN | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 939.25 | 14.166 | 133.05 |
| | | | | 133.05 * |
| **IF YOU KNOW LIKE I KNOW** | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 4/95-06/95 | 0.34 | 14.166 | 0.05 |
| | 7/95-09/95 | 135.44 | 14.166 | 19.19 |
| | | | | 19.24 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                          PAGE:    3

                            ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **I GOT THE LOVE** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 9.81 | 14.166 | 1.39 | |
| | 7/95-09/95 | 31.16 | 14.166 | 4.41 | |
| | | | | | 5.80 * |
| **I HEARD IT IN A LOVE SONG** | | | | | |
| G.MCFADDEN, J.WHITEHEAD, J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 276.07 | 14.166 | 39.11 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.74 | 14.166 | 0.10 | |
| | | | | | 39.21 * |
| **I KNOW WHAT I'M GONNA DO** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 1079.01 | 14.166 | 152.85 | |
| | | | | | 152.85 * |
| **IS THERE A PLACE FOR ME** | | | | | |
| LEON HUFF, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 73.53 | 14.166 | 10.42 | |
| | | | | | 10.42 * |
| **IT'S ALL BECAUSE OF A WOMAN** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.46 | 14.166 | 0.07 | |
| | | | | | 0.07 * |
| **JUST WANNA LOVE YOU BABY** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 9.81 | 14.166 | 1.39 | |
| | 7/95-09/95 | 31.16 | 14.166 | 4.41 | |
| | | | | | 5.80 * |
| **KEEP ON LOVING YOU** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 35.25 | 14.166 | 4.99 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.88 | 14.166 | 0.12 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 0.09 | 14.166 | 0.01 | |
| | | | | | 5.12 * |
| **LET'S GROOVE** | | | | | |
| MCFADDEN/WHITEHEAD/CARSTARPHEN/HUFF | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 16.14 | 12.750 | 2.06 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 1.10 | 12.750 | 0.14 | |
| | | | | | 2.20 * |
| **LET'S MEND WHAT'S BEEN BROKEN** | | | | | |
| G.MCFADDEN, J.WHITEHEAD, J. COHEN | | | | | |
| BMG MUSIC (SEE RCA RECORDS) | 6/95-08/95 | 436.04 | 14.166 | 61.77 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 17.64 | 14.166 | 2.50 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 2.02 | 14.166 | 0.29 | |
| | | | | | 64.56 * |
| **LET LIFE FLOW** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 23.35 | 14.166 | 3.31 | |
| | | | | | 3.31 * |
| **LET ME LOVE YOU** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 373.95 | 14.166 | 52.97 | |
| | | | | | 52.97 * |
| **LET ME TURN U ON** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 11.32 | 10.625 | 1.20 | |
| | | | | | 1.20 * |

IN ACCOUNT WITH : (1462100D) JOHN WHITEHEAD JR                            PAGE:    4

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **LISTEN TO THE CLOCK ON THE WALL** | | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 49.22 | 10.625 | 5.23 | 5.23 * |
| **LOVE SONG NUMBER 690 (LIFE'S NO GOO** | | | | | |
| GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 38.47 | 14.166 | 5.45 | 5.45 * |
| **MORE I GET, THE MORE I WANT** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 82.87 | 14.166 | 11.74 | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 1010.78 | 14.166 | 143.19 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 1.62 | 14.166 | 0.23 | 155.16 * |
| **MR. MUSIC** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 11.16 | 14.166 | 1.58 | |
| | 7/95-09/95 | 35.69 | 14.166 | 5.06 | 6.64 * |
| **MUSIC'S TAKIN' OVER** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.56 | 14.166 | 0.08 | 0.08 * |
| **NOW IS THE TIME TO DO IT** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 1056.37 | 14.166 | 149.65 | 149.65 * |
| **ONE DAY SOON    (YOU'LL NEED ME)** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 44.26 | 14.166 | 6.27 | 6.27 * |
| **PEOPLE KEEP TELLIN' ME** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 114.30 | 14.166 | 16.19 | 16.19 * |
| **PEOPLE POWER** | | | | | |
| J.WHITEHEAD/G.MCFADDEN/V.CARSTARPHEN | | | | | |
| S.D.R.M. (FRN) | 4/95-06/95 | 53.36 | 14.166 | 7.56 | 7.56 * |
| **PRETTY FLOWER** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| S.D.R.M. (FRN) | 4/95-06/95 | 1.55 | 14.166 | 0.22 | 0.22 * |
| **RIGHT HERE IS WHERE I WANT TO BE** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 9.30 | 14.166 | 1.32 | 1.32 * |
| **SHE'S ONLY A WOMAN** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 187.21 | 14.166 | 26.52 | 26.52 * |
| **SHIFTLESS, SHADY JEALOUS KIND OF PE** | | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 33.57 | 10.625 | 3.57 | 3.57 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR            PAGE:    5

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **SOMEBODY TOLD ME** | | | | |
| KENNETH GAMBLE, JOHN WHITEHEAD, | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 95.17 | 10.625 | 10.11 |
| | | | | 10.11 * |
| **SOUL CITY WALK** | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 130.95 | 14.166 | 18.55 |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.51 | 14.166 | 0.07 |
| RHINO RECORDS | 7/95-09/95 | 86.60 | 14.166 | 12.27 |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 2.30 | 14.166 | 0.33 |
| | | | | 31.22 * |
| **STAY TOGETHER** | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | |
| MCA RECORDS INC (DOM) | 7/95-09/95 | 12.40 | 14.166 | 1.76 |
| | | | | 1.76 * |
| **STRATEGY** | | | | |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 106.38 | 14.166 | 15.07 |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 12.55 | 14.166 | 1.78 |
| RHINO RECORDS | 7/95-09/95 | 86.60 | 14.166 | 12.27 |
| | | | | 29.12 * |
| **STRENGTH OF ONE MAN** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 26.36 | 14.166 | 3.73 |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.70 | 14.166 | 0.10 |
| | | | | 3.83 * |
| **TELL THE WORLD HOW I FEEL ABOUT CHA** | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 616.46 | 14.166 | 87.33 |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.25 | 14.166 | 0.04 |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 0.09 | 14.166 | 0.01 |
| | | | | 87.38 * |
| **THAT LET'S ME KNOW I'M IN LOVE** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, J. COHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 44.87 | 14.166 | 6.36 |
| | | | | 6.36 * |
| **THIS IS MY SONG** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 33.89 | 14.166 | 4.80 |
| | | | | 4.80 * |
| **THOSE LIES (DONE CAUGHT UP WITH YOU** | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 71.81 | 14.166 | 10.17 |
| WCM BRASIL | 6/95-09/95 | 38.53 | 14.166 | 5.46 |
| | | | | 15.63 * |
| **TO BE FREE TO BE WHO WE ARE** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 35.25 | 14.166 | 4.99 |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.32 | 14.166 | 0.05 |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 0.09 | 14.166 | 0.01 |
| | | | | 5.05 * |
| **WAKE UP EVERYBODY** | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 2499.99 | 14.166 | 354.15 |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 44.90 | 14.166 | 6.36 |
| K-TEL INTERNATIONAL (USA) I | 4/95-06/95 | 27.03 | 14.166 | 3.83 |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 200.35 | 14.166 | 28.38 |
| | 1/95-06/95 | 52.58 | 14.166 | 7.45 |
| | | | | 400.17 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                    PAGE:   6

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **WHERE ARE ALL MY FRIENDS** | | | | | |
| V.CARSTARPHEN/G.MCFADDEN/J.WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 788.11 | 14.166 | 111.64 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.25 | 14.166 | 0.04 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 0.09 | 14.166 | 0.01 | |
| | | | | | 111.69 * |
| **WHERE WILL YOU GO WHEN THE PARTY'S** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 1.13 | 14.166 | 0.16 | |
| | 1/95-06/95 | 1.69 | 14.166 | 0.24 | |
| | | | | | 0.40 * |
| **WHY OH WHY** | | | | | |
| GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 38.47 | 14.166 | 5.45 | |
| | | | | | 5.45 * |
| **YOU'RE MY SOMEONE TO LOVE** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 9.81 | 14.166 | 1.39 | |
| | 7/95-09/95 | 31.16 | 14.166 | 4.41 | |
| | | | | | 5.80 * |

MECHANICAL TOTAL    4893.93 **

## ** PRINT ROYALTIES **

| | | | | | |
|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | | |
| G.MCFADDEN, J.WHITEHEAD & J.COHEN | | | | | |
| HAL LEONARD PUBL CORP (DOM) 1/95-06/95 | | 263.64 | 14.166 | 37.35 | |
| | | | | | 37.35 * |
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| CANADIAN PRINT RATES | | | | | |
| WB PRESENTS 70/80 | MF9502 | 3 | 0.38 | 4.167 | 0.02 |
| CLASIC RHYTHM & BLUES | MF9542 | 60 | 10.17 | 4.167 | 0.42 |
| PRINT FOREIGN RATES | | | | | |
| CLASIC RHYTHM & BLUES | MF9542 | 239 | 40.51 | 4.167 | 1.69 |
| DOMESTIC PRINT RATES | | | | | |
| WB PRESENTS 70/80 | MF9502 | 330 | 42.27 | 4.167 | 1.76 |
| CLASIC RHYTHM & BLUES | MF9542 | 454 | 76.95 | 4.167 | 3.21 |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 57 | 12.53 | 4.167 | 0.52 |
| SONG TREASURES FROM THE 70'S | VF1740 | 3 | 0.65 | 4.167 | 0.03 |
| | | | | | 7.65 * |
| **DO YOU WANT TO DANCE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| MINDSCAPE(FMRLY SOFTWARETOO | 7/95-09/95 | 12.50 | 14.166 | 1.77 | |
| | | | | | 1.77 * |
| **WAKE UP EVERYBODY** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CANADIAN PRINT RATES | | | | | |
| GOLDEN DECADE OF THE 70'S | VF1769 | 3 | 0.83 | 4.167 | 0.03 |
| PRINT FOREIGN RATES | | | | | |
| GOLDEN DECADE OF THE 70'S | VF1769 | 3 | 0.83 | 4.167 | 0.03 |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 6 | 1.66 | 4.167 | 0.07 |
| DOMESTIC PRINT RATES | | | | | |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 57 | 12.53 | 4.167 | 0.52 |
| SONG TREASURES FROM THE 70'S | VF1740 | 3 | 0.65 | 4.167 | 0.03 |
| GOLDEN DECADE OF THE 70'S | VF1769 | 32 | 8.86 | 4.167 | 0.37 |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 13 | 3.60 | 4.167 | 0.15 |
| | | | | | 1.20 * |

PRINT TOTAL    47.97 **

## ** MISCELLANEOUS ROYALTIES **

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                              PAGE:    7
_____

**\*\* MISCELLANEOUS ROYALTIES \*\***

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | | |
| G.MCFADDEN, J.WHITEHEAD & J.COHEN | | | | | |
| PIONEER ENTERTAINMENT (USA)  7/95-09/95 | | 8.00 | 14.166 | 1.13 | |
| | | | | | 1.13 \* |
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| PIONEER ENTERTAINMENT (USA)  7/95-09/95 | | 75.45 | 14.166 | 10.69 | |
| DAIICHI KOSHO CO LTD | 9/95-09/95 | 109.23 | 14.166 | 15.47 | |
| | | | | | 26.16 \* |

MISCELLANEOUS TOTAL        27.29 \*\*

STATEMENT TOTAL      4969.19 \*\*\*

MIGHTY THREE MUSIC GROUP                          3966

S U M M A R Y   S T A T E M E N T

FOR PERIOD OCTOBER TO DECEMBER 1995

JOHN WHITEHEAD JR                  ✳          TAX ID 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
C/O MARY WHITEHEAD
7815 DEER RUN RD
LAVEROCK, PA 19118


IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR

DATE    REF.

| | | | |
|---|---|---|---|
| 1/22/96 | AUPAYH | PAYMENT MADE TO HEIRS | 6211.63 - |
| 12/31/95 | ROYLTS | ROYALTIES FOR PERIOD TO 12/1995 | 4969.19 |
| 12/31/95 | TF14621001 | ROYALTY JOHN WHITEHEAD | 1242.44 |

                          BALANCE THIS PERIOD :        0.00
                                               ------------

MIGHTY THREE MUSIC GROUP

R O Y A L T Y   S T A T E M E N T

FOR PERIOD OCTOBER TO DECEMBER 1995

**IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR**                                    **PAGE:    1**
                        _____

** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | | |
| G.MCFADDEN, J.WHITEHEAD & J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 14.89 | 14.166 | 2.11 | |
| | 7/95-09/95 | 404.69 | 14.166 | 57.33 | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 6616.27 | 14.166 | 937.26 | |
| WCM BRASIL | 6/95-09/95 | 43.30 | 14.166 | 6.13 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 2.02 | 14.166 | 0.29 | |
| K-TEL INTL (ADVANCE) | 9/95-09/95 | 481.39 | 14.166 | 68.19 | |
| RELATIVITY RECORDINGS (ADVA | 10/95-10/95 | 1650.00 | 14.166 | 233.74 | |
| RHINO RECORDS | 7/95-09/95 | 584.16 | 14.166 | 82.75 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 175.49 | 14.166 | 24.86 | |
| | 1/95-06/95 | 1.94 | 14.166 | 0.27 | |
| | | | | | 1412.93 * |
| | | | | | |
| **AIN'T NO STOPPIN' (AIN'T NO WAY)** | | | | | |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN | | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 1614.16 | 10.625 | 171.50 | |
| | | | | | 171.50 * |
| | | | | | |
| **ALWAYS ROOM FOR ONE MORE** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 33.89 | 14.166 | 4.80 | |
| | | | | | 4.80 * |
| | | | | | |
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 1566.17 | 14.166 | 221.86 | |
| WCM BRASIL | 6/95-09/95 | 8.11 | 14.166 | 1.15 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 87.81 | 14.166 | 12.44 | |
| RHINO RECORDS | 1/94-03/94 | 393.63 | 14.166 | 55.76 | |
| | 4/95-06/95 | 895.48 | 14.166 | 126.85 | |
| | 7/95-09/95 | 67.54 | 14.166 | 9.57 | |
| RYKODISC INC | 10/94-12/94 | 55.45 | 14.166 | 7.86 | |
| TRIPLE X ENTERTAINMENT | 4/95-06/95 | 0.54 | 14.166 | 0.08 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 1.46 | 14.166 | 0.21 | |
| WARNER SPECIAL PRODUCTS | 7/95-09/95 | 1883.43 | 14.166 | 266.81 | |
| | | | | | 702.59 * |
| | | | | | |
| **BAD LUCK     (PARTS I & II)** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 5036.29 | 14.166 | 713.44 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.70 | 14.166 | 0.10 | |
| S.D.R.M. (FRN) | 4/95-06/95 | 41.64 | 14.166 | 5.90 | |
| | | | | | 719.44 * |
| | | | | | |
| **BE TRUTHFUL TO ME** | | | | | |
| GAMBLE, HUFF, MCFADDEN, WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 35.85 | 10.625 | 3.81 | |
| | | | | | 3.81 * |
| | | | | | |
| **COLD COLD WORLD** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 312.52 | 14.166 | 44.27 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 35.36 | 14.166 | 5.01 | |
| | | | | | 49.28 * |
| | | | | | |
| **COME WITH ME (LET'S JOIN TOGETHER)** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, J. COHEN | | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.04 | 14.166 | 0.01 | |
| | | | | | 0.01 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                                    PAGE:    2

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **DANCE YOUR TROUBLES AWAY** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 6.33 | 14.166 | 0.90 | |
| | | | | | 0.90 * |
| **DISCO SHOWDOWN** | | | | | |
| BELL ARCHIE, VICTOR CARSTARPHEN (VIC), | | | | | |
| WCM BRASIL | 6/95-09/95 | 43.86 | 12.750 | 5.59 | |
| | | | | | 5.59 * |
| **DON'T FEEL BAD** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 38.47 | 14.166 | 5.45 | |
| | | | | | 5.45 * |
| **DON'T LET LOVE GET YOU DOWN** | | | | | |
| VICTOR CARSTARPHEN, LEON HUFF, | | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 2.06 | 12.750 | 0.26 | |
| POLYGRAM RECORDS (DOM) | 7/95-09/95 | 7.69 | 12.750 | 0.98 | |
| | | | | | 1.24 * |
| **DO YOU WANT TO DANCE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 14.89 | 14.166 | 2.11 | |
| | 7/95-09/95 | 47.58 | 14.166 | 6.74 | |
| | | | | | 8.85 * |
| **EASY EASY GOT TO TAKE IT EASY** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 82.87 | 14.166 | 11.74 | |
| | | | | | 11.74 * |
| **GOT TO CHANGE** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 11.16 | 14.166 | 1.58 | |
| | 7/95-09/95 | 35.69 | 14.166 | 5.06 | |
| | | | | | 6.64 * |
| **I'LL ALWAYS LOVE MY MAMA** | | | | | |
| K.GAMBLE/L.HUFF/G.MCFADDEN/J.WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 126.78 | 10.625 | 13.47 | |
| ORIGINAL SOUND RECORD | 1/95-03/95 | 1108.29 | 10.625 | 117.76 | |
| | 4/95-06/95 | 496.46 | 10.625 | 52.75 | |
| | | | | | 183.98 * |
| **I'VE BEEN PUSHED ASIDE** | | | | | |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 11.16 | 14.166 | 1.58 | |
| | 7/95-09/95 | 35.69 | 14.166 | 5.06 | |
| | | | | | 6.64 * |
| **I APOLOGIZE** | | | | | |
| LEON HUFF, JOHN WHITEHEAD, GENE MCFADDEN | | | | | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 0.75 | 14.166 | 0.11 | |
| | | | | | 0.11 * |
| **I CAN'T WIN FOR LOSING** | | | | | |
| . WHITEHEAD, G. MCFADDEN, V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 939.25 | 14.166 | 133.05 | |
| | | | | | 133.05 * |
| **IF YOU KNOW LIKE I KNOW** | | | | | |
| JERRY COHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 4/95-06/95 | 0.34 | 14.166 | 0.05 | |
| | 7/95-09/95 | 135.44 | 14.166 | 19.19 | |
| | | | | | 19.24 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                          PAGE:    3

                              ** MECHANICAL ROYALTIES **

                                           AMOUNT        YOUR       AMOUNT
                              PERIOD        RECEIVED      SHARE       DUE

I GOT THE LOVE
  JERRY COHEN, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)    7/95-09/95      9.81    14.166      1.39
                                 7/95-09/95     31.16    14.166      4.41
                                                                            5.80 *

I HEARD IT IN A LOVE SONG
  G.MCFADDEN, J.WHITEHEAD, J.COHEN
    CAPITOL RECORDS INC (DOM)    7/95-09/95    276.07    14.166     39.11
    GERMAN BLACK BOX (WCM GERMA  1/95-06/95      0.74    14.166      0.10
                                                                           39.21 *

I KNOW WHAT I'M GONNA DO
  GENE MCFADDEN, JOHN WHITEHEAD,
    CAPITOL RECORDS INC (DOM)    7/95-09/95   1079.01    14.166    152.85
                                                                          152.85 *

IS THERE A PLACE FOR ME
  LEON HUFF, GENE MCFADDEN,
    CBS RECORDS /SONY MUSIC      7/95-09/95     73.53    14.166     10.42
                                                                           10.42 *

IT'S ALL BECAUSE OF A WOMAN
  LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD
    GERMAN BLACK BOX (WCM GERMA  1/95-06/95      0.46    14.166      0.07
                                                                            0.07 *

JUST WANNA LOVE YOU BABY
  JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN
    CAPITOL RECORDS INC (DOM)    7/95-09/95      9.81    14.166      1.39
                                 7/95-09/95     31.16    14.166      4.41
                                                                            5.80 *

KEEP ON LOVING YOU
  GENE MCFADDEN, JOHN WHITEHEAD,
    CBS RECORDS /SONY MUSIC      7/95-09/95     35.25    14.166      4.99
    GERMAN BLACK BOX (WCM GERMA  1/95-06/95      0.88    14.166      0.12
    WARNER MUSIC PUBL - HONG KO  1/95-06/95      0.09    14.166      0.01
                                                                            5.12 *

LET'S GROOVE
  MCFADDEN/WHITEHEAD/CARSTARPHEN/HUFF
    CBS RECORDS /SONY MUSIC      7/95-09/95     16.14    12.750      2.06
    GERMAN BLACK BOX (WCM GERMA  1/95-06/95      1.10    12.750      0.14
                                                                            2.20 *

LET'S MEND WHAT'S BEEN BROKEN
  G.MCFADDEN, J.WHITEHEAD, J. COHEN
    BMG MUSIC (SEE RCA RECORDS)  6/95-08/95    436.04    14.166     61.77
    GERMAN BLACK BOX (WCM GERMA  1/95-06/95     17.64    14.166      2.50
    WARNER MUSIC PUBL - HONG KO  1/95-06/95      2.02    14.166      0.29
                                                                           64.56 *

LET LIFE FLOW
  JOHN WHITEHEAD, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)    7/95-09/95     23.35    14.166      3.31
                                                                            3.31 *

LET ME LOVE YOU
  JERRY COHEN, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)    7/95-09/95    373.95    14.166     52.97
                                                                           52.97 *

LET ME TURN U ON
  GENE MCFADDEN, JOHN WHITEHEAD,
    CBS RECORDS /SONY MUSIC      7/95-09/95     11.32    10.625      1.20
                                                                            1.20 *

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                              PAGE:    4

                              ** MECHANICAL ROYALTIES **

                                            AMOUNT        YOUR       AMOUNT
                              PERIOD        RECEIVED      SHARE        DUE

LISTEN TO THE CLOCK ON THE WALL
  KENNETH GAMBLE, LEON HUFF,
    CBS RECORDS /SONY MUSIC    7/95-09/95      49.22    10.625        5.23
                                                                                5.23 *

LOVE SONG NUMBER 690 (LIFE'S NO GOO
  GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN
    CAPITOL RECORDS INC (DOM)  7/95-09/95      38.47    14.166        5.45
                                                                                5.45 *

MORE I GET, THE MORE I WANT
  VICTOR CARSTARPHEN, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)  7/95-09/95      82.87    14.166       11.74
    CBS RECORDS /SONY MUSIC    7/95-09/95    1010.78    14.166      143.19
    GERMAN BLACK BOX (WCM GERMA 1/95-06/95       1.62   14.166        0.23
                                                                              155.16 *

MR. MUSIC
  JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN
    CAPITOL RECORDS INC (DOM)  7/95-09/95      11.16    14.166        1.58
                               7/95-09/95      35.69    14.166        5.06
                                                                                6.64 *

MUSIC'S TAKIN' OVER
  JOHN WHITEHEAD, GENE MCFADDEN,
    GERMAN BLACK BOX (WCM GERMA 1/95-06/95       0.56   14.166        0.08
                                                                                0.08 *

NOW IS THE TIME TO DO IT
  VICTOR CARSTARPHEN (VIC), GENE MCFADDEN,
    CBS RECORDS /SONY MUSIC    7/95-09/95    1056.37    14.166      149.65
                                                                              149.65 *

ONE DAY SOON    (YOU'LL NEED ME)
  JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN
    CAPITOL RECORDS INC (DOM)  7/95-09/95      44.26    14.166        6.27
                                                                                6.27 *

PEOPLE KEEP TELLIN' ME
  VICTOR CARSTARPHEN, GENE MCFADDEN,
    CBS RECORDS /SONY MUSIC    7/95-09/95     114.30    14.166       16.19
                                                                               16.19 *

PEOPLE POWER
  J.WHITEHEAD/G.MCFADDEN/V.CARSTARPHEN
    S.D.R.M. (FRN)             4/95-06/95      53.36    14.166        7.56
                                                                                7.56 *

PRETTY FLOWER
  VICTOR CARSTARPHEN, GENE MCFADDEN,
    S.D.R.M. (FRN)             4/95-06/95       1.55    14.166        0.22
                                                                                0.22 *

RIGHT HERE IS WHERE I WANT TO BE
  JOHN WHITEHEAD, GENE MCFADDEN,
    CBS RECORDS /SONY MUSIC    7/95-09/95       9.30    14.166        1.32
                                                                                1.32 *

SHE'S ONLY A WOMAN
  VICTOR CARSTARPHEN, GENE MCFADDEN,
    CBS RECORDS /SONY MUSIC    7/95-09/95     187.21    14.166       26.52
                                                                               26.52 *

SHIFTLESS, SHADY JEALOUS KIND OF PE
  KENNETH GAMBLE, LEON HUFF,
    CBS RECORDS /SONY MUSIC    7/95-09/95      33.57    10.625        3.57
                                                                                3.57 *

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                          PAGE:    5

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **SOMEBODY TOLD ME** | | | | | |
| KENNETH GAMBLE, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 95.17 | 10.625 | 10.11 | |
| | | | | | 10.11 * |
| **SOUL CITY WALK** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 130.95 | 14.166 | 18.55 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.51 | 14.166 | 0.07 | |
| RHINO RECORDS | 7/95-09/95 | 86.60 | 14.166 | 12.27 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 2.30 | 14.166 | 0.33 | |
| | | | | | 31.22 * |
| **STAY TOGETHER** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| MCA RECORDS INC (DOM) | 7/95-09/95 | 12.40 | 14.166 | 1.76 | |
| | | | | | 1.76 * |
| **STRATEGY** | | | | | |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 106.38 | 14.166 | 15.07 | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 12.55 | 14.166 | 1.78 | |
| RHINO RECORDS | 7/95-09/95 | 86.60 | 14.166 | 12.27 | |
| | | | | | 29.12 * |
| **STRENGTH OF ONE MAN** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 26.36 | 14.166 | 3.73 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.70 | 14.166 | 0.10 | |
| | | | | | 3.83 * |
| **TELL THE WORLD HOW I FEEL ABOUT CHA** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 616.46 | 14.166 | 87.33 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.25 | 14.166 | 0.04 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 0.09 | 14.166 | 0.01 | |
| | | | | | 87.38 * |
| **THAT LET'S ME KNOW I'M IN LOVE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 44.87 | 14.166 | 6.36 | |
| | | | | | 6.36 * |
| **THIS IS MY SONG** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 33.89 | 14.166 | 4.80 | |
| | | | | | 4.80 * |
| **THOSE LIES (DONE CAUGHT UP WITH YOU** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 71.81 | 14.166 | 10.17 | |
| WCM BRASIL | 6/95-09/95 | 38.53 | 14.166 | 5.46 | |
| | | | | | 15.63 * |
| **TO BE FREE TO BE WHO WE ARE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 35.25 | 14.166 | 4.99 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.32 | 14.166 | 0.05 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 0.09 | 14.166 | 0.01 | |
| | | | | | 5.05 * |
| **WAKE UP EVERYBODY** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 2499.99 | 14.166 | 354.15 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 44.90 | 14.166 | 6.36 | |
| K-TEL INTERNATIONAL (USA) I | 4/95-06/95 | 27.03 | 14.166 | 3.83 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 200.35 | 14.166 | 28.38 | |
| | 1/95-06/95 | 52.58 | 14.166 | 7.45 | |
| | | | | | 400.17 * |

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                          PAGE:    6

## ** MECHANICAL ROYALTIES **

|                          | PERIOD      | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |            |
|--------------------------|-------------|-----------------|------------|------------|------------|
| **WHERE ARE ALL MY FRIENDS** |         |                 |            |            |            |
| V.CARSTARPHEN/G.MCFADDEN/J.WHITEHEAD |  |          |            |            |            |
| CBS RECORDS /SONY MUSIC  | 7/95-09/95  | 788.11          | 14.166     | 111.64     |            |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.25          | 14.166     | 0.04       |            |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 0.09          | 14.166     | 0.01       |            |
|                          |             |                 |            |            | 111.69 *   |
| **WHERE WILL YOU GO WHEN THE PARTY'S** |  |      |            |            |            |
| GENE MCFADDEN, JOHN WHITEHEAD, |      |                 |            |            |            |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 1.13          | 14.166     | 0.16       |            |
|                          | 1/95-06/95  | 1.69            | 14.166     | 0.24       |            |
|                          |             |                 |            |            | 0.40 *     |
| **WHY OH WHY**           |             |                 |            |            |            |
| GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN |  |        |            |            |            |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 38.47           | 14.166     | 5.45       |            |
|                          |             |                 |            |            | 5.45 *     |
| **YOU'RE MY SOMEONE TO LOVE** |        |                 |            |            |            |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN |  |         |            |            |            |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 9.81            | 14.166     | 1.39       |            |
|                          | 7/95-09/95  | 31.16           | 14.166     | 4.41       |            |
|                          |             |                 |            |            | 5.80 *     |

MECHANICAL TOTAL    4893.93 **

## ** PRINT ROYALTIES **

| **AIN'T NO STOPPIN' US NOW** |         |      |       |       |       |        |
|------------------------------|---------|------|-------|-------|-------|--------|
| G.MCFADDEN, J.WHITEHEAD & J.COHEN |    |      |       |       |       |        |
| HAL LEONARD PUBL CORP (DOM) | 1/95-06/95 |  | 263.64 | 14.166 | 37.35 |        |
|                              |         |      |       |       |       | 37.35 * |

| **BACKSTABBERS**             |         |      |       |       |       |        |
|------------------------------|---------|------|-------|-------|-------|--------|
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD |  |  |       |       |       |        |
| CANADIAN PRINT RATES         |         |      |       |       |       |        |
| WB PRESENTS 70/80            | MF9502  | 3    | 0.38  | 4.167 | 0.02  |        |
| CLASIC RHYTHM & BLUES        | MF9542  | 60   | 10.17 | 4.167 | 0.42  |        |
| PRINT FOREIGN RATES          |         |      |       |       |       |        |
| CLASIC RHYTHM & BLUES        | MF9542  | 239  | 40.51 | 4.167 | 1.69  |        |
| DOMESTIC PRINT RATES         |         |      |       |       |       |        |
| WB PRESENTS 70/80            | MF9502  | 330  | 42.27 | 4.167 | 1.76  |        |
| CLASIC RHYTHM & BLUES        | MF9542  | 454  | 76.95 | 4.167 | 3.21  |        |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 57 | 12.53 | 4.167 | 0.52  |        |
| SONG TREASURES FROM THE 70'S | VF1740  | 3    | 0.65  | 4.167 | 0.03  |        |
|                              |         |      |       |       |       | 7.65 * |

| **DO YOU WANT TO DANCE**     |         |      |       |       |       |        |
|------------------------------|---------|------|-------|-------|-------|--------|
| GENE MCFADDEN, JOHN WHITEHEAD, |      |      |       |       |       |        |
| MINDSCAPE(FMRLY SOFTWARETOO  | 7/95-09/95 | | 12.50 | 14.166 | 1.77  |        |
|                              |         |      |       |       |       | 1.77 * |

| **WAKE UP EVERYBODY**        |         |      |       |       |       |        |
|------------------------------|---------|------|-------|-------|-------|--------|
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN |  |  |       |       |       |        |
| CANADIAN PRINT RATES         |         |      |       |       |       |        |
| GOLDEN DECADE OF THE 70'S    | VF1769  | 3    | 0.83  | 4.167 | 0.03  |        |
| PRINT FOREIGN RATES          |         |      |       |       |       |        |
| GOLDEN DECADE OF THE 70'S    | VF1769  | 3    | 0.83  | 4.167 | 0.03  |        |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 6 | 1.66 | 4.167 | 0.07 |        |
| DOMESTIC PRINT RATES         |         |      |       |       |       |        |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 57 | 12.53 | 4.167 | 0.52  |        |
| SONG TREASURES FROM THE 70'S | VF1740  | 3    | 0.65  | 4.167 | 0.03  |        |
| GOLDEN DECADE OF THE 70'S    | VF1769  | 32   | 8.86  | 4.167 | 0.37  |        |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 13 | 3.60 | 4.167 | 0.15 |        |
|                              |         |      |       |       |       | 1.20 * |

PRINT TOTAL    47.97 **

## ** MISCELLANEOUS ROYALTIES **

IN ACCOUNT WITH : (14621000) JOHN WHITEHEAD JR                                          PAGE:      7

## ** MISCELLANEOUS ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | | |
| G.MCFADDEN, J.WHITEHEAD & J.COHEN | | | | | |
| PIONEER ENTERTAINMENT (USA) | 7/95-09/95 | 8.00 | 14.166 | 1.13 | |
| | | | | | 1.13 * |
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| PIONEER ENTERTAINMENT (USA) | 7/95-09/95 | 75.45 | 14.166 | 10.69 | |
| DAIICHI KOSHO CO LTD | 9/95-09/95 | 109.23 | 14.166 | 15.47 | |
| | | | | | 26.16 * |

MISCELLANEOUS TOTAL        27.29 **

STATEMENT TOTAL     4969.19 ***

MIGHTY THREE MUSIC GROUP                                    3967

S U M M A R Y   S T A T E M E N T

FOR PERIOD OCTOBER TO DECEMBER 1995


JOHN WHITEHEAD JR                    *              TAX ID 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
25% BONUS ACCOUNT


IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD

   DATE    REF.

12/31/95 ROYLTS      ROYALTIES FOR PERIOD TO 12/1995              1242.44
12/31/95 TT14621000  TRANSFER OF BALANCE TO MAIN ACCOUNT          1242.44 -

                               BALANCE THIS PERIOD :                 0.00
                                                             ------------

MIGHTY THREE MUSIC GROUP

R O Y A L T Y   S T A T E M E N T

FOR PERIOD OCTOBER TO DECEMBER 1995

PAYEE : (14621000)
JOHN WHITEHEAD JR

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                                    PAGE:    1

** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **AIN'T NO STOPPIN' US NOW** | | | | | |
| G.MCFADDEN, J.WHITEHEAD & J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 14.89 | 3.542 | 0.53 | |
|  | 7/95-09/95 | 404.69 | 3.542 | 14.33 | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 6616.27 | 3.542 | 234.35 | |
| WCM BRASIL | 6/95-09/95 | 43.30 | 3.542 | 1.53 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 2.02 | 3.542 | 0.07 | |
| K-TEL INTL (ADVANCE) | 9/95-09/95 | 481.39 | 3.542 | 17.05 | |
| RELATIVITY RECORDINGS (ADVA | 10/95-10/95 | 1650.00 | 3.542 | 58.44 | |
| RHINO RECORDS | 7/95-09/95 | 584.16 | 3.542 | 20.69 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 175.49 | 3.542 | 6.22 | |
|  | 1/95-06/95 | 1.94 | 3.542 | 0.07 | |
|  | | | | | 353.28 * |
| **AIN'T NO STOPPIN' (AIN'T NO WAY)** | | | | | |
| GENE MCFADDEN, LINDA VITALI, JERRY COHEN | | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 1614.16 | 2.656 | 42.87 | |
|  | | | | | 42.87 * |
| **ALWAYS ROOM FOR ONE MORE** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 33.89 | 3.542 | 1.20 | |
|  | | | | | 1.20 * |
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 1566.17 | 3.542 | 55.47 | |
| WCM BRASIL | 6/95-09/95 | 8.11 | 3.542 | 0.29 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 87.81 | 3.542 | 3.11 | |
| RHINO RECORDS | 1/94-03/94 | 393.63 | 3.542 | 13.94 | |
|  | 4/95-06/95 | 895.48 | 3.542 | 31.72 | |
|  | 7/95-09/95 | 67.54 | 3.542 | 2.39 | |
| RYKODISC INC | 10/94-12/94 | 55.45 | 3.542 | 1.96 | |
| TRIPLE X ENTERTAINMENT | 4/95-06/95 | 0.54 | 3.542 | 0.02 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 1.46 | 3.542 | 0.05 | |
| WARNER SPECIAL PRODUCTS | 7/95-09/95 | 1883.43 | 3.542 | 66.71 | |
|  | | | | | 175.66 * |
| **BAD LUCK   (PARTS I & II)** | | | | | |
| G MCFADDEN, J WHITEHEAD, V CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 5036.29 | 3.542 | 178.39 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.70 | 3.542 | 0.02 | |
| S.D.R.M. (FRN) | 4/95-06/95 | 41.64 | 3.542 | 1.47 | |
|  | | | | | 179.88 * |
| **BE TRUTHFUL TO ME** | | | | | |
| GAMBLE, HUFF, MCFADDEN, WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 35.85 | 2.656 | 0.95 | |
|  | | | | | 0.95 * |
| **COLD COLD WORLD** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 312.52 | 3.542 | 11.07 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 35.36 | 3.542 | 1.25 | |
|  | | | | | 12.32 * |
| **DANCE YOUR TROUBLES AWAY** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 6.33 | 3.542 | 0.22 | |
|  | | | | | 0.22 * |

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                              PAGE:    2

                              ** MECHANICAL ROYALTIES **

                                              AMOUNT        YOUR      AMOUNT
                              PERIOD          RECEIVED      SHARE       DUE

DISCO SHOWDOWN
  BELL ARCHIE, VICTOR CARSTARPHEN (VIC),
    WCM BRASIL                6/95-09/95        43.86       3.188       1.40
                                                                                    1.40 *

DON'T FEEL BAD
  GENE MCFADDEN, JOHN WHITEHEAD,
    CAPITOL RECORDS INC (DOM)  7/95-09/95       38.47       3.542       1.36
                                                                                    1.36 *

DON'T LET LOVE GET YOU DOWN
  VICTOR CARSTARPHEN, LEON HUFF,
    GERMAN BLACK BOX (WCM GERMA 1/95-06/95       2.06       3.188       0.07
    POLYGRAM RECORDS (DOM)     7/95-09/95        7.69       3.188       0.25
                                                                                    0.32 *

DO YOU WANT TO DANCE
  GENE MCFADDEN, JOHN WHITEHEAD,
    CAPITOL RECORDS INC (DOM)  7/95-09/95       14.89       3.542       0.53
                               7/95-09/95       47.58       3.542       1.69
                                                                                    2.22 *

EASY EASY GOT TO TAKE IT EASY
  JOHN WHITEHEAD, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)  7/95-09/95       82.87       3.542       2.94
                                                                                    2.94 *

GOT TO CHANGE
  JERRY COHEN, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)  7/95-09/95       11.16       3.542       0.40
                               7/95-09/95       35.69       3.542       1.26
                                                                                    1.66 *

I'LL ALWAYS LOVE MY MAMA
  K.GAMBLE/L.HUFF/G.MCFADDEN/J.WHITEHEAD
    CBS RECORDS /SONY MUSIC    7/95-09/95      126.78       2.656       3.37
    ORIGINAL SOUND RECORD      1/95-03/95     1108.29       2.656      29.44
                               4/95-06/95      496.46       2.656      13.19
                                                                                   46.00 *

I'VE BEEN PUSHED ASIDE
  J.WHITEHEAD, G.MCFADDEN, J.COHEN
    CAPITOL RECORDS INC (DOM)  7/95-09/95       11.16       3.542       0.40
                               7/95-09/95       35.69       3.542       1.26
                                                                                    1.66 *

I APOLOGIZE
  LEON HUFF, JOHN WHITEHEAD, GENE MCFADDEN
    WARNER MUSIC PUBL ~ HONG KO 1/95-06/95       0.75       3.542       0.03
                                                                                    0.03 *

I CAN'T WIN FOR LOSING
  . WHITEHEAD, G. MCFADDEN, V.CARSTARPHEN
    CBS RECORDS /SONY MUSIC    7/95-09/95      939.25       3.542      33.27
                                                                                   33.27 *

IF YOU KNOW LIKE I KNOW
  JERRY COHEN, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)  4/95-06/95        0.34       3.542       0.01
                               7/95-09/95      135.44       3.542       4.80
                                                                                    4.81 *

I GOT THE LOVE
  JERRY COHEN, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)  7/95-09/95        9.81       3.542       0.35
                               7/95-09/95       31.16       3.542       1.10
                                                                                    1.45 *

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                                        PAGE:    3

                                    ** MECHANICAL ROYALTIES **

                                                      AMOUNT        YOUR       AMOUNT
                                      PERIOD          RECEIVED      SHARE      DUE

I HEARD IT IN A LOVE SONG
  G.MCFADDEN, J.WHITEHEAD, J.COHEN
    CAPITOL RECORDS INC (DOM)      7/95-09/95         276.07       3.542       9.78
    GERMAN BLACK BOX (WCM GERMA    1/95-06/95           0.74       3.542       0.03
                                                                                          9.81 *

I KNOW WHAT I'M GONNA DO
  GENE MCFADDEN, JOHN WHITEHEAD,
    CAPITOL RECORDS INC (DOM)      7/95-09/95        1079.01       3.542      38.22
                                                                                         38.22 *

IS THERE A PLACE FOR ME
  LEON HUFF, GENE MCFADDEN,
    CBS RECORDS /SONY MUSIC        7/95-09/95          73.53       3.542       2.60
                                                                                          2.60 *

IT'S ALL BECAUSE OF A WOMAN
  LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD
    GERMAN BLACK BOX (WCM GERMA    1/95-06/95           0.46       3.542       0.02
                                                                                          0.02 *

JUST WANNA LOVE YOU BABY
  JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN
    CAPITOL RECORDS INC (DOM)      7/95-09/95           9.81       3.542       0.35
                                   7/95-09/95          31.16       3.542       1.10
                                                                                          1.45 *

KEEP ON LOVING YOU
  GENE MCFADDEN, JOHN WHITEHEAD,
    CBS RECORDS /SONY MUSIC        7/95-09/95          35.25       3.542       1.25
    GERMAN BLACK BOX (WCM GERMA    1/95-06/95           0.88       3.542       0.03
                                                                                          1.28 *

LET'S GROOVE
  MCFADDEN/WHITEHEAD/CARSTARPHEN/HUFF
    CBS RECORDS /SONY MUSIC        7/95-09/95          16.14       3.188       0.51
    GERMAN BLACK BOX (WCM GERMA    1/95-06/95           1.10       3.188       0.04
                                                                                          0.55 *

LET'S MEND WHAT'S BEEN BROKEN
  G.MCFADDEN, J.WHITEHEAD, J. COHEN
    BMG MUSIC (SEE RCA RECORDS)    6/95-08/95         436.04       3.542      15.44
    GERMAN BLACK BOX (WCM GERMA    1/95-06/95          17.64       3.542       0.62
    WARNER MUSIC PUBL - HONG KO    1/95-06/95           2.02       3.542       0.07
                                                                                         16.13 *

LET LIFE FLOW
  JOHN WHITEHEAD, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)      7/95-09/95          23.35       3.542       0.83
                                                                                          0.83 *

LET ME LOVE YOU
  JERRY COHEN, GENE MCFADDEN,
    CAPITOL RECORDS INC (DOM)      7/95-09/95         373.95       3.542      13.25
                                                                                         13.25 *

LET ME TURN U ON
  GENE MCFADDEN, JOHN WHITEHEAD,
    CBS RECORDS /SONY MUSIC        7/95-09/95          11.32       2.656       0.30
                                                                                          0.30 *

LISTEN TO THE CLOCK ON THE WALL
  KENNETH GAMBLE, LEON HUFF,
    CBS RECORDS /SONY MUSIC        7/95-09/95          49.22       2.656       1.31
                                                                                          1.31 *

LOVE SONG NUMBER 690 (LIFE'S NO GOO
  GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN

** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **LOVE SONG NUMBER 690 (LIFE'S NO GOO** | | **(CONTINUED)** | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 38.47 | 3.542 | 1.36 | 1.36 * |
| **MORE I GET, THE MORE I WANT** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 82.87 | 3.542 | 2.94 | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 1010.78 | 3.542 | 35.80 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 1.62 | 3.542 | 0.06 | 38.80 * |
| **MR. MUSIC** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 11.16 | 3.542 | 0.40 | |
|  | 7/95-09/95 | 35.69 | 3.542 | 1.26 | 1.66 * |
| **MUSIC'S TAKIN' OVER** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.56 | 3.542 | 0.02 | 0.02 * |
| **NOW IS THE TIME TO DO IT** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 1056.37 | 3.542 | 37.42 | 37.42 * |
| **ONE DAY SOON    (YOU'LL NEED ME)** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 44.26 | 3.542 | 1.57 | 1.57 * |
| **PEOPLE KEEP TELLIN' ME** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 114.30 | 3.542 | 4.05 | 4.05 * |
| **PEOPLE POWER** | | | | | |
| J.WHITEHEAD/G.MCFADDEN/V.CARSTARPHEN | | | | | |
| S.D.R.M. (FRN) | 4/95-06/95 | 53.36 | 3.542 | 1.89 | 1.89 * |
| **PRETTY FLOWER** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| S.D.R.M. (FRN) | 4/95-06/95 | 1.55 | 3.542 | 0.05 | 0.05 * |
| **RIGHT HERE IS WHERE I WANT TO BE** | | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 9.30 | 3.542 | 0.33 | 0.33 * |
| **SHE'S ONLY A WOMAN** | | | | | |
| VICTOR CARSTARPHEN, GENE MCFADDEN, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 187.21 | 3.542 | 6.63 | 6.63 * |
| **SHIFTLESS, SHADY JEALOUS KIND OF PE** | | | | | |
| KENNETH GAMBLE, LEON HUFF, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 33.57 | 2.656 | 0.89 | 0.89 * |
| **SOMEBODY TOLD ME** | | | | | |
| KENNETH GAMBLE, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 95.17 | 2.656 | 2.53 | 2.53 * |

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                                    PAGE:    5

## ** MECHANICAL ROYALTIES **

| | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE | |
|---|---|---|---|---|---|
| **SOUL CITY WALK** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 130.95 | 3.542 | 4.64 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.51 | 3.542 | 0.02 | |
| RHINO RECORDS | 7/95-09/95 | 86.60 | 3.542 | 3.07 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 2.30 | 3.542 | 0.08 | |
| | | | | | 7.81 * |
| **STAY TOGETHER** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| MCA RECORDS INC (DOM) | 7/95-09/95 | 12.40 | 3.542 | 0.44 | |
| | | | | | 0.44 * |
| **STRATEGY** | | | | | |
| J.WHITEHEAD, G.MCFADDEN, J.COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 106.38 | 3.542 | 3.77 | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 12.55 | 3.542 | 0.44 | |
| RHINO RECORDS | 7/95-09/95 | 86.60 | 3.542 | 3.07 | |
| | | | | | 7.28 * |
| **STRENGTH OF ONE MAN** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 26.36 | 3.542 | 0.93 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.70 | 3.542 | 0.02 | |
| | | | | | 0.95 * |
| **TELL THE WORLD HOW I FEEL ABOUT CHA** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 616.46 | 3.542 | 21.84 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.25 | 3.542 | 0.01 | |
| | | | | | 21.85 * |
| **THAT LET'S ME KNOW I'M IN LOVE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, J. COHEN | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 44.87 | 3.542 | 1.59 | |
| | | | | | 1.59 * |
| **THIS IS MY SONG** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 33.89 | 3.542 | 1.20 | |
| | | | | | 1.20 * |
| **THOSE LIES (DONE CAUGHT UP WITH YOU** | | | | | |
| VICTOR CARSTARPHEN (VIC), GENE MCFADDEN, | | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 71.81 | 3.542 | 2.54 | |
| WCM BRASIL | 6/95-09/95 | 38.53 | 3.542 | 1.36 | |
| | | | | | 3.90 * |
| **TO BE FREE TO BE WHO WE ARE** | | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 35.25 | 3.542 | 1.25 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.32 | 3.542 | 0.01 | |
| | | | | | 1.26 * |
| **WAKE UP EVERYBODY** | | | | | |
| G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 2499.99 | 3.542 | 88.55 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 44.90 | 3.542 | 1.59 | |
| K-TEL INTERNATIONAL (USA) I | 4/95-06/95 | 27.03 | 3.542 | 0.96 | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 200.35 | 3.542 | 7.10 | |
| | 1/95-06/95 | 52.58 | 3.542 | 1.86 | |
| | | | | | 100.06 * |
| **WHERE ARE ALL MY FRIENDS** | | | | | |
| V.CARSTARPHEN/G.MCFADDEN/J.WHITEHEAD | | | | | |
| CBS RECORDS /SONY MUSIC | 7/95-09/95 | 788.11 | 3.542 | 27.91 | |
| GERMAN BLACK BOX (WCM GERMA | 1/95-06/95 | 0.25 | 3.542 | 0.01 | |
| | | | | | 27.92 * |

IN ACCOUNT WITH : (14621001) JOHN WHITEHEAD                          PAGE:    6

## ** MECHANICAL ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |
|---|---|---|---|---|
| **WHERE WILL YOU GO WHEN THE PARTY'S** | | | | |
| GENE MCFADDEN, JOHN WHITEHEAD, | | | | |
| WARNER MUSIC PUBL - HONG KO | 1/95-06/95 | 1.13 | 3.542 | 0.04 |
|  | 1/95-06/95 | 1.69 | 3.542 | 0.06 |
|  |  |  |  | 0.10 * |
| **WHY OH WHY** | | | | |
| GENE MCFADDEN,JOHN WHITEHEAD,JERRY COHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 38.47 | 3.542 | 1.36 |
|  |  |  |  | 1.36 * |
| **YOU'RE MY SOMEONE TO LOVE** | | | | |
| JOHN WHITEHEAD, GENE MCFADDEN, J. COHEN | | | | |
| CAPITOL RECORDS INC (DOM) | 7/95-09/95 | 9.81 | 3.542 | 0.35 |
|  | 7/95-09/95 | 31.16 | 3.542 | 1.10 |
|  |  |  |  | 1.45 * |

MECHANICAL TOTAL    1223.62 **

## ** PRINT ROYALTIES **

**AIN'T NO STOPPIN' US NOW**
G.MCFADDEN, J.WHITEHEAD & J.COHEN
HAL LEONARD PUBL CORP (DOM)  1/95-06/95      263.64    3.542    9.34
                                                                9.34 *

**BACKSTABBERS**
LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD
    CANADIAN PRINT RATES

| | | | | | |
|---|---|---|---|---|---|
| CLASIC RHYTHM & BLUES | MF9542 | 60 | 10.17 | 1.041 | 0.11 |
| PRINT FOREIGN RATES | | | | | |
| CLASIC RHYTHM & BLUES | MF9542 | 239 | 40.51 | 1.041 | 0.42 |
| DOMESTIC PRINT RATES | | | | | |
| WB PRESENTS 70/80 | MF9502 | 330 | 42.27 | 1.041 | 0.44 |
| CLASIC RHYTHM & BLUES | MF9542 | 454 | 76.95 | 1.041 | 0.80 |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 57 | 12.53 | 1.041 | 0.13 |
| SONG TREASURES FROM THE 70'S | VF1740 | 3 | 0.65 | 1.041 | 0.01 |
|  |  |  |  |  | 1.91 * |

**DO YOU WANT TO DANCE**
GENE MCFADDEN, JOHN WHITEHEAD,
MINDSCAPE(FMRLY SOFTWARETOO  7/95-09/95      12.50    3.542    0.44
                                                                0.44 *

**WAKE UP EVERYBODY**
G.MCFADDEN/J.WHITEHEAD/V.CARSTARPHEN
    CANADIAN PRINT RATES

| | | | | | |
|---|---|---|---|---|---|
| GOLDEN DECADE OF THE 70'S | VF1769 | 3 | 0.83 | 1.041 | 0.01 |
| PRINT FOREIGN RATES | | | | | |
| GOLDEN DECADE OF THE 70'S | VF1769 | 3 | 0.83 | 1.041 | 0.01 |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 6 | 1.66 | 1.041 | 0.02 |
| DOMESTIC PRINT RATES | | | | | |
| IM GONNA MAKE YOU LOVE ME & BST | VF1702 | 57 | 12.53 | 1.041 | 0.13 |
| SONG TREASURES FROM THE 70'S | VF1740 | 3 | 0.65 | 1.041 | 0.01 |
| GOLDEN DECADE OF THE 70'S | VF1769 | 32 | 8.86 | 1.041 | 0.09 |
| WHEN A MAN LOVES A WOMAN & 26 GR | VF1838 | 13 | 3.60 | 1.041 | 0.04 |
|  |  |  |  |  | 0.31 * |

PRINT TOTAL    12.00 **

## ** MISCELLANEOUS ROYALTIES **

**AIN'T NO STOPPIN' US NOW**
G.MCFADDEN, J.WHITEHEAD & J.COHEN
PIONEER ENTERTAINMENT (USA)  7/95-09/95      8.00    3.542    0.28
                                                                0.28 *

Case 2:08-cv-00192-LDD   Document 21-2   Filed 12/12/14   Page 119 of 347

## ** MISCELLANEOUS ROYALTIES **

|  | PERIOD | AMOUNT RECEIVED | YOUR SHARE | AMOUNT DUE |  |
|---|---|---|---|---|---|
| **BACKSTABBERS** | | | | | |
| LEON HUFF, GENE MCFADDEN, JOHN WHITEHEAD | | | | | |
| PIONEER ENTERTAINMENT (USA) | 7/95-09/95 | 75.45 | 3.542 | 2.67 | |
| DAIICHI KOSHO CO LTD | 9/95-09/95 | 109.23 | 3.542 | 3.87 | |
| | | | | | 6.54 * |

MISCELLANEOUS TOTAL        6.82 **

STATEMENT TOTAL     1242.44 ***



WARNER/CHAPPELL MUSIC, INC.
A WARNER MUSIC GROUP COMPANY
10585 Santa Monica Boulevard
Los Angeles, California 90025-4950
Tel: (310) 441-8600

09/06/2000

329345

**CHECK TOTAL**
*****5,000.00

| DATE | DOC REF | DESCRIPTION | NARRATIVE | AMOUNT |
|------|---------|-------------|-----------|--------|
| 09/06 | 090600 | | ADVANCE AGAINST ROYALTIES P/E 9/30/00 | 5,000.00 |

94820

PHILADELPHIA INTERNATIONAL RECORDS

ASSORTED MUSIC

MIGHTY THREE MUSIC

CHECK REQUEST

DATE OF REQUEST: *March 13, 1986*

I, THE UNDERSIGNED, REQUEST THAT A CHECK FOR THE AMOUNT OF: $ *4,283.78*

BE MADE PAYABLE TO: *East Furniture )*

FOR THE FOLLOWING : *Purchase of furniture)*

REQUESTED BY: *Anita Thilthon*

APPROVED BY : _____

DATE PAID: *3-13-86*

CHECK NO.: *14963*

ACCOUNT PAID FROM: *M3 chemical*

GENERAL LEDGER ACCOUNT TO BE CHARGED: _____

PHILADELPHIA INTERNATIONAL RECORDS

ASSORTED MUSIC

MIGHTY THREE MUSIC

CHECK REQUEST

DATE OF REQUEST: *MARCH 26, 1986*

I, THE UNDERSIGNED, REQUEST THAT A CHECK FOR THE AMOUNT OF: $ _400.63_

BE MADE PAYABLE TO: _Cost Furniture_

FOR THE FOLLOWING : _purchase of furniture_

_____

_____

_____

_____

_____

_____

_____

REQUESTED BY: _____

APPROVED BY : _____

DATE PAID: _3/26/86_

CHECK NO.: _14984_

ACCOUNT PAID FROM: _Mighty 3_

GENERAL LEDGER ACCOUNT TO BE CHARGED: _____

| | | | | |
|---|---|---|---|---|
| TO: | FROM: | | SALES NO. | 11547 |

**Cort Furniture Rental**

a Mohasco company

Rt. 38E & Rt. 41, P.O. Box 476    1415 Walnut Street
Maple Shade, N.J. 08052    Philadelphia, PA 19102
609/235-4337    215/569-2424

☑ CASH   ☐ CHOICE   ☐ VISA
☐ CHECK   ☐ MASTER CARD
CREDIT NO.
SALES PERSON
AMOUNT PAID
SOURCE

PHONE:

DATE: 2/25/86

DELIVERY DATE:

NAME: Sold TO

DELIVERY INSTRUCTIONS Delivery TO:

ADDRESS: Mighty Three Music

CITY: 309 V.S. Broad   STATE: SY   ZIP:

APT.: Phila   PA.   APT. NO.: 1910 7   FLOOR:

| QTY. | PRODUCT NO. | DESCRIPTION | OFFICE USE ONLY | PRICE/ITEM | SALES PRICE |
|---|---|---|---|---|---|
| 1 | F 6 2 6 0 0 1 C 1 8 3 | Ceus W/ Arm Parsons | | | 139 00 |
| 1 | L 1 1 0 9 7 0 T 1 8 3 | 1 ea house Cocktail table | | | 179 00 |
| 1 | L 1 1 0 9 2 0 T 1 8 3 | " end table | | | 169 00 |
| 1 | L 1 0 9 2 0 T 1 | end table | | | 169 00 |
| 1 | L 1 1 0 9 4 0 T 1 8 11 | sofa table | | | 199 00 |
| 1 | 6 1 8 4 0 8 5 4 1 | multi cousion sofa | | | |
| 1 | 8 1 1 5 4 4 5 5 4 1 | " cusion Lom Seat | | | 389 00 |
| 2 | D 1 1 7 6 3 4 8 2 | Basky Lamps | | 39 ~ | 78 00 |
| 4 | U 1 1 0 8 0 C 4 2 | Perspective chairs | | | |
| 1 | L 5 4 7 0 0 T W 1 | " Dining table | | | 339 00 |
| 1 | 5 5 0 8 0 0 I W 1 | Dining Hutch. | | | 329 00 |
| 1 | C 1 4 7 2 0 D W 1 | moonbeam Dresser y millor | | | |
| 1 | C 1 4 7 0 0 9 W 1 | " N. H stan | | | 229 00 |
| 1 | C 1 4 7 0 0 H W 1 | " single Headboard | | | 58 00 |
| 1 | C 1 4 7 0 0 6 W 0 | 8" H Drawer chest | | | 149 00 |
| 1 | 5 7 3 0 4 0 M | Single matteer | | | |
| 1 | 5 3 3 0 4 0 K | " boxeplin | | | 69 00 |
| 1 | 5 3 3 0 4 0 m | " mattress | | | |
| 1 | 5 3 3 0 4 0 K | single box splin | | | 69 00 |
| 2 | G 2 4 0 0 0 A 1 | ALL SALES FINAL...SOLD AS IS | | 75 ~ | 50 00 |
| | | NO WARRANTY GIVEN OR IMPLIED | | | |

| MONTHLY RENTAL (EXCLUDE WAIVER & TAX) | | SALESMAN CHECK ONE | | | | |
|---|---|---|---|---|---|---|
| OPTION. PRICE | | RETAIL SALE | ☑ | TOTAL | Sub total | 2614 00 |
| | | CONVERSION SALE | ☐ | SALES TAX | this purk | |
| LESS: DISCOUNT | ( ) | DEALER SALE | ☐ | DELIVERY | one | . |
| NET PRICE | | SHORTAGE ON LEASE | ☐ | SUB TOTAL | | |
| LESS. RENT CREDIT | ( ) | DISCARDED | ☐ | LESS:SECURITY DEPOSIT APPLIED | | |
| TOTAL PRICE ENTER TO TOP RIGHT | | SKIPS | ☐ | TOTAL BALANCE DUE | | |

ARTICLES LISTED ABOVE ARE ACKNOWLEDGED
AS BEING RECEIVED.

SIGNATURE

White=Office Copy    Yellow=Store Copy    Pink =Delivery Copy    Goldenrod=Customer Copy

| TO: | FROM: | | | SALES NO. | 11548 |

**Cort Furniture Rental**
a Mohasco company

Rt. 38E & Rt. 41, P.O. Box 476   1415 Walnut Street
Maple Shade, N.J. 08052      Philadelphia, PA 19102
609/235-4337               215/569-2424

□ CASH   □ CHOICE   □ VISA
□ CHECK  □ MASTER CARD
CREDIT NO.
SALES PERSON  Kevin

AMOUNT PAID
SOURCE

PHONE:
DATE: 3/25/86
NAME: Sold to Cort
ADDRESS: Mighty Three Music
CITY: 309 's. Bload  STATE: St.  ZIP:
APT.: Phila  PA.   APT. NO.: 1 9107  FLOOR:

DELIVERY DATE.
DELIVERY INSTRUCTIONS  Delivery To.

| QTY. | PRODUCT NO. | DESCRIPTION | OFFICE USE ONLY | PRICE/ITEM | SALES PRICE |
|---|---|---|---|---|---|
| 1 | G143004C19 | Silver Pearl Giver Lamp | | | 29 00 |
| 2 | G143004L | white " " " | | | 29 00 |
| 1 | G14300L | White " " " | | | 29 00 |
| 1 | A117330D813 | foxwood Dresser /mirror | | | |
| 1 | A117320H813 | " Headboard | | | |
| 1 | A1173067813 | " Night stand | | | 59 00 |
| 1 | A11730 0T | " Night stand | | | 69 00 |
| 1 | A1173006 | " chest of Drawers | | | 179 00 |
| 1 | 5500 40m | Queen mattress | | | |
| 1 | 5500 40K | " foxsprin. | | | 99 00 |
| 1 | G2400A | " frame | | | 25 00 |
| 1 | S2614358 13 | Bikini Khaki Loveseat | | | 129 00 |
| 1 | F35009C18 | Apricot frey Eak chair | | | 49 00 |
| 1 | A801HCDWC | Gentry Dresser + mirror | | | |
| 1 | A9081107W9 | " Night stand | | | |
| 1 | A810 157 dHw9 | " Headboard | | | 249 00 |
| 1 | S4604 0m | full size mattress | | | 87 00 |
| 1 | S46040K | " foxsprin | | | |
| 1 | G24000A1 | " frame | | | 25 00 |
| 1 | A808101TW | " Night stand | | | 39 00 |

MONTHLY RENTAL
(EXCLUDE WAIVER & TAX)

SALESMAN CHECK ONE
RETAIL SALE
CONVERSION SALE  □
DEALER SALE     □
SHORTAGE ON LEASE □
DISCARDED       □
SKIPS           □

ALL SALES FINAL...SOLD AS IS
NO WARRANTY GIVEN OR IMPLIED

OPTION. PRICE
LESS: DISCOUNT
NET PRICE
LESS: RENT CREDIT
TOTAL PRICE
ENTER TO TOP RIGHT

| | |
|---|---|
| TOTAL | Subtotal. 1578 00 |
| SALES TAX | this |
| DELIVERY | 100. |
| SUB TOTAL | |
| LESS/SECURITY DEPOSIT APPLIED | |
| TOTAL BALANCE DUE | |

ARTICLES LISTED ABOVE ARE ACKNOWLEDGED
AS BEING RECEIVED.

SIGNATURE

White=Office Copy   Yellow=Store Copy   Pink=Delivery Copy   Goldenrod=Customer Copy

**Cort Furniture Rental**
a Mohasco company

Rt. 38E & Rt. 41, P.O. Box 476
Maple Shade, N.J. 08052
609/235-4337

1415 Walnut Street
Philadelphia, PA 19102
215/569-2424

| TO: | | FROM: | | |
|---|---|---|---|---|

SALES NO. 11549

☐ CASH   ☐ CHOICE   ☐ VISA
☐ CHECK   ☐ MASTER CARD
CREDIT NO.

AMOUNT PAID $1203.78

SALES PERSON Kevin

SOURCE

DATE: 3/25/80

DELIVERY DATE:

PHONE:

NAME: Sold T.O.B.

DELIVERY INSTRUCTIONS Delivery To 8

ADDRESS: Mighty Mee Music

CITY: 309 S. Broad   STATE: St.   ZIP:

APT: Phila. PA.   APT. NO.: 19107   FLOOR:

| QTY. | PRODUCT NO. | DESCRIPTION | OFFICE USE ONLY | PRICE/ITEM | SALES PRICE |
|---|---|---|---|---|---|
| 1 | L110980T813 | Teahouse 2 Door Table | | | 199 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Balance Due of: | | | |
| | | $400.68 | | | |
| | | | | | |
| | | | | | |
| | | Paid only $425.78 | | | |
| | | | | | |
| | | 325/86 LC | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ALL SALES FINAL . . . SOLD AS IS
NO WARRANTY GIVEN OR IMPLIED

| MONTHLY RENTAL (EXCLUDE WAIVER & TAX) | | SALESMAN CHECK ONE | | |
|---|---|---|---|---|
| OPTION: PRICE | | RETAIL SALE ☐ | TOTAL | 4391 00 |
| | | CONVERSION SALE ☐ | SALES TAX | 263 46 |
| LESS: DISCOUNT | | DEALER SALE ☐ | DELIVERY | 30 00 |
| NET PRICE | | SHORTAGE ON LEASE ☐ | SUB TOTAL | 4684 46 |
| LESS: RENT CREDIT | | DISCARDED ☐ | LESS SECURITY DEPOSIT APPLIED | check # 14963 | 4283 78 |
| TOTAL PRICE ENTER TO TOP RIGHT | | SKIPS ☐ | TOTAL BALANCE DUE | check # | $400 68 |

ARTICLES LISTED ABOVE ARE ACKNOWLEDGED
AS BEING RECEIVED.

SIGNATURE

White=Office Copy     Yellow=Store Copy     Pink =Delivery Copy     Goldenrod=Customer Copy

**CORT FURNITURE RENTAL**
P.O. Box 478 · Route #38E & Route #41
Maple Shade, New Jersey 08052
(609) 235-4357

Nº 007157

DATE _____ 19____

RECEIVED FROM _Mcsary Three Meeire_

THE SUM OF _Tour Hundred_ ~ 63/00 DOLLARS $ 400.63

FOR _____

AMOUNT OF ACCOUNT $_____
AMOUNT PAID · · · $_400.63_ Thank You!
BALANCE DUE · · · $_____
☐ CASH   ☐ CHECK   ☐ M.O.

BY _M. eg Dceft_

# Exhibit I

| Song/Writer | Song | Artist | Copyright Renewal No./ Reference No. | Original Copyright | Year |
|---|---|---|---|---|---|
| McFadden & Whitehead | "Ain't no stopping us now" | McFadden White head | None | PA0000047091 PAu000094393 | 1979 |
| McFadden & Whitehead | "Back Stabbers." | O'Jays | RE0000820299 | EP0000306867 | 1972 |
| McFadden & Whitehead | "Wake up everybody" | | | EU0000593155 | 1975 |
| McFadden & Whitehead Kenneth Gamble Leon Huff | "I'll always love my mama" | McFadden & Whitehead | RE0000841679 | EU 0000405747 | 1973 |
| Mc Fadden & Whitehead McKinney/Vitali | "Little bit more" | Freddie Jackson | PA0000316431 (supplemented) | PA0000304460 | 1986 |
| Mc Fadden & Whitehead | "Where are all of my friends" | Harold Melvin & The Blue Notes | RE0000857964 | EU0000514754 | 1974 |
| Mc Fadden & Whitehead | "Tell the world how I feel about 'cha baby" | Harold Melvin & The Blue Notes | V2553P097 | EU593152 | 1960 |
| Mc Fadden & Whitehead | "Let's Groove" | Archie Bell & The Drells | RE0000875327 | EU0000624763 | 1977 |
| Mc Fadden & Whitehead | "Summertime and I'm feeling mellow" | MFSB | V2223P516 | EU687588 | 1986 |
| Mc Fadden & Whitehead | "Standing Right Here" | Melba Moore | V2553P084 | EU801415 | 1977 |
| Mc Fadden & Whitehead | "I'll always love my mama" | McFadden & Whitehead | RE0000841679 | EU0000405747 | 1973 |

## Warner

| Date | Notes | Amount |
|---|---|---|
| April-June 1997 | McFadden | $ 8,754.98 |
| July-Sept 1997 | McFadden including 2540 bonus account | $ 17,918.97 |
| Oct-Sep 1997 | McFadden | $ 12,092.31 |
| Oct-Dec 1996 | McFadden | $ 9,777.76 |
| April-June 1996 | McFadden | $ 7,995.00 |
| July-Sept 1996 | McFadden | $ 23,563.16 |
| July-Dec 1995 | McFadden | $ 13,027.76 |
| Jan-March 1996 | McFadden | $ 11,238.77 |
| Jan-March 1998 | McFadden | $ 8,828.78 |
| July-Sept 1998 | McFadden | $ 14,430.57 |
| Jan-March 1997 | McFadden | $ 11,310.82 |
| April-June 2001 | McFadden | $ 8,693.74 |
| July-Sept 1997 | McFadden | $ 17,918.97 |

# BMI

| Date | Notes |
|------|-------|
| 10/22/99 | McFadden full year 1999: $21,203.99 |
| 7/18/97 | McFadden BMI Feature |
| 12/18/97 | McFadden BMI Foreign |
| 3/31/97 | McFadden BMI Feature |
| 10/22/99 | McFadden full year 1999 statement: $21, |
| 7/11/2001 | McFadden 3/4 year 2001 statement: $17, |
| 10/23/98 | McFadden full year 1998 statement: $19, |
| 4/22/99 | McFadden 1/2 year: $11,159.11 |
| 7/23/99 | McFadden 3/4 year 1999 statement: $14, |

## BMI

| Date | Notes | Amount |
|------|-------|--------|
| July 11 2001 | McFadden 3/4 of 2001 total: $17,064.76 | $ 4,447.90 |
| Oct 23 1998 | McFadden total 3/4 of a year $19,422.16 | $ 4,319.37 |
| April 17 1998 | McFadden US feature Quarter Ending 9/30/07 | $ 1,250.49 |
| June 18 1998 | McFadden Foreign Royalty Statement | $ 9,664.16 |
| Apr 22 1999 | McFadden 1/2 year payments: $11,159.10 | $ 5,810.74 |
| Jul 23 1999 | McFadden 3/4 year 1999: $14,994.67 | $ 3,835.56 |
| Dec 18 1997 | McFadden Writer 1997 royalties | $ 5,485.16 |
| Dec 31 1996 | McFadden BMI feature McFadden | $   974.93 |
| Mar 31 1997 | McFadden BMI feature McFadden | $ 1,234.73 |

Warner

| Date |
|---|
| April-June 1996 |
| 3/31/96 |
| 1/28/99 |
| 5/4/99 |
| 5/11/95 |
| 5/11/95-6/30/95 |
| 1/26/00 |
| Jan-March 1999 |
| Jul-Sept 1999 |
| Oct-Dec 1998 |
| Jan-March 2001 |
| Jan-March 1997 |

## Warner

| Notes | Amount |
|---|---|
| McFadden | $ 7,995.00 |
| McFadden | $ 3,261.00 |
| McFadden check date for period ending 12/31/99 | $ 6,156.50 |
| McFadden Period ending on 3/31/99 | $ 5,803.07 |
| McFadden First Quarter 1995 | $ 20,876.36 |
| McFadden Second Quarter 1995 | $ 1,121.31 |
| McFadden Period ending 12/31/99 | $ 7,354.01 |
| McFadden Total royalties | $ 12,303.07 |
| McFadden | $ 22,292.26 |
| McFaddenBonus Account | $ 1,548.24 |
| McFadden Period ending 03/31/01 | $ 6,707.75 |
| McFadden | $ 11,310.82 |

# Warner

| Date | Notes | | Amount |
|------|-------|---|-------:|
| 1/26/00 | McFadden | $ | 7,354.01 |
| 6/30/01 | McFadden period April-June 2001 | $ | 8,693.74 |
| 1/28/99 | McFadden Period ending 12/31/99 | $ | 6,156.50 |
| 05/31/01 | McFadden Period ending 3/31/99 | $ | 5,803.07 |
| 6/30/95 | McFadden April-June 1995 McFadden | $ | 1,121.31 |
| 6/30/95 | McFadden July-Sept 1992 | $ | 10,071.63 |
| 6/30/95 | McFadden transfer to main account | $ | 224.28 |
| 9/30/92 | McFadden July-Sept 1992 includes bonus 12/91, 3/92 & 6/92 | $ | 10,071.63 |
| 3/31/92 | McFadden Jan-March 1992 | $ | 1,901.53 |
| 6/30/91 | McFadden April 1991-June 1991 | $ | 3,365.69 |
| 6/30/93 | McFadden 1/93-6/93 | $ | 6,801.48 |
| 9/30/93 | McFadden 1/93-6/93 | $ | 1,702.37 |
| 3/31/01 | McFadden Jan-March 2001 | $ | 5,858.04 |

## Warner

| Artist | Notes | Amount |
|--------|-------|--------|
| Whitehead | Whitehead 1995 tax return Total Royalties | $ 49,104.00 |
| Whitehead | Whitehead 1995 Warner 1099 | $ 33,651.36 |
| Whitehead | Whitehead 1995 tax return - Warner 1099 | $ 15,452.64 |
| Whitehead | Whitehead 1996 Total Royalties | $ 77,576.00 |
| Whitehead | Whitehead 1996 Warner Breakout | $ 56,095.77 |
| Whitehead | Whitehead 1996 BMI Breakout | $ 19,696.32 |
| Whitehead | Whitehead 1997 Total Royalties | $ 74,717.00 |
| Whitehead | Whitehead 1998 Total Royalties | $ 62,171.00 |

## Warner

| Date | Notes | Amount |
|------|-------|--------|
| Jan-May 1999 | McFadden | $ 5,890.00 |
| April-June 1999 | McFadden | $ 5,097.51 |
| July-Sept 1999 | McFadden | $ 22,292.26 |
| Oct-Dec 1999 | McFadden | $ 7,354.01 |
| Oct-Dec 1998 | McFadden | $ 6,560.50 |
| Jan-March 1998 | McFadden | $ 6,828.70 |
| April-June 1998 | McFadden | $ 4,844.82 |
| Jan-March 1997 | McFadden | $ 9,310.82 |
| April-June 1997 | McFadden | $ 8,754.98 |
| July-Sept 1997 | McFadden | $ 17,918.97 |
| Oct-Dec 1997 | McFadden | $ 12,092.31 |
| Oct-Dec 1996 | McFadden | $ 9,777.76 |
| 3/31/99 | McFadden | $ 5,803.07 |
| 12/31/99 | McFadden | $ 6,156.50 |
| 1/26/00 for 12/31/99 | McFadden | $ 7,354.01 |

## BMI

| Date | Notes | Amount |
|---|---|---|
| 10/23/98 | McFadden | $ 4,319.37 |
| 5/22/98 | McFadden US Features | $     95.22 |
| 4/22/99 | McFadden 1/2 year $11,159.11 | $ 5,810.74 |
| 1/23/99 | McFadden 3/4 year in 1999: $14,994.67 | $ 3,835.56 |
| 10/22/99 | McFadden Full year 1999: $12,203.09 | $ 6,208.42 |

## BMI

| Date | Notes | Amount |
|---|---|---|
| 6/25/93 | Whitehead Foreign | $ 5,949.03 |
| 9/2/93 | Whitehead US Feature | $    898.31 |
| 4/6/93 | Whitehead April-June 1993 | $ 7,560.53 |
| 11/20/92 | Whitehead US Feature | $    679.36 |
| July-Sept 1992 | Whitehead | $ 8,059.89 |
| 1/21/00 | Whitehead | $ 6,640.82 |

## BMI

| Date | Notes | Amount |
|------|-------|--------|
| 6/25/93 | Whitehead Foreign | $ 5,949.03 |
| 12/31/92 | Whitehead US Features | $ 898.31 |
| 3/31/92 | Whitehead US | $ 679.36 |
| Oct-00 | Whitehead Full year $24,770.11 | $ 6,717.15 |
| 9/31/92 | Whitehead US Feature | $ 838.13 |
| 1/26/01 | Whitehead | $ 5,595.53 |
| 1/18/02 | Whitehead US Feature | $ 964.94 |
| 2/20/01 | Whitehead First half by $12,309.94 | $ 6,794.41 |
| 1/21/00 | Whitehead | $ 6,640.82 |
| 1/21/00 | Whitehead 1/2 year 2000: $18,052.96 | $ 5,464.34 |
| Oct-00 | Whitehead Full year 2000 $24,770.11 | $ 6,717.15 |
| 9/30/92 | Whitehead US Feature | $ 838.13 |
| 1/21/01 | Whitehead | $ 5,595.53 |
| 1/18/02 | Whitehead | $ 8,877.34 |
| 6/30/92 | Whitehead US Features | $ 964.94 |
| 4/20/01 | Whitehead 1/2 year: $12, 589.94 | $ 6,794.41 |

## Warner

| Date | Notes | Amount | |
|------|-------|--------|--|
| 4/6/93 | Whitehead Bonus 9/30/90-12/31/92 | $ | 7,560.53 |
| 1/2/93 | Whitehead 12/31/92- paid 1/26/93 | $ | 2,301.85 |
| Jan-March 1999 | Whitehead | $ | 12,347.36 |
| Apr-Jun 2000 | Whitehead | $ | 15,274.41 |
| Jan-March 2000 | Whitehead | $ | 7,897.87 |
| 5/4/99 | Whitehead Period ending 3/31/99 | $ | 5,847.36 |
| July-Sept 1999 | Whitehead | $ | 24,812.26 |
| Oct-Dec 1997 | Whitehead Paid 1/23/98 | $ | 12,092.06 |
| July-Sept 1999 | Whitehead | $ | 24,812.26 |
| Jan-March 2001 | Whitehead | $ | 8,403.00 |
| Oct-Dec 2000 | Whitehead | $ | 4,599.93 |
| 1/21/00 | Whitehead | $ | 6,640.32 |
| 1/21/00 | Whitehead | $ | 5,464.54 |
| Oct-Dec 2001 | Whitehead | $ | 3,674.71 |
| Oct-Dec 1999 | Whitehead | $ | 7,354.01 |

## Warner

| Date | Notes | Amount |
|------|-------|--------|
| Jan-March 1996 | Whitehead | $ 16,291.64 |
| Oct-Dec 1995 | Whitehead | $ 6,211.63 |
| 4/6/00 | Whitehead Advance $5,000 | |
| Jan-March 1997 | Whitehead | $ 11,348.83 |
| Oct-Dec 2001 | Whitehead | $ 3,674.77 |
| April-Jun 1998 | Whitehead | $ 5,844.88 |
| July-Sept 1999 | Whitehead | $ 10,273.21 |
| 1/24/94 | Whitehead check date | $ 2,322.59 |
| Jun-93 | Whitehead | $ 2,272.87 |
| Jul -Sept 1992 | Whitehead | $ 8,059.69 |
| 9/30/90-12/31/92 | Whitehead Bonus check 4/16/03 | $ 7,560.53 |
| 12/31/92 | Whitehead | $ 2,301.85 |
| Jan-March 1999 | Whitehead | $ 12,347.36 |
| 6/30/92 | Whitehead | $ 1,837.74 |
| Nov 7 2001 | Whitehead Advance $5,000 | |
| April-June 2000 | Whitehead | $ 12,774.41 |
| Mar 31 2001 | Whitehead Period | $ 5,503.57 |
| Oct-Dec 2000 | Whitehead | $ 4,599.93 |
| Jan-Mar 1997 | Whitehead | $ 11,348.83 |
| Oct-Dec 1997 | Whitehead | $ 12,092.06 |
| Oct-Dec 1996 | Whitehead | $ 9,777.77 |
| Jul -Sept 1999 | Whitehead | $ 24,812.26 |
| Jan-March 1996 | Whitehead | $ 16,291.44 |

## Warner

| Date | Notes | Amount |
|------|-------|--------|
| Oct-Dec 1995 | Whitehead | $ 6,211.63 |
| 9/06/00 | Whitehead Advance $5,000 | |
| 2/14/02 | Whitehead Advance $3,000 | |
| 10/23/00 | Whitehead 9/30/00 | $ 4,444.32 |
| Oct-Dec 2009 | Whitehead Paid 1/21/00 | $ 7,354.01 |
| Oct-Dec 1998 | Whitehead | $ 7,656.00 |
| Jul-Sept 1999 | Whitehead | $ 24,812.26 |
| April-June 1992 | Whitehead | $ 1,903.69 |
| 12/31/00 | Whitehead Advance $5,000 | |
| April-June 2000 | Whitehead | $ 15,274.41 |
| 2001-05-02 | Whitehead Ending 3/31/01 | $ 5,503.57 |
| Jan-March 2000 | Whitehead | $ 7,897.87 |
| 3/31/99 | Whitehead Paid 5/4/99 | $ 5,847.36 |
| Oct-Dec 2001 | Whitehead | $ 3,674.77 |
| Apr-Jun 1998 | Whitehead Paid 7/17/98 | $ 5,844.88 |
| April-June 1994 | Whitehead | $ 8,942.11 |
| Jul-Sept 1994 | Whitehead | $ 10,273.28 |
| Oct-Dec 1993 | Whitehead | $ 8,531.41 |

# McFadden & Whitehead
# Publisher's Share

| | | |
|---|---|---|
| BMI 5 Year Average = | $ 21,319.47 x 2 = | $42,638.94 |
| Warner 5 Year Average = | $ 47,320.75 x 2 = | $94,641.50 |
| Total: | $ 68,640.22 x 2 = | $137,280.44 |
| Total x 8 = Purchase Price | | x2 = $1,098,243.50 |

# McFadden & Whitehead

# Writer's Share

| | | |
|---|---|---|
| BMI Three Year Average = | $ 19,682.75 x 2 = | $39,365.50 |
| Warner Three Year Average = | $ 52,463.02 x 2 = | $104,926.04 |
| Total: | $ 72,145.77 x 2 = | $144,291.54 |
| Total x 6 = Purchase Price | | $865,749.24 |

# McFadden & Whitehead

## Foreign v. Domestic Earnings
## Historical Five (5) year Average

| Domestic | Foreign |
|----------|---------|
| 30% | 70% |

# Performance Income v. Mechanicals and Sync
## Historical Three (3) year Average
### Writer's Share

Performance Income          Mechanicals and Sync Income
         27%                          73%

# Performance Income v. Mechanicals and Sync
## Historical Five (5) year Average
## Publisher's Share

| Performance Income | Mechanicals and Sync Income |
|:---:|:---:|
| 31% | 69% |

# Exhibit J

B3+(L)

Whitehead                1995 + Ax return    total Royalty $49,104

Whitehall      1995  WARNER 1099 .                 — 33,651.36

                                 1995    BMI        = ⋔

Whitehead      ————————
               1996                          Total Royalties   77,576

Whitney        1996  warner            Breakout {  56,095.77
Whitehead      1996  BMI                            19,696.32

Whitehall   1997                    total Royalties  74,717

Whitehead  1998                 total Royalties   62,171

Waiver
McFadden

April – June 1997                                    8,754.78

July – Sept 1997   McFadden             ~~14,356.~~
                         includes           17,918.97
              258°
                 hours owed

Oct Sept 1997         McFadden         12,092 31

Oct – Dec 1996  '                      9,777.76

April – June 1996  McFadden  ₣ 799.5 ∞
          McFadden

July – Sept 96                         23,563.16

7/95 – 12/95  McFadden        13 027.76
Jan – March 1996              subtotal 32,61.
      McFadden                    } total
                                  11,238.77
JAN – March 1998              ~~6818.73~~
      M. Fuller                88828 ⁷⁸

July – Sept 98  → 14,430.57
Jan – March 97        11,310.52
April – June 2 w McFadden      8,693.74
      McFadden
July → September 1997      17,918.97

BMI

McFadden
10/22/99                        McFadden                    6,208.42
                    full year 1999 $ 21,203.99


July 18, 1997      BMI Feature McFadden        974.93
Dec 18, 1997       BMI Foreign McFadden        $ 5,485.16
3/31/97  BMI Feature                           1297
10/22/99          McFadden BMI                 · 6,208.42
          full year on per statement 1999
                    $ 21,203.09
                                               4,447.96
July 11, 2001       McFadden
              full · 3/4 year 2001
                    $ 17,064.76
                                               4,319.37
Oct 23, 1998    McFadden
              Full year 1998 BMI
                    $ 19,422.16
                                               $ 5,810.74
4/22/99        McFadell
           1/2 year  - 11,159.11
                                               $ 3,835.56
7/23/99        McFadden
           3/4 year 199 - $ 14,994.67

BMJ
Cene M. Fadelen

July 11, 2001
(1)                                                    $ 4,447.96

N.W  3 quarter of 2001 T-tw
            $17,064.76

Jan - march  1992                                      1 st

Oct 22, 1997  McFadden              total Pmy mnys
                                              4,319,37
Oct 23 1998  M. Fadden
     total 344 year  19,422.16

6/30/97   U S fedure McFull  -  1,250.45
7/17/98   U C fentur McFudden   !

6/18/98        FO Oreun  M.Fadden   $ 9,664.16
               Royalty
               Statement
4/22/99        2nd year $444  $ 5,810.74
               mcfudden

1/2 year 2F  1999  BMJ payatf $ 11,159.1,

7/23/99       Mc Fadden       $ 3,835.56
         34 year 1995 -$14,994.67

BMJ Eornyr Royultter         $ 5,485.16
      Dec 18, 1997  untr 1997 Royution

12/31/1996  Bus feurther McFadden  9.7% 43
3/31/97  Bmt feuttre Me Fadder  $8,224.73

Warner                    April to June 1996

        McFadden                                    7,995 —

                                                    3,261
    3/31/96

1/28/99    notched date was busy like BMW          6,156.50
12/31/99   clerk for rend ends Dec 31/1999

                    for perid            3/31/99    5,803.07
5/4/99                  inlay
                                                    20,876.36
5/11/99
        First quarter 1995
                                                    1121.31
        6/30/95    2nd quarter 1995
Check date                                          7,354.01
1/26/00    past inline
           12/31/99

    J Arr  — March 1999                             12,303.07

    July — Sep 1999                                 22,292.76

    Oct → Dec 1998       Bonus act                  1,548.34

    Jan — march 2001                                5858.04
                                                    6707.75
    July — March 1997                              11,310.82
                McFadden

Witner

Gen Mc Fadden

1/26 00 clerk                                          7,354.01
4th quarter n enrol  Dec 31, 199

Gen McFadden  8,693,74

Period April - June 2001
6/30/01

period ending 12/31/99    6,156.50
1/28/99                period ending 3/31/99    5,803.07
5/03
6/30/99         April - June 1995    1181,31
                        McFadden

              McFadden           224,28
6/30/95       transfer to member act

9/30/92       McFadden           10,071.65
              July - Sept 1992
              includes bonus
              12/91 3/92 & 6/92 statement

              JAN - March 1992    1901.53
3/31/92       April 1991 - June 1991  McFadden  3365.69
6/30/91       1/93 - 6/93  McFadden      6801  48
*             1/93 - 693              1702.32
3/31/01       JAN - March 2001        5858.04
              McFadden

JAN → March 1997
April – June 1998
July 99 – Sept 1999
Oct → Dec 99
Oct – Dec 1998
Jan → March 1998
April → June 1998
Jan → March 1997
April → June 97
July → Sept 997
Oct + Dec 97
Oct – Dec 1996
3/31/99
12/31/99  12/99 or 2000
1/26/00   for 12/31/99

5097 ⁵¹
22,292 ²ᵗ
73 54 ⁰¹
6,56 ⁵²
6828 ⁷ᵈ
4844 ⁸²
93/0 ⁸²
87 54 ⁹⁴
17,918 ⁹⁷
12,092 ³¹ ⁷ᵇ
9777
5803
6156 ⁵⁰
7,354.01

McFadden

Oct 23, 1998        ur feltn                    $4,319.37
may 22, 1998                                       95.22
Aonl 22, 1997                                    5,810.74

           1h yr   11,159.11
                                                 3,835.56
7/23/99
           3/y yr 199    14,594.67
                                          6,208.41
10/22/99        full yr 1999 - 21,205.09

Brief whitehead

6/25/93   foreign
9/9/93    U.S feature

4/4/93    April June 93
11/20/92  US feature
July - Sept 92
9/13/
Jan 21, 2000

$5,949.⁰³

898 ³¹
7560 ⁵³
679 ³⁶

8,059 ⁸⁹

6,640 ⁸²

BMF

BMI foreyn whulbead 0/2 5/93                    5,949.03

Dec 31 29 92   U5 feate                              898.31

BMF   3/31/92      U5 Pauluer                        672.56

Oct    2000  Bm 6,717 15   →
Full year 2000 = $ 24,770 11                          858.13

9/30/92   U 5 Feature

JAN 26 / 2001                                      5,595.53

JAN  18, 2002                                      $ 8,877.34

U5 Feature                                          964.94

6/30/92                                            6,794.41

April 20, 2001
First half of 2001
12,389.97

July 23,1999 - Page 1 with the person we have red

JAN 21, 2000                                       6,640.82
                                                   5,464.34
July 21, 2000

Oct 2000                 1h yeur 2000 = 18,052.86  6,717 15

                         24 Full year 2000
                         24,770.11

9/30/92                  U5 feature                838.13
JAN 21 | 2001                                      5,595.53
JAN 18, 2002                                       8,877.34
6/30/92       U5 feature                           964.94
4/20/ 2001    1h yeur 2001 12,389.97               6,794.41

WARNER WHITE

#756053

4/6/93    Bonus 9/30/91 - 12/31/92

1/26/93    12/3/92 pmm 1/26/93    2,301 $^{85}$

12,397 $\frac{36}{}$

JAN - Marl 1999    15,274 $\frac{41}{}$

April June 2000    7,897 $\frac{87}{}$

JAN - March 2000

5/4/99   review auly 8/31/99    5,847. $^{86}$

24,812 $\frac{26}{}$

July → Sept 1999

Oct → Dec 97 pmo 1/23/98    12,092 $\frac{66}{}$

July - Sept 99 pmm 10/22/99    24.812. $^{26}$

840364

Jan Murch 2001    4,599 $\frac{73}{}$

Oct - Dec 2000

6,640 $\frac{82}{}$

Jan 21, 2000

July 21, 2000 .     -    546454

Oct → Dec 2001    → 36 7421

Oct + Dec 99 .    → 7,354. 01

what JAN → March 1996 -     $16,291.⁴⁴     PH   B)*2

Oct → Dec 1995     -     $16,211 ⁶³

q|6|000   Advance . $5k

11,348.⁸³

JAN → March 1997     - $3,674.⁷⁷

Oct - Dec 2001

5,844 ⁸⁸

April - June 1998

10,273 ³⁶

July - Sept  A44

2,322 ⁵¹

1/24/97 deb date

2,827 ⁸¹

7/95   warner

8059.67.

7|92 -9|92
8|30| 90 - 12|31 92    Bonus
                       check
                       4|6|03

7,560 ⁵³

2,301 ⁸⁵
12,347 ³⁶

12|31|92.
JAN - march  1999     -
6|30| 992

1887 ²⁴

& 5k advance

12,774.41

11/07
April - June 2000
march 31, 2001  period
Oct he → Dec 2000
JAN - march   97
Oct - Dec 1997     -
Oct → Dec 1996     →
July - Sept 1999   →
JAN → March 1996   →

5,503.⁵⁷
4,599,93
11,348 ⁸³
12,092 ⁵⁶
9,777.⁷⁷
24,812.
16,291.⁴⁴

Whitehall Warner

$6211^{63}$

Oct → Dec 1995

9/06 $cwo

5k advance

Del 11/20-02                    $3k Advance

Pennsylvania 2000        500 $ Five Hundred
                                    amount

10/23/00    9/30/2000 →          $4,444 \frac{32}{}$

Oct → Dec 1999                   $7,354 \frac{91}{}$
            paid off 1/21/000

                                 7656
oct to Dec 1998
                                 $24,812 ^{26}$
10/22/99  July → Sept 1999  -

                                 $190369$
  4/17/92
April-June 92   1992

  1c/3/00  11/07        $5k advance
                                 $15,274 \frac{41}{}$
  April → June 2000
                                 $5,503 \frac{57}{}$
  5/02/01  -   sale 3/31/01
                                 $7,897 \frac{87}{}$
  Jan - march 2000
                                 $5,847 \frac{36}{}$
  3/31/99 April   paid 5/4/98
                                 $3,674 \frac{77}{}$
  Oct → Dec 2001   paid 7/17/98
                                 $5,844 \frac{88}{}$
  April → June 1998
                                 $8,942 \frac{11}{}$
  April → June 94
                                 $10,273 ^{28}$
  July → Sept 1994
                                 $8,531 ^{41}$
  Oct → Dec 93

# Exhibit K

Copyright
Office
of the
United
States

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE

| DATE OF RECORDATION | |
|---|---|
| 21Jun90 | |
| VOLUME | PAGE |
| 2553 | 29 |
| VOLUME | PAGE |
| 2553 | 128 |

OFFICIAL SEAL

Register of
Copyrights and
Assistant
Librarian for
Copyright
Services

Certificate of Recordation
C-262 March 1989—50,000

**[illegible]**

[illegible]

1. MIGHTY [illegible] [illegible] [illegible] [illegible] ("Assignees"), forever an undivided one-third (1/3) interest in all of the Assignor's right, title, interest and benefit in and to any and all copyrights in and to those musical compositions owned by [illegible] which are listed on Schedule "A" annexed hereto (the "Compositions"), all of Assignor's rights to the renewal and/or extended term or terms of copyright with respect to the Compositions, whether such rights are vested, contingent or reversionary, including, without limitation, all right, title, interest and benefit which may affix under any copyright law now or hereinafter in force and effect in the United States of America or in any other country or countries; any and all future causes of action for infringement of the same, past, present and future, and all the proceeds from the foregoing accrued and unpaid and hereafter owing to be held and enjoyed by the said Assignees, and their respective heirs, estates, and assigns, fully, entirely and absolutely.

2. The aforesaid shall be effective as of April 1, 1990.

DATED: June 19, 1990

MIGHTY THREE MUSIC
a/k/a ROSE TREE MUSIC AND
MIGHTY THREE SONGWRITERS

By: ________________________
KENNETH GAMBLE,
General Partner

By: ________________________
LEON A. HUFF,
General Partner

By: ________________________
THOMAS R. BELL,
General Partner

VOL 2553 PAGE 094

Page 65

| | | | |
|---|---|---|---|
| 978. | STAIRWAY TO HEAVEN | Eu 614123 | Kenny Gamble |
| 979. | STAND UP | Eu 766663 | Kenny Gamble<br>Leon Huff |
| 980. | STANDING AT THE END | Eu 593150 | Mike Burton<br>Phillip Terry |
| 981. | STANDING RIGHT HERE | Eu 801415 | John Whitehead<br>Gene McFadden<br>Victor Carstarphen |
| 982. | STANDING, WAITING FOR<br>YOUR LOVE | Eu 761151 | Mary Well<br>Cecil Womack |
| 983. | STAR GAZER | Eu 624769 | Dexter Wensel |
| 984. | STARRY EYED GIRL | Eu 761152 | Bill Lamb |
| 985. | START ALL OVER | Eu 484730 | Kenny Gamble<br>Neil Larson |
| 986. | START THE FIRE | Pau 120784 | Phillip Pugh |
| 987. | STAY | Pau 169811 | Leroy Bell<br>Casey James |
| 988. | STAY TOGETHER | Eu 720821 | John Whitehead<br>Gene McFadden<br>Victor Carstarphen |
| 989. | STAY WITH ME | Pau 50673 | Frank Brunson<br>David Thompson |
| 990. | STILL WAITING FOR THE LIGHT | Eu 600552 | Derek Floyd<br>Cyndi Floyd |
| 991. | STOP AND THINK | Eu 495513 | Ronnie Baker |
| 992. | STOP AND THINK IT OVER | Eu 631268 | Sherman Marshall<br>Joseph Jefferson |
| 993. | STOP TAKING MY L...<br>FOR GRANTED | Eu 469668 | Bruce Hawes<br>Phil Terry |
| 994. | STRAIGHT AHEAD | Eu 670363 | Sam Peake |
| 995. | STRATEGY | Pau 62740 | John Whitehead<br>Gene McFadden<br>Jerry Cohen |

**VL-2553 PAGE 097**

Page 68

| | | |
|---|---|---|
| 1026. THE TASTE OF LOVE | Eu 717296 | Bunny Sigler<br>James Sigler<br>Theodore Life |
| 1027. TAXI-GREYHOUND STATION | Eu 585596 | Phillip Terry<br>Michael Burton |
| 1028. TEARS IN MY EYES | Eu 670364 | Felton Pilate |
| 1029. TEDDY'S RAP | Pau 169449 | Teddy Pendergrass |
| 1030. TELLING IT LIKE IT IS | Eu 577828 | Vinnie Barrett<br>Bobby Eli |
| 1031. TELL ME WHAT'S WRONG WITH YOU | Eu 702364 | Bunny Sigler |
| 1032. TELL ME WHO CAN SAY | Eu 435349 | Roland Chambers<br>Karl Chambers |
| 1033. TELL ME WHY | Eu 858307 | Dexter Wansel<br>Cynthia Biggs |
| 1034. TELL THE TRUTH | Pau 94283 | Ted Wortham<br>Cynthia Biggs |
| 1035. TELL THE WORLD HOW I FEEL<br>ABOUT CHA BABY | Eu 593152 | Gene McFadden<br>John Whitehead<br>Victor Carstarphen |
| 1036. TEN PERCENT | Eu 699387 | Allan Felder<br>Talmadge Conway |
| 1037. THANK GOD FOR LOVE | Eu 667845 | Jean Thomas |
| 1038. THANKS FOR SAVING MY LIFE | Eu 456372 | Kenny Gamble<br>Leon Huff |
| 1039. THANK YOU | Eu 567772 | Allan Felder<br>Norman Harris |
| 1040. THANK YOU BABY FOR LAST<br>NIGHT | Eu 702363 | Bunny Sigler<br>Bruce Gray |
| 1041. THANK YOU (FOR THIS<br>BLESSING) | Pau 92530 | Beatrice Rivers<br>Frankie Smith |
| 1042. THANK YOU MISS SCOTT | Pau 175570 | Jack Faith |

**FORM E**

| CLASS | REGISTRATION NO. |
|---|---|
| **E** | **EU** P-306867 |
|  | DO NOT WRITE HERE |
|  | EP                    EU |

# ...n for Registration of a Claim to Copyright

### ...position the author of which is a citizen or domiciliary of the United ...merica or which was first published in the United States of America

...Make sure that all applicable spaces have been
...fore you submit the form. The application must
...at line 9.   For published works the application
...submitted until after the date of publication given
...and should state the facts which existed on that
...further information, see page 4.
...es 2 should be typewritten or printed with pen and
...and 4 should contain exactly the same information
...d 2, but may be carbon copies.

Mail all pages of the application to the Register of Copy-
rights, Library of Congress, Washington, D.C. 20540, together
with:

(a) If unpublished, one complete copy of the work and the
registration fee of $6.

(b) If published, two copies of the best edition of the work
and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

...Claimant(s) and Address(es): Give the name(s) and address(es) of the copyright owner(s).   In the case of
...marks the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

### ASSORTED MUSIC

### 250 South Broad Street, Philadelphia, Pa.  19102

### "BACK STABBERS"

(Give the title of the musical composition as it appears on the copies)

...Citizenship and domicile information must be
...here a work is made for hire, the employer is the
...organizations formed under U.S. Federal or State
... citizens.

Authors include composers of music, authors of words, ar-
rangers, compilers, etc.   If the copyright claim is based on new
matter (see line 5) give information about the author of the
new matter.

**...on Huff**

...legal name followed by pseudonym if latter appears on the copies)   Citizenship: U.S.A. **X**   Other _____ (Check if U.S. citizen)   (Name of country)

**...U.S.A.** Yes **X** No ___ Address   **21 Meryl Lane,**
**Cherry Hill, N.J.**   Author of **Words & Music** (State which: words, music, arrangement, etc.)

**...ne McFadden**

...legal name followed by pseudonym if latter appears on the copies)   Citizenship: U.S.A. **X**   Other _____ (Check if U.S. citizen)   (Name of country)

**...U.S.A.** Yes **X** No ___ Address   **4314 N. 15th St.**
**Phila., Pa.**   Author of **Words & Music** (State which: words, music, arrangement, etc.)

**...ohn Whitehead**

...legal name followed by pseudonym if latter appears on the copies)   Citizenship: U.S.A. **X**   Other _____ (Check if U.S. citizen)   (Name of country)

**...U.S.A.** Yes **X** No ___ Address   **2443 N. 11th St.**
**Phila., Pa.**   Author of **Words & Music** (State which: words, music, arrangement, etc.)

**➤➤ NOTE: | Leave all spaces of line 4 blank unless your work has been PUBLISHED. | ◄◄**

**...e of Publication:** Give the date when copies of
...lar version of the work were first placed on sale,
...blicly distributed. The date when copies were made

or printed, or the date when the work was performed should
not be confused with the date of publication.   NOTE: The
full date (month, day, and year) must be given.

**November 29, 1972**
(Month)        (Day)        (Year)

**...e of Publication:** Give the name of the country in which this particular version of the work was first published.

**UNITED STATES AND CANADA SIMULTANEOUSLY**

**➤➤ NOTE: | Leave all spaces of line 5 blank unless the instructions below apply to your work. | ◄◄**

**...Registration or Publication:** If a claim to copy-
...any substantial part of this work was previously
...in the U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published
anywhere, give requested information.

...previously registered? Yes _____ No _____ Date of registration _____   Registration number _____
...previously published? Yes _____ No _____ Date of publication _____   Registration number _____

...any substantial NEW MATTER in this version? Yes _____ No _____   If your answer is "Yes," give a brief general
...e of the nature of the NEW MATTER in this version.   (New matter may consist of compilation, arrangement, adapta-
...al revision, and the like, as well as additional words and music.)

| EXAMINER |
|---|

*Complete all applicable spaces on next page*

**6.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of

**7.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name _____ Same As Below _____    Address _____

**8.** Send certificate to:

(Type or print name and address)

Name: ASSORTED MUSIC

Address: 250 South Broad St., Suite 611
(Number and street)

Philadelphia, Pennsylvania        19102
(City)            (State)            (ZIP code)

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Francine Schwartz*

Francine Schwartz, Copyright Dept.
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

**Class A**  Form A—Published book manufactured in the United States of America.

**Class A or B**  Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A–B Ad Interim—Book or periodical in the English language manufactured and first published in the United States of America.

**Class B**  Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

**Class C**  Form C—Lecture or similar production prepared for oral delivery.

**Class D**  Form D—Dramatic or dramatico-musical composition.

**Class E**  Form E—Musical composition the author of which is a citizen or domiciliary of the United States and which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

**Class F**  Form F—Map.

**Class G**  Form G—Work of art or a model or design for a work of art.

**Class H**  Form H—Reproduction of a work of art.

**Class I**  Form I—Drawing or plastic work of a scientific or technical character.

**Class J**  Form J—Photograph.

**Class K**  Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

**Class L or M**  Form L–M—Motion picture.

Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received   13219.2 JAN-3 '73 | |
| Renewal?   920.299 | |

U.S. GOVERNMENT PRINTING OFFICE 1970—O-403-636

# Application
## Registration of a Claim to Copyright

**FORM E**

REGISTRATION NO.

Eu 801415

DO NOT WRITE HERE
EP · EU

**CLASS**

**E**

**musical** composition the author of which is a citizen or domiciliary **of the United** States of America or which was first published in the **United States of America**

**Instructions:** Make sure that all applicable spaces have been **filled in** before you submit the form. The application must be **SIGNED** at line 9.   For published works the application **should not** be submitted until after the date of publication given **at line 4(a)**, and should state the facts which existed on that **date.** For further information, see page 4.

**Lines** 1 and 2 should be typewritten or printed with pen and **ink. Lines** 3 and 4 should contain exactly the same information **as lines** 1 and 2, and may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.

*(b)* If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). The name(s) should **normally** be the same as in the notice of copyright on the copies deposited.

MIGHTY THREE MUSIC

309 S. Broad St.

Phila., Pa.  190 19107

**Title:** "STANDING RIGHT HERE"

(Give the title of the musical composition as it appears on the copies)

**Authors:** Citizenship and domicile information must be **given. Where** a work was made for hire, the employer is the **author.** The citizenship of organizations formed under U.S. **Federal** or State law should be stated as U.S.A.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

John Whitehead

(Give legal name followed by pseudonym if latter appears on the copies)

Citizenship: U.S.A. X   Other _____
(Check if U.S. citizen)   (Name of country)

**Domiciled in U.S.A.** Yes X   No ____ Address 98 Hampstead Rd, Ambler, Pa, Author of words/music
(State which: words, music, arrangement, etc.)

Gene McFadden

(Give legal name followed by pseudonym if latter appears on the copies)

Citizenship: U.S.A. X   Other _____
(Check if U.S. citizen)   (Name of country)

**Domiciled in U.S.A.** Yes X   No ____ Address 5930 N. Park Ave, Phila., Pa. Author of words/music
(State which: words, music, arrangement, etc.)

Vic Carstarphen

(Give legal name followed by pseudonym if latter appears on the copies)

Citizenship: U.S.A. X   Other _____
(Check if U.S. citizen)   (Name of country)

**Domiciled in U.S.A.** Yes X   No ____ Address M11 Cedar Ridge, Blackwood, NJ Author of words/music
(State which: words, music, arrangement, etc.)

**NOTE:** | Leave all spaces of line 4 blank unless your work has been PUBLISHED. |

**4 Date of Publication:** Give the date when copies of this **particular** version of the work were first placed on sale, sold, **publicly** distributed. The date when copies were made, **sold,** or reproduced, or the date when the work was performed or recorded, should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

_____
(Month)   (Day)   (Year)

**Place of Publication:** Give the name of the country in which this particular version of the work was first published.

_____

**NOTE:** | Leave all spaces of line 5 blank unless the instructions below apply to your work. |

**5 Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ____ No ____ Date of registration _____ Registration number _____

Was work previously published? Yes ____ No ____ Date of publication _____ Registration number _____

Is there any substantial **NEW MATTER** in this version?  Yes _____  No _____  If your answer is "Yes", give a brief **statement** of the nature of the **NEW MATTER** in this version.  (New matter may consist of compilation, arrangement, adaptation, **editorial** revision, and the like, as well as additional words and music.)

_____

EXAMINER

*Page 2*

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account

MIGHTY THREE MUSIC

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

same as below

Name _____   Address _____

8. Send certificate to:

| (Type or print name and address) | Name | MIGHTY THREE MUSIC |
| | | 309 S. Broad St. |
| | Address | Phila., Pa.  19107 |
| | | (Number and street) |

_____
(City)              (State)              (ZIP code)

**9. Certification:**
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Constance Heister - Publishing Administrator*
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

**Class A**  Form A—Published book manufactured in the United States of America.

**Class A or B**  Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

**Class B**  Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

**Class C**  Form C—Lecture or similar production prepared for oral delivery.

**Class D**  Form D—Dramatic or dramatico-musical composition.

**Class E**  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

**Class F**  Form F—Map.

**Class G**  Form G—Work of art or a model or design for a work of art.

**Class H**  Form H—Reproduction of a work of art.

**Class I**  Form I—Drawing or plastic work of a scientific or technical character.

**Class J**  Form J—Photograph.

**Class K**  Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

**Class L or M**  Form L-M—Motion picture.

**Class N**  Form N—Sound recording.
*  Form R—Renewal copyright.
*  Form U—Notice of use of copyrighted music on mechanical instruments.

### FOR COPYRIGHT OFFICE USE ONLY

| | |
|---|---|
| Application received | |
| Jul. 1 2 197? | |
| One copy received | |
| JUL. 1 2 1977 | |
| Two copies received | |
| Fee received | |
| Renewal | |

☆ U.S. GOVERNMENT PRINTING OFFICE  1976—110-799/7          June 1976—500,000

of account

to:

# Application

## Registration of a Claim to Copyright

musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given at line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Lines 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as lines 1 and 2, and may be carbon copies.

**Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). The name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

<table>
<tr><td>FORM E</td><td></td><td></td></tr>
<tr><td>REGISTRATION NO.</td><td></td><td>CLASS</td></tr>
<tr><td>Eu 687588</td><td></td><td rowspan="2">E</td></tr>
<tr><td>DO NOT WRITE HERE<br>EP    EM</td><td></td></tr>
</table>

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.

*(b)* If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

MIGHTY THREE MUSIC

309 S. Broad St.

Phila., Pa. 19107

is subject to

outside the

### "SUMMERTIME & I'M FEELING MELLOW"
(Give the title of the musical composition as it appears on the copies)

**Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A.

America or

ed States of

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Victor Carstarphen
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X  Other _____
(Check if U.S. citizen)  (Name of country)

Domiciled in U.S.A. Yes X No ___ Address Cedar Ridge Apt. #M11
Blackwood, N.J.
Author of words/music
(State which: words, music, arrangement, etc.)

Gene McFadden
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X  Other _____
(Check if U.S. citizen)  (Name of country)

Domiciled in U.S.A. Yes X No ___ Address 5930 N. Park Ave.
Phila., Pa.
Author of words/music
(State which: words, music, arrangement, etc.)

John Whitehead
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X  Other _____
(Check if U.S. citizen)  (Name of country)

Domiciled in U.S.A. Yes X No ___ Address 2329  77th Ave.
Phila., Pa.  19150
Author of words/music
(State which: words, music, arrangement, etc.)

➤➤ NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◄◄

**Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made, printed, or reproduced, or the date when the work was per-

formed or recorded, should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

_____
(Month)  (Day)  (Year)

**Place of Publication:** Give the name of the country in which this particular version of the work was first published.

➤➤ NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄◄

**Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ___ No ___ Date of registration _____ Registration number _____

Was work previously published? Yes ___ No ___ Date of publication _____ Registration number _____

Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

Page 2

*Complete all applicable spaces on next page*

Case 2:08-cv-00192-LDD   Document 21-2   Filed 12/12/14   Page 173 of 347

**6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:**

**7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name  same as below ............................. Address ..............................

**8. Send certificate to:**

| (Type or print name and address) | |
|---|---|
| Name | MIGHTY THREE MUSIC |
| Address | 309 S. Broad St. |
| | Phila., Pa.  19107 |
| | (Number and street) |
| | (City)        (State)        (ZIP code) |

**9. Certification:**
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Renee Verker*

Renee Verker-Publishing Administrator
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

Class A  Form A—Published book manufactured in the United States of America.
or B  {Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Class A  Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B  {Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.
Class D  Form D—Dramatic or dramatico-musical composition.
Class E  {Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America and which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F  Form F—Map.
Class G  Form G—Work of art or a model or design for a work of art.
Class H  Form H—Reproduction of a work of art.
Class I  Form I—Drawing or plastic work of a scientific or technical character.
Class J  Form J—Photograph.
Class K  {Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.
Class L  }Form L-M—Motion picture.
or M
Class N  Form N—Sound recording.
•  Form R—Renewal copyright.
•  Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
APR. 22, 1976

One copy received
APR. 22, 1976

Two copies received

Fee received
208401 APR 19 76

Renewal

U.S GOVERNMENT PRINTING OFFICE : 1976 O—575-913        Aug. 1975—500,000

# Application

## tration of a Claim to Copyright

**the author of which is a citizen or domiciliary
of America or which was first published in the
America**

**FORM E**

REGISTRATION NO.

**ᴇU 624763**

DO NOT WRITE HERE

**CLASS**

**E**

**sure that all applicable spaces have been
you submit the form.** The application must
line 9. For published works the application
accepted until after the date of publication given
should state the facts which existed on that
information, see page 4.
should be typewritten or printed with pen and
should contain exactly the same information
and may be carbon copies.

**(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). The name(s) should
same as in the notice of copyright on the copies deposited.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.

*(b)* If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

MIGHTY THREE MUSIC
309 S. Broad St.
Phila., Pa. 19107

## LET'S GROOVE

(Give the title of the musical composition as it appears on the copies)

**ship and domicile information must be
work was made for hire, the employer is the
ship of organizations formed under U.S.
law should be stated as U.S.A.**

Huff

McFadden

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

XX

XX

name followed by pseudonym if latter appears on the copies) 21   May   U.S.   Citizenship: U.S.A. _____ Other _____ Cherry Hill   N.J. (Name of country)

A. Yes **XX** No ____ Address   5930 N. Park Ave.   Words-Music
Phila., Pa.   Author of _____ (State which: words, music, arrangement, etc.)

Whitehead

XX

name followed by pseudonym if latter appears on the copies)   Citizenship: U.S.A. _____ Other _____ (Check if U.S. citizen)   (Name of country)

A. Yes **XX** No ____ Address   2329 77th Ave.   Words-Music
Phila., Pa.   Author of _____ (State which: words, music, arrangement, etc.)

or Carstarphen

XX

legal name followed by pseudonym if latter appears on the copies)   Citizenship: U.S.A. _____ Other _____ (Check if U.S. citizen)   (Name of country)

A. Yes **XX** No ____ Address   Cedar Ridge Apts.   Words-Music
Blackwood, N.J.   Author of _____ (State which: words, music, arrangement, etc.)

▶▶ **NOTE:** | Leave all spaces of line 4 blank unless your work has been PUBLISHED. | ◀◀

**of Publication:** Give the date when copies of this
of the work were first placed on sale, sold,
distributed. The date when copies were made,
reproduced, or the date when the work was per-

formed or recorded, should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

_____ (Month)   (Day)   (Year)

**of Publication:** Give the name of the country in which this particular version of the work was first published.

▶ **NOTE:** | Leave all spaces of line 5 blank unless the instructions below apply to your work. | ◀◀

**Registration or Publication:** If a claim to copyright substantial part of this work was previously U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published anywhere, give requested information.

**iously registered?** Yes _____ No _____ Date of registration _____ Registration number _____

**previously published?** Yes _____ No _____ Date of publication _____ Registration number _____

**substantial NEW MATTER in this version?** Yes _____ No _____ If your answer is "Yes," give a brief general the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, revision, and the like, as well as additional words and music.)

**EXAMINER**

Complete all applicable spaces on next page

**6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of acc...**

**7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

same as below

Name _____   Address _____

**8. Send certificate to:**

(Type or print name and address)

Name   MIGHTY THREE MUSIC

Address   309 S. Broad Street
                         (Number and street)

Phila., Pa. 19107
(City)          (State)          (ZIP code)

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Renee Verker*

Renee Verker-Copyright Administrator
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

Class A   Form A—Published book manufactured in the United States of America.

Class A or B   Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works sub... the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published out... United States of America.

Class B   Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of Ame... which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United S... America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K   Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M   Form L–M—Motion picture.

Class N   Form N—Sound recording.

•   Form R—Renewal copyright.

•   Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
OCT. 28. 1975

One copy received
OCT. 24. 1975

Two copies received

Fee received
8385 | OCT 28 75

Renewal
RE 875-327

U.S. GOVERNMENT PRINTING OFFICE : 1971—O-550-161

# Application

## Registration of a Claim to Copyright

**A composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

Make sure that all applicable spaces have been filled before you submit the form. The application must be received at line 9. For published works the application should be submitted until after the date of publication given in 1(a), and should state the facts which existed on that date. For further information, see page 4.

Lines 1 and 2 should be typewritten or printed with pen and ink. Lines 3 and 4 should contain exactly the same information as lines 1 and 2, and may be carbon copies.

**Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). The name(s) should be the same as in the notice of copyright on the copies deposited.

```
FORM E

REGISTRATION NO.    CLASS
E u 593152          E

DO NOT WRITE HERE
```

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

```
MIGHTY THREE MUSIC
309 SOUTH BROAD ST
PHILA PA 19107
```

## "TELL THE WORLD HOW I FEEL ABOUT CHA BABY"

(Give the title of the musical composition as it appears on the copies)

**Citizenship and domicile information must be stated.** Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. or State law should be stated as U.S.A.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

**GENE MCFADDEN**
(Give legal name followed by pseudonym if latter appears on the copies)    Citizenship: U.S.A. XX (Check if U.S. citizen)    Other _____ (Name of country)

In U.S.A. Yes XX No ____ Address 5930 N PARK AVE PHILA PA    Author of WORDS-MUSIC (State which: words, music, arrangement, etc.)

**JOHN WHITEHEAD**
(Give legal name followed by pseudonym if latter appears on the copies)    Citizenship: U.S.A. XX (Check if U.S. citizen)    Other _____ (Name of country)

In U.S.A. Yes XX No ____ Address 2329 77th ST PHILA PA    Author of WORDS-MUSIC (State which: words, music, arrangement, etc.)

**VIC CARSTARPHEN**
(Give legal name followed by pseudonym if latter appears on the copies)    Citizenship: U.S.A. XX (Check if U.S. citizen)    Other _____ (Name of country)

In U.S.A. Yes XX No ____ Address CEDAR RIDGE APTS #M11 BLACKWOOD NJ    Author of WORDS-MUSIC (State which: words, music, arrangement, etc.)

**NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED.**

**Date of Publication:** Give the date when copies of this version of the work were first placed on sale, sold, publicly distributed. The date when copies were made, or reproduced, or the date when the work was performed, should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

_____ (Month)  _____ (Day)  _____ (Year)

**Place of Publication:** Give the name of the country in which this particular version of the work was first published.

**NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.**

**Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was it previously registered? Yes ____ No ____ Date of registration _____ Registration number _____

Was it previously published? Yes ____ No ____ Date of publication _____ Registration number _____

Is any substantial NEW MATTER in this version? Yes _____ No _____ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

```
EXAMINER
```

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ____ SAME AS BELOW _____ Address _____

8. Send certificate to:

(Type or print name and address)   Name   MIGHTY THREE MUSIC

Address   309 SOUTH BROAD ST
(Number and street)

PHILA PA 19107
(City)          (State)          (ZIP code)

9. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Renee Verker*

RENEE VERKER, COPYRIGHT-ADMINISTRATOR
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

Class A   Form A—Published book manufactured in the United States of America.

Class A or B   Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published out United States of America.

Class B   Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of Ame which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United S America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K   Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M   Form L–M—Motion picture.

Class N   Form N—Sound recording.

•   Form R—Renewal copyright.

•   Form U—Notice of use of copyrighted music on mechanical instruments.

FOR COPYRIGHT OFFICE USE ONLY

| Application received |
| --- |
| JUN 30 1975 |

| One copy received |
| --- |
| JUN 30 1975 |

| Two copies received |
| --- |

| Fee received |
| --- |
| 260102 JUN 30 75 |

| Renewal |
| --- |

U.S. GOVERNMENT PRINTING OFFICE : 1974—O-550-151

# Application

## istration of a Claim to Copyright

**mposition the author of which is a citizen or domiciliary**
**of States of America or which was first published**
**States of America**

Make sure that all applicable spaces have been
before you submit the form. The application must
at line 9.   For published works the application
submitted until after the date of publication given
and should state the facts which existed on that
other information, see page 4.
2 should be typewritten or printed with pen and
4 should contain exactly the same information
1, and may be carbon copies.

Mail all pages of the application to the Register of Copy-
rights, Library of Congress, Washington, D.C. 20559, together
with:
(a) If unpublished, one complete copy of the work and the
registration fee of $6.
(b) If published, two copies of the best edition of the work
and the registration fee of $6.
Make your remittance payable to the Register of Copyrights.

**Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). The name(s) should
the same as in the notice of copyright on the copies deposited.

| FORM E | | |
|---|---|---|
| REGISTRATION NO. | | CLASS |
| E u **514754** | | |
| DO NOT WRITE HERE | | **E** |

```
MIGHTY THREE MUSIC
309 S. Broad St.
Phila., Pa. 19107
```

## WHERE ARE ALL MY FRIENDS

(Give the title of the musical composition as it appears on the copies)

**Citizenship** and domicile information must be
a work is made for hire, the employer is the
employee's name appears on the copy, give after
name "(employer for hire)". Organizations
U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, ar-
rangers, compilers, etc. If the copyright claim is based on new
matter (see line 5) give information about the author of
new matter.

**tor Carstarphen**
legal name followed by pseudonym if latter appears on the copies

Citizenship: U.S.A. _XX_ Other _____ (Name of country)
(Check if U.S. citizen)

U.S.A. Yes _XX_ No ____ Address **1939 Phillips St.**
**Camden, N.J.**
Author of **Words & Music**
(State which: words, music, arrangement, etc.)

**ne McFadden**
legal name followed by pseudonym if latter appears on the copies

Citizenship: U.S.A. _XX_ Other _____ (Name of country)
(Check if U.S. citizen)

U.S.A. Yes _XX_ No ____ Address **5930 Park Ave**
**Phila., Pa.**
Author of **Words & Music**
(State which: words, music, arrangement, etc.)

**John Whitehead**
legal name followed by pseudonym if latter appears on the copies

Citizenship: U.S.A. _XX_ Other _____ (Name of country)
(Check if U.S. citizen)

U.S.A. Yes _XX_ No ____ Address **2255 North 10th St.**
**Phila., Pa.**
Author of **Words & Music**
(State which: words, music, arrangement, etc.)

**NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED.

**of Publication:** Give the date when copies of this
of the work were first placed on sale, sold,
distributed. The date when copies were made,
produced, or the date when the work was per-

formed or recorded, should not be confused with the date of
publication. NOTE: The full date (month, day, and year) must
be given.

_____
(Month)       (Day)       (Year)

**of Publication:** Give the name of the country in which this particular version of the work was first published.

**NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work.

**istration or Publication:** If a claim to copy-
substantial part of this work was previously
the U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published
anywhere, give requested information.

registered? Yes _____ No _____ Date of registration _____ Registration number _____

published? Yes _____ No _____ Date of publication _____ Registration number _____

substantial NEW MATTER in this version? Yes ......... No ......... If your answer is "Yes," give a brief general
the nature of the NEW MATTER in this version.  (New matter may consist of compilation, arrangement, adapta-
revision, and the like, as well as additional words and music.)

| EXAMINER |
|---|

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ........ same as below ............ Address ...........................

8. Send certificate to:

(Type or print name and address)

Name .......... MIGHTY THREE MUSIC ..........

Address .......... 309 S. Broad St. ..........
(Number and street)

.......... Phila., Pa. 19107 ..........
(City)     (State)     (ZIP code)

9. **Certification:**
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Renee Verker*

Renee Verker-Copyright Administrator
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A or B
Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published in the United States of America.

Class B
Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.
Class D   Form D—Dramatic or dramatico-musical composition.

Class E
Form E—Musical composition the author of which is a citizen or domiciliary of the United States, or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F   Form F—Map.
Class G   Form G—Work of art or a model or design for a work of art.
Class H   Form H—Reproduction of a work of art.
Class I   Form I—Drawing or plastic work of a scientific or technical character.
Class J   Form J—Photograph.
Class K
Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.
Class L or M   Form L–M—Motion picture.
Class N   Form N—Sound recording.
• Form R—Renewal copyright.
• Form U—Notice of use of copyrighted music on mechanical instruments.

FOR COPYRIGHT OFFICE USE ONLY

Application received

One copy received

Two copies received

Fee received
40618 AUG 26 74

Renewal
857-964

U.S. GOVERNMENT PRINTING OFFICE : 1973—O-487-688

# Application

## for Registration of a Claim to Copyright

in ... of the author of which is a citizen or domiciliary of the ... States of America or which was first published ... States of America

**FORM E**

REGISTRATION NO.

E u 405747

DO NOT WRITE HERE

CLASS

**E**

... sure that all applicable spaces have been ... you submit the form. The application must ... line 9.    For published works the application ... not be ... until after the date of publication given ... should state the facts which existed on that ... information, see page 4.

... should be typewritten or printed with pen and ... should contain exactly the same information ... but may be carbon copies.

... (s) and Address(es): Give the name(s) and address(es) of the copyright owner(s). In the case of ... the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**...TY THREE MUSIC**

**S. Broad Street        Philadelphia, Penna.**

**I'LL ALWAYS LOVE MY MAMA**

(Give the title of the musical composition as it appears on the copies)

... and domicile information must be ... work is made for hire, the employer is the ... formed under U.S. Federal or State ...

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

| | | |
|---|---|---|
| **...emble** | Citizenship: U.S.A. [X]   Other _____ | |
| ...name followed by pseudonym if latter appears on the copies) | (Check if U.S. citizen)   (Name of country) | |
| Yes [X] No ___ Address **5125 Wynnefield Ave.** | Author of **WORDS & MUSIC** | |
| **Phila., Penna.** | (State which: words, music, arrangement, etc.) | |
| **...uff** | Citizenship: U.S.A. [X]   Other _____ | |
| ...name followed by pseudonym if latter appears on the copies) | (Check if U.S. citizen)   (Name of country) | |
| Yes [X] No ___ Address **21 Meryl Lane** | Author of **WORDS & MUSIC** | |
| **Whitehead        Cherry Hill, N. J.** | (State which: words, music, arrangement, etc.) | |
| ...e McFadden | Citizenship: U.S.A. [X]   Other | |
| ...name followed by pseudonym if latter appears on the copies) | Phila., Pa.   Author of **WORDS & MUSIC** | |
| Yes [X] No ___ Address **6314 N. 15th St. Phila., Pa.** | Author of **WORDS & MUSIC** | |
| | (State which: words, music, arrangement, etc.) | |

**NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◄═

**Publication:** Give the date when copies of ... of the work were first placed on sale, ... distributed. The date when copies were made

or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

_____        (Month)        (Day)        (Year)

**Publication:** Give the name of the country in which this particular version of the work was first published.

**NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄═

**...ation or Publication:** If a claim to copyright substantial part of this work was previously ... U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published anywhere, give requested information.

... registered? Yes _____ No _____ Date of registration _____ Registration number _____

... published? Yes _____ No _____ Date of publication _____ Registration number _____

**...tantial NEW MATTER** in this version? Yes _____ No _____ If your answer is "Yes," give a brief general **...nature** of the NEW MATTER in this version.  (New matter may consist of compilation, arrangement, adapta-**...vision,** and the like, as well as additional words and music.)

EXAMINER

V. ?

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of ___

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent ___

Name ___ SAME AS BELOW ___   Address ___

8. Send certificate to:

(Type or print name and address)

Name | MIGHTY THREE MUSIC
Address | 250 S. Broad Street  - Suite 611
(Number and street)
Philadelphia, Pennsylvania   19102
(City)          (State)          (ZIP code)

9. **Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Earl Shelton, V Pres.
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

**Class A**  Form A—Published book manufactured in the United States of America.

**Class A or B**  Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A-B Ad Interim—Book or periodical in the English language manufactured and first published in the United States of America.

**Class B**  Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.

**Class C**  Form C—Lecture or similar production prepared for oral delivery.

**Class D**  Form D—Dramatic or dramatico-musical composition.

**Class E**  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America, which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

**Class F**  Form F—Map.

**Class G**  Form G—Work of art or a model or design for a work of art.

**Class H**  Form H—Reproduction of a work of art.

**Class I**  Form I—Drawing or plastic work of a scientific or technical character.

**Class J**  Form J—Photograph.

**Class K**  Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.

**Class L or M**  Form L-M—Motion picture.

**Class N**  Form N—Sound recordings.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received

One copy received
 7 MAY 1973

Two copies received

Fee received
 224153 MAY 11 73

Renewal
RE 841 679

U.S. GOVERNMENT PRINTING OFFICE: 1971—O—454-297

**Page 1**

# Application
## for Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**FORM E**

REGISTRATION NO.

E u 593155

CLASS

**E**

DO NOT WRITE HERE

LP    EU

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, and may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). The name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name ____ MIGHTY THREE MUSIC

309 SOUTH BROAD ST

Address ____ PHILA PA 19107

Name ____

Address ____

**2. Title:** ____ "WAKE UP EVERYBODY"

(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name ____ GENE MCFADDEN

(Give legal name followed by pseudonym if latter appears on the copies)

Citizenship: U.S.A. XX    Other ____
(Check if U.S. citizen)    (Name of country)

Domiciled in U.S.A. Yes XX No ____ Address 5930 N PARK AVE

PHILA PA

Author of WORDS-MUSIC
(State which: words, music, arrangement, etc.)

Name ____ JOHN WHITEHEAD

(Give legal name followed by pseudonym if latter appears on the copies)

Citizenship: U.S.A. XX    Other ____
(Check if U.S. citizen)    (Name of country)

Domiciled in U.S.A. Yes XX No ____ Address 2329 77th ST

PHILA PA

Author of WORDS-MUSIC
(State which: words, music, arrangement, etc.)

Name ____ VIC CARSTARPHEN

(Give legal name followed by pseudonym if latter appears on the copies)

Citizenship: U.S.A. XX    Other ____
(Check if U.S. citizen)    (Name of country)

Domiciled in U.S.A. Yes XX No ____ Address CEDAR RIDGE APTS #M11

BLACKWOOD NJ

Author of WORBS-MUSIC
(State which: words, music, arrangement, etc.)

**NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED.

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made, printed, or reproduced, or the date when the work was performed or recorded, should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

____ (Month)    (Day)    (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

**NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work.

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of the work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ____ No ____ Date of registration ____ Registration number ____

Was work previously published? Yes ____ No ____ Date of publication ____ Registration number ____

Is there any substantial NEW MATTER in this version? Yes ____ No ____ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

*Complete all applicable spaces on next page*

**6.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account

**7.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ___ SAME AS BELOW ___ Address ___

**8.** Send certificate to:

(Type or print name and address)

Name ___ MIGHTY :THREE MUSIC ___

Address ___ 309 SOUTH BROAD ST ___
(Number and street)

___ PHILA PA 19107 ___
(City)          (State)          (ZIP code)

**9. Certification:**
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Renee Verker*

RENEE VERKER—COPYRIGHT—ADMINISTRATOR
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

**Class A** Form A—Published book manufactured in the United States of America.

**Class A or B** {Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law). Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

**Class B** {Form B—Periodical manufactured in the United States of America. Form BB—Contribution to a periodical manufactured in the United States of America.

**Class C** Form C—Lecture or similar production prepared for oral delivery.

**Class D** Form D—Dramatic or dramatico-musical composition.

**Class E** {Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America and which was first published in the United States of America. Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

**Class F** Form F—Map.

**Class G** Form G—Work of art or a model or design for a work of art.

**Class H** Form H—Reproduction of a work of art.

**Class I** Form I—Drawing or plastic work of a scientific or technical character.

**Class J** Form J—Photograph.

**Class K** {Form K—Print or pictorial illustration. Form KK—Print or label used for an article of merchandise.

**Class L or M** }Form L–M—Motion picture.

**Class N** Form N—Sound recording.

● Form R—Renewal copyright.

● Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
JUN 30 1975

One copy received
JUN 30 1975

Two copies received

Fee received
260102 JUN 30 75

Renewal
RE 881-370

**FORM CA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA     316 431

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

Hau.     7·9     1986.
MONTH   DAY   YEAR

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**TITLE OF WORK:**

A LITTLE BIT MORE

**REGISTRATION NUMBER OF BASIC REGISTRATION:**      **YEAR OF BASIC REGISTRATION:**
PA-304-460                                            9/29/86

**NAME(S) OF AUTHOR(S):**                             **NAME(S) OF COPYRIGHT CLAIMANT(S):**
Gene McFadden                                         SUMMA GROUP MUSIC/
Linda Vitali                                          GENE McFADDEN MUSIC c/o
James McKinney *                                      Careers Music, Inc.
                                                      BUSHBURNIN' MUSIC

**LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION:**

Line Number     2     Line Heading or Description     NAME OF AUTHOR

**INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION:**
GENE MCFADDEN
LINDA VITALI
MARTIN MCKINNEY

**CORRECTED INFORMATION:**
GENE McFADDEN
LINDA VITALI
JAMES McKINNEY

**EXPLANATION OF CORRECTION:** (Optional)

**LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED:**

Line Number     Line Heading or Description

**AMPLIFIED INFORMATION:**

**EXPLANATION OF AMPLIFIED INFORMATION:** (Optional)

## EXHIBIT "A"

1. Ain't No Stoppin' Us Now.
2. I'll Always Love My Mama
3. Wake Up Everybody (Part 1)
4. Back Stabbers
5. Fabulous



C 003815

EXHIBIT "A" continued



join  career  musicworld  news  licensing  new media  events  podcasts  about
bmi.com • submit • repertoire
search the repertoire

Songwriter/Composer: MC FADDEN GENE  and  John C. Whitehead

Current Affiliation: BMI        CAE/IPI #: 62107315

There are 838 Work Titles

Search

Display:
☑ Songwriters/Composers

<<First  <Previous  1 2 3 4 5 6 7 8 9 10  Next> Last>>

| | Work Title | BMI Work # |
|---|---|---|
| 1. | 2S TO LIFE HIP HOP VERSION | 4665130 |
| 2. | AIN T NO STOPPIN AIN T NO WAY | 14776 |
| 3. | AIN T NO STOPPIN US NOW | 14779 |
| 4. | ALL I WANNA DO | 4305507 |
| 5. | ALL I WANNA DO | 1782461 |
| 6. | ALWAYS | 1803620 |
| 7. | ALWAYS ROOM FOR ONE MORE | 32073 |
| 8. | ARE YOU LONELY | 64330 |
| 9. | ARE YOU SURE | 64828 |
| 10. | ASKING FOR TROUBLE | 90968 |
| 11. | BACK STABBERS | 77128 |
| 12. | BACK UP OFF ME | 2135568 |
| 13. | BACKTIGHT | 6535728 |
| 14. | BAD LUCK | 79799 |
| 15. | BE TRUTHFUL TO ME | 83751 |
| 16. | BEST DISCO IN TOWN | 107134 |
| 17. | BEST OF BOTH WORLDS | 107649 |
| 18. | BLACK WONDERS OF THE WORLD | 121955 |
| 19. | BODY MOVE | 134895 |
| 20. | BRING YOUR LOVE TO ME | 162212 |
| 21. | BUMPIN BOOGIE | 150378 |
| 22. | CARING | 184705 |
| 23. | COLD COLD WORLD | 224714 |
| 24. | COME SEE THE LOVE MAN | 232185 |
| 25. | COME WHERE THE LOVIN IS | 233382 |

☑ Publishers

☐ Artists

☐ Alternate Titles

disclaimer

In using this database, I understand that you have read and agreed to our Terms and Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

<<First  <Previous  1 2 3 4 5 6 7 8 9 10  Next> Last>>

.-Denotes BMI Award Winning Song!

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Repolicy/policy | Need a license? | Latest update | Overview | Overview | [Go] |
| Login to account | Access Account | Can't afford a | FAQ | Joins at BMI | ⊙ Website ○ Repertoire |
| Lost password? | Contact us | license | FastTrack | Contact us | |

Copyright 2006, BMI (BMI), BMI.com® and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of use. Privacy policy.

C 003816

JAN-10-1996  01:36                                                        P.06/13

**BMI Repertoire**

join   career   musicworld   news   licensing   new media   events   podcasts   about

bmi.com > search > repertoire
search the repertoire

Songwriter/Composer: MC FADDEN GENE  *and*  J*hn C. Whitehead

Title

Current Affiliation: BMI        CAE/PI #: 82107315

There are 238 Work Titles

[Search]

<<First <Previous 1 2 3 4 5 6 7 8 9 10  Next> Last>>

Display:

☑ Songwriters/Composers

| | Work Title | BMI Work # |
|---|---|---|
| 26. | COME WITH ME LET S JOIN TOGETH | 233619 |
| 27. | CONCENTRATE ON ME | 236601 |
| 28. | DADDY DON T LOVE US ANYMORE | 266183 |
| 29. | DANCE TO THIS | 1629675 |
| 30. | DANCE YOUR TROUBLES AWAY | 274110 |
| 31. | DETERMINATION | 297442 |
| 32. | DISCO FEVER | 306073 |
| 33. | DISCO SHOWDOWN | 306382 |
| 34. | DO ME WRONG DO ME RIGHT | 309811 |
| 35. | DO WHAT YOU WANT | 310979 |
| 36. | DO WHATCHA FEEL | 1903515 |
| 37. | DO YOU WANT TO DANCE | 313018 |
| 38. | DOLLAR TO A DONUT | 316021 |
| 39. | DON T BE SO MEAN | 317720 |
| 40. | DON T CALL ME BABY | 5369000 |
| 41. | DON T FEEL BAD | 320343 |
| 42. | DON T GO AWAY | 321669 |
| 43. | DON T LET LOVE GET YOU DOWN | 323804 |
| 44. | DON T TELL NOBODY ABOUT YOUR G | 328221 |
| 45. | DON T WALK AWAY MAD | 330444 |
| 46. | DON T YOU KNOW LOVE WHEN YOU S | 331866 |
| 47. | EACH SECOND | 352145 |
| 48. | EASY EASY GOT TO TAKE IT EASY | 354729 |
| 49. | EMOTIONAL BREAKDOWN | 371626 |
| 50. | EVERYTHING I DO | 381844 |

☑ Publishers

☐ Artists

☐ Alternate Titles

disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

<<First <Previous 1 2 3 4 5 6 7 8 9 10  Next> Last>>

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | | Search BMI.com |
|---|---|---|---|---|---|---|
| Register a Work | Need a license? | Latest updates | Overview | Overview | | [Go] |
| Login to account | Account renewal | Govt relations | FAQ | Join BMI | | ⦿ Website ◯ Repertoire |
| Lost password? | Contact us | Useful links | Fast Trax | Contact us | | |

Copyright 2006, BMI. BMI.com and Broadcast Music, Inc. are registered trademarks of BMI. Terms of use. Privacy policy.

C 003817



Songwriter/Composer: MC FADDEN GENE and John C. Whitehead

Current Affiliation: BMI     CAE/IPI #: 62107315

There are 235 Work Titles

<<First <Previous  1 2 3 4 5 6 7 8 9 10   Next> Last>>

| Work Title | BMI Work # |
|---|---|
| 51. FABULOUS | 8200790 |
| 52. FALLIN | 400590 |
| 53. FAR AWAY | 404173 |
| 54. FAR AWAY | 404193 |
| 55. FEELINGS | 410871 |
| 56. FERRY AVENUE | 412481 |
| 57. FREE JAMES BROWN | 443387 |
| 58. GABBY GABRIELLA | 454934 |
| 59. GET O HOST | 1818369 |
| 60. GET INVOLVED | 4941124 |
| 61. GET TO THIS | 465062 |
| 62. GIVE ME UP | 476862 |
| 63. GOOD LOVE | 494741 |
| 64. GOT TO CHANGE | 501271 |
| 65. GOOGKUST-HG CUES | 0 |
| 66. HAPPY | 522662 |
| 67. HE AIN T NO GOOD | 534725 |
| 68. HENNESSEY AND HYDRO | 7713219 |
| 69. HOLD ME | 573464 |
| 70. HOLD ON TO THIS FEELING | 575293 |
| 71. HONEY I LOVE YOU | 582181 |
| 72. I AM WHAT I AM | 9994288 |
| 73. I APOLOGIZE | 6042?7 |
| 74. I BET I CAN DO THAT DANCE YOU | 605543 |
| 75. I CALL YOUR NAME | 805878 |

<<First <Previous  1 2 3 4 5 6 7 8 9 10   Next> Last>>

*=Denotes BMI Award Winning Song!

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

Copyright 2006, BMI, BMI®, BMI.com and Broadcast Music, Inc. are registered trademarks of BMI. Terms of use. Privacy policy

C 003818



join  career  musicworld  news  licensing  new media  events  podcasts  about

**Repertoire**

bmi.com > search > repertoire

search the repertoire

Songwriter/Composer: MC FADDEN GENE    and  John C. Whitehead

Current Affiliation: BMI     CAE/API #: 82107315

There are 230 Work Titles

Title ___

**Search**

<<First <Previous  1 2 3 4 5 6 7 8 9 10  Next> Last>>

Display:

☑ Songwriters/Composers

| | Work Title | BMI Work # |
|---|---|---|
| 76. | I CAN T COMPLAIN | 807817 |
| 77. | I CAN T WIN FOR LOSING | 811408 |
| 78. | I DON T KNOW NO ONE ELSE TO TU | 812535 |
| 79. | I DON T WANT TO LOSE YOUR LOVE | 820302 |
| 80. | I GOT MY LOVE BACK AND I M HAP | 825187 |
| 81. | I GOT THE LOVE | 825524 |
| 82. | I HEARD IT IN A LOVE SONG | 826705 |
| 83. | I KNOW WHAT I M GONNA DO | 833052 |
| 84. | I LIKE TO SEE US GET DOWN | 834675 |
| 85. | I LL ALWAYS LOVE MY MAMA | 835325 |
| 86. | I LL SHOW YOU THE ROAD TO HAPP | 842822 |
| 87. | I U TRY | 844035 |
| 88. | I LOVE YOU BUT YOU DON T EVEN | 847250 |
| 89. | I NEED MONEY BAD | 871596 |
| 90. | I NEVER KNEW ABOUT LOVE | 873068 |
| 91. | I PROMISE TO LOVE YOU | 874530 |
| 92. | I STILL LUV YOU | 8884210 |
| 93. | I VE BEEN MISSING YOU | 882219 |
| 94. | I VE BEEN PUSHED ASIDE | 882770 |
| 95. | I WISH I DIDN T MISS YOU ANYMO | 5868175 |
| 96. | IF WE GOT THE WILL | 707033 |
| 97. | IF YOU DON T KNOW ME BY NOW | 708043 |
| 98. | IF YOU KNOW LIKE I KNOW | 708670 |
| 99. | IF YOU RE LOOKING FOR SOMEBODY | 708792 |
| 100. | IF YOU WANT ME BACK | 710623 |

☑ Publishers

☐ Artists

☐ Alternate Titles

disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

<<First <Previous  1 2 3 4 5 6 7 8 9 10  Next> Last>>

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register to join | News & Events | Latest Updates | Overview | Overview | [Go] |
| Login to your account | Archive Account | Gov't Relations | FAO | Jobs at BMI | ○ Website ○ Repertoire |
| Lost your word? | Contact us | Useful Info. | Fast Track | Contact us | |

Copyright 2006, BMI. BMI, BMI.com® and Broadcast Music, Inc. is all registered trademarks of BMI. Terms of use. Privacy policy.

C 003819

BMI Repertoire

join  career  musicworld  news  licensing  new media  events  podcasts  about

search the repertoire

Songwriter/Composer: MC FADDEN GENE  and John C. Whitehead

Current Affiliation: BMI       CAE/IPI #: 62107315

There are 239 Work Titles

Title

Search

<<First <Previous 1 2 3 4 5 6 7 8 9 10  Next> Last>>

Display:

| Work Title | BMI Work # |
|---|---|
| 101. IS SHE THE REASON | 7414702 |
| 102. IS THERE A PLACE FOR ME | 732474 |
| 103. IT S ABOUT TIME | 740214 |
| 104. IT S ALL BECAUSE OF A WOMAN | 740322 |
| 105. IT S GONNA TAKE A LONG LONG TI | 742253 |
| 106. IT S HARD NOT TO LIKE YOU | 743782 |
| 107. IT TAKES TWO | 761744 |
| 108. JAM PARTY | 4987356 |
| 109. JAHAY | 758654 |
| 110. JUST ANOTHER LINK | 764104 |
| 111. JUST BECAUSE YOU RE MINE | 765073 |
| 112. JUST GOT TO BE MORE CAREFUL | 784568 |
| 113. JUST WANNA LOVE YOU BABY | 791036 |
| 114. KEEP ON LOVIN YOU | 798485 |
| 115. LET FREEDOM RING | 831497 |
| 116. LET IT BE ME | 852158 |
| 117. LET LIFE FLOW | 632914 |
| 118. LET ME LOVE YOU | 854790 |
| 119. LET S GET BACK TO LOVIN | 657571 |
| 120. LET S GO DISCO | 657845 |
| 121. LET S GO ON | 657081 |
| 122. LET S GROOVE | 858199 |
| 123. LET S MEND WHATS BEEN BROKEN | 659111 |
| 124. LET S STAND TOGETHER | 860969 |
| 125. LET S TALK ABOUT IT INTERLUDE | 6823505 |

○ Songwriters/Composers
☑ Publishers
☐ Artists
☐ Alternate Titles

disclaimer

In using this document, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Help

User Guide

FAQ

Disclaimer

<<First <Previous 1 2 3 4 5 6 7 8 9 10  Next> Last>>

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| bmi.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register today | Music Licensing | Legislation | Overview | Overview | |
| Log in to account | Access licenses | Govt relations | FAQ | Join BMI | |
| Lost password? | Contact us | Useful links | Feedback | Contact us | Website / Performances |

Copyright 2004, BMI. BMI©, BMI.com© and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of use Privacy policy.

C 003820



join   career   musicworld   news   licensing   new media   events   podcasts   about

Repertoire

bmi.com • excerpts • repertoire
search the repertoire

Songwriter/Composer: MC FADDEN GENE  and  John C. White head

Title

Current Affiliation: BMI        CAE/IPI #: 52107315

[ Search ]

There are 238 Work Titles

Display:

<<First  <Previous  1 2 3 4 5 6 7 8 9 10   Next> Last>>

☑ Songwriter/Composers

| Work Title | | BMI Work # |
|---|---|---|
| 126. | LISTEN TO THE CLOCK ON THE WAL | 876222 |
| 127. | LITTLE BIT MORE | 877268 |
| 128. | LIVING FREE | 844258 |
| 129. | LOOK AT ME | 936488 |
| 130. | LOVE AND I AREN'T STRANGERS AN | 813198 |
| 131. | LOVE S ALRIGHT | 824733 |
| 132. | LOVE SHOP | 825791 |
| 133. | LOVE SONG NUMBER 890 | 824302 |
| 134. | MASTERPLAN | 3050756 |
| 135. | MATERIAL THINGS | 985491 |
| 136. | MOJO FUR LOVIN | 1067000 |
| 137. | MORE I GET THE MORE I WANT | 1008583 |
| 138. | MOVIN ON | 1018183 |
| 139. | MR LONELY | 1020132 |
| 140. | MR MUSIC | 1020418 |
| 141. | MUHAMMAD ALI | 5624458 |
| 142. | MUSIC S TAKIN OVER | 1025427 |
| 143. | MY MUSIC | 1030655 |
| 144. | NEVER BEEN | 6040768 |
| 145. | NO NOS PARARAN | 4128562 |
| 146. | NOT ENOUGH | 7348044 |
| 147. | NOTHING COMES EASY | 1088070 |
| 148. | NOW IS THE TIME TO DO IT | 1091121 |
| 149. | NOW WE RE ALONE | 1092120 |
| 150. | ONE DAY SOON YOU LL NEED ME | 1118221 |

☑ Publishers

☐ Mixes

☐ Alternate Titles

disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Help

User Guide

FAQ

Disclaimer

<<First  <Previous  1 2 3 4 5 6 7 8 9 10   Next> Last>>

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Restore today! | Need a license? | Legal update | Overview | Overview | [ Go ] |
| Login to account | Access account | Confr-citations | FAQ | Area of BMI | |
| Lost password? | Connect us | Useful links | Fast Track | Contact us | ☑ Website  ☐ Repertoire |

Copyright 2006, 2007, 2008  BMI.com and Broadcast Music, Inc. Are registered trademarks of BMI. Terms of use. Privacy policy.

C 003821

join   career   musicworld   news   licensing   new media   events   podcasts   about

**Repertoire**

bmi.com » Search » repertoire
search the repertoire

SongwriterComposer: MC FADDEN GENE a n John C. Whitehead

This

Current Affiliation: BMI          CAE/IPI #: 82102318

[ Search ]

There are 230 Work Titles

Display:

«First  «Previous  2 3 4 5 6 7 8 9 10   Next»  Last»»

☑ Songwriters/Composers

| Work Title | BMI Work # |
|---|---|
| 151. ONE MILLION TOMORROWS | 1121002 |
| 152. ONE MORE TIME | 1123278 |
| 153. ORA VIVO DI TE | 1133530 |
| 154. PASS THE WORD AROUND | 1154294 |
| 155. PEOPLE KEEP TELLING ME | 1164675 |
| 156. PEOPLE POWER | 1164793 |
| 157. PICK ME UP I LL DANCE | 1171434 |
| 158. PLEASE DON T TAKE YOUR LOVE AW | 1182296 |
| 159. POINT THE FINGER | 4534417 |
| 160. PRAYIN | 1184361 |
| 161. PRETTY FLOWER | 1201744 |
| 162. PROMISED LAND | 1207140 |
| 163. PROTECT THE CHILDREN | 1207872 |
| 164. PUGNALI ALLA SCHIENA | 1209058 |
| 165. REAL GOOD FEELING | 1232756 |
| 166. RHYTHM TALK | 1240834 |
| 167. RIDING ON THE CREST | 1251307 |
| 168. RIGHT HERE IS WHERE I WANT TO | 1253405 |
| 169. SAVING ALL THE LOVE I GOT FOR | 1283538 |
| 170. SAY IT | 1244809 |
| 171. SECONDARY LOVER | 1305808 |
| 172. SHE S FINE SHE S MELLOW | 1324475 |
| 173. SHE S GONE AWAY | 1325131 |
| 174. SHE S LEAVING HOME | 1325857 |
| 175. SHE S ONLY A WOMAN | 1326775 |

☑ Productions

☐ Artists

☐ Alternate Titles

**disclaimer**

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Home

User Guide

FAQ

Disclaimer

«First  «Previous  2 3 4 5 6 7 8 9 10   Next»  Last»»

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Request Survey | Need a license? | Latest Update | Overview | Overview | [ Go ] |
| Login to security | Access account | Govt missions | FAQ | Jobs at BMI | |
| Get questions? | Connect us | Useful links | FastTrack | Contact us | ⊙Website ○ Repertoire |

Copyright 2006, Broadcast Music Incorporated and Broadcast Music, Inc & any registered trademarks of BMI. Terms of use. Privacy policy

C 003822



Repertoire

join   career   musicworld   news   licensing   new media   events   podcasts   about

bmi.com > search > repertoire
search the repertoire

Songwriter/Composer: MC FADDEN GENE and John C. Whitehead                    Title                       :S

Current Affiliation: BMI          CAE/IPI # 82107315

There are 239 Work Titles                                                    Search

<<First <Previous  4 5 6 7 8 9 10   Next> Last>>                             Display:

| | Work Title | BMI Work # |
|---|---|---|
| 201. | THERE S NO OTHER LIKE YOU | 1490721 |
| 202. | THESE ARMS OF MINE | 1674355 |
| 203. | THINK ABOUT IT | 1829580 |
| 204. | THIS IS MY SONG | 1500855 |
| 205. | THIS IS YOUR LIFE | 4530602 |
| 206. | THIS TIME | 1504189 |
| 207. | THOSE LIES DONE CAUGHT UP WITH | 1506178 |
| 208. | TIME WAITS FOR NO ONE | 1517877 |
| 209. | TIRED OF YOUR LIES | 1520304 |
| 210. | TO BE FREE TO BE WHO WE ARE | 1521310 |
| 211. | TOO MANY LOVERS | 1332145 |
| 212. | TRIPLE UP | 8160045 |
| 213. | WAKE UP EVERYBODY | 1586082 |
| 214. | WE CAN MAKE IT WORK | 1613864 |
| 215. | WE DON T NEED NOBODY ELSE | 1614782 |
| 216. | WE GOT THE TIME | 1616330 |
| 217. | WE GOT TO STOP DOING THE THING | 1616370 |
| 218. | WELCOME 2 DA BRICKS | 4774055 |
| 219. | WHEN WILL WE ALL LEARN | 1651040 |
| 220. | WHERE ARE ALL MY FRIENDS | 1653431 |
| 221. | WHERE ARE YOU NOW | 1653762 |
| 222. | WHERE DID ALL THE LOVIN GO | 1654028 |
| 223. | WHERE WILL YOU GO WHEN THE PAR | 1657739 |
| 224. | WHERE WOULD I GO FROM HERE IF | 1657835 |
| 225. | WHO OR WHY | 1643877 |

☑ Songwriter/Composers

☑ Publishers

☐ Artists

☐ Alternate Titles

**disclaimer**

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

**more info**

News

User Guide

FAQ

Disclaimer

<<First <Previous  4 5 6 7 8 9 10   Next> Last>>

* Denotes BMI Award Winning Song

BMI represents over 300,000 songwriters, composers, and publishers with more than 8.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register now | Need a license? | Latest updates | Overview | Overview | Go |
| Login to account | Access account | Gov't relations | FAQ | Jobs at BMI | |
| Lost password? | Contact us | Useful links | FastTrack | Contact us | ⦿ Website ○ Repertoire |

Copyright 2007 BMI. All rights reserved and Broadcast Music, Inc. is are registered trademarks of BMI. Terms of use  Privacy policy

C 003823

join   career   musicworld   news   licensing   new media   events   podcasts   about

**Repertoire**

search the repertoire

Songwriter/Composer: **MC FADDEN GENE** *and John C. whitehead*        Title

Current Affiliation: BMI        CAE/IPI #: 42107315

There are 239 Work Titles

<<First  <Previous  5 6 7 8 9 10    Next Last

| Work Title | BMI Work # |
|---|---|
| 226. WHY OH WHY | 1470519 |
| 227. YES I NEED YOU | 1723444 |
| 228. YESTERDAY WE WERE JUST BUDDIES | 1704630 |
| 229. YOU AND I WE RE REALLY GETTIN | 1706469 |
| 230. YOU AND ME FOR RIGHT NOW | 1708816 |
| 231. YOU BETTER HOLD ON TO MY LOVE | 1711100 |
| 232. YOU GOT ME LOVIN YOU | 1718667 |
| 233. YOU LL NEVER KNOW ALL THERE IS | 1722823 |
| 234. YOU ONLY GET WHAT YOU PUT | 1726850 |
| 235. YOU RE MY SOMEONE TO LOVE | 1730022 |
| 236. YOU TOOK THE BEST OF ME | 1735962 |
| 237. YOU VE GOT YOUR GRIP ON ME | 1737230 |
| 238. YOU WILL SURVIVE | 8024231 |
| 239. YOUR LOVE IS TAKING ME ON A JO | 1742398 |

<<First  <Previous  5 6 7 8 9 10    Next Last

Display:
☑ Songwriters/Composers
☑ Publishers
☐ Artists
☐ Alternate Titles

Disclaimer
[Search]

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

Copyright 2006, BMI, SAMS, AMI.com® and Broadcast Music, Inc. are registered trademarks of BMI. Terms of use, Privacy policy

C 003824

and/or its associated, affiliated and subsidiary corporations. The Writer consents to the use of his name and likeness and the title to the said Composition on the music, folios, recordings, performances, player rolls and in connection with publicity and advertising concerning the Publisher, its successors, assigns and licensees, and said Composition, and agrees that the use of such name, likeness and title may commence prior to publication and may continue so long as the Publisher shall own and/or exercise any rights in said Composition.

9. Written demands and notices other than royalty statements provided for herein shall be sent by registered mail.

10. The Writer hereby irrevocably constitutes and appoints the Publisher or any of its officers, directors, or general manager, his attorney and representative, in the name of the Writer, or any of them, or in the name of the Publisher, its successors and assigns, to make, sign, execute, acknowledge and deliver any and all instruments which may be desirable or necessary in order to vest in the Publisher, its successors and assigns, any of the rights hereinabove referred to.

11. Any legal action brought by the Publisher against any alleged infringer of said Composition shall be initiated and prosecuted at the Publisher's sole expense, and of any recovery made by it as a result thereof, after deduction of the expense of the litigation, a sum equal to thirty-three and one-third (33-1/3%) per cent shall be paid to the Writer.

    a) If a claim is presented against the Publisher in respect of said Composition, and because thereof the Publisher is jeopardized, it shall thereupon serve written notice upon the Writer, containing the full details of such claim known to the Publisher and thereafter until the claim has been adjudicated or settled shall hold any moneys coming due the Writer in escrow pending the outcome of such claim or claims. The Publisher shall have the right to settle or otherwise dispose of such claims in any manner as it in its sole discretion may determine. In the event of any recovery against the Publisher, either by way of judgment or settlement, all of the costs, charges, disbursements, attorney fees and the amount of the judgment or settlement, may be deducted by the Publisher from any and all royalties or other payments therefore or thereafter payable to the Writer by the Publisher or by its associated, affiliated, or subsidiary corporations.

    b) From and after the service of summons in a suit for infringement filed against the Publisher with respect to said Composition, any and all payments thereafter coming due the Writer shall be held by the Publisher in trust until the suit has been adjudicated and then be disbursed accordingly, unless the Writer shall elect to file an acceptable bond in the sum of payments, in which event the sums due shall be paid to the Writer.

12. In the event that this agreement is signed by more than one Writer, this agreement shall be considered as the joint agreement of all said Writers and as the individual agreement of each of said Writers with the same force and effect as if each of them had entered into separate agreements embodying all of the provisions hereof. In such event the royalties in all songs written by said Writers under this agreement shall be divided equally between them.

13. This agreement shall be binding upon the parties hereto and their respective successors in interest, legal representatives and assigns and unless the Writer or Publisher shall notify the other in writing by registered mail return receipt requested at least two (2) years prior to the expiration of the original term hereof of their respective intentions not to renew this agreement, then in such event the terms and provisions hereof shall automatically be extended and renewed for an additional period of three (3) years commencing immediately after the expiration of the original term hereof.

14. The Writer hereby acknowledges that his services as a Writer and/or a composer are unique, exceptional and extraordinary and that in the event of any breach by the Writer of any of his undertakings or obligations under this agreement, the Publisher shall be entitled to an injunction to enforce the same, in addition to any other remedies available to him.

15. The Writer agrees that during the term of this agreement and any extensions thereof, he will not consent to or permit the use of his name as the author and/or composer of any musical composition of which he is not the actual author or co-author or composer or co-composer, unless said Composition or Compositions is published or owned by the Publisher. The Writer agrees that he will not write or compose any compositions under any name other than his own name. These undertakings are of the essence of this agreement.

16. Immediately upon the completion or acquisition of any Composition as defined in Paragraph 1 hereof, the Writer will deliver to the Publisher a manuscript copy of said Composition and agrees that during the term of this agreement and any extension thereof he will deliver to the Publisher a minimum of one complete composition per month here-under. These undertakings are of the essence of this Agreement.

17. This agreement shall be construed only under the laws of the State of New York. If any part of this agreement shall be invalid or unenforceable, it shall not affect the validity of the balance of this agreement.

18. This agreement sets forth the entire understanding and agreement of the parties hereto, and this agreement may not be altered, modified, cancelled or terminated in any way except upon the agreement of the parties hereto in writing.

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be duly executed as of the day and year first above written.

(Publisher)    ASSORTED MUSIC

(Writer)    GENE MCFADDEN

## R I D E R

Rider to the Exclusive Songwriters Agreement
entered into the 15th day of March, 1972, here
and between Assorted Music and GENE MCFADDEN

1. Notwithstanding anything to the contrary contained herein. The
   term hereof this agreement shall be five (5) years from the date
   and year first written above.

_____
(Publisher)   ASSORTED MUSIC

_____
(Writer)   GENE MCFADDEN

(d)     Company will pay Writer a one-time $15,000.00 non-recuperable payment upon the signing hereof, ($5,000.00 has already been paid to Writer), and this payment is made notwithstanding any present deficit balance the Writer may have with the Company.

(e)     In regard to any payments made hereunder, Producer shall consult with his tax accountants with reference to any taxes being withheld from any and all payments hereunder and shall instruct Company on the desired deductions and withholding taxes to be paid to various governmental agencies.

(Publisher)  MIGHTY THREE MUSIC

(Writer)



"You'll never forget our tunes"

Assorted Music   Bell Boy Music   Downstairs Music   Razor Sharp Music   Rose Tree Music   World War Three Music

*December 16, 1977*

*Mr. Gene McFadden*
*5930 Park Avenue*
*Phila, Pa. 19141*

*Dear Gene:*

*Reference is hereby made to your exclusive songwriter agreement dated May 25, 1976 and the Rider to the exclusive songwriter agreement dated May 25, 1976 between Mighty Three Music and yourself.*

*Notwithstanding anything to the contrary contained in the referenced agreement or Rider, this letter is to simply clarify the question raised by you regarding the continued payment of the qualifying bonus under paragraph 20 of said agreement.*

*It is understood and agreed that the publisher will continue to make the bonus payment that you qualify for in specific year of the contract even after the expiration of the contract, provided however, that you have first earned $25,000 during a particular option year.*

*If your earnings do not equal $25,000 in the year that your contract expires or the year in which we do not exercise an option and/or you are in an unrecouped position with reference to any other items pertaining to your contract then said bonus will be credited to your account until the $25,000 and any other unrecouped balance is recouped and thereafter the bonus will continue to be paid on mechanical earnings for tunes written by you under the terms of your agreement with Mighty Three Music.*

*Your signature below will indicate your full understanding.*

*Very Truly Yours,*

*UNDERSTOOD & AGREED*

*Gene McFadden*

*Earl Shelton, Vice-President, General Manager*
*ES/cyh*

*CC: BELL, GAMBLE, HUFF, HEIGLER, DEPTE, STEINBERG*

309 S. Broad Street   Philadelphia, Pennsylvania 19107   (215) 985-0900
2212 Fourth Avenue   Seattle, Washington 98121   (206) 682-5278

C 003932



"You'll never forget our tunes"

Assorted Music  Bell Boy Music  Downstairs Music  Razor Sharp Music  Rose Tree Music  World War Three Music

*December 16, 1977*

*Mr. John Whitehead*
*2329 77th Avenue*
*Philadelphia, Pa.  19150*

*Dear John:*

*Reference is hereby made to your exclusive songwriter agreement dated*
*May 25, 1976 and the Rider to the exclusive songwriter agreement*
*dated May 25, 1976 between Mighty Three Music and yourself.*

*Notwithstanding anything to the contrary contained in the referenced*
*agreement or Rider, this letter is to simply clarify the question*
*raised by you regarding the continued payment of the qualifying*
*bonus under paragraph 20 of said agreement.*

*It is understood and agreed that the publisher will continue to*
*make the bonus payment that you qualify for in specific year of*
*the contract even after the expiration of the contract, provided*
*however, that you have first earned $25,000 during a particular*
*option year.*

*If your earnings do not equal $25,000 in the year that your contract*
*expires of the year in which we do not exercise an option and/or*
*you are in an unrecouped position with reference to any other items*
*pertaining to your contract then said bonus will be credited to*
*your account until the $25,000 and any other unrecouped balance*
*is recouped and thereafter the bonus will continue to be paid on*
*mechanical earnings for tunes written by you under the terms of*
*your agreement with Mighty Three Music.*

*Your signature below will indicate your full understanding.*

*Very Truly Yours,*

*UNDERSTOOD & AGREED*

*Earl Shelton, Vice-President, General*
*ES/cyh                              Manager*

*CC: BELL, GAMBLE, HUFF, HEIGLER, DEPTE, STEINBERG*

309 S. Broad Street   Philadelphia, Pennsylvania 19107   (215) 985-0900
2212 Fourth Avenue   Seattle, Washington 98121   (206) 682-5278

## R I D E R

Rider to the Exclusive Songwriters Agreement
entered into the 15th day of March, 1972, here
and between Assorted Music and JOHN WHITEHEAD

1. Notwithstanding anything to the contrary contained herein. The
term hereof this agreement shall be five (5) years from the date
and year first written above.

(Publisher)    ASSORTED MUSIC

(Writer)    JOHN WHITEHEAD

C 003934

Case 2:08-cv-00192-LDD Document 32-3 Filed 12/12/11 Page 201 of 347

otherwise incurred, or indirectly, by the writer as employer or in any way relating thereto, and the exclusive right to secure copyright therein throughout the entire world, and to have and to hold the said copyrights and all rights of whatsoever nature now and hereafter thereunder existing and/or existing under any agreements or licenses relating thereto, for and during the full terms of all of said copyrights. In consideration of the agreement to pay royalties herein contained and other good and valuable consideration in hand paid by the Publisher to the Writer, receipt of which is hereby acknowledged, the Writer hereby sells, assigns, transfers and delivers to the Publisher, its successors and assigns, all renewal and extensions of the copyrights of said musical composition(s) to which the Writer may be entitled hereafter, and all registrations thereof, and all rights of any and every nature now and hereafter thereunder existing, for the full terms of all such renewals and extensions of copyrights. The compositions referred to in Paragraph 1 hereof are hereinafter jointly and severally referred to as the "Compositions."

2. The Writer hereby warrants that the said Compositions are and shall be his sole, exclusive and original works, that he has full right and power to make this agreement, that there does not exist and shall not exist any adverse claim in or to the said Compositions, and that the said Compositions are new and original and do not infringe on any other copyrighted works.

3. Prior to collaborating with any other author or composer, the Writer agrees to advise said collaborator that he is under exclusive agreement to the Publisher and that said collaborator must agree to grant to said Publisher the same rights as Writer granted under Paragraph 1 of this agreement and to accept a part of the royalties payable to the Writer hereunder divided as agreed among the Writer and his collaborator.

4. In consideration of this agreement, the Publisher agrees to pay the Writer during the original and renewal and extended term of copyright in the said Compositions throughout the world, the following royalties:

a) On regular piano copies sold and paid for at wholesale in the United States of America, royalties $ .05 cents per copy;

b) A royalty of five (5c) cents per copy of dance orchestrations thereof in any form sold and paid for in the United States of America;

c) A royalty of fifty (50%) per cent of all net earned sums paid to and received by the Publisher for regular piano copies and/or orchestrations thereof sold and paid for in any foreign country by a foreign publisher.

d) A royalty of ten (10%) per cent of the net wholesale selling price received by the Publisher on any and all folios and composite works containing words and music and consisting entirely of Compositions written by the Writer and embraced in this agreement. In the event that such folios or composite works shall not consist entirely of Compositions of the Writer which are embraced in this agreement, then and in that event the royalty payable to the Writer shall be pro rata in direct ratio as the number of the Compositions actually published and included hereunder shall bear to the total number of all Compositions and their respective writers published therein. The Writer hereby gives and grants to the Publisher, for the full term of this agreement and any extensions thereof, the sole and exclusive right and privilege throughout the entire world, to use the Writer's name and likeness on any and all song folios and composite works, except those heretofore published and copyrighted by any other person, firm or corporation. It is agreed that after the expiration of the term of this agreement and any extensions thereof, the Publisher shall have the non-exclusive right and privilege to continue the use of the Writer's name and likeness on all song folios and composite works published by the Publisher, and the Publisher shall have the right to continue to print and vend such song folios and composite works, on the same terms and conditions as provided herein. In the instance of song folios and composite works so published, the royalty payable to the Writer shall include an additional ten (10%) per cent of the net wholesale selling price received by the Publisher for such song folio and composite works sold and paid for.

e) The sum of Ten ($10.00) Dollars as and when a Composition is published in any folio or composite work or lyric magazine containing lyrics only by the Publisher or licensees of the Publisher;

f) An amount equal to fifty (50%) per cent of all net earned sums received and actually retained by the Publisher under any licenses issued by the Publisher authorizing (1) the manufacture of phonograph records and other parts of instruments serving to mechanically reproduce said Compositions or (2) the use of said Compositions in synchronization with sound motion pictures;

g) As to "professional material" nor sold or resold, no royalty shall be payable; 15%

h) Notwithstanding anything contained in Paragraph 4 of this agreement, the Publisher shall deduct ~~fifteen~~ per cent of all net receipts from all licenses issued by it to all licensees in the United States and elsewhere, as collection charges for the collection of the proceeds of such licenses, before computing the royalties payable under Paragraph 4 of this agreement.

i) The Writer hereby acknowledges that in consideration of this agreement the Publisher has paid to him, and he hereby acknowledges receipt of the sum of ___None___ ($_____) Dollars, as a general advance against any and all royalties heretofore and hereafter payable to the Writer by the Publisher, and any of the Publisher's associated, affiliated and subsidiary corporations and to be recouped therefrom.

j) With respect to any and all demonstration records Publisher elects to make of Composition(s) coming with the terms of this agreement, Publisher shall advance the cost thereof but one-half (½) of such costs (reduced in proportion to the total number of writers of any such Composition(s)), shall be deemed a general advance to be recouped by Publisher from any and all royalties or other monies payable to Writer or to become payable to Writer hereunder.

5. The Publisher agrees to render to the Writer on or about each August 15th covering the six (6) months ending June 30th and each February 15th covering the six (6) months ending December 31st, royalty statements showing the amount of compensation due to the undersigned hereunder, accompanied by remittance for any royalties shown to be due the undersigned by said statement. Any such statement shall be binding upon you one (1) year after it has been rendered to you unless you have objected to it in writing during such period of time.

The Publisher agrees that the Writer may appoint a certified public accountant who shall, upon the Writer's written request therefor, have access to all of the Publisher's books and records relating to the said Composition, during regular business hours, for the purpose of verifying royalty statements hereunder.

6. Anything to the contrary notwithstanding, nothing in this agreement contained shall obligate the Publisher to print copies of said Composition or shall prevent the Publisher from authorizing publishers, agents and representatives in

\*SEE ATTACHED RIDER

C 003935

shall own and/or exercise any rights in said Composition.

9. Written demands and notices other than royalty statements provided for herein shall be sent by registered mail.

10. The Writer hereby irrevocably constitutes and appoints the Publisher or any of its officers, directors, or general manager, his attorney and representative, in the name of the Writer, or any of them, or in the name of the Publisher, its successors and assigns, to make, sign, execute, acknowledge and deliver any and all instruments which may be desirable or necessary in order to vest in the Publisher, its successors and assigns, any of the rights hereinabove referred to.

11. Any legal action brought by the Publisher against any alleged infringer of said Composition shall be initiated and prosecuted at the Publisher's sole expense, and of any recovery made by it as a result thereof, after deduction of the expense of the litigation, a sum equal to thirty-three and one-third (33-1/3%) per cent shall be paid to the Writer.

a) If a claim is presented against the Publisher in respect of said Composition, and because thereof the Publisher is jeopardized, it shall thereupon serve written notice upon the Writer, containing the full details of such claim known to the Publisher and thereafter until the claim has been adjudicated or settled shall hold any moneys coming due the Writer in escrow pending the outcome of such claim or claims. The Publisher shall have the right to settle or otherwise dispose of such claims in any manner as it in its sole discretion may determine. In the event of any recovery against the Publisher, either by way of judgment or settlement, all of the costs, charges, disbursements, attorney fees and the amount of the judgment or settlement, may be deducted by the Publisher from any and all royalties or other payments therefore or thereafter payable to the Writer by the Publisher or by its associated, affiliated, or subsidiary corporations.

b) From and after the service of summons in a suit for infringement filed against the Publisher with respect to said Composition, any and all payments thereafter coming due the Writer shall be held by the Publisher in trust until the suit has been adjudicated and then be disbursed accordingly, unless the Writer shall elect to file an acceptable bond in the sum of payments, in which event the sums due shall be paid to the Writer.

12. In the event that this agreement is signed by more than one Writer, this agreement shall be considered as the joint agreement of all said Writers and as the individual agreement of each of said Writers with the same force and effect as if each of them had entered into separate agreements embodying all of the provisions hereof. In such event the royalties in all songs written by said Writers under this agreement shall be divided equally between them.

★ 13. This Agreement shall be binding upon the parties hereto and their respective successors-in-interest, legal representatives and assigns, and unless the Publisher shall notify the Writer in writing prior to the expiration of the initial term of this Agreement of its intention not to renew this Agreement then, in such event, the terms and provisions hereof shall automatically be extended and renewed for an additional period of three (3) years commencing immediately after the expiration of the original term hereof.

14. The Writer hereby acknowledges that his services as a Writer and/or a composer are unique, exceptional and extraordinary and that in the event of any breach by the Writer of any of his undertakings or obligations under this agreement, the Publisher shall be entitled to an injunction to enforce the same, in addition to any other remedies available to him.

15. The Writer agrees that during the term of this agreement and any extensions thereof, he will not consent to or permit the use of his name as the author and/or composer of any musical composition of which he is not the actual author or co-author or composer or co-composer, unless said Composition or Compositions is published or owned by the Publisher. The Writer agrees that he will not write or compose any compositions under any name other than his own name. These undertakings are of the essence of this agreement.

16. Immediately upon the completion or acquisition of any Composition as defined in Paragraph 1 hereof, the Writer will deliver to the Publisher a manuscript copy of said Composition and agrees that during the term of this agreement and any extension thereof he will deliver to the Publisher a minimum of one complete composition per month hereunder. These undertakings are of the essence of this Agreement.

17. This agreement shall be construed only under the laws of the State of Pennsylvania. If any part of this agreement shall be invalid or unenforceable, it shall not affect the validity of the balance of this agreement.

18. This agreement sets forth the entire understanding and agreement of the parties hereto, and this agreement may not be altered, modified, cancelled or terminated in any way except upon the agreement of the parties hereto in writing.

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be duly executed as of the day and year first above written.

*SEE ATTACHED RIDER

(Publisher) MIGHTY THREE MUSIC

(Writer)   JOHN WHITEHEAD

SSN: 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

the following shall be added as paragraphs 19 and 20
of the aforedescribed Agreement.

19. (a) The initial term of this Agreement shall
be for a period of one (1) year commencing on the date of
this Agreement.

(b) Writer grants to Publisher the option to
extend the term of this Agreement for five (5) additional
successive periods of one (1) year each upon all terms and
conditions herein contained. Any such option may be exercised
by Publisher by giving Writer notice in writing at least thirty
(30) days prior to the expiration of the then current period
of the term. Such notice to Writer may be given by delivery
to Writer personally or by mailing to Writer at Writer's ad-
dress last known to Publisher. Notice by mail shall be deemed
to be given as of the date on which it is mailed.

20. (a) Provided you shall faithfully and com-
pletely perform each and every covenant and condition of this
Agreement on your part to be kept and performed, Publisher *Contractual*
will guarantee Writer a minimal annual ~~sum~~ of $25,000.00 *advance*
payable in equal weekly installments during the initial term
hereof and succeeding option periods as an advance against 6
earnings under this Agreement as hereinafter provided.

(b) Further, Publisher grants the Writer fifteen
(15%) per cent of publishing (mechanicals) in the first year
hereof and twenty (20%) percent in the first option year period
and twenty-five (25%) in each succeeding option year period;
provided, however, that Writer shall first earn $25,000.00
pursuant to the terms of paragraph 4, and in the event Writer
does not earn the said $25,000.00, Publisher shall (i) withhold
the aforedescribed applicable percentage of mechanicals for the
preceding ~~six~~ month period to recoup the difference between the
said amount earned under paragraph 4 hereof and the actual
monies paid, and/or (ii) credit the monies paid under the
Exclusive Production Agreement between Gamble-Huff Productions
and JOHN WHITEHEAD dated May 25, 1976 to make up the difference
between earned monies and monies paid hereunder.

(c) It is specifically understood and agreed
that the guaranteed yearly ~~amount~~ of $25,000.00 under this
Agreement shall also take as a credit against the weekly
payments any and all monies earned under the Exclusive Pro-
duction Agreement between Gamble-Huff Productions and JOHN
WHITEHEAD dated May 25, 1976, as well as the monies earned
under this Agreement, including the mechanicals in paragraph
20(b) above, so that earned monies shall be the aggregate of
all sums under this Agreement and the said Exclusive Production
Agreement.

(d)   Company will pay Writer a one-time $15,000.00 non-recuperable payment upon the signing hereof, ($5,000.00 has already been paid to Writer), and this payment is made not-withstanding any present deficit balance the Writer may have with the Company.

(e)   In regard to any payments made hereunder, Producer shall consult with his tax accountants with reference to any taxes being withheld from any and all payments hereunder and shall instruct Company on the desired deductions and with-holding taxes to be paid to various governmental agencies.

(Publisher) MIGHTY THREE MUSIC, ~~INC.~~

(Writer)

C 003938

otherwise... Case 2:08-cv-00192-LDD Document 447 Filed 12/12/... Page 205 of 347...

way relating thereto, and the exclusive right to secure copyright therein throughout the entire world, and to have and to hold the said copyrights and all rights of whatsoever nature now and hereafter thereunder existing and/or existing under any agreements or licenses relating thereto, for and during the full terms of all of said copyrights. In consideration of the agreement to pay royalties herein contained and other good and valuable consideration in hand paid by the Publisher to the Writer, receipt of which is hereby acknowledged, the Writer hereby sells, assigns, transfers and delivers to the Publisher, its successors and assigns, all renewal and extensions of the copyrights of said musical composition(s) to which the Writer may be entitled hereafter, and all registrations thereof, and all rights of any and every nature now and hereafter thereunder existing, for the full terms of all such renewals and extensions of copyrights. The compositions referred to in Paragraph 1 hereof are hereinafter jointly and severally referred to as the "Compositions."

2. The Writer hereby warrants that the said Compositions are and shall be his sole, exclusive and original works, that he has full right and power to make this agreement, that there does not exist and shall not exist any adverse claim in or to the said Compositions, and that the said Compositions are new and original and do not infringe on any other copyrighted works.

3. Prior to collaborating with any other author or composer, the Writer agrees to advise said collaborator that he is under exclusive agreement to the Publisher and that said collaborator must agree to grant to said Publisher the same rights as Writer granted under Paragraph 1 of this agreement and to accept a part of the royalties payable to the Writer hereunder divided as agreed among the Writer and his collaborator.

4. In consideration of this agreement, the Publisher agrees to pay the Writer during the original and renewal and extended term of copyright in the said Compositions throughout the world, the following royalties:

   a) On regular piano copies sold and paid for at wholesale in the United States of America, royalties $.05 cents per copy;

   b) A royalty of five (5c) cents per copy of dance orchestrations thereof in any form sold and paid for in the United States of America;

   c) A royalty of fifty (50%) per cent of all net earned sums paid to and received by the Publisher for regular piano copies and/or orchestrations thereof sold and paid for in any foreign country by a foreign publisher.

   d) A royalty of ten (10%) per cent of the net wholesale selling price received by the Publisher on any and all folios and composite works containing words and music and consisting entirely of Compositions written by the Writer and embraced in this agreement. In the event that such folios or composite works shall not consist entirely of Compositions of the Writer which are embraced in this agreement, then and in that event the royalty payable to the Writer shall be pro rata in direct ratio as the number of the Compositions actually published and included hereunder shall bear to the total number of all Compositions and their respective writers published therein. The Writer hereby gives and grants to the Publisher, for the full term of this agreement and any extensions thereof, the sole and exclusive right and privilege throughout the entire world, to use the Writer's name and likeness on any and all song folios and composite works, except those heretofore published and copyrighted by any other person, firm or corporation. It is agreed that after the expiration of the term of this agreement and any extensions thereof, the Publisher shall have the non-exclusive right and privilege to continue the use of the Writer's name and likeness on all song folios and composite works published by the Publisher, and the Publisher shall have the right to continue to print and vend such song folios and composite works, on the same terms and conditions as provided herein. In the instance of song folios and composite works so published, the royalty payable to the Writer shall include an additional ten (10%) per cent of the net wholesale selling price received by the Publisher for such song folio and composite works sold and paid for.

   e) The sum of Ten ($10.00) Dollars as and when a Composition is published in any folio or composite work or lyric magazine containing lyrics only by the Publisher or licensees of the Publisher;

   f) An amount equal to fifty (50%) per cent of all net earned sums received and actually retained by the Publisher under any licenses issued by the Publisher authorizing (1) the manufacture of phonograph records and other parts of instruments serving to mechanically reproduce said Compositions or (2) the use of said Compositions in synchronization with sound motion pictures;

   g) As to "professional material" not sold or resold, no royalty shall be payable; 15%

   h) Notwithstanding anything contained in Paragraph 4 of this agreement, the Publisher shall deduct ~~~~~~~~~ per cent of all net receipts from all licenses issued by it to all licensees in the United States and elsewhere, as collection charges for the collection of the proceeds of such licenses, before computing the royalties payable under Paragraph 4 of this agreement.

   i) The Writer hereby acknowledges that in consideration of this agreement the Publisher has paid to him, and he hereby acknowledges receipt of the sum of. None ($ _ _ _ _ ) Dollars, as a general advance against any and all royalties heretofore and hereafter payable to the Writer by the Publisher, and any of the Publisher's associated, affiliated and subsidiary corporations and to be recouped therefrom.

   j) With respect to any and all demonstration records Publisher elects to make of Composition(s) coming with the terms of this agreement, Publisher shall advance the cost thereof but one-half (½) of such costs (reduced in proportion to the total number of writers of any such Composition(s) ), shall be deemed a general advance to be recouped by Publisher from any and all royalties or other monies payable to Writer or to become payable to Writer hereunder.

5. The Publisher agrees to render to the Writer on or about each August 15th covering the six (6) months ending June 30th and each February 15th covering the six (6) months ending December 31st, royalty statements showing the amount of compensation due to the undersigned hereunder, accompanied by remittance for any royalties shown to be due the undersigned by said statement. Any such statement shall be binding upon you one (1) year after it has been rendered to you unless you have objected to it in writing during such period of time.

The Publisher agrees that the Writer may appoint a certified public accountant who shall, upon the Writer's written request therefor, have access to all of the Publisher's books and records relating to the said Composition, during regular business hours, for the purpose of verifying royalty statements hereunder.

6. Anything to the contrary notwithstanding, nothing in this agreement contained shall obligate the Publisher to print copies of said Composition or shall prevent the Publisher from authorizing publishers, agents and representatives in

\* SEE ATTACHED RIDER



C 003939

Case 2:08-cv-00179-DM... Document 2-2... Filed 02/04/2014 Page 1 of 242

... music, folios, recordings, performances, player rolls and in connection with publicity and advertising concerning the Publisher, its successors, assigns and licensees, and said Composition, and agrees that the use of such name, likeness and title may commence prior to publication and may continue so long as the Publisher shall own and/or exercise any rights in said Composition.

9. Written demands and notices other than royalty statements provided for herein shall be sent by registered mail.

10. The Writer hereby irrevocably constitutes and appoints the Publisher or any of its officers, directors, or general manager, his attorney and representative, in the name of the Writer, or any of them, or in the name of the Publisher, its successors and assigns, to make, sign, execute, acknowledge and deliver any and all instruments which may be desirable or necessary in order to vest in the Publisher, its successors and assigns, any of the rights hereinabove referred to.

11. Any legal action brought by the Publisher against any alleged infringer of said Composition shall be initiated and prosecuted at the Publisher's sole expense, and of any recovery made by it as a result thereof, after deduction of the expense of the litigation, a sum equal to thirty-three and one-third (33-1/3%) per cent shall be paid to the Writer.

a) If a claim is presented against the Publisher in respect of said Composition, and because thereof the Publisher is jeopardized, it shall thereupon serve written notice upon the Writer, containing the full details of such claim known to the Publisher and thereafter until the claim has been adjudicated or settled shall hold any moneys coming due the Writer in escrow pending the outcome of such claim or claims. The Publisher shall have the right to settle or otherwise dispose of such claims in any manner as it in its sole discretion may determine. In the event of any recovery against the Publisher, either by way of judgment or settlement, all of the costs, charges, disbursements, attorney fees and the amount of the judgment or settlement, may be deducted by the Publisher from any and all royalties or other payments therefore or thereafter payable to the Writer by the Publisher or by its associated, affiliated, or subsidiary corporations.

b) From and after the service of summons in a suit for infringement filed against the Publisher with respect to said Composition, any and all payments thereafter coming due the Writer shall be held by the Publisher in trust until the suit has been adjudicated and then be disbursed accordingly, unless the Writer shall elect to file an acceptable bond in the sum of payments, in which event the sums due shall be paid to the Writer.

12. In the event that this agreement is signed by more than one Writer, this agreement shall be considered as the joint agreement of all said Writers and as the individual agreement of each of said Writers with the same force and effect as if each of them had entered into separate agreements embodying all of the provisions hereof. In such event the royalties in all songs written by said Writers under this agreement shall be divided equally between them.

* 13. This Agreement shall be binding upon the parties hereto and their respective successors-in-interest, legal representatives and assigns, and unless the Publisher shall notify the Writer in writing prior to the expiration of the initial term of this Agreement of its intention not to renew this Agreement then, in such event, the terms and provisions hereof shall automatically be extended and renewed for an additional period of three (3) years commencing immediately after the expiration of the original term hereof.

14. The Writer hereby acknowledges that his services as a Writer and/or a composer are unique, exceptional and extraordinary and that in the event of any breach by the Writer of any of his undertakings or obligations under this agreement, the Publisher shall be entitled to an injunction to enforce the same, in addition to any other remedies available to him.

15. The Writer agrees that during the term of this agreement and any extensions thereof, he will not consent to or permit the use of his name as the author and/or composer of any musical composition of which he is not the actual author or co-author or composer or co-composer, unless said Composition or Compositions is published or owned by the Publisher. The Writer agrees that he will not write or compose any compositions under any name other than his own name. These undertakings are of the essence of this agreement.

16. Immediately upon the completion or acquisition of any Composition as defined in Paragraph 1 hereof, the Writer will deliver to the Publisher a manuscript copy of said Composition and agrees that during the term of this agreement and any extension thereof he will deliver to the Publisher a minimum of one complete composition per month hereunder. These undertakings are of the essence of this Agreement.

17. This agreement shall be construed only under the laws of the State of Pennsylvania. If any part of this agreement shall be invalid or unenforceable, it shall not affect the validity of the balance of this agreement.

18. This agreement sets forth the entire understanding and agreement of the parties hereto, and this agreement may not be altered, modified, cancelled or terminated in any way except upon the agreement of the parties hereto in writing.

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be duly executed as of the day and year first above written.

*SEE ATTACHED RIDER

(Publisher) MIGHTY THREE MUSIC, INC.

(Writer) GENE MC FADDEN

SSN; 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

19.   (a)   The initial term of this Agreement shall be for a period of one (1) year commencing on the date of this Agreement.

(b)   Writer grants to Publisher the option to extend the term of this Agreement for five (5) additional successive periods of one (1) year each upon all terms and conditions herein contained. Any such option may be exercised by Publisher by giving Writer notice in writing at least thirty (30) days prior to the expiration of the then current period of the term. Such notice to Writer may be given by delivery to Writer personally or by mailing to Writer at Writer's address last known to Publisher. Notice by mail shall be deemed to be given as of the date on which it is mailed.

20.   (a)   Provided you shall faithfully and completely perform each and every covenant and condition of this Agreement on your part to be kept and performed, Publisher ~~contract~~ will guarantee Writer a minimal annual ~~income~~ of $25,000.00 ~~advance~~ payable in equal weekly installments during the initial term hereof and succeeding option periods as an advance against 6 earnings under this Agreement as hereinafter provided.

(b)   Further, Publisher grants the Writer fifteen (15%) per cent of publishing (mechanicals) in the first year hereof and twenty (20%) percent in the first option year period and twenty-five (25%) in each succeeding option year period; provided, however, that Writer shall first earn $25,000.00 pursuant to the terms of paragraph 4, and in the event Writer does not earn the said $25,000.00, Publisher shall (i) withhold the aforedescribed applicable percentage of mechanicals for the preceding ~~six~~ twelve month period to recoup the difference between the said amount earned under paragraph 4 hereof and the actual monies paid, and/or (ii) credit the monies paid under the Exclusive Production Agreement between Gamble-Huff Productions and GENE McFADDEN dated May 25, 1976 to make up the difference between earned monies and monies paid hereunder.

(c)   It is specifically understood and agreed that the guaranteed yearly ~~income~~ of $25,000.00 under this Agreement shall also take as a credit against the weekly payments any and all monies earned under the Exclusive Production Agreement between Gamble-Huff Productions and GENE McFADDEN dated May 25, 1976, as well as the monies earned under this Agreement, including the mechanicals in paragraph 20(b) above, so that earned monies shall be the aggregate of all sums under this Agreement and the said Exclusive Production Agreement.



and the said Composition in connection with the music, films, recordings, performances, player roll and in connection with publicity and advertising concerning the Publisher, its successors, assigns and licensees, and said Composition, and agrees that the use of such name, likeness and title may commence prior to publication and may continue so long as the Publisher shall own, and/or exercise any rights in said Composition.

9. Written demands and notices other than royalty statements provided for herein shall be sent by registered mail.

10. The Writer hereby irrevocably constitutes and appoints the Publisher or any of its officers, directors, or general manager, his attorney and representative, in the name of the Writer, or any of them, or in the name of the Publisher, its successors and assigns, to make, sign, execute, acknowledge and deliver any and all instruments which may be desirable or necessary in order to vest in the Publisher, its successors and assigns, any of the rights hereinabove referred to.

11. Any legal action brought by the Publisher against any alleged infringer of said Composition shall be initiated and prosecuted at the Publisher's sole expense, and of any recovery made by it as a result thereof, after deduction of the expense of the litigation, a sum equal to thirty-three and one-third (33-1/3%) per cent shall be paid to the Writer.

   a) If a claim is presented against the Publisher in respect of said Composition, and because thereof the Publisher is jeopardized, it shall thereupon serve written notice upon the Writer, containing the full details of such claim known to the Publisher and thereafter until the claim has been adjudicated or settled shall hold any moneys coming due the Writer in escrow pending the outcome of such claim or claims. The Publisher shall have the right to settle or otherwise dispose of such claims in any manner as it in its sole discretion may determine. In the event of any recovery against the Publisher, either by way of judgment or settlement, all of the costs, charges, disbursements, attorney fees and the amount of the judgment or settlement, may be deducted by the Publisher from any and all royalties or other payments therefore or thereafter payable to the Writer by the Publisher or by its associated, affiliated, or subsidiary corporations.

   b) From and after the service of summons in a suit for infringement filed against the Publisher with respect to said Composition, any and all payments thereafter coming due the Writer shall be held by the Publisher in trust until the suit has been adjudicated and then be disbursed accordingly, unless the Writer shall elect to file an acceptable bond in the sum of payments, in which event the sums due shall be paid to the Writer.

12. In the event that this agreement is signed by more than one Writer, this agreement shall be considered as the joint agreement of all said Writers and as the individual agreement of each of said Writers with the same force and effect as if each of them had entered into separate agreements embodying all of the provisions hereof. In such event the royalties in all songs written by said Writers under this agreement shall be divided equally between them.

13. This agreement shall be binding upon the parties hereto and their respective successors in interest, legal representatives and assigns and unless the Writer or Publisher shall notify the other in writing by registered mail return receipt requested at least two (2) years prior to the expiration of the original term hereof of their respective intentions not to renew this agreement, then in such event the terms and provisions hereof shall automatically be extended and renewed for an additional period of three (3) years commencing immediately after the expiration of the original term hereof.

14. The Writer hereby acknowledges that his services as a Writer and/or a composer are unique, exceptional and extraordinary and that in the event of any breach by the Writer of any of his undertakings or obligations under this agreement, the Publisher shall be entitled to an injunction to enforce the same, in addition to any other remedies available to him.

15. The Writer agrees that during the term of this agreement and any extensions thereof, he will not consent to or permit the use of his name as the author and/or composer of any musical composition of which he is not the actual author or co-author or composer or co-composer, unless said Composition or Compositions is published or owned by the Publisher. The Writer agrees that he will not write or compose any compositions under any name other than his own name. These undertakings are of the essence of this agreement.

16. Immediately upon the completion or acquisition of any Composition as defined in Paragraph 1 hereof, the Writer will deliver to the Publisher a manuscript copy of said Composition and agrees that during the term of this agreement and any extension thereof he will deliver to the Publisher a minimum of one complete composition per month here-under. These undertakings are of the essence of this Agreement.

17. This agreement shall be construed only under the laws of the State of New York. If any part of this agreement shall be invalid or unenforceable, it shall not affect the validity of the balance of this agreement.

18. This agreement sets forth the entire understanding and agreement of the parties hereto, and this agreement may not be altered, modified, cancelled or terminated in any way except upon the agreement of the parties hereto in writing.

   IN WITNESS WHEREOF, the parties hereto have caused this agreement to be duly executed as of the day and year first above written.

(Publisher)  ASSORTED MUSIC

(Writer)  JOHN WHITEHEAD

NOV 28 1986

PA

REMITTANCE NUMBER AND DATE

DEPOSIT ACCOUNT FUNDS USED: ☐

**FOR COPYRIGHT OFFICE USE ONLY**

If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of

Name ... CAREERS MUSIC, INC. ... Account Number ... DA-030864

Give name and address to which correspondence should be sent:

Name ... CAREERS MUSIC, INC. ... Apt. No. ...
8370 Wilshire Blvd., Beverly Hills, CA 90211

Address ...

I, the undersigned, hereby certify that I am the (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☐ authorized agent of: CAREERS MUSIC, INC.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...

Typed or printed name: Aracely Granados

Date: 11/24/86

FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

MAIL
CERTIFICATE
TO

CAREERS MUSIC, INC.
8370 Wilshire Blvd.
Beverly Hills, CA 90211



# FORM PA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA                47-091

(PA)                           PAU

EFFECTIVE DATE OF REGISTRATION

13 JUN 1979

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**(1) Title**

TITLE OF THIS WORK:

"AIN'T NO STOPPIN' US NOW"

NATURE OF THIS WORK:
(See instructions)

Piano & Guitar Arrangement

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: John Whitehead
Was this author's contribution to the work a "work made for hire"?  Yes ___  No X

DATES OF BIRTH AND DEATH
Born ___ (Year)   Died ___ (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of United States  or  Domiciled in ___ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ___  No X
Pseudonymous?  Yes ___  No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
words & music

**2**

NAME OF AUTHOR: Gene McFadden
Was this author's contribution to the work a "work made for hire"?  Yes ___  No X

DATES OF BIRTH AND DEATH
Born ___ (Year)   Died ___ (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of United States  or  Domiciled in ___ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ___  No X
Pseudonymous?  Yes ___  No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
words & music

**3**

NAME OF AUTHOR: Jerry Cohen
Was this author's contribution to the work a "work made for hire"?  Yes ___  No X

DATES OF BIRTH AND DEATH
Born ___ (Year)   Died ___ (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of United States  or  Domiciled in ___ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ___  No X
Pseudonymous?  Yes ___  No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
words & music

---

**(3)**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1978
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date  May 14, 1979
(Month) (Day) (Year)
Nation  United States and Canada
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**(4)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Mighty Three Music
309 E. Third Street
Philadelphia, Pa. 19107

TRANSFER: If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)  writers are signed to exclusive contracts dated:

Whitehead:5/28/76, McFadden:5/26/76, Cohen:8/2/78

---

Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions attached.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY: | | APPLICATION RECEIVED: | | |
|---|---|---|---|---|
| CHECKED BY: | | JUN 13 79 | | |
| CORRESPONDENCE: ☑ Yes | DEPOSIT RECEIVED: JUN 13 79 | JUN 13 79 | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | | |

℃A   47-091

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . X . . No .

- If your answer is "Yes," why is another registration being sought? (Check appropriate box.)
    - ☒ This is the first published edition of a work previously registered in unpublished form.
    - ☐ This is the first application submitted by this author as copyright claimant.
    - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number . . *pending* . . . . Year of Registration . *1978* . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See Instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . *PIANO & GUITAR ARRANGEMENT* . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: *Mighty Three Music* . . . . . . . .

Account Number: *DAO 31046* . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: *Constance Heigler, Dir. Pub. Adm.* *Mighty Three Music*

Address: *309 S. Broad St* . . . . . . . . (Apt.)

*Philadelphia, Pa. 19107* (City) (State) (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: *Mighty Three Music*
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . *Constance Heigler*

Typed or printed name. *Constance Heigler* Date . *5/29/79*

**⑧ Certification (Application must be signed)**

**MAIL CERTIFICATE**

*Mighty Three Music.* . . . . . . . . . . . . . (Name)

*309 S. Broad St* . . . . . . . . . . . . . . . . (Number, Street and Apartment Number)

*Philadelphia, Pa. 19107* . . . . . . . . . . . (City) (State) (ZIP code)

26 OCT 1979

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

* 17 U.S.C. §506(e) FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U. S. GOVERNMENT PRINTING OFFICE: 1977 O — 248-466

Rev. 1977 - 1, 900, 000

Below is the readable content of this U.S. Copyright Office continuation sheet.

# CONTINUATION SHEET FOR FORM PA

## FORM PA/CON
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

**REGISTRATION NUMBER**

PA 47-091

PA    PAU

**EFFECTIVE DATE OF REGISTRATION**
13 JUN 1979

**CONTINUATION SHEET RECEIVED**
13 JUN 1979

Page 2 of 3 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**(A) Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- TITLE: AIN'T NO STOPPIN' US NOW
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): Mighty Three Music 309 S. Broad St. Phila. PA 19107

**(B) Continuation of Space 2**

NAME OF AUTHOR: Might Three Music
Was this author's contribution to the work a "work made for hire"? Yes X No.
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of US
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? No X  Pseudonymous? No X
AUTHOR OF: Piano & Guitar arrangements

Use the reverse side of this sheet if you need more space for:
- Further continuation of Space 2
- Continuation of Spaces 1, 4, or 6 of Form PA

PA 47-091

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes   No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)   or   Domiciled in _____ (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes   No
Pseudonymous?  Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

Continuation of Space 2

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes   No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)   or   Domiciled in _____ (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes   No
Pseudonymous?  Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes   No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)   or   Domiciled in _____ (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes   No
Pseudonymous?  Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes   No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)   or   Domiciled in _____ (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes   No
Pseudonymous?  Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**CONTINUATION OF** (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

Continuation of other Spaces

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA · · · **304-460**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**SEP 29 1986**
Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

A LITTLE BIT MORE

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

WORDS AND MUSIC

**2**

**NOTE**
Under the law,
the "author" of
a work made for
hire is generally
the employer,
not the em-
ployee (see in-
structions). For
any part of this
work that was
"made for hire"

**a** NAME OF AUTHOR ▼

Gene McFadden

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ UNITED STATES

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

WORDS AND MUSIC

**b** NAME OF AUTHOR ▼

Linda Vitali

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ UNITED STATES

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

WORDS AND MUSIC

**c** NAME OF AUTHOR ▼

Martin McKinney

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ UNITED STATES

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

WORDS AND MUSIC

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1986 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 18   Year ▶ 1986
Nation ▶ UNITED STATES ◀ Nation

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

SUMMA GROUP MUSIC/GENE MCFADDEN MUSIC
c/o Careers Music, Inc.
BURNBURNIN' MUSIC

APPLICATION RECEIVED
SEP 29 1986

ONE DEPOSIT RECEIVED
SEP 29 1986

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

BY WRITTEN AGREEMENT

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE



**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

RE 820-299


EFFECTIVE DATE OF RENEWAL REGISTRATION

**JAN 0 5 2000**

| Month | Day | Year |





DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

## 1
**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼**     (See Instructions)

**1**
Name  Leon Huff

Address   309 S. Broad Street; Philadelphia, PA 19107

Claiming as  author
(Use appropriate statement from instructions)

**2**
Name   Gene McFadden

Address   c/o McFadden Entertainment, Inc.; 7219 N. Bryan St.; Philadelphia, PA 19119

Claiming as  author

**3**
Name   John Whitehead

Address   c/o Warner/Chappell Music, Inc.; 10585 Santa Monica Blvd.; Los Angeles, CA 90025-4950

Claiming as  author

## 2
**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**

BACK STABBERS

**RENEWABLE MATTER ▼**

words and music

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼     Number ▼          Issue Date ▼

## 3
**AUTHOR(S) OF RENEWABLE MATTER ▼**

Leon Huff
Gene McFadden
John Whitehead

## 4
**ORIGINAL REGISTRATION NUMBER ▼**     **ORIGINAL COPYRIGHT CLAIMANT ▼**

EP 306867     Assorted Music

**ORIGINAL DATE OF COPYRIGHT**
If the original registration for this work was made in published form, give:     If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION   11-29-1972     **OR**  DATE OF REGISTRATION:
(Month)   (Day)   (Year)          (Month)   (Day)   (Year)

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.     **DO NOT WRITE HERE**
• See detailed instructions     • Sign the form at space 7.     Page 1 of  **2**  pages

This form was electronically produced by Elite Federal Forms, Inc

| RENEWAL APPLICATION RECEIVED | FORM RE |
|---|---|
| JAN. 0 5. 200 0 | |

CORRESPONDENCE ☐ YES

EXAMINED BY

CHECKED BY

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution:
Title of Periodical:            Vol:      No:      Issue Date:
Date of Publication:      (Month)   (Day)   (Year)      Registration Number:

**2**
Title of Contribution:
Title of Periodical:            Vol:      No:      Issue Date:
Date of Publication:      (Month)   (Day)   (Year)      Registration Number:

**3**
Title of Contribution:
Title of Periodical:            Vol:      No:      Issue Date:
Date of Publication:      (Month)   (Day)   (Year)      Registration Number:

**4**
Title of Contribution:
Title of Periodical:            Vol:      No:      Issue Date:
Date of Publication:      (Month)   (Day)   (Year)      Registration Number:

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name            Warner/Chappell Music, Inc.

Account Number            DA 063649

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name    Renewals Coordinator, Warner/Chappell Music, Inc.

Address  10585 Santa Monica Blvd.

Los Angeles   CA   90025
(City)   (State)   (ZIP)   (Apt)

Area Code and Telephone Number ▶   (310) 441-8600

Be sure to give your daytime phone number

**6**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☐ duly authorized agent of
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

claimant(s) in space one
(Name of renewal claimant) ▲

Typed or printed name ▼            Deborah Vaughn

Date ▼   1-1-2000

Handwritten signature (X) ▼     Deborah Vaughn

**7**

**MAIL CERTIFI-CATE TO**

Name ▼  Deborah Vaughn
Warner/Chappell Music, Inc.

Number/Street/Apt ▼
10585 Santa Monica Blvd.

Certificate will be mailed in window envelope

City/State/ZIP ▼
Los Angeles, CA 90025-4950

• Complete all necessary spaces
• Sign your application in space 7

1. Application form
2. Nonrefundable $45 filing fee in check or money order payable to Register of Copyrights

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**8**

*17 U.S.C. § 506(e)   Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR
# APPLICATION FORM RE

 **FORM RE/CON**
UNITED STATES COPYRIGHT OFFICE

## INSTRUCTIONS

- This Continuation Sheet is to be used only in conjunction with Basic Form RE.

- Use this sheet only if you need more space to continue the listing started in Space 1 and/or Space 5 of Form RE. Use as many additional continuation sheets as you need.

- Follow instructions accompanying Form RE in filling out this continuation sheet. Number each line in Spaces B and C consecutively.

- Submit this continuation sheet with the Basic Form RE and the other continuation sheets, if any. Clip (do not tape or staple) and fold all sheets together before submitting them.



RE 875 – 327

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 3 1 2002

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED
DEC 31. 2002

Page  3  of  4  pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**(A)**
Identification of Application

IDENTIFICATION OF CONTINUATION: This sheet is a continuation of Space 1 and Space 5 of the application for renewal registration on Form RE, submitted for the following:

- TITLE AT SPACE 2 OR TITLE OF FIRST GROUP OF WORKS IN WHICH RENEWAL IS CLAIMED: (Give first title as given in Space 5 of Form RE)   LET'S GROOVE

- RENEWAL CLAIMANT AND ADDRESS: (Give the name and address of at least one renewal claimant as given in Space 1 of Form RE)   Leon Huff, 309 S. Broad Street, Philadelphia, PA 19107

**(B)**
Continuation of Space 1

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions on Basic Form RE)

Name  Vic. Caratarphen

Address  c.o Star Direction Inc., 9200 W. Sunset Blvd. Ph-20, Los Angeles, CA 90069-3502

Claiming as  author

Name

Address

Claiming as

Name

Address

Claiming as

Name

Address

Claiming as

Name

Address

Claiming as

Name

Address

Claiming as

This form was electronically produced by Elite Federal Forms, Inc

| | Title of Contribution: | | | | | | | | (C) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | | Continuation of Space 5 |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |
| ☐ | Title of Contribution: Title of Periodical: Publication: | (Month) | (Day) | (Year) | Vol. Registration Number: | No. | Issue Date | |

Renewals Coordinator
(Name)
Warner/Chappell Music, Inc., 10585 Santa Monica Blvd.
(Number, Street and Apartment Number)

Los Angeles          CA          90025
(City)               (State)     (ZIP Code)

MAIL
CERTIFICATE
TO

(Certificate will
be mailed in
window envelope)

(D)

Address for
Return of
Certificate

**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

RE 841-679

EFFECTIVE DATE OF RENEWAL REGISTRATION

**JAN 0 5 2001**

| Month | Day | Year |
|-------|-----|------|



118965966

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

## 1 RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼        (See Instructions)

**1**
Name  Kenneth Gamble (a.k.a. K. Gamble)

Address    309 S. Broad Street; Philadelphia, PA 19107

Claiming as  author
*(Use appropriate statement from instructions)*

**2**
Name  Leon Huff (a.k.a. L. Huff)

Address    309 S. Broad Street; Philadelphia, PA 19107

Claiming as  author

**3**
Name   John Whitehead (a.k.a. J. Whitehead)

Address   c/o Warner/Chappell Music, Inc.; 10585 Santa Monica Blvd.; Los Angeles, CA 90025

Claiming as  author

## 2 TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

I'LL ALWAYS LOVE MY MAMA

**RENEWABLE MATTER ▼**

words and music

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.        Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼

## 3 AUTHOR(S) OF RENEWABLE MATTER ▼

K. Gamble, L. Huff,
J. Whitehead, G. McFadden

## 4 ORIGINAL REGISTRATION NUMBER ▼        ORIGINAL COPYRIGHT CLAIMANT ▼

EU 405747        Mighty Three Music

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:            If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION:                **OR**  DATE OF REGISTRATION        5-17-1973

(Month)     (Day)     (Year)                (Month)   (Day)   (Year)

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.        DO NOT WRITE HERE
• See detailed instructions.        • Sign the form at space 7.        Page 1 of   4  pages

This form was electronically produced by Elite Federal Forms, Inc.

| RENEWAL APPLICATION RECEIVED | FORM RE |
| --- | --- |
| JAN 05 2001 | |

| CORRESPONDENCE | YES | |
| --- | --- | --- |
| EXAMINED BY | ℬℒ | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution:

Title of Periodical:    Vol:    No:    Issue Date:

Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**2**
Title of Contribution:

Title of Periodical:    Vol:    No:    Issue Date:

Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**3**
Title of Contribution:

Title of Periodical:    Vol:    No:    Issue Date:

Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**4**
Title of Contribution:

Title of Periodical:    Vol:    No:    Issue Date:

Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name    Warner/Chappell Music, Inc.

Account Number    DA 063649

**6**

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name    Renewals Coordinator, Warner/Chappell Music, Inc.

Address    10585 Santa Monica Blvd.

Los Angeles    (City)    CA (State)    90025 (ZIP) (Apt)

Area Code and Telephone Number ▶    (310) 441-8600

*Be sure to give your daytime phone number* ◀

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant    [✓] duly authorized agent of    claimants in space one (Name of renewal claimant) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**7**

Typed or printed name ▼    Deborah Vaughn    Date ▼    1-1-2001

Handwritten signature (X) ▼    *Deborah Vaughn*

**MAIL CERTIFI-CATE TO**

Name ▼    Renewals Coordinator
Warner/Chappell Music, Inc.

Number/Street/Apt ▼    10585 Santa Monica Blvd.

City/State/ZIP ▼    Los Angeles, CA 90025-4950

*Certificate will be mailed in window envelope*

**8**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 7

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $45 filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Case 2:08-cv-00192-LDD   Document 21-2   Filed 12/12/14   Page 224 of 347

# CONTINUATION SHEET FOR
# APPLICATION FORM RE

## INSTRUCTIONS

● This Continuation Sheet is to be used only in conjunction with Basic Form RE.

● Use this sheet only if you need more space to continue the listing started in Space 1 and/or Space 5 of Form RE. Use as many additional continuation sheets as you need.

● Follow instructions accompanying Form RE in filling out this continuation sheet. Number each line in Spaces B and C consecutively.

● Submit this continuation sheet with the Basic Form RE and the other continuation sheets, if any. Clip (do not tape or staple) and fold all sheets together before submitting them.

 **FORM RE/CON**

UNITED STATES COPYRIGHT OFFICE

RE 841-679

EFFECTIVE DATE OF RENEWAL REGISTRATION

## JAN 0 5 2001

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED
JAN 0 5 2001

Page **3** of **4** pages

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**( A )**

Identification
of
Application

IDENTIFICATION OF CONTINUATION: This sheet is a continuation of Space 1 and Space 5 of the application for renewal registration on Form RE, submitted for the following:

● TITLE AT SPACE 2 OR TITLE OF FIRST GROUP OF WORKS IN WHICH RENEWAL IS CLAIMED: (Give first title as given in Space 5 of Form RE)   I'LL ALWAYS LOVE MY MAMA

● RENEWAL CLAIMANT AND ADDRESS: (Give the name and address of at least one renewal claimant as given in Space 1 of Form RE)   Kenneth Gamble (a.k.a. K. Gamble)

309 S. Broad Street; Philadelphia, PA 19107

**( B )**

Continuation
of Space 1

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions on Basic Form RE)

Name   Gene McFadden (a.k.a. G. McFadden)

Address   c/o/ McFadden Entertainment, Inc.; 7219 N. Bryan St.; Philadelphia, PA 19119

Claiming as   author

Name

Address

Claiming as

Name

Address

Claiming as

Name

Address

Claiming as

Name

Address

Claiming as

Name

Address

Claiming as

This form was electronically produced by Elite Federal Forms, Inc.

**C**

Continuation of Space 5

| | |
|---|---|
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |
| Title of Contribution:<br>Periodical:<br>Publication: (Month) (Day) (Year) | Vol. No. Issue Date<br>Registration Number: |

Renewals Coordinator, Warner/Chappell Music, Inc.
(Name)
10585 Santa Monica Blvd.
(Number, Street and Apartment Number)
Los Angeles        CA        90025-4950
(City)        (State)        (ZIP Code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**D**

Address for Return of Certificate

# Exhibit L

| Form 668 (Y) (c)<br>Rev. October 1993) | 1403 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| PENNSYLVANIA | 239615065 | D20033 |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  GENE MCFADDEN

Residence    7219 BRYAN STREET
             PHILA, PA   19119

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

96 DEC 11 AM 10:

| Kind of Tax<br>(a) | Tax Period<br>Ended<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/85 | ▮▮▮▮▮ | 04/12/91 | 05/12/01 | 21575.09 |
| 1040 | 12/31/86 | | 05/06/91 | 06/04/01 | 48692.40 |
| 1040 | 12/31/87 | | 04/22/91 | 05/22/01 | 80271.69 |
| 1040 | 12/31/88 | | 01/07/91 | 02/06/01 | 6284.00 |

FILED
PRO PROTHY

JAN 07 1997

M. TIERNEY

| Place of Filing | | | | Total | $ | 156823.18 |
|---|---|---|---|---|---|---|
| | Prothonotary<br>Philadelphia County<br>Philadelphia,  PA  19107 | | | | | |

This notice was prepared and signed at ___Pittsburgh, PA___, on this,

11th day of ___November___, 19 _96_ .

Signature ___for O. HOUSTON___    Title ___Revenue Officer 23-01-1220___

Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien

(Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office        Form 668 (Y) (c) (Rev. 10/93)

# Exhibit M-1

October 17, 2005

Artists Rights Enforcement Corp.
250 West 57th Street, Suite 520
New York, NY 10107
Attention: Mr. Jay L. Berger

Re: THE ESTATE OF JOHN WHITEHEAD / MCFADDEN & WHITEHEAD

Dear Mr. Berger:

I hereby retain you and your firm to act on my behalf in connection with the investigation into and collection and/or recovery of any and all royalties and/or other assets which are or may be due and owing to me as the authorized representative of the estate of John Whitehead with respect to John Whitehead's rights as a songwriter, producer and/or as a member of the performing artist MCFADDEN & WHITEHEAD. It is my understanding that you are to use your best efforts to obtain from music companies and/or all others who are or may be liable to me, as well as any other persons or entities acting in concert with them, an accounting for and collection of such royalties and other rights which are or may be due from the manufacture, sale, copyright, publication, use, commercial exploitation or distribution of phonograph records, CD's, tapes, videos, devises or any other use of my artistic material and/or performances.

You understand that I currently am receiving from Soundexchange. You shall no be entitled to any monies that I receive from Soundexchange. Additionally, I am currently receiving monies from BMI. You will only be entitled to a fee from payments made by BMI to the extent that you efforts produce additional monies paid by BMI.

I understand that if it should be desirable or necessary to engage counsel to act on my behalf, you shall recommend counsel who, being satisfactory to me, I shall retain directly. Such counsel's fee shall be deducted from your share of the proceeds realized; and paid by you to such counsel

In return for your services rendered hereunder, you shall be entitled to an on-going forty-percent (40%) of all sums and assets which are recovered as a proximate result of your activities pursuant to this agreement. This agreement shall only remain in effect up to and including the final collection period for the twelfth (12th) year following the year of the first recovery. In the event counsel is require to be retained to file litigation on my behalf, your percentage shall increase to an on-going fifty percent (50%), up to and including the final collection period for the twelfth (12th) year following the year of the first recovery. Any and all funds received by you on my behalf are to be paid to me within fourteen (14) days of receipt by you, counsel or any other party. All funds received by you shall be distributed evenly between me and any other party to a claim and/or action who wrote and/or recorded the compositions/master recordings at issue.

R00011

Mr. Jay L. Berger
October 19, 2005
Page Two

I further agree that all out-of-pocket expenses (including fees to additional local counsel) incurred by you in connection with the handling of any claim(s) shall be reimbursed and deducted "off the top" from the amounts recovered before the division of our respective shares. All expenses shall be divided equally between me and any other party to claim and/or action who wrote and/or recorded the compositions/master recordings at issue.

Further, I hereby authorize you to receive all funds collected by you hereunder and appoint you as my attorney in fact; but only for the purpose for depositing such funds into your escrow account and upon clearance of such funds you shall then make payment to me, yourself and any third parties (including attorneys) under the terms of the agreement.

When you account to me for funds received by you on my behalf, you will provide to me the following: (1) a copy of the royalty report or other income statement received; (2) a copy of the check or other bank draft received; (3) a copy of your expense report, if any; and (4) your check to me for my share of the royalties/income. I will also have the right once per year to travel to New York and review my entire files along with all accounting statements and/or information

This agreement shall be construed under the laws of the State of New York applicable to agreements wholly to be performed therein. Your acceptance of this Agreement is indicated by your signature below in the lower left – hand corner under the words "ACCEPTED BY".

Very truly yours,
McFadden & Whitehead

Accepted By:
ARTISTS RIGHTS ENFORCEMENT CORP.

By:
Jay L. Berger

By:
Elnor Whitehead
The Estate of John Whitehead
1916 Dallas St.
Philadelphia, Pa 19138

R00012

June 30, 2005

Artists Rights Enforcement Corp.
250 West 57ᵗʰ Street, Suite 520
New York, NY 10107
Attention: Mr. Jay L. Berger

Re: GENE MCFADDEN/ MCFADDEN & WHITEHEAD

Dear Mr. Berger:

I hereby retain you and your firm to act on my behalf in connection with the investigation into and collection and/or recovery of any and all royalties and/or other assets which are or may be due and owing to me as a songwriter, producer and/or as a member of the performing artist MCFADDEN & WHITEHEAD. It is my understanding that you are to use your best efforts to obtain from music companies and/or all others who are or may be liable to me, as well as any other persons or entities acting in concert with them, an accounting for and collection of such royalties and other rights which are or may be due from the manufacture, sale, copyright, publication, use, commercial exploitation or distribution of phonograph records, CD's, tapes, videos, devises or any other use of my artistic material and/or performances.

You understand that I currently am receiving from Soundexchange. You shall not be entitled to any monies that I receive from Soundexchange. Additionally, I am currently receiving monies from BMI. You will only be entitled to a fee from payments made by BMI to the extent that you efforts produce additional monies paid by BMI.

I understand that if it should be desirable or necessary to engage counsel to act on my behalf, you shall recommend counsel who, being satisfactory to me, I shall retain directly. Such counsel's fee shall be deducted from your share of the proceeds realized; and paid by you to such counsel.

In return for your services rendered hereunder, you shall be entitled to an on-going fifty (50%) percent of all sums and assets which are recovered as a proximate result of your activities pursuant to this agreement. This agreement shall only remain in effect up to and including the final collection period for the twelfth (12) year following the year of the first recovery. Any and all funds received by you on my behalf are to be paid to me within fourteen (14) days of receipt by you, counsel or any other party.

I further agree that all out-of-pocket expenses (including fees to additional local counsel) incurred by you in connection with the handling of my claim(s) shall be reimbursed and deducted "off the top" from the amounts recovered before the division of our respective shares.

R00006

Mr. Jay L. Berger
June 30, 2005
Page Two

Further, I hereby authorize you to receive all funds collected by you hereunder and appoint you as my attorney in fact, but only for the purpose of depositing such funds into your escrow account and upon clearance of such funds you shall then make payment to me, yourself and any third parties (including attorneys) under the terms of this agreement.

This agreement shall be construed under the laws of the State of New York, applicable to agreements wholly to be performed therein. Your acceptance of this Agreement is indicated by your signature below in the lower left hand corner under the words "ACCEPTED BY."

Very truly yours,
McFadden & Whitehead

Accepted By:
ARTISTS RIGHTS ENFORCEMENT CORP.

By: _____
Gene McFadden
c/o Billy Paul Manny & Prod.
8215 Winthrop St
Philadelphia, PA 19146

By: _____
Jay L. Berger

R00007

December 6, 2005
Page Two

I further agree that all out-of-pocket expenses (including fees to additional local counsel) incurred by you in connection with the handling of my claim(s) shall be reimbursed and deducted "off the top" from the amounts recovered before the division of our respective shares. All expenses shall be divided equally between me and any other party to a claim and/or action who wrote and/or recorded the compositions/master recordings at issue.

Further, I hereby authorize you to receive all funds collected by you hereunder and appoint you as my attorney in fact; but only for the purpose of depositing such funds into your escrow account and upon clearance of such funds you shall then make payment to me, yourself and any third parties (including attorneys) under the terms of this agreement.

When you account to me for funds received by you on my behalf, you will provide to me the following: (1) a copy of the royalty report or other income statement received; (2) a copy of the check or other bank draft received; (3) a copy of your expense report, if any; and (4) your check to me for my share of the royalties/income. I will also have the right once per year to travel to New York and review my entire file along with all accounting statements and/or information.

This agreement shall be construed under the laws of the State of New York applicable to agreements wholly to be performed therein. Your acceptance of this Agreement is indicated by your signature below in the lower left-hand corner under the words "ACCEPTED BY".

Very truly yours,
McFadden & Whitehead

Accepted By:
ARTISTS RIGHTS ENFORCEMENT CORP.

By:
Jay L. Berger

By: Gene McFadden
c/o Billy Paul Management
8215 Winthrop Street
Philadelphia, PA 19136

R00005

December 6, 2005

Artists Rights Enforcement Corp.
250 West 57th Street, Suite 520
New York, NY 10107
Attention: Mr. Jay b. Berger

### Re: GENE MCFADDEN / MCFADDEN & WHITEHEAD

Dear Mr. Berger:

I hereby retain you and your firm to act on my behalf in connection with the investigation into and collection and/or recovery of any and all royalties and/or other assets which are or may be due and owing to me as a songwriter, producer and/or as a member of the performing artist MCFADDEN & WHITEHEAD. It is my understanding that you are to use your best efforts to obtain from music companies and/or all others who are or may be liable to me, as well as any other persons or entities acting in concert with them, an accounting for and collection of such royalties and other rights which are or may be due from the manufacture, sale, copyright, publication, use, commercial exploitation or distribution of phonograph records, CD's, tapes, videos, devises or any other use of my artistic material and/or performances.

You understand that I currently am receiving from Soundexchange. You shall not be entitled to any monies that I receive from Soundexchange. Additionally, I am currently receiving monies from BMI. You will only be entitled to a fee from payments made by BMI to the extent that you efforts produce additional monies paid by BMI.

I understand that if it should be desirable or necessary to engage counsel to act on my behalf, you shall recommend counsel who, being satisfactory to me, I shall retain directly. Such counsel's fee shall he deducted from your share of the proceeds realized; and paid by you to such counsel.

In return for your services rendered hereunder, you shall be entitled to an on-going forty percent (40%) of all sums and assets which are recovered as a proximate result of your activities pursuant to this agreement. This agreement shall only remain in effect up to and including the final collection period for the twelfth (12th) year following the year of the first recovery. In the event counsel is require to be retained to file litigation on my behalf, your percentage shall increase to an on-going fifty percent (50%) up to and including the final collection period for the twelfth (12th) year following the year of the first recovery. Any and all funds received by you on my behalf are to be paid to me within fourteen (14) days of receipt by you, counsel or any other party. All funds received by you shall be distributed evenly between me and any other party to a claim and/or action who wrote and/or recorded the compositions/master recordings at issue.

Mr. Jay L. Berger

R00004

# Exhibit M-2

RE: John Whitehead
As of October 1, 2007
Page 2

(C)    Further notwithstanding the foregoing, or any other provision to the contrary contained herein, it is understood and agreed that the assignment set forth in subparagraph 1.1. (A) above shall not, and nothing herein shall be deemed to include, the so-called "publisher's share" of copyright interest in the so-called "Renewal and/or "Extended Term" of United States Copyright or any other copyright interests in the Subject Compositions any other musical compositions which you may own as of the date hereof or which you may acquire in the future in one or more countries of the world; it being understood that all such rights shall be retained by you and/or your designees or successors and assigns. For the avoidance of doubt, you shall not be required to grant us a right of first refusal or matching right to acquire the Extended Term rights to any SC written by Writer or any other person or party in whole or in party; it being understood that the foregoing shall not be deemed to constitute a waiver of any of our rights under Section 203 of the US Copyright Act.

(D)    In each instance in which we provide you with a document which is necessary to vest our rights and/or interests in and to the Writer's Share of royalties to any SC, you shall execute and return such document to us within ten (10) business days following your receipt of same. In the event that you fail to do so, in addition to any other rights and/or remedies available to us hereunder, we shall be entitled to execute such document in your name and on your behalf as your attorney-in-fact for this specific purpose (which appointment is coupled with an interest and is therefore irrevocable).

1.2.    Sale of SCs; "Cut-Off Date":

1.2.1.    You shall execute and deliver the attached letters of direction to us, and we shall purchase and accept the same, at the "Closing" (as defined below).

1.2.2    Cut-Off Date:

(A)    It is understood and agreed that, effective as of October 1, 2007 (the "Cut-Off Date"), we shall be entitled to collect and retain (for our sole account) the Writer's Share of all income (of any nature, regardless of when earned) which would otherwise be payable to you in respect of the SCs.

(B)    In the event that you and/or any person or entity on your behalf receive any monies representing the Writer's Share of income earned with respect to the SCs subsequent to the Cut-Off Date, the same shall be turned over to us by you and/or such other person or entity within 10 business days following receipt thereof.

1.3.    For the avoidance of doubt, it is understood that the foregoing assigns your and the Writer's right to receive any and all Writer's Share income of any nature (including your and/or the Writer's so-called "writer's share" of public performance income payable to you from performance societies throughout the world), regardless of when earned, from any and all parties,

R00022

RE: John Whitehead
As of October 1, 2007
Page 3

including, but not limited to, your share of any songwriter royalties otherwise payable to you by us
under any songwriter, co-publisher and/or administration agreements in respect of such SCs.

       1.4    Assignment of The "Writer's Share" of Public Performance Income:

At or prior to the Closing you shall deliver to us: (1) a BMI Royalty Assignment Verification Form and (2) a short form assignment of BMI Royalties (the "BMI Assignment Documents"), each executed by you. If, after the Closing, BMI shall fail, for any reason, to honor the assignment of the writer's share of public performance income and royalties in respect of the SC's, then you shall cause (including promptly and irrevocably authorizing and directing) BMI to send all writer performance statements and payments to you c/o our address on your behalf in perpetuity (in the event that after the Closing you receive any statements and/or payments from BMI with respect to Writer's share of performance income with respect to the SC's despite your authorization and direction to send such statements and payments to us or because we have not submitted the BMI Assignment Documents to BMI, you shall [within 10 days following your receipt of thereof] send [via a nationally recognized courier service] said statement and/or payment to us). You hereby appoint us your attorney-in-fact (which appointment is coupled with an interest and is therefore irrevocable) to endorse and negotiate any and all writer performance royalty checks so received and to retain such amounts for our sole account. We agree that we shall not submit the BMI Assignment Documents to BMI prior to the Closing and our payment to you of the Purchase Price.

2.    **RELEASE FROM ROYALTY OBLIGATIONS:**

2.1.    You hereby release us, our parent companies, subsidiaries and affiliated music publishing entities, as well as our officers, directors and employees (the "Released Persons"), from any and all of our obligations to account (and/or pay) you the Writer's Share of income and/or the Writer's Share of royalties in respect of any of the SCs under any and all songwriter or other royalty agreements, whether written, verbal, express or implied (the "Released Items").

2.2    Waiver of Statutory Provisions:

2.2.1.    You expressly acknowledge that you are familiar with Section 1542 of the California Civil Code, which provides:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

2.2.2.    You hereby waive any right you may have under Section 1542, as well as the provisions of all comparable, equivalent or similar statutes and principles of common law of California or of any other jurisdiction with respect to the Released Persons and/or Released Items,

ZH: Purchase/Whitehead Agt vol. 3: 10/19/07    3

R00023

and you acknowledge and agree that the foregoing waiver is an essential and material term of this agreement, without which the foregoing payment would not have been made.

3.    PURCHASE PRICE.

In full consideration of the rights assigned to us hereunder and the release set forth above, we shall pay you the following non-refundable, non-recoupable amount:

3.1.    $2,200,000 upon Closing less any amounts paid to the Internal Revenue Service in satisfaction of the IRS Liens (as defined below), as more particularly set forth in subparagraphs 3.2. and 3.3. below.

3.2.    We shall, within five (5) business day after you provide us with evidence reasonably satisfactory to us that you have reached an offer and compromise (the "Offer and Compromise") with the Internal Revenue Service (IRS) in satisfaction of the IRS Liens (as defined below) that your written request for such payment, remit to your tax counsel, Michael Specht ("Specht"), a check payable to the United States Treasury (or to such other payee as the IRS may require) in an amount not to exceed $60,000, which amount shall be used by Specht as a deposit payment to the IRS in partial satisfaction of the Offer and Compromise to the August 21, 2002 IRS Notice of Levy (Identifying Number 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) in the amount of $35,230.53 issued against Writer and the August 16, 2007 IRS Notice of Levy (Identifying Number 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) in the amount of $6,465,388.13. issued against you (the "IRS Liens").

3.3.    Further, within five (5) business days after you have provided us with evidence reasonably satisfactory to us that the IRS has accepted the Offer and Compromise, we shall send Specht a check made payable to the United State Treasury (or such other payee as the IRS may require), on your behalf, in an amount not to exceed the sum of $2,000,000, and the amount previously paid to the IRS on your behalf pursuant to subparagraph 3.2. above, as necessary to fulfill the McFadden Estate's obligation in connection with the Offer and Compromise.

3.4.    Notwithstanding the foregoing, in the event that the Writer's Share Purchase Agreement between us and Barbara McFadden, Executrix of the Estate of Gene McFadden, dated as of October 1, 2007 (the McFadden Agreement) is not executed by Barbara McFadden, Executrix of the Estate of Gene McFadden, as of the Closing of this Agreement (except to the extent that our failure to close the McFadden Agreement is due to the failure or neglect of ourselves or of our representatives), the Purchase Price shall be reduced to $2,000,000.

3.5.    We acknowledge that (1) Warner Music Group has approved the above stated Purchase Price and (2) the Purchase Price was calculated taking into account the Additional Payments and income received from synchronization licenses previously issued including a synchronization fee for the use of "Aint No Stoppin Us Now" for a television commercial that aired in 2003 and 2004 and that the Purchase Price shall not be reduced as a result of the synchronization licenses referenced in this subparagraph.

JH Purchase/Whitehead Agt vol. 3 10/15/07          6

R00024

RE: John Whitehead
As of October 1, 2007
Page 5

3.6.    Subject to paragraph 3.7. below, all amounts payable to you hereunder shall be made payable to you care of Artist's Rights Enforcement Corp., at the following address:  250 West 57th Street, Suite 701, New York, New York 10107, Attn:  Chuck Rubin.

3.7.    Further, we shall, on your behalf, pay directly to each payee specified in your written payment directions, which payment direction(s) shall be in a form reasonably acceptable to us, the amounts specified in any such payment direction(s).  All sums paid by us on your behalf pursuant to any payment direction(s) contemplated in the first sentence of this subparagraph shall be deemed to constitute payments made by us to you in partial satisfaction of our obligation to pay you the Purchase Price specified in subparagraphs 3.1., 3.2., and 3.3. above

4.    CLOSING:

The "Closing" shall take place upon complete execution of this Agreement and all supporting documents, as well as our receipt of all items set forth in paragraph 8, below.

5.    YOUR WARRANTIES AND REPRESENTATIONS:

5.1    Basic Warranties and Representations/Exclusions:

5.1.1.  You warrant and represent

(A)    that, as of the Closing, you have full right, power and authority to enter into this Agreement and to sell, assign, transfer and set over unto us 100% in and to the Writer's Share of income derived from the Subject Compositions (and the right to collect and receive such income in the throughout the world), free and clear of any mortgage, levy, lien, claim or other encumbrance, and that all actions necessary to the completion of the transactions contemplated by this Agreement have taken place;

(B)    that, as of the Cut-Off Date, you are the sole person or entity entitled to receive the Writer's Share of income derived from the Subject Compositions;

(C)    that, except for the IRS Liens, there are no judgments, decrees, awards, orders or injunctions, actions, claims, investigations or proceedings before any court, arbitrator, governmental instrumentality or administrative agency pending against you with respect to the SCs, and that there are no restrictions which would prevent or limit your ability to assign the SCs to us or which would limit or restrict our rights  to publish, administer and/or collect all income in respect of the SCs;

5.2.   You warrant and represent that (1) neither you nor anyone authorized by you have received, or have made arrangements to receive, any advance, loan or other payments which would or might be recoupable from, or otherwise offset against, any monies which would

2H. Purchase/Whitehead Agt vn. 3: 10/19/07                5

R00025

be collectible by us on or after the Cut-Off Date; (2) you are not plaintiff in any legal action involving the Writer's Share to the SCs, and (3) as of the Closing, you will have paid or provided for payment all legal fees incurred with respect to any such actions.

     5.3.   Each party shall be responsible for any fees or other payments which are due or may hereafter become due from such party to any agent, attorney, manager, or other third party representative(s) acting on behalf of such party by reason of this Agreement.

     5.4   Notwithstanding anything to the contrary contained herein, the parties hereby acknowledge that (1) this Agreement will supersede any previous agreements, if any, (oral and/or written) previously granting to Writer any interest in the Additional Payments; (2) as between you and us, we hereby confirm the prior grant to Writer of the right to receive the Additional Payment for the duration of copyright protection throughout the world; (3) you hereby agree to sell, assign, and grant unto us the right to collect and retain for our sole account the Additional Payments for the duration of US and international copyright protection and all renewals and extensions thereof as more particularly set forth in subparagraph 1.1 (A).

### 6.   OUR WARRANTIES, REPRESENTATIONS AND COVENANTS:

   We warrant and represent that we have full right, power and authority to enter into this Agreement and to acquire the Writer's Share of income derived from the SCs being transferred to us hereunder, that we are a corporation duly organized, validly existing and in good standing under the laws of our state of incorporation with full power to enter into and to perform this Agreement and that all corporate actions (including, but not limited to, resolutions of stockholders and/or directors) necessary to permit us to do so have been taken.

### 7.   SURVIVAL OF COVENANTS, WARRANTIES, AND REPRESENTATIONS:

     7.1.   Subject to paragraph 7.2., each party's respective covenants, warranties and representations shall be true as of, and shall survive, the Closing, regardless of any "due diligence" or other investigation undertaken by either party prior to the Closing. The foregoing shall not be deemed in limitation of whatever rights we may have with respect to the SCs or any other rights which we may have against third parties

     7.2.   All warranties contained in paragraph 5.2. will terminate as of the four (4) year anniversary of the Closing.

### 8.   CONDITIONS TO CLOSING:

   In addition to the delivery to us of the documentation referred to above, our obligation to complete the purchase contemplated by this Agreement shall be subject to our being reasonably satisfied as to:

ZII: Purchase/Whitehead Agt v.1 3. (9/13/07)   6

R00026

RE: John Whitehead
As of October 1, 2007
Page 7

(1)    the continuing accuracy of all representations and warranties made by you pursuant to the preceding paragraphs;

(2)    the validity of the copyright in each of the SCs and the agreement(s) pursuant to which such SCs were acquired (and, if acquired by a predecessor, the document(s) transferring such SCs to you),

(3)    completion of legal and financial due diligence with respect to the SCs (except to the extent that our failure to complete such due diligence is due to the failure or neglect of ourselves or of our representatives);

(4)    receipt of any third party consents necessary with respect to the assignment of the Writer's Share of income with respect to the SCs and/or agreements relating thereto; and

(5)    execution and delivery of all required ancillary documents, including letters of direction in the forms annexed hereto.

(6)    full discharge and/or release of the IRS Liens accompanied with (1) official IRS documentation indicating such full discharge or release and (2) a copy of a written notification sent by you to BMI informing it that the IRS Liens have been fully discharged and/or released.

9.     RECIPROCAL INDEMNITIES:

9.1.   Basic Indemnity:

Each party (the "Indemnitor") agrees to indemnify the other party and hold the other party harmless from and against any and all loss, damage, cost or expense (including actual and reasonable outside counsel fees and court costs) which the other party (the "Indemnitee") may incur as the result of any third party claim which, if true, would constitute a breach of this Agreement on the part of the Indemnitor, but only to the extent that the third party claim shall result in a final, nonappealable adverse judgment against the Indemnitee or a settlement entered into with the prior written consent of the Indemnitor (not to be unreasonably withheld). In addition, your indemnity shall extend to the "deductible" under our errors-and-omissions policy without regard to judgment or settlement.

9.2.   In each instance, the party claiming to be the Indemnitee shall give the putative Indemnitor prompt notice of any claim, action, or proceeding in respect of which indemnity is claimed, and the Indemnitor shall defend the same at the Indemnitor's sole cost and expense. In the event that the claim, action or proceeding is of such a nature as to be covered by the Indemnitor's errors-and-omissions insurance but the carrier declines to provide coverage and/or a defense, the Indemnitee shall have the right to tender such claim, action or proceeding to its own errors-and-omissions carrier, and in such event the Indemnitor shall reimburse the

ZB: Purchase/Whitehead Agr vol. 3: 10/19/07          7

R00021

Indemnitee for its deductible (or portion thereof) expended in connection with the defense thereof.

9.3.   The Indemnitee shall have the right to participate in the defense of such claim, action or proceeding by counsel of the Indemnitee's choice, at the Indemnitee's sole cost and expense.

9.4.   Breach and Cure:

9.4.1.   Neither party shall be deemed in breach hereunder unless the other party shall give notice thereof and the notified party shall fail to cure the same within thirty (30) days (ten (10) days, in the case of a payment of money), provided, that where such breach does not involve a payment of money and is of such a nature that it cannot be completely cured within such thirty-day period, it shall be sufficient if the notified party shall commence the curing thereof within such thirty-day period and shall proceed diligently to complete the curing of such breach within a reasonable time thereafter.

9.4.2   However, notwithstanding the foregoing, either party shall have the right to seek injunctive relief to prevent a prospective breach of this Agreement by the other party.

10.   MISCELLANEOUS:

10.1.   This Agreement contains the entire agreement of the parties with respect to the subject matter and supersedes any and all prior agreements (oral and/or written) concerning the subject matter, and may not be altered or amended except by a further written agreement signed by both parties.

10.2.   This Agreement shall inure to the benefit of, and shall be binding upon, the parties and their respective successors and assigns.

10.3.   Notices:

Any notice required or permitted to be given pursuant to this Agreement shall be given to the party to be notified by registered or certified mail or any other means through which delivery may be verified, to the address set forth above (in our case, to the attention of the Executive Vice President, Legal and Business Affairs) or to such other street address as such party may designate from time to time by notice in like manner. A copy of all notices to you shall also be sent to Artist's Rights Enforcement Corp., at the address set forth in subparagraph 3.5. above, Attn: Chuck Rubin.

211: Purchase/Whitehead Agt vol, 3: 10/1/2002                    8

RC0028

10.4    Law & Forum.

10.4.1.  This Agreement has been entered into in, and is to be interpreted in accordance with the laws of, the State of California.

10.4.2.  Any action seeking the interpretation and/or enforcement of this Agreement shall be heard only in the State or Federal Courts situated in Los Angeles County, both parties hereby submitting themselves to the jurisdiction of such courts for such purpose.

10.4.3.  Service of process in any action between the parties may be made by notice in the manner prescribed in ¶10.3, above, and shall become effective 30 days following the date of delivery (unless delivery is refused, in which event service shall become effective 30 days following the date upon which delivery was refused).

Very Truly Yours,

WARNER-TAMERLANE PUBLISHING CORP.

By: _____

Edward P. Pierson
Executive Vice President
Legal and Business Affairs

Agreed and Accepted:

_____

Elnor Whitehead
Executrix of the Estate of John C. Whitehead

ZH: Purchase/Whitehead Agt vol. 3, 10/19/07                    9

R00029

# Exhibit N

JAN-10-1996  01:35                                                    P.02/13

LAW OFFICES OF
ROBERT S. BESSER
1221 SECOND STREET, THIRD FLOOR
SANTA MONICA, CALIFORNIA 90401
TELEPHONE (310) 394-0611
FACSIMILE (310) 394-0613

ROBERT S. BESSER                                       RSBesser@aol.com

October 29, 2007

Elnor Whitehead            Elnor Whitehead           <u>Via Fax to: (215) 549-0591</u>
aka Elnor Medley           aka Elnor medley          Barbara McFadden
1916 Dallas Street         48 Sherin Drive           Philadelphia, PA
Philadelphia, PA 19138     Newark, DE 19702

<u>Via Fax to: (215) 587-0888</u>

Sayde J. Markowitz Ladov, Esq.                        Elner Whitehead aka Elner Medley
Abrahams Loewenstein & Bushman, P.C.                  John Whitehead Foundation
16th and Cherry Streets, Suite 1300                   6817 Old Dodge Ave.
Philadelphia, PA 19102                                Philadelphia, PA
Attorneys for Estate of John C. Whitehead
and Elner Whitehead, Personal Representative

        Re:    *McFadden and Whitehead Asset Sale: Notice of Breach*

To All Parties:

        Please be advised that this office represents The Pullman Group, LLC ("Pullman").

        It is our client's understanding that you intend to sell the musical compositions, works written
and/or performed in whole or in part by Gene McFadden and/or John C. Whitehead, including but
not limited to the works listed on the attached Exhibit "A," and the assets (collectively the "Assets")
that were subject to the agreement executed in 2002 between Gene McFadden, John Whitehead and
Pullman (the "Agreement"). This information was discovered by our client within the last day and
it is our client's understanding that the transaction is set to close by October 31, 2007.

        The Agreement provides that if the holders of the Assets decide to sell the Assets, Pullman
has the sole and exclusive right to purchase the Assets upon the terms provided by the Agreement.
Thus the estates of Gene McFadden and John Whitehead (the "Estates") have no right to sell the
Assets to any entity other than Pullman and the pending transaction by which the Estates intend to
sell the Assets is a breach of the Agreement.

        By copy of this letter, we are placing all known interested parties on notice of the breach.
We demand that you furnish copies of this Notice to all persons and entities involved in the purchase
transaction. Our client will hold any person or entity liable for failure to notify all other persons or
entities involved in the proposed asset sale transaction that Pullman's rights are as set forth above.



JAN-10-1996  01:36

LAW OFFICES OF ROBERT S. BESSER

*October 29, 2007*
*Page 2*

In addition, our client will hold liable all parties who proceed with the transaction after notification of Pullman's rights has been provided to the parties.

Nothing contained herein is intended as a waiver or relinquishment of any of our client's rights or remedies, all of which are hereby reserved.

Very truly yours,

LAW OFFICES OF ROBERT S. BESSER

By: _____
Robert S. Besser

RSB:sb

## EXHIBIT "A"

1. Ain't No Stoppin' Us Now.
2. I'll Always Love My Mama
3. Wake Up Everybody (Part 1)
4. Back Stabbers
5. Fabulous



JAN-10-1996   01:36                                                                          P.05/13

EXHIBIT "A" continued

BMI Repertoire

join   career   musicworld   news   licensing   new media   events   podcasts   about

bmi.com › search › repertoire
search the repertoire

Songwriter/Composer: MC FADDEN GENE and John C. Whitehead

Current Affiliation: BMI          CAE/IPI #: 62107315

There are 230 Work Titles

<<First <Previous 1 2 3 4 5 6 7 8 9 10  Next> Last>>

| | Work Title | BMI Work # |
|---|---|---|
| 1. | 2S TO LIFE HIP HOP VERSION | 4665130 |
| 2. | AIN T NO STOPPIN AIN T NO WAY | 14776 |
| . 3. | AIN T NO STOPPIN US NOW | 14779 |
| 4. | ALL I WANNA DO | 4305507 |
| 5. | ALL I WANNA DO | 1792481 |
| 6. | ALWAYS | 1803520 |
| 7. | ALWAYS ROOM FOR ONE MORE | 32073 |
| 8. | ARE YOU LONELY | 54530 |
| 9. | ARE YOU SURE | 64926 |
| 10. | ASKING FOR TROUBLE | 80966 |
| '' 11. | BACK STABBERS | 77124 |
| 12. | BACK UP OFF ME | 2135568 |
| 13. | BACKTIGHT | 6535728 |
| 14. | BAD LUCK | 79799 |
| 15. | BE TRUTHFUL TO ME | 93751 |
| 16. | BEST DISCO IN TOWN | 107134 |
| 17. | BEST OF BOTH WORLDS | 107599 |
| 18. | BLACK WONDERS OF THE WORLD | 121955 |
| 19. | BODY MOVE | 134895 |
| 20. | BRING YOUR LOVE TO ME | 152312 |
| 21. | BUMPIN BOOGIE | 160376 |
| 22. | CARING | 184705 |
| 23. | COLD COLD WORLD | 224714 |
| 24. | COME SEE THE LOVE MAN | 232185 |
| 25. | COME WHERE THE LOVIN IS | 233342 |

<<First <Previous 1 2 3 4 5 6 7 8 9 10  Next> Last>>

..*Denotes BMI Award Winning Song!

Search the repertoire

☑ Songwriters/Composers

☑ Publishers

☐ Artists

☐ Alternate Titles

disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Helpline Story | About a license? | Latest update | Overview | Overview | |
| Login to account | Access account | Gov't relations | FAQ | Jobs at BMI | [Go] |
| Lost password? | Contact us | Useful links | FastTrack | Contact us | ⦿ Wenzan  ○ Hapenform |

Copyright 2005, BMI (BMI), BMI.com® and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of Use, Privacy Policy.

C 003816

Case 2:08-cv-00192-LDD   Document 21-2   Filed 12/12/14   Page 250 of 347

join   career   musicworld   news   licensing   new media   events   podcasts   about

**Repertoire**

bmi.com > search > repertoire

search the repertoire

Songwriter/Composer: MC FADDEN GENE   and   John C. Whitehead

Current Affiliation: BMI          CAE/IPI #: 63107315

There are 238 Work Titles

Title

[ Search ]

Display:

☑ Songwriters/Composers

<<First  <Previous  1 2 3 4 5 6 7 8 9 10  Next> Last>>

| | Work Title | BMI Work # |
|---|---|---|
| 26. | COME WITH ME LET S JOIN TOGETH | 233613 |
| 27. | CONCENTRATE ON ME | 236601 |
| 28. | DADDY DON T LOVE US ANYMORE | 206163 |
| 29. | DANCE TO THIS | 1829675 |
| 30. | DANCE YOUR TROUBLES AWAY | 274110 |
| 31. | DETERMINATION | 287442 |
| 32. | DISCO FEVER | 306073 |
| 33. | DISCO SHOWDOWN | 306362 |
| 34. | DO ME WRONG DO ME RIGHT | 308911 |
| 35. | DO WHAT YOU WANT | 310979 |
| 36. | DO WHATCHA FEEL | 1803515 |
| 37. | DO YOU WANT TO DANCE | 313018 |
| 38. | DOLLAR TO A DONUT | 316421 |
| 39. | DON T BE SO MEAN | 317720 |
| 40. | DON T CALL ME BABY | 5349000 |
| 41. | DON T FEEL BAD | 320563 |
| 42. | DON T GO AWAY | 321660 |
| 43. | DON T LET LOVE GET YOU DOWN | 323604 |
| 44. | DON T TELL NOBODY ABOUT YOUR G | 328221 |
| 45. | DON T WALK AWAY MAD | 330444 |
| 46. | DON T YOU KNOW LOVE WHEN YOU S | 331050 |
| 47. | EACH SECOND | 352145 |
| 48. | EASY EASY GOT TO TAKE IT EASY | 354729 |
| 49. | EMOTIONAL BREAKDOWN | 371026 |
| 50. | EVERYTHING I DO | 381044 |

☑ Publishers

[ ] Artists

[ ] Alternate Titles

disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

<<First  <Previous  1 2 3 4 5 6 7 8 9 10  Next> Last>>

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register today | Need a license? | Latest updates | Overview | Overview | |
| Login to account | Access my BMI | Gov't relations | FAQ | Jobs at BMI | [ Go ] |
| Lost password? | Contact us | Useful links | FeedTrack | Contact us | ⓦWebsite ◯Repertoire |

Copyright 2006, BMI. BMI, BMI.com and BroadCast Music, Inc. are registered trademarks of BMI. Terms of use, Privacy policy.

C 003817

Join   career   musicworld   news   licensing   new media   events   podcasts   about

Repertoire

search the repertoire

Songwriter/Composer: MC FADDEN GENE  and  JOHN C. Whitehead          Title

Current Affiliation: BMI          CAE/IPI #: 82107315

There are 235 Work Titles

<<First <Previous  1 2 3 4 5 6 7 8 9 10   Next> Last>>

| | Work Title | BMI Work # |
|---|---|---|
| 51. | FABULOUS | 8200798 |
| 52. | FALLIN | 400590 |
| 53. | FAR AWAY | 404173 |
| 54. | FAR AWAY | 404183 |
| 55. | FEELINGS | 410971 |
| 56. | FERRY AVENUE | 412441 |
| 57. | FREE JAMES BROWN | 443367 |
| 58. | GABRY GABRIELLA | 454934 |
| 59. | GET GHOST | 1818369 |
| 60. | GET INVOLVED | 4941124 |
| 61. | GET TO THIS | 465082 |
| 62. | GIVE ME UP | 476862 |
| 63. | GOOD LOVE | 494741 |
| 64. | GOT TO CHANGE | 501271 |
| 65. | GOUGKUSTING CUES | 0 |
| 66. | HAPPY | 522662 |
| 67. | HE AIN T NO GOOD | 534725 |
| 68. | HENNESSEY AND HYDRO | 7713219 |
| 69. | HOLD ME | 573864 |
| 70. | HOLD ON TO THIS FEELING | 575293 |
| 71. | HONEY I LOVE YOU | 582181 |
| 72. | I AM WHAT I AM | 0994258 |
| 73. | I APOLOGIZE | 604277 |
| 74. | (HE) I CAN DO THAT DANCE YOU | 605543 |
| 75. | I CALL YOUR NAME | 605976 |

<<First <Previous  1 2 3 4 5 6 7 8 9 10   Next> Last>>

*=Denotes BMI Award Winning Song!

Search the repertoire

Display:

☑ Songwriters/Composers

☑ Publishers

☐ Artists

☐ Alternate Titles

disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register today | Need a license? | Latest Update | Overview | Overview | [          ] [Go] |
| Login to account | Access account | Govt relations | FAQ | Jobs at BMI | ⦿ Website ○ Repertoire |
| Lost password? | Contact us | Useful links | FastTrack | Contact us | |

Copyright 2006, BMI. BMI®, BMI.com® and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of use. Privacy policy

C 003818

JAN-10-1996   01:37                                                    P.08/13

join   career   musicworld   news   licensing   new media   events   podcasts   about

**BMI Repertoire**

bmi.com > search > repertoire

search this repertoire

Songwriter/Composer: MC FADDEN GENE   and John C. Whitehead

Title

Current Affiliation: BMI        CAE/IPI #: 62107315

Search

There are 238 Work Titles

Display:

<<First  <Previous  1 2 3 4 5 0 7 8 9 10  Next> Last>>

☑ Songwriter/Composer

| | Work Title | BMI Work # |
|---|---|---|
| 76. | I CAN T COMPLAIN | 607917 |
| 77. | I CAN T WIN FOR LOSING | 611899 |
| 78. | I DON T KNOW NO ONE ELSE TO TU | 617635 |
| 79. | I DON T WANT TO LOSE YOUR LOVE | 630302 |
| 80. | I GOT MY LOVE BACK AND I M HAP | 625187 |
| 81. | I GOT THE LOVE | 625524 |
| 82. | I HEARD IT IN A LOVE SONG | 626706 |
| 83. | I KNOW WHAT I M GONNA DO | 633052 |
| 84. | I LIKE TO SEE US GET DOWN | 634675 |
| 85. | I LL ALWAYS LOVE MY MAMA | 635323 |
| 86. | I LL SHOW YOU THE ROAD TO HAPP | 642922 |
| 87. | I U, TRY | 644035 |
| 88. | I LOVE YOU BUT YOU DON T EVEN | 647250 |
| 89. | I NEED MONEY BAD | 671098 |
| 90. | I NEVER KNEW ABOUT LOVE | 673068 |
| 91. | I PROMISE TO LOVE YOU | 674530 |
| 92. | I STILL LUV YOU | 6684210 |
| 93. | I VE BEEN MISSING YOU | 443219 |
| 94. | I VE BEEN PUSHED ASIDE | 682270 |
| 95. | I WISH I DIDN T MISS YOU ANYMO | 5668179 |
| 96. | IF WE GOT THE WILL | 707033 |
| 97. | IF YOU DON T KNOW ME BY NOW | 708048 |
| 98. | IF YOU KNOW LIKE I KNOW | 708670 |
| 99. | IF YOU RE LOOKING FOR SOMEBODY | 708792 |
| 100. | IF YOU WANT ME BACK | 710628 |

☑ Publishers

☐ Artists

☐ Alternate Titles

**disclaimer**

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

<<First  <Previous  1 2 3 4 5 6 7 8 9 10  Next> Last>>

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Repertoire | How's a license? | Latest update | Overview | Overview | |
| Login to bmi.com | Access account | Govt relations | FAQ | Jobs at BMI | ⦿ Website ○ Repertoire |
| Lost password? | Contact us | Useful links | FirstTrack | Contact us | |

Copyright 2006, BMI. BMI, BMI.com and Broadcast Music, Inc. is are registered trademarks of BMI. Terms of Use. Privacy Policy.

C 003819

join   career   musicworld   news   licensing   new media   events   podcasts   about

**BMI** Repertoire

Unknown pages rights repertoire
search the repertoire

Songwriter/Composer: MC FADDEN GENE   and John C. Whitehead

Current Affiliation: BMI        CAE/IPI #: 62107315

There are 238 Work Titles

<<First  <Previous  1 2 3 4 5 6 7 8 9 10   Next> Last>>

| | Work Title | BMI Work # |
|---|---|---|
| 101. | IS SHE THE REASON | 7414702 |
| 102. | IS THERE A PLACE FOR ME | 732474 |
| 103. | IT S ABOUT TIME | T40214 |
| 104. | IT S ALL BECAUSE OF A WOMAN | 740522 |
| 105. | IT S GONNA TAKE A LONG LONG TI | 743239 |
| 106. | IT S HARD NOT TO LIKE YOU | 743782 |
| 107. | IT TAKES TWO | 761748 |
| 108. | JAM PARTY | 4487358 |
| 109. | JANAY | 759856 |
| 110. | JUST ANOTHER LINK | 764108 |
| 111. | JUST BECAUSE YOU RE MINE | 765073 |
| 112. | JUST GOT TO BE MORE CAREFUL | 780568 |
| 113. | JUST WANNA LOVE YOU BABY | 791036 |
| 114. | KEEP ON LOVIN YOU | 796485 |
| 115. | LET FREEDOM RING | 851407 |
| 116. | LEY IT BE ME | 852116 |
| 117. | LET LIFE FLOW | 822914 |
| 118. | LEY ME LOVE YOU | 864790 |
| 119. | LEY S GET BACK TO LOVIN | 857071 |
| 120. | LET S GO DISCO | 857845 |
| 121. | LET S GO ON | 867881 |
| 122. | LET S GROOVE | 868199 |
| 123. | LET S MEND WHATS BEEN BROKEN | 859111 |
| 124. | LET S STAND TOGETHER | 860859 |
| 125. | LET S TALK ABOUT IT INTERLUDE | 6823805 |

<<First  <Previous  1 2 3 4 5 6 7 8 9 10   Next> Last>>

Title

[Search]

**Display:**

☑ Songwriters/Composers

☑ Publishers

☐ Artists

☐ Alternate Titles

**disclaimer**

In using this repertoire, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Help

User Guide

FAQ

Disclaimer

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register today | New/renew act | Legal update | Overview | Overview | [Go] |
| Log into account | Access licenses | Gov't hearings | FAQ | Jobs at BMI | (•) Website ( ) Repertoire |
| Lost password? | Contact us | Useful links | Find track | Contact us | |

Copyright 2003, BMI. BMI©, BMI.com© and Broadcast Music, Inc. are registered trademarks of BMI. Terms of use. Privacy policy.

C 003820

JAN-10-1996   01:37                                        P.10/13

**BMI Repertoire**

join   career   musicworld   news   licensing   new media   events   podcasts   about

bmi.com > repertoire
search the repertoire

Songwriter/Composer: MC FADDEN GENE  and John C. Whitehead

Current Affiliation: BMI        CAE/IPI # 82187315

There are 230 Work Titles

<<First <Previous 1 2 3 4 5 6 7 8 9 10  Next> Last>>

Title

[ Search ]

Display:

| Work Title | BMI Work # |
|---|---|
| 126. LISTEN TO THE CLOCK ON THE WAL | 878222 |
| 127. LITTLE BIT MORE | 877264 |
| 128. LIVING FREE | 846254 |
| 129. LOOK AT ME | 836488 |
| 130. LOVE AND I AREN T STRANGERS AN | 913198 |
| 131. LOVE S ALRIGHT | 924732 |
| 132. LOVE SHOP | 925731 |
| 133. LOVE SONG NUMBER 890 | 926302 |
| 134. MASTERPLAN | 3050756 |
| 135. MATERIAL THINGS | 985491 |
| 136. MOOD FOR LOVIN | 1007000 |
| 137. MORE I GET THE MORE I WANT | 1009582 |
| 138. MOVIN ON | 1018193 |
| 139. MR LONELY | 1020132 |
| 140. MR MUSIC | 1020418 |
| 141. MUHAMMAD ALI | 6624454 |
| 142. MUSIC S TAKIN OVER | 1025437 |
| 143. MY MUSIC | 1036666 |
| 144. NEVER BEEN | 6040766 |
| 145. NO NOS PARARAN | 4128552 |
| 146. NOT ENOUGH | 7549944 |
| 147. NOTHING COMES EASY | 1068070 |
| 148. NOW IS THE TIME TO DO IT | 1091121 |
| 149. NOW WE RE ALONE | 1092120 |
| 150. ONE DAY SOON YOU LL NEED ME | 1118221 |

☑ Songwriter/Composers

☑ Publishers

☐ Artist

☐ Alternate Titles

disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

<<First <Previous 1 2 3 4 5 6 7 8 9 10  Next> Last>>

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Member Index | Fees & License? | Latest update | Overview | Overview | [  ] [Go] |
| Login to account | Artist Account | Gov't actions | FAQ | Join at 847 | |
| Lost password? | Compose | Useful links | Fast Track | Contact us | ⦿ Website ○ Repertoire |

Copyright 2006, BMI. BMI.com® and Broadcast Music, Inc. ® are registered trademarks of BMI. Terms of use. Privacy policy.

C 003821



BMI Repertoire

join  career  musicworld  news  licensing  new media  events  podcasts  about

search the repertoire

SongwritertComposer: MC FADDEN GENE and John C. Whitehead

Current Affiliation: BMI        CAE/IPI #: 82107313

There are 230 Work Titles

Title [ ]

Search

<<First  <Previous  2 3 4 5 6 7 8 9 10  Next> Last>>

| Work Title | BMI Work # |
|---|---|
| 151. ONE MILLION TOMORROWS | 1121802 |
| 152. ONE MORE TIME | 1123278 |
| 153. ORA VIVO DI TE | 1133530 |
| 154. PASS THE WORD AROUND | 1154298 |
| 155. PEOPLE KEEP TELLING ME | 1164675 |
| 156. PEOPLE POWER | 1164793 |
| 157. PICK ME UP I LL DANCE | 1171484 |
| 158. PLEASE DON T TAKE YOUR LOVE AW | 1182286 |
| 159. POINT THE FINGER | 4536417 |
| 160. PRAYIN | 1194561 |
| 161. PRETTY FLOWER | 1201744 |
| 162. PROMISED LAND | 1207140 |
| 163. PROTECT THE CHILDREN | 1207872 |
| 164. PUGNALI ALLA SCHIENA | 1209038 |
| 165. REAL GOOD FEELING | 1232786 |
| 166. RHYTHM TALK | 1248638 |
| 167. RIDING ON THE CREST | 1251387 |
| 168. RIGHT HERE IS WHERE I WANT TO | 1253405 |
| 169. SAVING ALL THE LOVE I GOT FOR | 1283538 |
| 170. SAY IT | 1294809 |
| 171. SECONDARY LOVER | 1305808 |
| 172. SHE S FINE SHE S MELLOW | 1324876 |
| 173. SHE S GONE AWAY | 1328131 |
| 174. SHE S LEAVING HOME | 1325857 |
| 175. SHE S ONLY A WOMAN | 1328775 |

<<First  <Previous  2 3 4 5 6 7 8 9 10  Next> Last>>

Display:

☑ Songwriters/Composers
☑ Publishers
☐ Artists
☐ Alternate Titles

disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more Info

Hints
User Guide
FAQ
Disclaimer

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Request Songs | Need a license? | Latest update | Overview | Overview | [ ] Go |
| Login to bmi.com | Access accounts | Govt relations | FAQ | Jobs at BMI | ☉ Website ○ Repertoire |
| Live performance? | Contact us | Useful links | FastTrack | Contact us | |

Copyright 2006, BMI BMI® (brmi.com®) and broadcast Music, Inc & are registered trademarks of BMI. Terms of use. Privacy policy

C 003822



Join   career   musicworld   news   licensing   new media   events   podcasts   about

bmi.com > search > repertoire

search the repertoire

Songwriter/Composer: MC FADDEN GENE and John C. Whitehead

Title

Current Affiliation: BMI          CAEAPI #: 82107319

There are 239 Work Titles

Search

Display:

<<First  <Previous  4 5 6 7 8 9 10  Next>  Last>>

☑ Songwriter/Composers

| Work Title | BMI Work # |
|---|---|
| 201. THERE IS NO OTHER LIKE YOU | 1490721 |
| 202. THESE ARMS OF MINE | 1974356 |
| 203. THINK ABOUT IT | 1829080 |
| 204. THIS IS MY SONG | 1500065 |
| 205. THIS IS YOUR LIFE | 4530602 |
| 206. THIS TIME | 1504189 |
| 207. THOSE LIES DONE CAUGHT UP WITH | 1506178 |
| 208. TIME WAITS FOR NO ONE | 1517977 |
| 209. TIRED OF YOUR LIES | 1820304 |
| 210. TO BE FREE TO BE WHO WE ARE | 1521310 |
| 211. TOO MANY LOVERS | 1932145 |
| 212. TRIPLE UP | 8180943 |
| 213. WAKE UP EVERYBODY | 1606082 |
| 214. WE CAN MAKE IT WORK | 1813864 |
| 215. WE DON T NEED NOBODY ELSE | 1614782 |
| 216. WE GOT THE TIME | 1618330 |
| 217. WE GOT TO STOP DOING THE THING | 1815370 |
| 218. WELCOME 2 DA DRUCKS | 4774055 |
| 219. WHEN WILL WE ALL LEARN | 1651040 |
| 220. WHERE ARE ALL MY FRIENDS | 1653431 |
| 221. WHERE ARE YOU NOW | 1653762 |
| 222. WHERE DID ALL THE LOVIN GO | 1654028 |
| 223. WHERE WILL YOU GO WHEN THE PAR | 1657739 |
| 224. WHERE WOULD I GO FROM HERE IF | 1857835 |
| 225. WHO OR WHY | 1443477 |

☑ Publishers

☐ Artists

☐ Alternate Titles

Disclaimer

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more info

Hints

User Guide

FAQ

Disclaimer

<<First  <Previous  4 5 6 7 8 9 10  Next>  Last>>

- Denotes BMI Award Winning Song

BMI represents over 300,000 songwriters, composers, and publishers with more than 8.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Requires WWW | Need a license? | Latest updates | Overview | Overview | |
| Login to account | Access account | Govt relations | FAQ | Join at BMI | Go |
| Lost password? | Contact us | Useful links | FactTrack | Contact us | ⊙ Website ○ Repertoire |

Copyright 2006 BMI. BMI, Inc., BMI logos and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of Use  Privacy policy

C 003823

john   career   musicworld   news   licensing   new media   events   podcasts   about

**Repertoire**

bmi.com » search » repertoire

search the repertoire

Songwriter/Composer: MC FADDEN GENE    and   John C. Whitehead

Title

Current Affiliation: BMI        CAE/IPI #: 63107315

Search

There are 236 Work Titles

Display:

<<First  <Previous  5 6 7 8 9 10    Next Last

☑ Songwriters/Composers

| | Work Title | BMI Work # |
|---|---|---|
| 226. | WHY OH WHY | 1670519 |
| 227. | YES I NEED YOU | 1703464 |
| 228. | YESTERDAY WE WERE JUST BUDDIES | 1794630 |
| 229. | YOU AND I WE'RE REALLY GETTIN | 1708453 |
| 230. | YOU AND ME FOR RIGHT NOW | 1708818 |
| 231. | YOU BETTER HOLD ON TO MY LOVE | 1711100 |
| 232. | YOU GOT ME LOVIN YOU | 1718847 |
| 233. | YOU LL NEVER KNOW ALL THERE IS | 1722823 |
| 234. | YOU ONLY GET WHAT YOU PUT | 1725860 |
| 235. | YOU RE MY SOMEONE TO LOVE | 1730022 |
| 236. | YOU TOOK THE BEST OF ME | 1735982 |
| 237. | YOU VE GOT YOUR GRIP ON ME | 1737230 |
| 238. | YOU WILL SURVIVE | 8024231 |
| 239. | YOUR LOVE IS TAKING ME ON A JO | 1742998 |

☑ Publishers

☐ Artists

☐ Alternate Titles

**Disclaimer**

In using this database, it is understood that you have read and agreed to our Terms and Conditions of Use.

more Info

Hints

User Guide

FAQ

Disclaimer

<<First  <Previous  5 6 7 8 9 10    Next Last

BMI represents over 300,000 songwriters, composers, and publishers with more than 6.5 million works.

| BMI.com | Licensing | Legislation | International | About BMI | Search BMI.com |
|---|---|---|---|---|---|
| Register Today | News & Rumors | Latest updates | Overview | Overview | |
| Learn about... | Access account | Gov't relations | FAQ | Join a... BMI | Go |
| Get Assistance? | Contact us | Useful links | FastTrack | Contact us | ☉ Website ◯ Repertoire |

Copyright 2006, BMI. BMI®, All Rights Reserved and Broadcast Music, Inc.® are registered trademarks of BMI. Terms of use. Privacy policy

C 003824

# Exhibit "E"

**AREC** ARTISTS RIGHTS ENFORCEMENT CORPORATION
250 West 57th Street • Suite 701 • New York, NY 10107
Tel: 212-586-2500 • Fax: 212-977-3110 • www.artists-rights.com

October 30, 2007

VIA FACSIMILE, ELECTRONIC
& U.S. MAIL

Robert S. Besser, Esq.
Law Offices of Robert S. Besser
1221 Second Street, Third Floor
Santa Monica, CA 90401

> Re: **McFadden & Whitehead**
> **Pullman Group, LLC**

Dear Mr. Besser:

This acknowledges receipt of your letter dated October 29, 2007 sent after the close of business in New York. As you and your client are aware, Artists Rights Enforcement Corp. ("AREC") is the authorized business representative of The Estate of Gene McFadden and the Estate of John C. Whitehead.

We understand from your letter that the Pullman Group, LLC ("Pullman") contends that in or about 2002 it entered into an alleged agreement with Gene McFadden and John Whitehead which provided Pullman with "the sole and exclusive right to purchase Assets" owned by them. Notwithstanding your affirmative statement, you failed to attach to your letter a copy of the alleged agreement signed by Messrs. McFadden and Whitehead. We find that very suspicious given that after speaking with our clients, it is our understanding that the "agreement" was never executed by either Gene McFadden or John Whitehead. Accordingly, if you do not provide us with a copy of the fully executed "agreement" by 12 noon EST tomorrow, October 31, 2007, we will assume that no such agreement exists and will proceed accordingly.

Further, putting aside your failure to attach the "agreement", we believe that even if the same was fully executed (a fact which our clients vehemently deny), we do not believe that the agreement is enforceable against either estate.

We are troubled by your apparent lack of due diligence and question Pullman's motive in threatening our clients with legal proceedings. We believe that this letter is nothing more than mere harassment sent for the sole purpose of interfering with our clients' contractual and potential economic relations to extort monies to which Pullman is not entitled. Please understand that our clients intend to take all action necessary to hold all parties fully responsible for any damages incurred by virtue of your letter and/or your client's specious claims.

C 003833

Robert S. Besser, Esq.
October 30, 2007
Page Two

I am informed that at 10:00 p.m. last evening, your client's proprietor, David Pullman, telephoned Mrs. Barbara McFadden at her home and threatened her with legal proceedings. I have been further informed that Mr. Pullman has been placing numerous telephone calls to Mrs. Elnor Whitehead. Please advise your client that pending further written notice, all communications concerning this matter shall be directed to AREC and that neither Mr. Pullman nor any other Pullman employee or representative shall have any additional direct contact with either Mrs. McFadden or Mrs. Whitehead.

Nothing contained herein shall act in any manner as a waiver or relinquishment of any of our clients' respective rights and remedies in this matter; all of which are hereby expressly reserved.

Your prompt attention to this matter is requested.

Sincerely,
Artists Rights Enforcement Corp.

Jay L. Berger

JLB:kc
cc:    Mrs. Barbara McFadden
       Mrs. Elnor Whitehead
       Mr. Chuck Rubin
       Jeffrey S. Sacharow, Esq.

C 003834

# AREC ARTISTS RIGHTS ENFORCEMENT CORPORATION
### 250 West 57th Street • Suite 701 • New York, NY 10107
### Tel: 212-586-2500 • Fax: 212-977-3110 • www.artists-rights.com

October 31, 2007

**VIA FACSIMILE, ELECTRONIC**
**& U.S. MAIL**

Robert S. Besser, Esq.
Law Offices of Robert S. Besser
1221 Second Street, Third Floor
Santa Monica, CA 90401

> **Re:    McFadden & Whitehead**
> **Pullman Group, LLC**

Dear Mr. Besser:

This acknowledges receipt of your erroneously dated October 29, 2007 letter, once again sent well after the close of business in New York. Suffice to say, your letter speaks volumes as to the paucity of you and your client's disingenuous claims. I will respond seriatim.

First, your client is well aware of Artists Rights Enforcement Corp.'s ("AREC") representation of the Estate of Gene McFadden and the Estate of John C. Whitehead (collectively, the "Estates"). He has known of AREC's involvement for months. Further, your client is intimately aware of the nature and extent of AREC's responsibilities to its clients. Mr. Pullman has constantly barraged this office with form letters and telephone calls trying to cajole us into having our client songwriters and artists sell him their royalty and intellectual property rights. Mr. Pullman has even met with us in this same vain attempt.

However, since you want to play games, as authorized business representative, AREC oversees all royalty and intellectual property rights for both Estates. Even though Mr. Pullman had prior knowledge of our representation, Mrs. McFadden specifically informed Mr. Pullman of the same during their 10:00 p.m. phone call Monday evening. He was told by the Executrix of the Estate of Gene McFadden to speak with us – that she would not speak with him ever. Hence, Mr. Pullman faxed to my attention five (5) separate copies of your correctly dated October 29 missive. I suggest that if you want further clarification, converse with your client as to why he forwarded all those copies to my attention. Accordingly, your client was again placed on -- to borrow a phrase from you -- "actual and constructive notice" of AREC's continued representation and then adhered to that notice.

C 003839

Robert S. Besser, Esq.
October 31, 2007
Page Two

Second, my letter was straight forward. At no time did I acknowledge "actual and constructive notice" of your client's rights. Save your self serving letters for Mr. Pullman.

Third, your statement that the "Pullman Group, LLC is attempting to protect its right to pay the Estates money for the Assets" is as nonsensical as it is ridiculous. To what rights could you possibly be referring? You allude to an agreement dated "2002" that was purportedly executed by Messrs. McFadden and Whitehead, but you inexplicably failed to attach a copy of the same and you continue to be unwilling to provide us with a copy of the alleged agreement. Are the Estates simply supposed to take your word that a fully executed agreement exists when according to our clients' clear recollection, no such agreement was executed? Were you present when Messrs. McFadden and Whitehead purportedly executed the same? How are the Estates to determine the alleged "rights" of your client without receipt of the alleged agreement? Clearly, if your client had copies of a fully executed agreement, he would have faxed the same to me along with the five (5) copies of your letter.

Fourth, I will not get into a game of "he said, she said" with the substance of Mr. Pullman's call to Mrs. McFadden. Assuming, *arguendo*, that Mr. Pullman was truly seeking a "fax number", professionals do not make such calls to a person's residence at 10:00 p.m. Your client's reputation precedes him. You and I both know his "fax number" premise is simply a ridiculous charade.

If your client truly "is attempting to protect its right to pay the Estates" as you suggest, then it would seem to us that you would be eager to fax the document which is the foundation of these alleged rights to me for consideration.

We therefore hereby demand, on behalf of the Estates, that by 12 noon today Los Angeles time, you either: (1) withdraw Pullman's claim in writing; or (2) provide us with the alleged agreement purportedly executed by Messrs. McFadden and Whitehead.

Our clients intend to vigorously protect their rights, and will, if necessary, pursue all legal avenues to seek redress for the damages they have suffered and will continue to suffer as a result of your client's spurious claims.

Nothing contained herein shall is intended to constitute a full restatement of all the relevant facts nor shall it act in any manner as a waiver or relinquishment of any of our clients' respective rights and remedies in this matter; all of which are hereby expressly reserved.

Robert S. Besser, Esq.
October 31, 2007
Page Two

Your prompt attention to this matter is requested.

Sincerely,
Artists Rights Enforcement Corp.

Jay L. Berger
Senior Client and Legal Coordinator

JLB:kc
cc:    Mrs. Barbara McFadden
       Mrs. Elnor Whitehead
       Mr. Chuck Rubin
       Jeffrey S. Sacharow, Esq.
       Gary Roth, Esq.

# Exhibit O

LAW OFFICES
## BESSER & CHAPIN

ROBERT S. BESSER
RSBESSER@AOL.COM

1221 SECOND STREET THIRD FLOOR
SANTA MONICA, CALIFORNIA 90401
310.394.6611
FAX: 310.394 6613

CHRISTOPHER CHAPIN
CHRISWCHAPIN@AOL.COM

October 12, 2004

Mr. Jeff Runyon
Vice President, Head of Copyrights and Royalties
Warner/Chappell Music Publishing, Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4950

Re.    Gene McFadden and John Whitehead income rights

Dear Mr. Runyon:

This letter is simply for the purpose of providing information that we would like
you to note for the records of Warner/Chappell Music.

Our client, The Pullman Group®, LLC, executed an agreement with Gene
McFadden and John Whitehead of McFadden and Whitehead, who we
understand are two of Warner/Chappell's songwriters.

We are writing to let Warner/Chappell know that as part of the transaction, The
Pullman Group®, LLC acquired the right to purchase all of Gene McFadden's
and John Whitehead's rights to income from musical compositions written in
whole or in part by either or both Gene McFadden and John Whitehead. These
rights extend to all income, including, but not limited to, income from mechanical,
synchronization and dramatic licenses in any and all media forms whatsoever,
including digital downloading rights, ring tones and any other uses developed in
the future.

Please note, however, that there has not as of yet been an actual assignment,
so no request is being made that the writers not be paid.

If you have any questions, you can either contact me at the above number or our
client directly at:
       Telephone: 310-288-0558
       Facsimile:  310-288-0908

The person to speak to is David Pullman.

Sincerely yours,

Robert S. Besser
cc:    Mr. David Pullman

LAW OFFICES OF
ROBERT S. BESSER
1221 SECOND STREET, THIRD FLOOR
SANTA MONICA, CALIFORNIA 90401
TELEPHONE (310) 384-9611
FACSIMILE (310) 384-6613

ROBERT S. BESSER                                                                    rebesser@aol.com

·October 29, 2007

VIA FAX TRANSMISSION TO:  (212) 977-3110

Jay L. Berger
Artists Rights Enforcement Corporation
250 West 57ᵗʰ Street, Suite 701
New York, New York  10107

> Re:    McFadden and Whitehead Asset Sale: Notice of Breach

Dear Mr. Berger:

This is in response to your facsimile dated October 30, 2007. Thank you for acknowledging actual and constructive notice of the rights of my client, The Pullman Group, LLC. ("Pullman").

Before responding to your request for a copy of the Agreement (which in light of your assertion that the Agreement is not enforceable, seems to be a pointless act), I need you to clarify the basis of your involvement. You assert that Artists Rights Enforcement Corporation is "the authorized business representative" of the two estates involved (the "Estates"), but it is not clear whether you are the attorney representing Artists Rights Enforcement Corporation in its capacity as a "business representative" or, instead, the attorney representing the Estates, as indicated to my client by Mrs. Barbara McFadden. In either event, I request that you supply me with all documentation in support of your claim as to the role of Artists Rights Enforcement Corporation in this matter.

Your groundless assertions of harassment and attempts to extort money reflect a misunderstanding of the basic situation. The Pullman Group, LLC is attempting to protect its right to pay the Estates money for the Assets. In furtherance of its goal, my client therefore demands copies of all documents pertaining to the transaction involving the Estates, the sale of the Assets and your involvement.

Finally, please be advised that my client adamantly denies all your assertions of inappropriate actions on its behalf. Mr. Pullman was simply attempting to discern the information necessary to put all involved parties on notice of the rights of The Pullman Group, LLC and in that regard simply requested a facsimile number from Mrs. Barbara McFadden.

It is apparent that the Estates and Artists Rights Enforcement Corporation have been well aware of the rights of The Pullman Group, LLC for some time. Accordingly, any actions taken in violation of those rights will be at your clients' peril.

10/30/2007  15:58    318-394-6613                    BESSER LAW                    PAGE  03/83

LAW OFFICES OF ROBERT S. BESSER

October 30, 2007
Page 2

        All rights and remedies of my client are hereby reserved.  Your clients should govern
themselves accordingly.

                                        Very truly yours,

                                        LAW OFFICES OF ROBERT S. BESSER

                                        By: _____
                                              Robert S. Besser

RSB:sb

C 003837

# Exhibit P

Jay Berger

**From:** Jeff Sacharow [jsacharow@jsacharow.com]
**Sent:** Thursday, May 24, 2007 3:05 PM
**To:** Chuck Rubin; Jay Berger
**Subject:** FW: M&W

Chuck, fyi

Perlstein called me today and told me that Richard and Phil want to holdback 2.25M until the extended term rights vest which is just silly. They apparently get to this number by attaching a 15 x multiple to the extended term rights NPS and holding back the entire portion of that price. That's not how the purchase price was valued (Phil puts a 5.5 x multiple for the writer's share other than ANSUN and Backstabbers. I could possibly see a holdback of something between $750,000 and $1M until extended term rights vest, but their proposal — in my view — is unacceptable.

Let's see what Richard and/or Phil say

Jeff

**From:** Jeff Sacharow [mailto:jsacharow@jsacharow.com]
**Sent:** Thursday, May 24, 2007 12:00 PM
**To:** 'Rgbrowe@aol.com'
**Cc:** 'Phil May'; 'mperstien@fpilaw.com'
**Subject:** M&W

5.5 multiple

Hi Richard. Can you please call me when you get a chance.

I just spoken to Michael and there seems to be a disconnect here, Michael's proposal effectively places a full value to the ANSUN extended term rights at 15 (you had mentioned that you had calculated the extended term rights based on a NPV reduction - which according to my calculations was up being somewhere around a 9.8 x multiple). Under the current proposal (a 5.5 x or 5.2 for 3 vast margins, the extended term rights up being valued at a 4.8x multiple (which is about 4 of what these rights will be worth when the extended term rights vest) or, alternatively, the remaining net writers share (e.g. net of ANSUN and Backstabbers) is valued at a multiple of 9 5.5 which is far too low.

We remain open to creative solutions to the extended term issue but your current proposal on balance is now significantly inferior to the 3 other offers we have on the table.

Best,

Jeff

Statement of Confidentiality

The contents of this e-mail message and its attachments are intended solely for the addressee (s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.

11/14/2008

December 6, 2005

Artists Rights Enforcement Corp.
250 West 57th Street, Suite 520
New York, NY 10107
Attention: Mr. Jay B. Berger

Re: GENE MCFADDEN / MCFADDEN & WHITEHEAD

Dear Mr. Berger:

I hereby retain you and your firm to act on my behalf in connection with the investigation into and collection and/or recovery of any and all royalties and/or other assets which are or may be due and owing to me as a songwriter, producer and/or as a member of the performing artist MCFADDEN & WHITEHEAD. It is my understanding that you are to use your best efforts to obtain from music companies and/or all others who are or may be liable to me, as well as any other persons or entities acting in concert with them, an accounting for and collection of such royalties and other rights which are or may be due from the manufacture, sale, copyright, publication, use, commercial exploitation or distribution of phonograph records, CD's, tapes, videos, devises or any other use of my artistic material and/or performances.

You understand that I currently am receiving from Soundexchange. You shall not be entitled to any monies that I receive from Soundexchange. Additionally, I am currently receiving monies from BMI. You will only be entitled to a fee from payments made by BMI to the extent that you efforts produce additional monies paid by BMI.

I understand that if it should be desirable or necessary to engage counsel to act on my behalf, you shall recommend counsel who, being satisfactory to me, I shall retain directly. Such counsel's fee shall be deducted from your share of the proceeds realized; and paid by you to such counsel.

In return for your services rendered hereunder, you shall be entitled to an on-going forty percent (40%) of all sums and assets which are recovered as a proximate result of your activities pursuant to this agreement. This agreement shall only remain in effect up to and including the final collection period for the twelfth (12th) year following the year of the first recovery. In the event counsel is require to be retained to file litigation on my behalf, your percentage shall increase to an on-going fifty percent (50%) up to and including the final collection period for the twelfth (12th) year following the year of the first recovery. Any and all funds received by you on my behalf are to be paid to me within fourteen (14) days of receipt by you, counsel or any other party. All funds received by you shall be distributed evenly between me and any other party to a claim and/or action who wrote and/or recorded the compositions/master recordings at issue.

Mr. Jay L. Berger

R00004

December 6, 2005
Page Two

I further agree that all out-of-pocket expenses (including fees to additional local counsel) incurred by you in connection with the handling of my claim(s) shall be reimbursed and deducted "off the top" from the amounts recovered before the division of our respective shares. All expenses shall be divided equally between me and any other party to a claim and/or action who wrote and/or recorded the compositions/master recordings at issue.

Further, I hereby authorize you to receive all funds collected by you hereunder and appoint you as my attorney in fact; but only for the purpose of depositing such funds into your escrow account and upon clearance of such funds you shall then make payment to me, yourself and any third parties (including attorneys) under the terms of this agreement.

When you account to me for funds received by you on my behalf, you will provide to me the following: (1) a copy of the royalty report or other income statement received; (2) a copy of the check or other bank draft received; (3) a copy of your expense report, if any; and (4) your check to me for my share of the royalties/income. I will also have the right once per year to travel to New York and review my entire file along with all accounting statements and/or information.

This agreement shall be construed under the laws of the State of New York applicable to agreements wholly to be performed therein. Your acceptance of this Agreement is indicated by your signature below in the lower left- hand corner under the words "ACCEPTED BY".

Very truly yours,
McFadden & Whitehead

Accepted By:
ARTISTS RIGHTS ENFORCEMENT CORP.

By:
Jay L. Berger

By:
Gene McFadden
c/o Billy Paul Management
8215 Winthrop Street
Philadelphia, PA 19136

R00005

June 30, 2005

Artists Rights Enforcement Corp.
250 West 57th Street, Suite 520
New York, NY 10107
Attention: Mr. Jay L. Berger

Re: GENE MCFADDEN/ MCFADDEN & WHITEHEAD

Dear Mr. Berger:

I hereby retain you and your firm to act on my behalf in connection with the investigation into and collection and/or recovery of any and all royalties and/or other assets which are or may be due and owing to me as a songwriter, producer and/or as a member of the performing artist MCFADDEN & WHITEHEAD. It is my understanding that you are to use your best efforts to obtain from music companies and/or all others who are or may be liable to me, as well as any other persons or entities acting in concert with them, an accounting for and collection of such royalties and other rights which are or may be due from the manufacture, sale, copyright, publication, use, commercial exploitation or distribution of phonograph records, CD's, tapes, videos, devices or any other use of my artistic material and/or performances.

You understand that I currently am receiving from Soundexchange. You shall not be entitled to any monies that I receive from Soundexchange. Additionally, I am currently receiving monies from BMI. You will only be entitled to a fee from payments made by BMI to the extent that you efforts produce additional monies paid by BMI.

I understand that if it should be desirable or necessary to engage counsel to act on my behalf, you shall recommend counsel who, being satisfactory to me, I shall retain directly. Such counsel's fee shall be deducted from your share of the proceeds realized, and paid by you to such counsel.

In return for your services rendered hereunder, you shall be entitled to an on-going fifty (50%) percent of all sums and assets which are recovered as a proximate result of your activities pursuant to this agreement. This agreement shall only remain in effect up to and including the final collection period for the twelfth (12) year following the year of the first recovery. Any and all funds received by you on my behalf are to be paid to me within fourteen (14) days of receipt by you, counsel or any other party.

I further agree that all out-of-pocket expenses (including fees to additional local counsel) incurred by you in connection with the handling of my claim(s) shall be reimbursed and deducted "off the top" from the amounts recovered before the division of our respective shares.

R00006

Mr. Jay L. Berger
June 30, 2005
Page Two

Further, I hereby authorize you to receive all funds collected by you hereunder and appoint you as my attorney in fact, but only for the purpose of depositing such funds into your escrow account and upon clearance of such funds you shall then make payment to me, yourself and any third parties (including attorneys) under the terms of this agreement.

This agreement shall be construed under the laws of the State of New York applicable to agreements wholly to be performed therein. Your acceptance of this Agreement is indicated by your signature below in the lower left hand corner under the words "ACCEPTED BY".

Very truly yours,

McFadden & Whitehead

Accepted By:
ARTISTS RIGHTS ENFORCEMENT CORP.

By: _Gene McFadden_
Gene McFadden
c/o Billy Paul Manag. & Prod.
8215 Winthrop St.
Philadelphia, PA 19146

By: _____
Jay L. Berger

R00007

October 17, 2005

Artists Rights Enforcement Corp.
250 West 57th Street, Suite 520
New York, NY 10107
Attention: Mr. Jay L. Berger

Re: THE ESTATE OF JOHN WHITEHEAD / MCFADDEN & WHITEHEAD

Dear Mr. Berger:

I hereby retain you and your firm to act on my behalf in connection with the investigation into and collection and/or recovery of any and all royalties and/or other assets which are or may be due and owing to me as the authorized representative of the estate of John Whitehead with respect to John Whitehead's rights as a songwriter, producer and/or a member of the performing artist MCFADDEN & WHITEHEAD. It is my understanding that you are to use your best efforts to obtain from music companies and/or all others who are or may be liable to me, as well as any other persons or entities acting in concert with them, an accounting for and collection of such royalties and other rights which are or may be due from the manufacture, sale, copyright, publication, use, commercial exploitation or distribution of phonograph records, CD's, tapes, videos, devises or any other use of my artistic material and/or performances.

You understand that I currently am receiving from Soundexchange. You shall not be entitled to any monies that I receive from Soundexchange. Additionally, I am currently receiving monies from BMI. You will only be entitled to a fee from payments made by BMI to the extent that you efforts produce additional monies paid by BMI.

I understand that if it should be desirable or necessary to engage counsel to act on my behalf, you shall recommend counsel who, being satisfactory to me, I shall retain directly. Such counsel's fee shall be deducted from your share of the proceeds realized; and paid by you to such counsel.

In return for your services rendered hereunder, you shall be entitled to an on-going forty-percent (40%) of the sums and assets which are recovered as a proximate result of your activities pursuant to this agreement. This agreement shall only remain in effect up to and including the final collection period for the twelfth (12th) year following the year of the first recovery. (In the event counsel is require to be retained to file litigation on my behalf, your percentage shall increase to an on-going fifty percent (50%) up to and including the final collection period for the twelfth (12th) year following the year of the first recovery. Any and all funds received by you on my behalf are to be paid to me within fourteen (14) days of receipt by you, counsel or any other party. All funds received by you shall be distributed evenly between me and any other party to a claim and/or action who wrote and/or recorded the compositions/master recordings at issue.

R00011

Mr. Jay L. Berger
October 19, 2005
Page Two

I further agree that all out-of-pocket expenses (including fees to additional local counsel) incurred by you in connection with the handling of my claim(s) shall be reimbursed and deducted "off the top" from the amounts recovered before the division of our respective shares. All expenses shall be divided equally between me and any other party to claim and/or action who wrote and/or recorded the compositions/master recordings at issue.

Further, I hereby authorize you to receive all funds collected by you hereunder and appoint you as my attorney in fact; but only for the purpose for depositing such funds into your escrow account and upon clearance of such funds you shall then make payment to me, yourself and any third parties (including attorneys) under the terms of the agreement.

When you account to me for funds received by you on my behalf, you will provide to me the following: (1) a copy of the royalty report or other income statement received; (2) a copy of the check or other bank draft received; (3) a copy of your expense report, if any; and (4) your check to me for my share of the royalties/income. I will also have the right once per year to travel to New York and review my entire files along with all accounting statements and/or information.

This agreement shall be construed under the laws of the State of New York applicable to agreements wholly to be performed therein. Your acceptance of this Agreement is indicated by your signature below in the lower left – hand corner under the words "ACCEPTED BY".

Very truly yours,
McFadden & Whitehead

Accepted By:
ARTISTS RIGHTS ENFORCEMENT CORP.

By:
Jay L. Berger

By: Elnor Whitehead
The Estate of John Whitehead
1916 Dallas St.
Philadelphia, Pa 19138

R00012

LAW OFFICES OF

**JEFFREY S. SACHAROW**

E-MAIL ADDRESS
JSACHAROW@JSACHAROW.COM

11661 WILSHIRE BOULEVARD, SUITE 2200
LOS ANGELES, CALIFORNIA 90025

TELEPHONE (310) 235-3821
FACSIMILE (310) 235-3831

October 19, 2007

Mrs. Elnor Whitehead
48 Sherin Drive
Newark, Delaware 19702

> Re:    Elnor Whitehead, Executrix of the Estate of John C. Whitehead ("the Estate")
>        :w: Warner-Tamerlane Publishing Corp.

Dear Mrs. Whitehead:

I have sent Jay Berger by e-mail an electronic copy of the purchase agreement referenced above and copies of the other documents which must be executed in connection with the purchase agreement. As I discussed with Jay, Jay will print out the purchase agreement and other documents from his office and he will send those documents directly to you. Therefore, in addition to this letter, you will receive the following from Jay:

1.      Four copies of the purchase agreement referenced above. Please sign each copy of the agreement where noted. Please note that: (a) each of your children will also need to sign each copy of the heirs acknowledgment form attached to the agreement, and (b) you will need to sign each exhibit (including the Affidavit) which is attached to the purchase agreement. Each copy of the Affidavit (but not the other exhibits attached to the purchase agreement) will need to be signed before a notary and be notarized.

2.      Four copies of a BMI Royalty Assignment Verification Form. Please sign and date each copy of that Assignment where noted. Please note that at least two copies of the Assignment will also need to be signed before a notary and notarized.

3.      Four copies of a BMI Royalty Assignment. Please sign each copy of this assignment where noted. This document as well must be signed before a notary and notarized.

4.      Four copies of a direction letter regarding my legal fees; and

5       Four copies of a conflict letter in connection with the transaction. I represented Warner-Tamerlane earlier this year in a small unrelated transaction and therefore State Bar rules require me to get the enclosed conflict letter signed.

Please carefully review the purchase agreement and each of the other documents enclosed. If you have any questions or concerns regarding any of the documents, then please do not hesitate to contact me

R00019

Elnor Whitehead
October 19, 2007
Page 2

As a very brief overview of the purchase agreement:

The Estate of John C. Whitehead is irrevocably selling to Warner-Tamerlane Publishing Corp. the sole right to collect, receive and retain for its benefit the entire songwriter share of income earned from John Whitehead's authorship interests in each musical compositions written or co-written by him. The sale to Warner-Tamerlane includes the sale of the BMI writer share of public performance income earned from John's songs.

Therefore, after these agreements are signed and the purchase price is paid, neither you, the Estate, John's children, nor any of John's other heirs, will be entitled to collect or receive or have the right to collect or receive any songwriter royalties earned from any songs written or co-written by John. If you or John's other heirs do receive any such income, then you (and the other heirs) must promptly pay those amounts to Warner-Tamerlane.

The sale to Warner-Tamerlane does not include a sale of any copyrights to any musical compositions written by John to the extent those rights are presently owned by the Estate or may be acquired in the future. Therefore, as an example, after the sale to Warner-Tamerlane, John's statutory heirs will continue to have the right to attempt to recapture the so-called extended term of United States copyright to John's interests in the musical compositions written or co-written by him.

An analysis should be performed at the time extended term rights to John's compositions vest to determine whether and if the writer share of U.S. income earned after the extended term rights vest may be recaptured. To my knowledge, as of the date of this letter, the law is unsettled in this area but it may be settled at the time that the applicable extended term rights vest. You should note, however, that the purchase agreement specifically provides that Warner-Tamerlane shall be entitled to receive the royalties which it is purchasing under the purchase agreement for the term of copyright throughout the world, including during the so called extended term of U.S. copyright.

Finally, I would like thank you for the opportunity to represent you and the Estate. It is greatly appreciated.

Very truly yours,

Jeffrey S. Sacharow

R00020

WARNER-TAMERLANE PUBLISHING CORP.
c/o Warner/Chappell Music, Inc.
10585 Santa Monica Boulevard
Los Angeles, CA 90025-4950

Dated: As of October 1, 2007

Elnor Whitehead
Executrix of the Estate of John C. Whitehead
c/o Jeffrey Sacharow, Esq.
Law Offices of Jeffrey S. Sacharow
11601 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90025

Dear Ms. Whitehead:

The following, when signed by you and by us, will constitute the terms and conditions of the purchase agreement ("the 'Agreement") between you and us with respect the Writer's Share of income (as defined below) derived from the Subject Compositions (as defined below):

1.   GRANT OF RIGHTS OF WRITER SHARE

1.1.   Assignment to Us of Your Interest of the SCs:

(A)   Subject to the terms and conditions contained herein, including without limitation, our payment of the Purchase Price due pursuant to paragraphs 3.1., 3.2., and 3.3. below, you hereby sell, assign, transfer and set over unto us 100% of the so-called "writer's share" of income, which shall also include the additional twenty five percent (25%) bonus payments paid to you by us (the "Additional Payments") under the separate royalty account US 100010426 000 allocated to you for such payment ("Writer's Share") in all musical compositions written, in whole or in part, by John C. Whitehead ("Writer") which are currently owned and/or controlled by us or any of our affiliated companies or subsidiaries ("Subject Compositions" or "SCs"), and all other rights to collect the Writer's Share of income therein (including Writer's Share of public performance income), as well as your right to receive the Writer's Share of royalties therefrom in the SCs (and any derivative works based thereon). For the avoidance of doubt, for all purposes hereunder the Writer's Share of income shall include both the full income stream attributable to the so-called "writer's share" and the Additional Payments.

(B)   Notwithstanding the foregoing or anything to the contrary, but subject to the next sentence, as between you and us, we shall have the right to collect and retain for our sole account the Additional Payments for the full term of US and international copyright protection in respect of the Subject Compositions and for the terms of any and all renewals or extensions thereof, specifically including the right to collect the Additional Payments during so-called "Extended Term" of United States Copyright. For the avoidance of doubt, our right to collect and retain the Additional Payments does not include any current or future copyright interest in and to the Extended Term of US Copyright as such rights are expressly retained by you and/or your designees.

ZII. Purchase/Whitehead Agt vol 4  10/29/07          1

R0002

RE: John Whitehead
As of October 1, 2007
Page 2

(C)    Further notwithstanding the foregoing, or any other provision to the contrary contained herein, it is understood and agreed that the assignment set forth in subparagraph 1.1. (A) above shall not, and nothing herein shall be deemed to include, the so-called "publisher's share" of copyright interest in the so-called "Renewal and/or "Extended Term" of United States Copyright or any other copyright interests in the Subject Compositions any other musical compositions which you may own as of the date hereof or which you may acquire in the future in one or more countries of the world; it being understood that all such rights shall be retained by you and/or your designees or successors and assigns. For the avoidance of doubt, you shall not be required to grant us a right of first refusal or matching right to acquire the Extended Term rights to any SC written by Writer or any other person or party in whole or in party; it being understood that the foregoing shall not be deemed to constitute a waiver of any of our rights under Section 203 of the US Copyright Act.

(D)    In each instance in which we provide you with a document which is necessary to vest our rights and/or interests in and to the Writer's Share of royalties to any SC, you shall execute and return such document to us within ten (10) business days following your receipt of same. In the event that you fail to do so, in addition to any other rights and/or remedies available to us hereunder, we shall be entitled to execute such document in your name and on your behalf as your attorney-in-fact for this specific purpose (which appointment is coupled with an interest and is therefore irrevocable).

1.2.    Sale of SCs; "Cut-Off Date";

1.2.1.    You shall execute and deliver the attached letters of direction to us, and we shall purchase and accept the same, at the "Closing" (as defined below).

1.2.2    Cut-Off Date:

(A)    It is understood and agreed that, effective as of October 1, 2007 (the "Cut-Off Date"), we shall be entitled to collect and retain (for our sole account) the Writer's Share of all income (of any nature, regardless of when earned) which would otherwise be payable to you in respect of the SCs.

(B)    In the event that you and/or any person or entity on your behalf receive any monies representing the Writer's Share of income earned with respect to the SCs subsequent to the Cut-Off Date, the same shall be turned over to us by you and/or such other person or entity within 10 business days following receipt thereof.

1.3.    For the avoidance of doubt, it is understood that the foregoing assigns your and the Writer's right to receive any and all Writer's Share income of any nature (including your and/or the Writer's so-called "writer's share" of public performance income payable to you from performance societies throughout the world), regardless of when earned, from any and all parties,

ZH: Purchase/Whitehead Agr vol 3  10/19/07          2

R00022

RE: John Whitehead
As of October 1, 2007
Page 3

including, but not limited to, your share of any songwriter royalties otherwise payable to you by us, under any songwriter, co-publisher and/or administration agreements in respect of such SCs.

    1.4.    Assignment of The "Writer's Share" of Public Performance Income:

At or prior to the Closing you shall deliver to us: (1) a BMI Royalty Assignment Verification Form and (2) a short form assignment of BMI Royalties (the "BMI Assignment Documents"), each executed by you. If, after the Closing, BMI shall fail, for any reason, to honor the assignment of the writer's share of public performance income and royalties in respect of the SCs, then you shall cause (including promptly and irrevocably authorizing and directing) BMI to send all writer performance statements and payments to you c/o our address on your behalf in perpetuity (in the event that after the Closing you receive any statements and/or payments from BMI with respect to Writer's share of performance income with respect to the SCs despite your authorization and direction to send such statements and payments to us or because we have not submitted the BMI Assignment Documents to BMI, you shall [within 10 days following your receipt of thereof] send [via a nationally recognized courier service] said statement and/or payment to us). You hereby appoint us your attorney-in-fact (which appointment is coupled with an interest and is therefore irrevocable) to endorse and negotiate any and all writer performance royalty checks so received and to retain such amounts for our sole account. We agree that we shall not submit the BMI Assignment Documents to BMI prior to the Closing and our payment to you of the Purchase Price.

2.    RELEASE FROM ROYALTY OBLIGATIONS:

    2.1.    You hereby release us, our parent companies, subsidiaries and affiliated music publishing entities, as well as our officers, directors and employees (the "Released Persons"), from any and all of our obligations to account (and/or pay) you the Writer's Share of income and/or the Writer's Share of royalties in respect of any of the SCs under any and all songwriter or other royalty agreements, whether written, verbal, express or implied (the "Released Items").

    2.7    Waiver of Statutory Provisions:

    2.2.1.    You expressly acknowledge that you are familiar with Section 1542 of the California Civil Code, which provides:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

    2.2.2.    You hereby waive any right you may have under Section 1542, as well as the provisions of all comparable, equivalent or similar statutes and principles of common law of California or of any other jurisdiction with respect to the Released Persons and/or Released Items.

ZH: Purchase/Whitehead Agt vol. 3: 10/19/07    3

R00023

and you acknowledge and agree that the foregoing waiver is an essential and material term of this agreement, without which the foregoing payment would not have been made.

3. **PURCHASE PRICE.**

In full consideration of the rights assigned to us hereunder and the release set forth above, we shall pay you the following non-refundable, non-recoupable amount:

3.1. $2,200,000 upon Closing less any amounts paid to the Internal Revenue Service in satisfaction of the IRS Liens (as defined below), as more particularly set forth in subparagraphs 3.2. and 3.3. below.

3.2. We shall, within five (5) business day after you provide us with evidence reasonably satisfactory to us that you have reached an offer and compromise (the "Offer and Compromise") with the Internal Revenue Service (IRS) in satisfaction of the IRS Liens (as defined below) and your written request for such payment, remit to your tax counsel, Michael Specht ("Specht"), a check payable to the United States Treasury (or to such other payee as the IRS may require) in an amount not to exceed $60,000, which amount shall be used by Specht as a deposit payment to the IRS in partial satisfaction of the Offer and Compromise to the August 21, 2002 IRS Notice of Levy (Identifying Number 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) in the amount of $35,230.53 issued against Writer and the August 16, 2007/IRS Notice of Levy (Identifying Number 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) in the amount of $6,465,388.13, issued against you (the "IRS Liens").

3.3. Further, within five (5) business days after you have provided us with evidence reasonably satisfactory to us that the IRS has accepted the Offer and Compromise, we shall send Specht a check made payable to the United State Treasury (or such other payee as the IRS may require), on your behalf, in an amount not to exceed the sum of $2,000,000, and the amount previously paid to the IRS on your behalf pursuant to subparagraph 3.2. above, as necessary to fulfil the McFadden Estate's obligation in connection with the Offer and Compromise.

3.4. Notwithstanding the foregoing, in the event that the Writer's Share Purchase Agreement between us and Barbara McFadden, Executrix of the Estate of Gene McFadden, dated as of October 1, 2007 (the McFadden Agreement) is not executed by Barbara McFadden, Executrix of the Estate of Gene McFadden, as of the Closing of this Agreement (except to the extent that our failure to close the McFadden Agreement is due to the failure or neglect of ourselves or of our representatives), the Purchase Price shall be reduced to $2,000,000.

3.5. We acknowledge that (1) Warner Music Group has approved the above stated Purchase Price and (2) the Purchase Price was calculated taking into account the Additional Payments and income received from synchronization licenses previously issued including a synchronization fee for the use of "Aint No Stoppin Us Now" for a television commercial that aired in 2003 and 2004 and that the Purchase Price shall not be reduced as a result of the synchronization licenses referenced in this subparagraph.

ZH: Purchase/Whitehead Agt vol. 3: 10-19/07          4

3.6. Subject to paragraph 3.7. below, all amounts payable to you hereunder shall be made payable to you care of Artist's Rights Enforcement Corp., at the following address: 250 West 57ᵗʰ Street, Suite 701, New York, New York 10107, Attn: Chuck Rubin.

3.7. Further, we shall, on your behalf, pay directly to each payee specified in your written payment directions, which payment direction(s) shall be in a form reasonably acceptable to us, the amounts specified in any such payment direction(s). All sums paid by us on your behalf pursuant to any payment direction(s) contemplated in the first sentence of this subparagraph shall be deemed to constitute payments made by us to you in partial satisfaction of our obligation to pay you the Purchase Price specified in subparagraphs 3.1., 3.2., and 3.3. above.

4. CLOSING:

The "Closing" shall take place upon complete execution of this Agreement and all supporting documents, as well as our receipt of all items set forth in paragraph 8, below.

5. YOUR WARRANTIES AND REPRESENTATIONS:

5.1 Basic Warranties and Representations/Exclusions:

5.1.1. You warrant and represent

(A) that, as of the Closing, you have full right, power and authority to enter into this Agreement and to sell, assign, transfer and set over unto us 100% in and to the Writer's Share of income derived from the Subject Compositions (and the right to collect and receive such income in the throughout the world), free and clear of any mortgage, levy, lien, claim or other encumbrance, and that all actions necessary to the completion of the transactions contemplated by this Agreement have taken place;

(B) that, as of the Cut-Off Date, you are the sole person or entity entitled to receive the Writer's Share of income derived from the Subject Compositions;

(C) that, except for the IRS Liens, there are no judgments, decrees, awards, orders or injunctions, actions, claims, investigations or proceedings before any court, arbitrator, governmental instrumentality or administrative agency pending against you with respect to the SCs, and that there are no restrictions which would prevent or limit your ability to assign the SCs to us or which would limit or restrict our rights to publish, administer and/or collect all income in respect of the SCs;

5.2. You warrant and represent that (1) neither you nor anyone authorized by you have received, or have made arrangements to receive, any advance, loan or other payments which would or might be recoupable from, or otherwise offset against, any monies which would

211. Purchase/Whitehead Agt v/c 3- 10/19/07     5

R00025

RE: John Whitehead
As of October 1, 2007
Page 6

be collectible by us on or after the Cut-Off Date; (2) you are not plaintiff in any legal action involving the Writer's Share to the SCs, and (3) as of the Closing, you will have paid or provided for payment all legal fees incurred with respect to any such actions.

    5.3.    Each party shall be responsible for any fees or other payments which are due or may hereafter become due from such party to any agent, attorney, manager, or other third party representative(s) acting on behalf of such party by reason of this Agreement.

    5.4    Notwithstanding anything to the contrary contained herein, the parties hereby acknowledge that (1) this Agreement will supersede any previous agreements, if any, (oral and/or written) previously granting to Writer any interest in the Additional Payments; (2) as between you and us, we hereby confirm the prior grant to Writer of the right to receive the Additional Payment for the duration of copyright protection throughout the world; (3) you hereby agree to sell, assign, and grant unto us the right to collect and retain for our sole account the Additional Payments for the duration of US and international copyright protection and all renewals and extensions thereof as more particularly set forth in subparagraph 1.1 (A).

### 6.    OUR WARRANTIES, REPRESENTATIONS AND COVENANTS:

    We warrant and represent that we have full right, power and authority to enter into this Agreement and to acquire the Writer's Share of income derived from the SCs being transferred to us hereunder, that we are a corporation duly organized, validly existing and in good standing under the laws of our state of incorporation with full power to enter into and to perform this Agreement and that all corporate actions (including, but not limited to, resolutions of stockholders and/or directors) necessary to permit us to do so have been taken.

### 7.    SURVIVAL OF COVENANTS, WARRANTIES, AND REPRESENTATIONS:

    7.1.    Subject to paragraph 7.2., each party's respective covenants, warranties and representations shall be true as of, and shall survive, the Closing, regardless of any "due diligence" or other investigation undertaken by either party prior to the Closing. The foregoing shall not be deemed in limitation of whatever rights we may have with respect to the SCs or any other rights which we may have against third parties.

    7.2.    All warranties contained in paragraph 5.2. will terminate as of the four (4) year anniversary of the Closing.

### 8.    CONDITIONS TO CLOSING:

    In addition to the delivery to us of the documentation referred to above, our obligation to complete the purchase contemplated by this Agreement shall be subject to our being reasonably satisfied as to:

ZH: Purchase/Whitehead Agt ve1 3: (09/19/07    6

R00026

Case 2:08-cv-00192-LDD Document 21-2 Filed 12/12/14 Page 284 of 347

RE: John Whitehead
As of October 1, 2007
Page 7

(1)    the continuing accuracy of all representations and warranties made by you pursuant to the preceding paragraphs;

(2)    the validity of the copyright in each of the SCs and the agreement(s) pursuant to which such SCs were acquired (and, if acquired by a predecessor, the document(s) transferring such SCs to you),

(3)    completion of legal and financial due diligence with respect to the SCs, (except to the extent that our failure to complete such due diligence is due to the failure or neglect of ourselves or of our representatives);

(4)    receipt of any third party consents necessary with respect to the assignment of the Writer's Share of income with respect to the SCs and/or agreements relating thereto; and

(5)    execution and delivery of all required ancillary documents, including letters of direction in the forms annexed hereto.

(6)    full discharge and/or release of the IRS Liens accompanied with (1) official IRS documentation indicating such full discharge or release and (2) a copy of a written notification sent by you to BMI informing it that the IRS Liens have been fully discharged and/or released.

9.    **RECIPROCAL INDEMNITIES:**

9.1.    Basic Indemnity:

Each party (the "Indemnitor") agrees to indemnify the other party and hold the other party harmless from and against any and all loss, damage, cost or expense (including actual and reasonable outside counsel fees and court costs) which the other party (the "Indemnitee") may incur as the result of any third party claim which, if true, would constitute a breach of this Agreement on the part of the Indemnitor, but only to the extent that the third party claim shall result in a final, nonappealable adverse judgment against the Indemnitee or a settlement entered into with the prior written consent of the Indemnitor (not to be unreasonably withheld). In addition, your indemnity shall extend to the "deductible" under our errors-and-omissions policy without regard to judgment or settlement.

9.2.    In each instance, the party claiming to be the Indemnitee shall give the putative Indemnitor prompt notice of any claim, action, or proceeding in respect of which indemnity is claimed, and the Indemnitor shall defend the same at the Indemnitor's sole cost and expense. In the event that the claim, action or proceeding is of such a nature as to be covered by the Indemnitor's errors-and-omissions insurance but the carrier declines to provide coverage and/or a defense, the Indemnitee shall have the right to tender such claim, action or proceeding to its own errors-and-omissions carrier, and in such event the Indemnitor shall reimburse the

211: Purchase/Whitehead Agt vol. 1: 10/19/07        7

R00027

Indemnitee for its deductible (or portion thereof) expended in connection with the defense thereof.

9.3. The Indemnitee shall have the right to participate in the defense of such claim, action or proceeding by counsel of the Indemnitee's choice, at the Indemnitee's sole cost and expense.

    9.4. Breach and Cure:

9.4.1. Neither party shall be deemed in breach hereunder unless the other party shall give notice thereof and the notified party shall fail to cure the same within thirty (30) days (ten (10) days, in the case of a payment of money), provided, that where such breach does not involve a payment of money and is of such a nature that it cannot be completely cured within such thirty-day period, it shall be sufficient if the notified party shall commence the curing thereof within such thirty-day period and shall proceed diligently to complete the curing of such breach within a reasonable time thereafter.

9.4.2 However, notwithstanding the foregoing, either party shall have the right to seek injunctive relief to prevent a prospective breach of this Agreement by the other party.

10.    MISCELLANEOUS:

10.1. This Agreement contains the entire agreement of the parties with respect to the subject matter and supersedes any and all prior agreements (oral and/or written) concerning the subject matter, and may not be altered or amended except by a further written agreement signed by both parties.

10.2. This Agreement shall inure to the benefit of, and shall be binding upon, the parties and their respective successors and assigns.

    10.3. Notices:

Any notice required or permitted to be given pursuant to this Agreement shall be given to the party to be notified by registered or certified mail or any other means through which delivery may be verified, to the address set forth above (in our case, to the attention of the Executive Vice President, Legal and Business Affairs) or to such other street address as such party may designate from time to time by notice in like manner. A copy of all notices to you shall also be sent to Artist's Rights Enforcement Corp., at the address set forth in subparagraph 3.5, above, Attn: Chuck Rubin.

Z:\ Purchase\Whitehead Agt vol. i: 10/15/07    8

RQ0028

10.4.  Law & Forum:

10.4.1.  This Agreement has been entered into in, and is to be interpreted in accordance with the laws of, the State of California.

10.4.2.  Any action seeking the interpretation and/or enforcement of this Agreement shall be heard only in the State or Federal Courts situated in Los Angeles County, both parties hereby submitting themselves to the jurisdiction of such courts for such purpose.

10.4.3.  Service of process in any action between the parties may be made by notice in the manner prescribed in §10.3, above, and shall become effective 30 days following the date of delivery (unless delivery is refused, in which event service shall become effective 30 days following the date upon which delivery was refused).

Very Truly Yours,

WARNER-TAMERLANE PUBLISHING CORP.

By:_____
          Edward P. Pierson
          Executive Vice President
          Legal and Business Affairs

Agreed and Accepted:

_____
Elnor Whitehead
Executrix of the Estate of John C. Whitehead

ZH: Purchase/Whitehead Apt vel, 3; 10/19/07                    9

R00029

Date: As of October 1, 2007



Clearance Department
Broadcast Music, Inc.
10 Music Square East
Nashville, TN 37203

This shall serve as notice that I have changed my address for all statements in respect of my writer's share of public performance income. I hereby authorize and direct BMI to send the writer's share of public performance income to the Writer c/o WARNER-TAMERLANE PUBLISHING CORP. at 10585 Santa Monica Blvd., Los Angeles, CA 90025-4950.

Very truly yours,

Elnor Whitehead
Executrix of the Estate of John C. Whitehead

ZH. Purchase/Whitehead Agr vol  1; 10/19/07          13

R00039

RE: John Whitehead
As of October 1, 2007
Page 14

Dated: As of October 1, 2007

TO WHOM IT MAY CONCERN:

Please be advised that effective October 1, 2007, WARNER-TAMERLANE PUBLISHING CORP. has acquired all right, title and interest of the undersigned in and to the songwriter's share of income earned from all compositions listed on the annexed schedule (the "Compositions").

All songwriter's share of income of any nature, regardless of when earned, in respect of the Compositions is payable, on and after the date hereof to Warner/Chappell Music, Inc. (Federal I.D.#: 13-3240913) on behalf of WARNER-TAMERLANE PUBLISHING CORP.

All statements, checks and correspondence relevant to the songwriter's share of income earned in respect of the foregoing Compositions are to be directed to WARNER-TAMERLANE PUBLISHING CORP., c/o Warner/Chappell Music, Inc., 10585 Santa Monica Boulevard, Los Angeles, CA 90025-4950. The foregoing authorization shall remain in full force and effect until modified or terminated by both the undersigned and Warner-Tamerlane Publishing Corp.

Elnor Whitehead
Executrix of the Estate of John C. Whitehead

ZH_Purchase/Whitehead Agt vol 3: 10/19/07                    14

R00040

*From amended by*
*BMI hmm*

# BMI.

## ROYALTY ASSIGNMENT VERIFICATION FORM

NAME OF BMI AFFILIATE OR HEIR WHO HAS ASSIGNED ROYALTIES ___Elnor Whitehead, Executrix___
of the Estate of John C. Whitehead
SOCIAL SECURITY OR FEDERAL TAX ID NUMBER OF AFFILIATE OR HEIR ___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___

BMI ACCOUNT NUMBER(S) FROM WHICH ROYALTIES WERE ASSIGNED ___944 002___
John Whitehead Affiliation No: 368051
NAME AND ADDRESS OF PARTY TO WHOM ROYALTIES HAVE BEEN ASSIGNED ___Warner-Tamerlane___

Publishing Corp.; c/o Warner Chappell Music, Inc., 10585

Santa Monica Blvd., Los Angeles, CA. 90025, Attn: Royalties

I warrant and represent to BMI that I am the person who assigned my right to receive BMI royalties to the party named in the submitted assignment document, that I have consulted a legal or financial advisor regarding the implications of the assignment or have knowingly waived my right to do so, that I have made the assignment with full knowledge and understanding of its consequences with respect to the BMI royalties assigned and my royalty income, that I have received valuable consideration for the assignment, that I intend for the assignment to be irrevocable, and that I have not made the assignment with the intent to evade the income tax or other laws of the United States or of any state or local jurisdiction or foreign nation to which I may be subject.

_____  Today's Date _____
Signature of affiliate or heir who has assigned royalties

Sworn to and subscribed before me at _____ on _____, 20___

_____  NOTARY STAMP HERE.
Notary Public

---

#### INSTRUCTIONS

1. Complete a separate form for EACH person or company to whom you have assigned your royalties. If you have assigned less than all of your royalties, put next to the name of the party indicated above what percentage of your royalties was assigned. An additional fee is due for each person or company to whom you have made an assignment.
2. Sign and date the form in front of a notary public who should sign and stamp where indicated.
3. Return the form to BMI with ALL of the following:
   a) A signed and dated copy of your assignment. THIS FORM IS NOT YOUR ASSIGNMENT.
   b) A completed and signed IRS Form W-9 for each person or company who was assigned your royalties, if BMI does not already have their tax number. A Form W-9 is downloadable from http://www.irs.gov/pub/irs-pdf/fw9.pdf.
   c) A check payable to BMI for $300 for each account number listed on line 3 above.
4. If only publisher royalties have been assigned, return this form and the required documents and fee to BMI Publisher Administration, 10 Music Square East, Nashville, TN 37203. Otherwise send them to BMI Writer Administration, 320 W. 57th Street, New York, NY 10019.

No assignment will be processed until ALL of the required items listed in Instruction 3 above and this form have been properly completed, signed and received by BMI. At that time, BMI will update its records to pay all royalties from the indicated accounts to the assignee, as of the next BMI royalty distribution for which BMI's records can be updated in time.

RAVF 4/06


R00041

## ASSIGNMENT OF BMI ROYALTIES

This assignment (the "Assignment") is effective as of October 1, 2007 from Elnor Whitehead, the Executrix of the Estate of John C. Whitehead ("Seller") to Warner-Tamerlane Publishing Corp. ("Buyer").

For good and valuable consideration, the receipt and sufficiency of which Seller hereby acknowledges, Seller hereby irrevocably assigns, conveys and transfers to Buyer, its successors and assigns:

(a) all rights owned by Seller to publicly perform, and to license others to publicly perform, anywhere in the universe, in any and all places and in any and all media, now known or which may hereafter be developed, any part or all of the Compositions (as defined below); and

(b) all present and future right, title and benefit throughout the universe in and to the songwriter share of public performance fees and royalties payable by Broadcast Music Inc. to Seller in respect of the Compositions, regardless of when earned or when payable.

For the avoidance of doubt, this Assignment of BMI Royalties shall pertain only to the so called songwriter's share of public performance royalties derived from John C. Whitehead's authorship interest in the Compositions payable under BMI's account No. 944 002.

As used in this Assignment, the term "Compositions" shall mean only the musical compositions set forth on Exhibit "A" attached hereto and incorporated herein by this reference.

This Assignment shall be binding upon and enforceable against the heirs, legatees, executors, administrators, successors and assigns of Seller.

IN WITNESS WHEREOF, Seller has duly executed this Assignment.

Seller:

ELNOR WHITEHEAD,
EXECUTRIX OF
THE ESTATE OF JOHN C. WHITEHEAD

_____

ACKNOWLEDGMENTS ON NEXT PAGE

627722v1 010799 0102                                      1


R00042

**Gabin Rubin**

From:   Michael Specht [MSpecht@metisgroupllc.com]
Sent:   Wednesday, October 24, 2007 7 30 PM
To:     crubin@artists-rights com
Cc:     jberger@artists-rights com
Subject: Whitehead

Chuck

I have worked through the expense information sent to me by Elinor. Those expenses are added to the national standards allowed for certain expenses to calculate the monthly expenses allowed against the monthly income  Based on this, I have a new calculation for the Whitehead offer in compromise  I expect to have the offer in compromise paperwork completed by the end of the week

The revised offer amount will be $142,368  Payment of $28,474 (20%) plus the application fee of $150 must be submitted with the offer

Michael

*Michael Specht, CPA*
*Member*
*Metis Group CPA's LLC*
*14 Penn Plaza - Suite 1800*
*NY, NY 10122*
*Phone 212 643 0093 Ext  145*
*Fax 212 547 3878*
*www metisgrouplic com <http //www metisgrouplic com>*

*The Metis Group LLC is a leading full service accounting and business consulting firm headquartered in midtown Manhattan with an office in Parsippany New Jersey  Since its formation in 1987 the firm has experienced substantial growth because of its commitment to high quality service  The firm represents a diverse client base*

Services provided by the firm include.
- *Tax Planning and compliance*
- *Audit, review and compilation*
- *Business planning and consultation*
- *Litigation support and business valuation*
- *Computer consultation*
- *Financial planning*
- *Guardianship accounting services*
- *Non-profit accounting*

Confidentiality Note  This e-mail is intended for the use of addressee(s) named herin and may contain privileged information  If you are not the intended recipient of this e-mail  you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited  If you have received this e-mail in error, please call Metis Group LLC at 212-643-0093 and destroy the original message and all copies.
Tax Advice Disclosure  To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein

10/25/2007

AOP193



M E T i s

CERTIFIED PUBLIC ACCOUNTANTS
14 Penn Plaza, Suite 1814
New York, NY 10122
(212) 643-0099
Fax 212-643-1815
www.metisgroup.com

October 25, 2007

*VIA DHL*

Ms. N. Gentry
Internal Revenue Service
600 Arch Street
Room 3256
Philadelphia, PA 19106

Re: Gene McFadden
Barbara McFadden
SSN: 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 & 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
Offer in Compromise

Dear Ms. Gentry:

Enclosed is the offer in compromise (Form 656) along with the required attachments for Gene McFadden (Dec'd) and Barbara McFadden. This offer is filed by Barbara McFadden as executrix for the Estate of Gene McFadden.

Enclosed is Chase Bank check # 388073414 in the amount of $12,346.00. This amount represents the 20% initial payment towards the lump sum cash offer. Also enclosed is a US Postal Money Order in payment of the $150 application fee.

Please forward this offer to the appropriate offer in compromise unit and advise me as to when that has been done as well as the contact information regarding that unit.

If you have any questions regarding the above, please contact the undersigned at (212) 643-0099, ext. 146.

Very truly yours,

METIS GROUP CPA's L.L.C..

By
Michael Specht, CPA
Member

Encl. – check # 388073414; money order

bcc: Chuck Rubin

R00221

**Cc:** Blancho Williams
**Subject:** Re: McFadden & Whitehead

Jay

Here are a few questions

1. please e-mail a list showing all warner chappell songs (Only if you're nice to me) – of course
2. how long is an extended copyright and at what point will songs in question become public domain. The other songs will come back after the renewal period is over
3. $750,000 to be held in reserve by whom and what happens if this is not paid. It is held by R2M in an escrow account
4. would barbara receive any royalties for 2007 Yes – up to an including the date of sale After that, only non Warner Chappell songs
5. why is r2m interested in purchasing now when 2013 is expiration date They want a great catalog
6 confusion: backstabbers... are you saying that r2m will own all income rights and will cease owning these rights in 2028 when song will again revert to gene and john and r2m will no longer receive income. R2M will only own the song writer royalty rights. In 2028, the copyrights will be owned by John and Gene
7 co you have expiration dates for all warner chappell songs. I gave them to you in an e-mail a month ago
8 is r2m anticipating concluding this deal in order to secure funds from june 2007 royalty period. Depends I think you will receive June because it will take at least 30 days to do due diligence. Hence – after the June period is over
9 barbara advises that she believes that she receives approx $200,000 a year from royalties. if this is accurate, the combined genejohn royalties would be approx $400,000 a year or approx $2,800,000 (t song status continues) from 2007-2013 This is not accurate. If the income has decreased dramatically from 2003 and (2004). Remember in those years you had the Verizon commercial that spiked the income. In 2005, WIC and BMI for Gene totaled only $54,110.17 In 2006, WIC and BMI for Gene totaled $41,921.09 The income is decreasing. That is why we strike now
10. confusion backstabbers - what is the renewal date for this song. what is the impact of this song on deal? Only Backstabbers writer share is being sold Not the copyright. Upon the expiration of the renewal – 2028 – you will own it

I have discussed this with barbara and will have a meeting with her family this week. these are the initial questions from all   Get back to me Bev

----- Original Message -----
**From:** Jay Heiger
**To:** Blanche Williams ; hiliyp@navpoint.com
**Sent:** Monday, May 14, 2007 12:10 PM
**Subject:** McFadden & Whitehead

Hi Guys:

I am most pleased to inform you that we have received an offer from R2M Music with respect to McFadden & Whitehead

Specifically, R2M has offered the sum of $6,750,000.00 for the following:

1. The McFadden & Whitehead writer share (both Warner Chappell and BMI) for "Ain't No Stoppin' Us Now";
2. The McFadden & Whitehead writer share (both Warner Chappell and BMI) for "Backstabbers";
3. The McFadden & Whitehead writer share (both Warner Chappell and BMI") for the remaining compositions that are published by Warner Chappell;
4. The United States extended term copyright rights for "Ain't No Stoppin' Us Now"; and
5. The United States extended term copyright rights for the compositions attached hereto

The payments will be made as follows: $6,000,000.00 to be paid at the closing and $750,000.00 to be held in reserve for a period of 12 months. Assuming that no claim has arisen to these royalties and/or the rights to the copyrights during this 12 month period, at the expiration of the same, the $750,000.00 will be paid at that time

11/14/3008

R00475

**Jay Berger**

From: Jeff Sacharow [jsacharow@jsacharow.com]
Sent: Tuesday, February 13, 2007 4:12 PM
To: jberger@artists-rights.com
Subject: RE: McFadden & Whitehead

Meeting went well. Also have another very interested party – Evergreen Copyrights. At this point, am really waiting to hear how the offer and compromise with the rights is going to go for Mrs. Whitehead. Is there any update?

From: Jay Berger [mailto:jberger@artists-rights.com]
Sent: Tuesday, February 13, 2007 12:51 PM
To: jsacharow@jsacharow.com
Subject: McFadden & Whitehead

Jeff

Just checking in to see how your meeting went last Thursday. When you have a chance, drop me a note

Best regards,

Jay L Berger
Senior Client and Legal Coordinator
Artists Rights Enforcement Corporation

Phone: 212-586-2500
Fax:    212-977-3110
General E-Mail   AREC@artists-rights.com
Personal E-Mail  jberger@artists-rights.com

11/14/2008

R00550

Jay Berger

**From:** Jeff Sacharow [jsacharow@jsacharow.com]
**Sent:** Wednesday, February 07, 2007 12.40 PM
**To:** jberger@artsts-rights.com
**Cc:** crubin@artists-rights com

**Subject:** RE McFadden & Whitehead

Great thanks Jay . This is very helpful. Obviously, prospective buyers will try to back out the lofty synch fees, arguing that they are non-recurring events. Two large fees in consecutive years will be helpful in countering that argument

Also, since Mrs Whitehead is now considering a sale of the writer share (which I presume is worldwide) we should also compile a separate NPS schedule for the Whitehead share which includes worldwide income, broken done by domestic income (and type – WC and BMI) and ex US income (and by type). I'm sure this is asking a lot, but if there was anyone to get that info in time for my meeting tomorrow morning that would be great if not, I understand and I will send that info to the prospective buyer when it is available.

Best regards

Jeff

**From:** Jay Berger [mailto:jberger@artists-rights.com]
**Sent:** Wednesday, February 07, 2007 8:13 AM
**To:** jsacharow@jsacharow.com
**Cc:** crubin@artists-rights.com
**Subject:** RE: McFadden & Whitehead

Jeff

Hope France treated you well – nothing better than fine French dining (I'm a huge fan of Jacques Pepin). I hope the following answers your questions:

1   With respect to 2003, there was a $550,000.00 synch fee. With respect to 2004, there was a $350,000.00 synch fee in 2004. Unfortunately, 2005 did not garner any synch fee of those magnitudes.

2   WG does collect both foreign and domestic income. However, I went through each WC report line item by line item and only included domestic earnings. I did not add into any income figures any foreign earnings.

3   Good question. Remember, that is only domestic performance for one composition. The song earns a great deal of money overseas.

4   I will call Gene's wife and when she receives the report, I will update the spreadsheets and e-mail you a copy of the report

We understand that you are meeting with a prospective buyer on Thursday. Chuck and I are extremely excited and know that it will be a big hit for all of us.

Best regards,

Jay L. Berger
Senior Client and Legal Coordinator
Artists Rights Enforcement Corporation

Phone 212-586-2500

*We have not received
spreadsheets were not produced*

11/14/2008

R00560

**AREC** *ARTISTS RIGHTS ENFORCEMENT CORPORATION*
250 West 57th Street • Suite 701 • New York, NY 10107
Tel: 212-586-2500 • Fax: 212-977-3110 • www.artists-rights.com

December 21, 2007

Ms. Barbara McFadden
7219 Bryan Street
Philadelphia, PA 19136

Re:   Songwriter Royalty Share Sale to **Warner-Tamerlane Publishing Corp.**

Dear Barbara:

I am pleased to inform you that we are in receipt of the Warner Chappell Music ("Warner") $50,000.00 advance against the sale of your songwriter royalty share sale.

As per your telephone conversation with Jay, enclosed please find AREC Bank of America Check No. 4002 pay BARBARA MCFADDEN the sum of $5,000.00 as an advance against your share of the $50,000.00 received from Warner.

Happy Holidays!  With kind regards, as always, I remain. . .

Sincerely,
Artists Rights Enforcement Corp.

Chuck Rubin

CR:jlb
Enclosure

R00593

Lori from Warner

**PROMISSORY NOTE**

$50,000.

Los Angeles, California
As of December 12, 2007

FOR VALUE RECEIVED, I hereby promise to pay to the order of Warner/Chappell Music, Inc. ("WCM"), the principal sum of Fifty Thousand United States Dollars ($50,000) (together with interest at the composite "prime rate" upon such principal sum as published in the Wall Street Journal per annum), at WCM's offices at 10585 Santa Monica Boulevard, Los Angeles, CA 90025-4950 (or such other address as WCM may designate by written notice delivered to me from time to time at the address set forth below, or to such other address as I may designate from time to time by written notice delivered to WCM).

Such principal sum shall be payable or recoupable, as applicable, from either (a) the Purchase Price due to me (as a partial pre-payment of the Purchase Price) pursuant to the Writer's Share Purchase Agreement between us, effective as of October 1, 2007; or (b) any and all so-called "writer's share" royalties (including the writer's share of performance royalties which you shall direct BMI to pay directly to WCM) derived from compositions written by Gene McFadden now or hereafter due and payable to me pursuant to the various agreements between us.

Notwithstanding the foregoing, in the event that I sell my writer's share royalties to The Pullman Group, LLC, or any related entity ("Pullman"), pursuant to a "First Right of Refusal" provision contained in a 2002 agreement which Pullman alleges: (a) was executed by Gene McFadden and (b) is enforceable in fact, which I deny, I shall direct Pullman to pay to WCM immediately upon closing of such sale, any remaining unpaid portion of the principal sum, including interest.

In the event that I fail to comply with the preceding terms of this Promissory Note and WCM elects to institute litigation against me to collect, I shall pay WCM's actual and reasonable outside attorneys' fees and court costs, in connection therewith. I hereby waive presentment, protest, dishonor, notice of dishonor, and any other similar procedures prior to collection.

All amounts payable hereunder shall be made payable to the undersigned c/o Artist's Rights Enforcement Corp. 250 W. 57th Street, Suite 701, New York, New York 10107.

**BARBARA McFADDEN**
Executrix of the Estate of Gene McFadden
c/o Jeffrey S. Sacharow
Law Offices of Jeffrey S. Sacharow
11601 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90025

R00596

**AREC** ARTISTS RIGHTS ENFORCEMENT CORPORATION
250 West 57ᵗʰ Street • Suite 520 • New York, NY 10107
Tel: 212-586-2500 • Fax: 212-977-3110 • www.artists-rights.com

October 19, 2007

VIA FEDERAL EXPRESS

Ms. Barbara McFadden
c/o Ms. Beverly Gay
8215 Winthrop Street
Philadelphia, PA 19136

    Re:   Songwriter Royalty Share Sale to Warner-Tamerlane Publishing Corp.

Dear Barbara:

    I am most pleased to enclose five (5) copies of the following documents to finalize the Estate of Gene McFadden's sale of its writer royalty interest to Warner-Tamerlane Publishing Corp. ("Warner")

    Accordingly, enclosed please find:

1. A cover letter outlining the documents and the transaction from Jeff S. Sacharow;
2. The final Purchase Agreement;
3. A BMI Royalty Verification Form;
4. A BMI Assignment;
5. A copy of Jeff S. Sacharow's fee direction;
6. A copy of Jeff S. Sacharow's conflict letter; and
7. An IRS W-9 form.

    I have separated each document via paper clip. Please sign each document where indicated. The Purchase Agreement has several pages to sign (notarization too), including a page for the kids' signatures. Certain other documents require notarization as well. I have placed a sticker on each page where a signature and notarization is required.

    Please note that there are two (2) documents from Jeff's office. The first is a letter of direction that states that Jeff will receive his fee directly from Warner. **Jeff's fee comes out of Artists Rights Enforcement Corp.'s fee. This is not an additional fee and does not come out of your portion of the purchase proceeds.** The second document is a standard conflict letter that sets out that Jeff has worked with Warner in the past.

    When you have signed each document (and had your signature notarized where indicated), please place send each document back to me via Federal Express for delivery on Monday, October 22.

R00597

Jay Berger

From:      Michael Specht [MSpecht@melisgroupllc.com]
Sent:      Monday, October 15, 2007 6:38 PM
To:        crubin@artists-rights.com
Cc:        jberger@artists-rights.com
Subject:   McFadden

Chuck –

I am sending the offer in compromise papers to Barbara (they will go overnight mail tomorrow) for signature. She is instructed to return them to my office. They need to be filed with the IRS by Oct 26 (per my agreement with the revenue officer handling the matter.

I have gotten the offer down to $61,726. Payment of $12,346 (20%) plus the application fee of $150 must be submitted with the offer.

As you know, I am leaving tomorrow and will be away until the 24th. I will see you on the 24th.

Michael

*Michael Specht, CPA*
*Member*
*Melis Group CPA's LLC*
*14 Penn Plaza - Suite 1800*
*NY, NY 10122*
*Phone: 212.643.0099 Ext. 145*
*Fax: 212.947.3876*
*www.melisgroupllc.com <http://www.melisgroupllc.com>*

*The Melis Group LLC is a leading full service accounting and business-consulting firm headquartered in midtown Manhattan with an office in Parsippany New Jersey. Since its formation in 1987, the firm has experienced substantial growth because of its commitment to high quality service. The firm represents a diverse client base.*

*Services provided by the firm include:*
- *Tax Planning and compliance*
- *Audit, review and compilation*
- *Business planning and consultation*
- *Litigation support and business valuation*
- *Computer consultation*
- *Financial planning*
- *Guardianship accounting services*
- *Non-profit accounting*

Confidentiality Note: This e-mail is intended for the use of addressee(s) named herin and may contain privaleged information. If you are not the intended recipent of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please call Melis Group LLC at 212-643-0099 and destroy the original massage and all copies.

Tax Advice Disclosure: In ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

11/14/2008

R00643

**Jay Berger**

From:      Jeff Sacharow [jsacharow@jsacharow.com]
Sent:      Monday, October 15, 2007 4:03 PM
To:        crubin@artists-rights.com; jberger@artists-rights.com
Subject:   FW: Whitehead Lien

Chuck/Jay - fyi

From: Hamzeh, Zeina [malito:Zeina.Hamzeh@warnerchappell.com]
Sent: Wednesday, October 10, 2007 10:28 AM
To: 'Jeff Sacharow'
Subject: Whitehead Lien

Hi Jeff,

I am attaching the most recent correspondence from the IRS on the Whitehead liens.  Please note that the 2002 lien has not yet been released.  I don't have Michael Speck's email address so please forward this on to him. /

Thanks,

Zeina Hamzeh
Attorney, Legal and Business Affairs

Warner/Chappell Music, Inc.
10585 Santa Monica Boulevard
Los Angeles, CA 90025
Tel: 310.441.6836
Fax: 310.470.2875
Zeina.Hamzeh@warnerchappell.com

11/14/2008

R00644

Jay Berger

From: Michael Specht [MSpecht@melisgroupllc.com]
Sent: Friday, October 12, 2007 10:50 AM
To: jberger@artists-rights.com
Subject: RE: McFadden

Jay –

We haven't been able to file the offer in compromise (I have been crazed with the extended individual income tax deadline of 10/15). Any monies that she has could either be levied (once the offer is filed and in process the IRS is not supposed to take any levy action on the account, but I wouldn't be able to guarantee that a levy will not happen) or if they are in her account while the offer is being processed they will take that into account in determining her assets. Under the current offer process, they use 100% of assets to determine how much can get paid on the offer.

Bottom line, do not send her money until the offer is final and paid for. I know this will take some time, however, she will most likely loss the money to IRS if its in her account.

Michael

Michael Specht, CPA
Member
Melis Group CPA's LLC
14 Penn Plaza - Suite1800
NY, NY 10122
Phone: 212.643.0099 Ed: 146
Fax: 212.947.3678
www.melisgroupllc.com <http://www.melisgroupllc.com>

The Melis Group LLC is a leading full service accounting and business-consulting firm headquartered in midtown Manhattan with an office in Parsippany New Jersey  Since its formation in 1987, the firm has experienced substantial growth because of its commitment to high quality service  The firm represents a diverse client base.

Services provided by the firm include:
*   Tax Planning and compliance
*   Audit, review and compilation
*   Business planning and consultation
*   Litigation support and business valuation
*   Computer consultation
*   Financial planning
*   Guardianship accounting services
*   Non-profit accounting

Confidentiality Note:  This e-mail is intended for the use of addressee(s) named herin and may contain privileged information  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please call Melis Group LLC at 212-643-0099 and destroy the original message and all copies

Tax Advice Disclosure  To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

From: Jay Berger [mailto:jberger@artists-rights.com]
Sent: Friday, October 12, 2007 10:09 AM
To: Michael Specht

11/14/2008

**From:** Hamzeh, Zeina [mailto:Zeina.Hamzeh@warnerchappell.com]
**Sent:** Monday, September 24, 2007 4:38 PM
**To:** 'jsacharow@jsacharow.com'
**Subject:** McFadden and Whitehead

Hi Jeff,

Upon further review and internal discussion, the heirs assent is important here because the beneficiaries must be on-board with how the executor is handling the estate. Whitehead has ten beneficiaries his estate is to be divided among them per the will by the executrix. With regard to the previous wife, Anita, can we see some other documents linked to this order such as the complaint? The order does not state that the petitioner is Anita Whitehead or what claims are being dismissed. Also, is that the final order? Can we also see a certified copy of the Whitehead will from the Probate court in Pennsylvania that reviewed the Whitehead matter?

Many thanks,

Zeina Hamzeh
Attorney, Legal and Business Affairs

Warner/Chappell Music, Inc.
10585 Santa Monica Boulevard
Los Angeles, CA 90025
Tel: 310.441.6836
Fax: 310.470.2875
Zeina.Hamzeh@warnerchappell.com

11/14/2008

R00667

Cc: crubin@artists-rights.com
Subject: RE: McFadden & Whitehead

Jay, I sent your e-mail to Zeina for a response. As a reminder, we still need to get WC the certified copy of the Whitehead will and the certified copy of the Letters Testamentary for the McFadden estate. When do you think that we will be able to send that to WC?

From: Jay Berger [mailto:jberger@artists-rights.com]
Sent: Wednesday, September 26, 2007 10:19 AM
To: jsacharow@jsacharow.com
Cc: crubin@artists-rights.com
Subject: McFadden & Whitehead

Hi Jeff

We wanted to let you know that our accountant, Michael Specht, spoke to WC's attorney re the tax debt and all should be ready to go. When do you think we will be getting the final agreement for sign off?

Jay

Jay L. Berger
Senior Client and Legal Coordinator
Artists Rights Enforcement Corporation

Phone: 212-586-2500
Fax:    212-977-3110
General E-Mail:   AREC@artists-rights.com
Personal E-Mail:  jberger@artists-rights.com

11/14/2008

R00669

Jay Berger

From:    Jeff Sacharow [jsucharow@jsacharow.com]
Sent:    Wednesday, September 05, 2007 10:35 PM
To:      'Chuck Rubin'
Cc:      jberger@artists-rights.com
Subject: FW: Warner-Tamerlane -w- McFadden/Whitehead offers

FYI

From: Jeff Sacharow [mailto:jsacharow@jsacharow.com]
Sent: Wednesday, September 05, 2007 7:35 PM
To: 'Hamzeh, Zuine'
Cc: Rosner, Jack; Ed Pierson (ed.pierson@warnerchappell.com)
Subject: RE: Warner-Tamerlane -w- McFadden/Whitehead offers

Zeina, it was great to meet you in person today. And thanks for the attached.

Unfortunately, however, what you sent me is not going to get the deal done and we have a very small window of opportunity to get this done -- at least insofar as the Gene McFadden share is concerned. I thought you were merely going to incorporate my offer letters onto Warner letter head. As I mentioned to Jack and you at lunch today we are 90% done with an offer letter for the McFadden piece and we will only be able to terminate those negotiations if the various assumptions set out in my offer letter are agreed in writing (those assumptions have been accepted and agreed by the other buyer). If you want to proceed, then we will need to have written confirmation of this agreement with Warner/Chappell by tomorrow. Otherwise, I do not believe that my client will be in a position to delay discussions with the other proposed buyer beyond that time frame.

Specifically,

1.    WC must acknowledge that the Purchase Price was calculated taking into consideration income received from synchronization licenses previously issued including a synchronization fee received for the use of Aint No Stoppin Us Now in a television commercial in 2003/2004.

2.    WC's diligence examination shall be limited to: (a) verification of Seller's authority to sell the assets; and (b) to a UCC-1, tax lien, litigation and judgment search with respect to seller and the assets (there should be no need for financial diligence since WC have been paying writer royalties for years and have received the publisher BMI statements).

3.    Specifically with respect to Whitehead, the parties acknowledge the existence of an IRS tax lien levied against the assets. This lien shall be discharged as a condition to closing. My client has been [and will continue to] deal directly with the IRS and therefore no amounts should be paid directly to the IRS by WC unless the IRS orders WC to do so.

4.    The following shall be the sole conditions to closing: (a) the execution of a purchase and sale agreement reasonably satisfactory to both WC and the sellers, (b) WC's completion of the diligence examination as discussed in paragraph 2 above, (c) written acceptance from BMI of the writer share assignment and, in the case of Whitehead (d) the discharge of the IRS Lien (the IRS Lien shall be discharged at the closing). WC should acknowledge that it has previously received Warner Music Group board approval to consummate this transaction for the purchase price.

5.    No other rights of any kind or nature shall be transferred or assigned other than the writer share of songwriter royalties. Without in any way limiting the generality of the foregoing, seller shall not be required to grant to WC a first refusal right and/or matching right to acquire the so called extended term rights to any musical composition written by Writer or any other person or party in whole or in part; it being understood that the foregoing shall not be deemed to constitute a waiver of any of WC's rights under Section 203 of the U.S

11/14/2008

R00680

Case 2:08-cv-00192-LDD   Document 21-2   Filed 12/12/14   Page 306 of 347

Copyright Act.

6.    WC shall irrevocably waive any conflict of interest which may exist as a result of my representation of the seller in the transaction contemplated by this letter. 

7.    We need WC's commitment to use best efforts to close by October 15, 2007.

As to some of the specific points raised in your proposed drafts:

8.    The June 30, 2008 cut off date referenced in your letter should be changed to December 31, 2008.

9.    No third party publisher clearances are necessary. WC is the sole publisher. We will of course need to get BMI to acknowledge its acceptance of the assignment. 

My personal preference is to do the deal with Warner/Chappell. Hopefully you will be able to conform your offer letters to the points specifically raised above and in the revised letters that I sent to Jack today and that you will be able to send the revised offer letters to me tomorrow.

Best,

Jeff

**From:** Hamzeh, Zeina [mailto:Zeina.Hamzeh@warnerchappell.com]
**Sent:** Wednesday, September 05, 2007 5:46 PM
**To:** jsacharow@jsacharow.com
**Cc:** Johnson, Dave (WMG Corp); Robinson, Paul (WMG Corp); Thomas, Nick; Pierson, Ed; McDowell, Scott; Rosner, Jack; Brunman, Glen; Hernandez, Al; Jenkins, Brian
**Subject:** Warner-Tomerlane -w- McFadden/Whitehead offers

Hi Jeff,

It was a pleasure having lunch with you today. Pursuant to our chat, I have attached to offer letters for both Whitehead and McFadden. We look forward to sending you a first draft of the Purchase Agreements.

Please contact me if you would like to discuss the offers further.

All best,

Zeina Hamzeh
Attorney, Legal and Business Affairs

Warner/Chappell Music, Inc.
10585 Santa Monica Boulevard
Los Angeles, CA 90025
Tel: 310.441.6836
Fax: 310.470.2875
Zeina.Hamzeh@warnerchappell.com


11/14/2008

Chuck Rubin - Artists Rights

From:      Jay Berger [jberger@artists-rights.com]
Sent:      Thursday, August 30, 2007 11:12 AM
To:        crubin@artists-rights.com
Subject:   Numbers from Jeff

Spoke to Jeff - here they are:

Writer Share        $750,000 to $900,000 (based on average writer income of $86,833 x 10 multiple)

Term. & Copyright:   $675,000.00 (based on approx. $75,000.00 x 9 multiple)

Jay L. Berger
Senior Client and Legal Coordinator
Artists Rights Enforcement Corporation

Phone  212-586-2500
Fax    212-977-3110
General E-Mail   AREC@artists-rights.com
Personal E-Mail  jberger@artists-rights.com

8/30/2007

R00G88



P.O. Box 683341
Franklin, TN 37068
USA
Email: ampit@R2Mmusic.net
Phone: 615 791 8055
Fax: 615.791.4327

August 17, 2007

Ms. Barbara McFadden
Executrix of the Estate of Gene McFadden
Mr. Dominic McFadden, Mr. Gene McFadden, Jr.
Ms. Sandra McFadden and Ms. Gina McFadden **[Deleted]**
**[Deleted: + all other children of Gene McFadden by name]**
c/o Artists Rights Enforcement Corp.
250 West 57th Street
Suite 701
New York, New York 10107

Purchasing Gene McFadden Compositions

Dear Mr. McFadden:

Subject to, completion of negotiations due diligence, to our satisfaction **[Deleted; Board Approval and]** and agreement to the terms of a long form purchase/sale agreement, R2M Music offer to acquire: (1) the Estate of the late Gene McFadden ("the 'Estate") the Songwriter Share (as defined above) payable with respect to various musical compositions (the "Compositions") to the extent written or co-written by Gene McFadden ("McFadden") and (2) from all the statutory heirs of Gene McFadden under United States Copyright Act §203 (collectively the "McFadden Heirs" ) the United States copyright ownership in "McFadden's interest" (defined below) in and to the Composition entitled "Ain't No Stoppin' Us Now" (written by McFadden, John Whitehead, and Jerry Cohen) when such rights revert to the McFadden Heirs under Copyright Act §203 together with "all monies derived therefrom" (defined below). The Estate and the McFadden Heirs are collectively referred to herein as "Seller".

Purchased Assets

Subject to contract and the terms and provisions of this offer letter, R2M Music offers to purchase from the Estate and the Estate, accepts the offer to sell the following assets: **[Deleted:]**

5.   one hundred percent (100%) of the "songwriter share" (as such term is known and understood in the custom and practice of the music publishing industry) of all monies payable to Seller of: (1) Warner/Chappell Music, its affiliated companies and/or successor(s)-in-interest (collectively "WC") pursuant to the songwriter agreements between McFadden and Mighty Three Music (WC's predecessor-in-interest) including without limitation the exclusive songwriter agreement and refer the in-to rated May 25, 1976 between Gene McFadden and Mighty Three Music (the "Exclusive Songwriter Agreement"), together with all right, title and interest of Seller in and to such songwriter agreements and (2) Broadcast Music, Inc. ("BMI") or any other performing rights organization to which the Estate or legal heirs of McFadden's will become writer-members in the future with respect to the Compositions pursuant to writer membership agreements, regardless of when earned, derived throughout the universe by any means or methods whether now or hereafter known, from any and all Compositions written in whole or in part by McFadden (but expressly excluding the Composition entitled "Ain't No Stoppin' Us Now") including without limitation the compositions listed as Schedule "A" annexed hereto, together with all right title and interest of the Estate or the legatees in and to such membership agreements. Such monies include without limitation monies derived from mechanicals, broadcast mechanicals, synchronization, "new media" and print uses payable by WC and the writer share of public performance fees and royalties payable by BMI or other performing rights organization; **[Deleted: 5/14/07]**

RFC02

R00703

- Page 2                                                    August 17, 2007

b.       One hundred percent (100%) of the songwriter share of all monies payable to
the Estate by, (1) BMI, pursuant to the Exclusive Songwriter Agreement together with all right, title
and interest of the Estate in and to the Exclusive Songwriter Agreement, and (2) BMI or any
other performing rights organization to which the Estate or legatees of McFadden's will become
writer members in the future pursuant to writer membership agreements, regardless of when
earned, derived from exploitation of the musical composition entitled 'Ain't No Stoppin' Us Now',
throughout the universe, excluding the USA, its territories and possessions by any means or
methods whether now or hereafter known together with all right, title and interest of the Estate or
the legatees thereto and thereto.  Such monies include without limitation monies derived from
mechanicals, broadcast mechanicals, synchronization, 'new media' and print uses payable by
WIC and the writer share of public performance fees and royalties payable by BMI.

c.       The monies described in paragraphs 1(a)-(b) are herein referred to collectively as
(the "Songwriter Share".

d.       R2M Music shall be entitled to receive the Songwriter Share in perpetuity.  If in
the future the McFadden Heirs become owner of the United States copyright in the compositions
referred to in paragraphs 1(a)-(b) by exercise of their termination and recapture rights pursuant to
Copyright Act §203 or any successor law, then the McFadden Heirs, are and shall be
automatically obligated to pay R2M Music the Songwriter Share or its equivalent amount derived
in the United States from the 'Ain't No Stoppin' Us Now' for the duration of the term of copyright.
The McFadden Heirs obligation to continue to pay R2M Music the Songwriter Share or its
equivalent amount is irrevocably binding on the McFadden Heirs, and their heirs, executors,
administrators, legal representatives, successors and assigns.

e.       In full consideration of the sale of the Songwriter Share, R2M Music shall pay the
Estate the sum of One Million Six Hundred Fifty Thousand Dollars ($1,650,000) payable as
follows:

(i)       the sum of Nine Hundred Fifty Thousand Dollars ($ 950,000) payable at
the closing of this transaction.

(ii)      the sum of One Hundred Sixty-two Thousand  Five Hundred Dollars
($162,500) (the "General Holdback") deposited to an interest-bearing  account for a period of twelve
(12) months from the closing date.  Assuming no indemnifiable claims arise during the twelve month
period (excluding any indemnifiable claim with respect to the payment of TV Synch Monies) following
the closing  R2M Music shall pay the Estate such amount plus accrued interest promptly after the
expiration of such twelve (12) month period without offset or deduction of any kind or for any reason.  If
any one TV Synch Monies related indemnifiable claims arise, the deposited monies shall be subject to
the indemnity terms of the formal purchase/sale agreement between Seller and R2M Music.

(iii)     (A) For the purpose of this subparagraph 1(e)(iii) the following
definitions shall apply:

1. "TV Synch Uses" means any audiovisual synchronization use
of a Composition including the Composition "Ain't No Stoppin' Us Now", other than "theatrical
motion picture" (as such term is generally known and understood) synchronization uses.

2. "TV Synch Monies" means synchronization fees derived
from  TV Synch Uses.

3. "Special Holdback" means  the sum of Five Hundred Thirty-
seven Thousand Five Hundred Dollars ($537,500) deposited to an interest-bearing account for a

• Page 7                                                            August 17, 2007

the McFadden compositions published currently by WfC, with the exception of "Ain't No Stoppin' Us Now."

> The "publisher share" (as such term is known and understood in the custom and practice of the music publishing industry) of monies earned in the United States corresponding to McFadden's interest has averaged not less than $60,000 over the four years 2003 to 2006.

b. If the average annual amounts set forth in paragraph 7.A. above shall have been overstated, then R2M Music's sole remedy shall be the right to reduce the purchase price by the amount of any such overstatement multiplied by the multiple used by R2M Music to calculate the Purchase Price for the applicable income stream, provided that, notwithstanding the foregoing, R2M Music may not reduce the Purchase Price unless such amounts shall have been overstated by an amount greater than five percent (5%)

C. There are no unrecouped writer advances, nor are there any future contractual writer advances due Seller which will recoupable from the Songwriter Share or the Collateral.

D. Any press release related to the contemplated purchase of these rights must be mutually approved by the parties, provided that neither party shall unreasonably withhold their approval.

E. The sale of the Songwriter Share and McFadden's interest if at all represents an "asset only" sale – no corporate entity will be acquired.

 
No third party has a "matching right" related to sale of the Songwriter Share, use of the Collateral, Sellers conveyance of the United State Copyright ownership in McFadden's interest prior or subsequent to termination and recapture by the Estate and McFadden's Heirs, as applicable.

G. The formal purchase/sale agreement will be subject to the laws of the state of New York.

H. R2M understands that during the years 2003 and 2004, Warner Chappell collected the gross amount of $900,000 related to synchronization licenses for the Composition "Ain't No Stoppin' Us Now" and that during the period 2003 through 2006, no other individual synchronization uses for any one of the compositions exceeded $135,000 in gross synchronization license fees.

I. R2M agrees that if due diligence confirms the accuracy of the statement in 7.H, above, the purchase price will not be adjusted downward due to the exclusion of potentially non-recurring synchronization fees.

J. Seller will make warranties and representations customary for this type transaction including without limitation its exclusive ownership of the assets and rights to entire loan and grant R2M Music all the rights granted in the formal purchase/ loan agreements. Seller will indemnify R2M Music and its financial partner for any breach or claim of breach of Seller's warranties, representations and agreements. The parties agree to negotiate in good faith in the formal purchase/loan agreement the indemnity provisions and the period of survival after the closing of Seller's warranties and representations.

K. The Estate shall use reasonable efforts to provide R2M with copies of certain "missing" royalty statements from WfC and BMI. But Seller's failure to provide any such statements shall not affect the Purchase Price or constitute a condition precedent to any of Seller's obligations hereunder.      [Deleted]

8.     Exclusivity

Upon Seller's acceptance of this offer, neither the Estate, the McFadden Heirs nor their representatives will engage in discussions or negotiations with any person or entity other than R2M Music, or solicit interest directly or indirectly from any person or entity, in connection with a sale or similar disposition of the rights outlined herein unless R2M Music and the Seller fail to complete the

R00708

• Page 6                                                               August 17, 2007

purchase/loan agreement not later than three (3) weeks after R2M Music receives the certificates of
recordation of the Termination Notices. The timing anticipated herein is dependent upon Seller
providing requested information in a timely manner and in the event of delay not within the control of
R2M Music (excepting from material acquired during due diligence and/or delays in commenting on or
otherwise negotiating the purchase/ loan agreement), Seller agrees to extend this exclusively period to
enable the parties to complete the transaction. At any time beginning two weeks after R2M Music       in writing
submits the Termination Notices to the Copyright Office for recordation, either Jeffrey Sacharow, Esq
or Michael Dunster, Esq, may inquire of the Copyright Office the estimated date of issuance of the
certificates of recordation. If the Copyright Office notifies Seller or R2M Music in writing that it finally
refuses to accept the Termination Notice for recordation, then unless the parties otherwise agree, the
exclusivity period set forth in this paragraph 8 shall terminate upon receipt of such written notice from
the Copyright Office.

If the terms here are acceptable, please sign below and return to me. This offer will remain open to
Seller until 5.00pm CST August ____ 2007

Please confirm your agreement to the foregoing by signing below

AGREED AND ACCEPTED                               Sincerely,
                                                   R2M Music

                                                   By:_____
                                                       Phil May – Founding partner and CFO
_____

Barbara McFadden – Executrix of the
Estate of Gene McFadden


Barbara McFadden – widow of Gene McFadden


Dominic McFadden – child of Gene McFadden


Gene McFadden, Jr. – child of Gene McFadden


Sandra McFadden – child of Gene McFadden
                           Gina    McFadden  –  child  of  Gene     Deleted: 1
McFadden Schedule A annexed in and made part of the August 18, 2007 offer letter between   Deleted: ······ Your break······
Barbara McFadden , Dominic McFadden, Gene McFadden, Jr., Sandra McFadden and Gina     · ¶
McFadden on one hand and R2M Music, on the other hand

1       Are You Sorry
2       Asking For Trouble
3       Back Stabbers
4       Backlight
5       Back Up Off Me
6       Bad Luck
7       Be Truthful To Me
8       Blank Woman's Of The World
9       Bug A Boo
10      Cold Cold World
11      Concentrate On Me
12      Dance Your Troubles Away
13      Don't Call Me Baby
14      Don't Find Out

R00709

## Jay Berger

From:    Jeff Sacharow [jsacharow@jsacharow.com]
Sent:    Thursday, August 02, 2007 11:32 PM
To:      crubin@artists-rights.com; jberger@artists-rights.com
Subject: FW: MW

Chuck/Jay – fyi.

From: Jeff Sacharow [mailto:jsacharow@jsacharow.com]
Sent: Thursday, August 02, 2007 8:31 PM
To: 'Steve McMellon'
Cc: 'steve_d_mac@mac.com'; 'Drake, James (UK)'
Subject: MW

Steve, further to our discussion today....

The Whitehead sellers are prepared to accept a purchase price of $3.2M – structured $1,650,000 paid as purchase price, and $1,500,000 paid as a loan to secure the transfer of the extended term rights. This is essentially calculated by applying a blended multiple of about of 11.5 times on the average annual NWS during the measuring period and a discounted NPV multiple of 8.93 on the average annual NPS attributable to the ANSUN extended term rights.

As discussed, we are close to closing the McFadden transaction (although it's not done yet). The Whitehead transaction is still available for the reasons we discussed today. The ability to sell the Whitehead extended term rights is predicated on the first wife joining the transaction. We are in discussions with the first wife and her representatives and we are cautiously optimistic that we will be able to join the first wife in the transaction.

BTW, we have been in contact with the third writer for ANSUN, and he has also expressed an interest in selling the writer share and extended term rights for his share as well.

Best,

Jeff

Statement of Confidentiality

The contents of this e-mail message and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.

11/14/2008

R00725

From: Michael Perlstein [mailto:MPerlstein@fplaw.com]
Sent: Tuesday, June 26, 2007 5:31 PM
To: jsacharow@jsacharow.com
Cc: Phil May
Subject: McFadden Whitehead offer letter

Jeff: I attach for your review a clean and redlined copy of the 6/26/07 drafts of the proposed offer letter between R2M Music and Barbara McFadden. This letter contains revisions of the prior draft noted in the attachment to your June 25, 2007 email to me plus others we discussed.

We now have a very, very interesting question. Who is the widow of John C. Whitehead? Not the administratrix of his estate mind you, but his widow. Note his "all purpose will" dated 8/26/98 expressly states his "common law marriage to Elinor Medley-Whitehead for 9 years". The will further states that he is legally separated from Anita Whitehead for 18 years, but apparently never legally divorced. If he never divorced Anita, then either Anita alone is his widow or if common law marriage is lawful in the Commonwealth of Pennsylvania, John was a bigamist and left two widows. Note the will expressly provides that under no circumstances will Anita Whitehead have any rights to claim. She is not to receive any monies or property left in John's name. But the will cannot trump her termination right if indeed she is the widow. Since John Whitehead lived and probably died in Philadelphia, I cannot resist saying that neither you nor I are "Philadelphia lawyers", so I suggest you seek counsel on the subject from one who is. If Anita, as the widow, owns 50% of the termination rights to "Ain't No Stoppin' Us Now" and she is totally estranged from the family (her kids, too?), who knows how that will affect the transaction. We need a widow because the widow owns 50% of the termination rights. Perhaps there are other documents that clarify this situation.

Concurrently I transmitted copies to Phil May for initial review. Therefore the rights of R2M Music are reserved, subject to review and approval. I too need to further review and proof.

Please let me have your comments.

Regards,

Michael Perlstein
Fischbach, Perlstein, Lieberman & Almond LLP
1875 Century Park East, Suite 1450
Los Angeles, California 90067
Phone: 310-556-1956
Fax: 310-556-4617
E-mail: mperlstein@fplaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please permanently delete it immediately and email us to confirm the deletion. Thank you.

11/14/2008

R00787

**Jay Berger**

From:     Chuck Rubin [crubin@artists-rights.com]
Sent:     Thursday, June 28, 2007 4:53 PM
To:       jberger@artists-rights.com
Subject:  FW: Whitehead

From: Michael Specht [mailto:MSpecht@metisgroupllc.com]
Sent: Tuesday, June 26, 2007 4:41 PM
To: crubin@artists-rights.com
Subject: Whitehead

Chuck -

Attached are 2 pages that need to be signed by Elnor regarding the offer in compromise. Return the signed pages to me with 2 checks payable to "United States Treasury" ($150 and $43,421) so I can submit the offer to the IRS.

Michael

Michael Specht, CPA
Metis Group LLC
14 Penn Plaza  Suite 1800
New York, NY  10122
v: 212-643-0099 ext 146
f: 212-947-3878
mspecht@metisgroupllc.com
www.metisgroupllc.com

Confidentiality Note: This e-mail is intended for the use of addressee(s) named herin and may contain privelaged information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please call Metis Group LLC at 212-643-0099 and destroy the original message and all copies.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

11/14/2008

R00788

# Exhibit Q

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "THE PULLMAN GROUP, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF MARCH, A.D. 2009.

2923693   8300

090238304

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION:   7202849

DATE:   03-23-09

Exhibit  J

```
 1
 2   -----------------------------------------X
 3   IN THE MATTER OF THE ARBITRATION BETWEEN
 4   THE PULLMAN GROUP, LLC,
 5              Claimant and Counterclaim Respondent,
 6              v.           Case No. 13 20 0800 1087
 7   THE ESTATES OF GENE MCFADDEN AND JOHN C.
     WHITEHEAD,
 8
                Respondent and Counterclaimant.
 9   -----------------------------------------X
10
11
                    Hughes Hubbard & Reed LLP
12                  One Battery Park Plaza
                    New York, New York
13
                    July 29, 2014
14                  9:11 a.m.
15
16
17
18    BEFORE:
19           GEORGE C. PRATT, CHAIRMAN
20           JAMES B. KOBAK, JR., PANEL MEMBER
21           RICHARD D. ROSENBLOOM, PANEL MEMBER
22
23
24   Reported By:
25   Nicole Cannistraci, Court Reporter
```

2

1

2      A P P E A R A N C E S:

3           LAW OFFICE OF ANTHONY KORNARENS, ESQ.
            Attorney for Claimant and Counterclaim
4           Respondent
                 2907 Stanford Ave
5                Marina Del Rey, California 90292
            BY:  ANTHONY KORNARENS, ESQ.
6
            THE PULLMAN GROUP, LLC
7           Attorney for Claimant and Counterclaim
            Respondent
8                3121 Chadney Drive
                 Glendale, California 91206
9           BY:  ARMEN MANASSERIAN, ESQ. (Not present)

10
            DOLCHIN, SLOTKIN & TODD, P.C.
11          Attorneys for Respondent and
            Counterclaimant
12               Two Liberty Place
                 50 South 16th Street
13               35th Floor
                 Philadelphia, Pennsylvania 19102
14          BY:  SAYDE J. LADOV, ESQ.

15
            JAMES JACKSON, ESQ.
16          Attorney for Respondent and
            Counterclaimant
17               29 Harrison Avenue
                 Montclair, New Jersey 07042
18

19

20

21

22

23          ALSO PRESENT:

24          STEVE KUSH

25


            Elisa Dreier Reporting Corp.  (212) 557-5558
              950 Third Avenue, New York, NY 10022

```
1                    Pullman - Direct
2           We'll listen to anything.
3                 MR. KORNARENS:  Okay, I got it
4        now.  Thank you.
5                 THE CHAIRMAN:  And you can explore
6        what he means by "all" on
7        cross-examination.
8                 MS. LADOV:  Thank you, sir.
9    BY MR. KORNARENS:
10          Q.   Then I'll ask the question more
11   directly and it will be filtered in accordance
12   with what Chairman Pratt has just said.
13               Did you ask for information from
14   McFadden and Whitehead post-contract, which you
15   did not receive?
16          A.   Yes.
17          Q.   Did you go ahead and analyze the
18   material that you had in your files prior to
19   signing the contract?
20          A.   Yes.
21          Q.   And based on your analysis, did
22   you determine that The Pullman Group, LLC would
23   wish to proceed with the contract?
24          A.   Yes.
25          Q.   Did you communicate that fact to
```

1                    Pullman - Direct

2   McFadden and to Whitehead?

3        A.    Yes.

4        Q.    In what fashion did you

5   communicate it, verbally or in writing or both?

6        A.    Telephone.  I spoke with both of

7   them separately.

8        Q.    Okay.  Did you notify them or

9   either of them that you discovered the tax lien

10  that we've seen as Exhibit 11?

11       A.    Yes.

12       Q.    What did Mr. McFadden say, if you

13  can recall, in response to you notifying him

14  that you discovered a tax lien?

15            MS. LADOV:  Please note my

16            objection.  I know that you've made a

17            ruling.

18            THE CHAIRMAN:  You have a

19            continuing objection.

20            MS. LADOV:  Thank you, sir.

21       A.    They would work on it, they would

22  deal with it, but I requested more information

23  in terms of getting a release or -- and they

24  were supposed to get back to me on that.

25       Q.    And did they get back to you on

```
 1                    Pullman - Direct
 2    that?
 3            A.    No.
 4            Q.    Okay.  Did you tell Mr. McFadden
 5    that notwithstanding the tax lien, that you were
 6    willing to go ahead and start the deal; in other
 7    words, start making payments under the
 8    agreement?
 9            A.    Yes.
10            Q.    And why were you willing to do
11    that, given the fact that there was a tax lien
12    of $158,000 and change that you discovered?
13            A.    It was less than our purchase
14    price and I felt comfortable with it, but I
15    liked the catalog and we wanted to go ahead with
16    the transaction.
17            Q.    Okay.  And under Exhibit 4, the
18    contract, were the payments for the royalty
19    rights to be made over time?
20            A.    Yes.
21            Q.    What time frame?
22            A.    There would be immediate -- there
23    would be a first payment and then there would be
24    each payments annually.  So the issues regarding
25    tax -- so certainly within that first year to
```

```
1                    Pullman - Direct
2           A.    It had been completed in the first
3    couple of months of -- after the execution of
4    the agreement, in May and June of 2002.  Well,
5    within the first couple of months of after the
6    contract was signed.
7           Q.    Okay, very good.
8                 When you spoke to Mr. McFadden and
9    Mr. Whitehead separately by phone in 2002, did
10   you tell them what purchase price you had
11   calculated for the writer's royalties using the
12   formula set forth in the agreement?
13          A.    Yes.
14          Q.    Did either of them articulate any
15   objection -- well, strike that.
16                Did you tell them also what figure
17   you had determined was the price for the
18   publisher's share of the royalties, if and when
19   those royalties came back, using the formula set
20   forth in the contract?
21          A.    Yes, as -- yes.
22          Q.    Okay.  Did either Mr. McFadden or
23   Mr. Whitehead articulate any objection to those
24   figures?  In other words, did they share with
25   you any objections or concerns about the
```

1                    Pullman - Direct

2    amounts?

3         A.    No.

4         Q.    Now, you've testified in your

5    declaration that McFadden and Whitehead, after

6    you communicated with them about wanting to

7    proceed, stopped being responsive to you.  Do

8    you remember that testimony?

9         A.    Yes.

10        Q.    Can you describe what you

11   attempted to do in order to get them to respond

12   to you in terms of communicating with them

13   directly?  What did you try to do or what did

14   you do?

15        A.    I tried to get more information

16   from them and get something definitive relating

17   to what was happening with the tax lien.

18        Q.    Now, please turn to arbitration

19   Exhibit 27.

20              I'm sorry.  Can you please turn to

21   arbitration Exhibit 29.

22              No, no.  One second.  Can you

23   please turn to arbitration Exhibit Number 30.

24   This is the answer and counterclaim filed by the

25   estates against you in the American -- AAA

1                    Pullman - Direct

2    proceeding that we're here for today.

3         A.    Yes.

4         Q.    Okay.  And there is an allegation

5    found at paragraph 27, which is Claimant's

6    Exhibit 30, page 8 -- I'm sorry, page 9, C30,

7    page 9 -- that "Pullman irrevocably waived

8    whatever rights he may have had to enforce the

9    2002 Pullman memorandum in 2002 and 2003 after

10   McFadden and Whitehead notified Pullman that

11   they did not desire to consummate the proposed

12   transaction."

13             Do you have that in front of you?

14        A.    Yes.

15        Q.    Did McFadden and Whitehead notify

16   you in 2002 that they did not desire to

17   consummate the proposed transaction?

18        A.    Yes.

19        Q.    Okay.  And to the best of your

20   recollection, what did they say to you or how

21   did they notify you of that?

22        A.    Telephone, the last conversation I

23   had with them on that topic in -- would have

24   been in the summer 2002, spring-summer.  They

25   were not going to go forward with the

```
 1                     Pullman - Direct

 2    transaction, they were going to breach the

 3    agreement.  And I said I can enforce it, and

 4    they said, "We know that."

 5             Q.    Now, as of that time had you told

 6    each of them verbally that Pullman wanted to

 7    proceed with the transaction and to acquire the

 8    rights that were the subject of Exhibit 4?

 9             A.    Yes, they knew that.

10             Q.    Well, had you said that to them?

11    I don't want you to speculate as to --

12             A.    I said that to them and I made it

13    very clear.

14             Q.    Okay.  And had you also mentioned

15    the tax lien that you found as against McFadden?

16             A.    Yes.

17             Q.    And did you also tell them that

18    you wanted that dealt with at some point during

19    the payout period?

20             A.    Yes.

21             Q.    Okay.  Please turn back to Exhibit

22    4.  This is the actual contract that we now have

23    a stipulation that was signed.

24                   At paragraph nine -- this is

25    Claimant's Exhibit 4, page 5 -- it says, "If as
```

```
 1                    Pullman - Direct
 2   a result of its due diligence, Pullman elects
 3   not to proceed with the purchase of the works,
 4   Pullman shall give written notice of its
 5   election and upon the giving of such notice
 6   Pullman shall have no further obligations
 7   hereunder."
 8             Did you ever give written notice
 9   of The Pullman Group, LLC's notice of its
10   election not to proceed with the purchase of the
11   works?
12        A.    No.
13        Q.    And in fact, you verbally told
14   them that you wanted to proceed with the
15   purchase, correct.
16        A.    Yes.
17        Q.    Was it your preference to avoid
18   litigation and reach an amicable resolution with
19   Mr. McFadden and Mr. Whitehead?
20        A.    Yes, always.
21        Q.    So after they told you they didn't
22   want to perform, did you try to make efforts to
23   follow up with them to get them to perform?
24        A.    I did on a regular basis.
25        Q.    Okay.  Can you just very briefly
```

```
 1                    Pullman - Direct
 2   describe what those efforts were in terms of the
 3   efforts that you personally made on behalf of
 4   The Pullman Group.  You don't need to talk about
 5   counsel right now.
 6          A.    I called them in six-month
 7   intervals to go over it, to see if we could work
 8   it out amicably.  That was -- they did not go
 9   forward in 2002 -- before 2002 ended.  So I
10   would contact them in the increments of
11   six-month intervals in 2000 -- after that, I
12   would -- they would -- (unintelligible) -- I
13   would reach them, they wouldn't return calls.
14   If I ever reached them in six-month intervals --
15   as time went on, we were trying to work it out
16   amicably.  In sequence one died and then the
17   other died, and now we had the estates and we
18   wanted to see what was happening there.
19                    That was basically the sequence of
20   events.  And then as time was going on and we
21   were not being able to solve it amicably, the
22   issue came up when we are -- are -- at the time
23   we had our attorney put notice to BMI any -- and
24   Warner/Chappell of our rights, to make everyone
25   aware of them, that we were -- still had the
```

1                      Pullman - Cross

2     the writers.

3           Q.    You would agree that the due

4     diligence that you claim that you prepared was

5     never furnished to either McFadden or Whitehead

6     or their executrixes after their death?

7           A.    We never provide due diligence

8     that we do to any seller in any transaction.  It

9     would make absolutely no sense for us to do

10    that.

11          Q.    Yet, you agree that you brought

12    the tax liens to the attention of McFadden and

13    Whitehead?

14          A.    Of course, because they had to be

15    dealt with, as opposed to the -- our

16    calculations and our due diligence of going

17    through the statements.  That's all our work

18    product.  But as far as the IRS, that's

19    something in terms of how to be paid.

20          Q.    Mr. Pullman, is it your contention

21    that McFadden and Whitehead were not aware of

22    their own tax issues?

23          A.    What they knew or didn't know, I

24    can't say to what their state of mind was, but I

25    do know that we brought it up and we were

1                    Pullman - Cross

2    waiting to get information from them in terms of

3    what they were doing in terms of dealing with

4    it, and they never came back to us with that.

5          Q.    Mr. Pullman, you would agree with

6    me that a reasonable inference from the 2002

7    agreement -- and I'm only speaking now about the

8    2002 agreement, okay?  Are we on the same page?

9          A.    Yes.

10         Q.    You would agree with me that a

11   reasonable inference would be that if due

12   diligence was not completed within 180 days of

13   the execution of the agreement, that the

14   contract was considered abandoned?

15               MR. KORNARENS:  That calls for

16               legal conclusion.  It's also

17               contradicted by the agreement.  It's

18               also argumentative.

19               THE CHAIRMAN:  The question is

20               whether he agrees with it.  Do you agree

21               with what she says?

22               THE WITNESS:  I'm trying to

23               understand this, but no.

24         Q.    And you would agree with me that

25   the sale of the catalog itself was subsequent to

```
 1                   Pullman - Cross
 2   the completion of the due diligence and the
 3   accepting of the results of the due diligence?
 4               MR. KORNARENS:  Vague and
 5           ambiguous as to --
 6       A.    No.
 7               MS. LADOV:  He answered it.
 8               MR. KORNARENS:  He answered it.
 9       Q.    Well, I keep coming back to the
10   tax issue, Mr. Pullman, because so much has been
11   made of it.  Were you aware that prior to
12   Mr. Whitehead's untimely death he was a guest of
13   the Metropolitan Correctional Center for tax
14   problems?
15               MR. KORNARENS:  Vague as to time,
16           as to when he might have been aware of
17           that.
18       Q.    The 1980s.
19               MR. KORNARENS:  No, Pullman's
20           awareness.  Vague as to time as to when
21           Pullman was aware of it.
22       Q.    Mr. Pullman, were aware of it then
23   when you -- when the 2002 agreement was
24   executed?
25       A.    He actually told us about it, and
```

1                        Pullman - Cross

2     it came up when we were looking, prior to that,

3     to a securitization and said we could not in the

4     years prior to that because he had a criminal

5     record and we couldn't issue security with

6     someone with that, but it didn't have anything

7     to do with what his current tax situation was.

8             Q.    Now, let's go to the agreement

9     itself.

10                  You would agree with me that the

11    statement stated that the right of first refusal

12    would exist for 180 days from the notice of a

13    third-party offer; is that correct, sir?

14             MR. KORNARENS:   Argumentative,

15             incomplete recitation of that term.

16             THE CHAIRMAN:   Overruled.

17             A.    Referring just to the first part

18    -- (unintelligible) -- whatever it says in the

19    contract it says.  I don't have that memorized.

20    Whatever it says in our contract, that's the

21    language of the first right of refusal only.

22    That has nothing to do with the due diligence

23    period and us completing it and trying to go

24    forward with a transaction is two separate

25    issues.

1                     Pullman - Cross
2    for them at the time, or another attorney as
3    well, regarding that.  So that's why that
4    comment came on our agreement.
5            Q.    Did you ever contact any counsel
6    or any representative on behalf of McFadden and
7    Whitehead as the 2002 document was being
8    prepared?
9            A.    I do not recall doing that.
10                 (An off the record discussion took
11           place.)
12                 (A recess was taken.)
13   BY MS. LADOV:
14           Q.    Mr. Pullman, are you there?
15                 Mr. Pullman, I want to go back to
16   your statement on direct examination that you
17   heard from McFadden and Whitehead sometime in
18   2002 that they did not want to go forward with
19   the deal; is that right?
20           A.    Yes.  In the month right after we
21   executed the transaction in 2002 they told me
22   that.
23           Q.    So would it be a fair statement
24   that it was sometime in June or July of 2002?
25           A.    That's possible.  I don't have the

```
 1                    Pullman - Cross
 2   exact -- (unintelligible).  That was arranged,
 3   yes.
 4           Q.    You're breaking up.
 5                 Mr. Pullman, you then told us that
 6   you would reach out to McFadden and Whitehead on
 7   a periodic basis; is that correct?
 8           A.    Correct.
 9           Q.    How did you reach out to them,
10   sir?
11           A.    Telephone.
12           Q.    Do you have with you or does your
13   counsel have with you records of the phone calls
14   that you made to McFadden and Whitehead?
15           A.    Records, like telephone records
16   from 2003-'4?  Is that what you mean?
17           Q.    That is what I mean, sir.
18           A.    No, I don't know if that's
19   possible.
20           Q.    Did you ever have any written
21   communication with McFadden and Whitehead after
22   they advised you that they did not wish to go
23   forward?
24           A.    Written communications?  I don't
25   know if we had any additional written
```

                    Pullman - Cross
1
2          A.    If that was his address, that was
3    his address.  We sent them to each of them
4    separately, I know that.
5          Q.    And did the mail ever come back
6    "recipient unknown"?
7          A.    Not that I know of.  When we sent
8    the contract back, no.  That was fine at that
9    time, okay, in 2002.
10         Q.    Now, you said that you tried to
11   work things out amicably in 2003, correct?
12         A.    Correct.
13         Q.    How many times did you try to
14   contact McFadden and Whitehead in 2003?
15         A.    Well, there is a difference
16   between us actually speaking to them and trying
17   to work it out, each of them separately, and the
18   amount of phone calls it took to actually get
19   them on the phone.  Those are two different
20   issues.  So probably we got them on the phone,
21   I'd say, one out of six to one out of ten times
22   we'd call them.  It was a six-month interval,
23   but it would take six to ten calls to actually
24   get them on the phone, to pick up.
25         Q.    Did it occur to you, Mr. Pullman,

```
1
2                        CERTIFICATE
3    STATE OF NEW YORK      )
4                          )     Ss.
5    COUNTY OF NASSAU       )
6                I, NICOLE CANNISTRACI, a Shorthand
7    Reporter and Notary Public within and for the
8    State of New York, do hereby certify:
9                That I reported the proceedings in the
10   within entitled matter, and that the within
11   transcript is a true record of such proceedings.
12               I further certify that I am not
13   related to any of the parties to this action by
14   blood or marriage, and that I am in no way
15   interested in the outcome of this matter.
16               IN WITNESS WHEREOF, I have hereunto
17   set my hand this 11th day of August, 2014.
18                        _____
19                        NICOLE CANNISTRACI
20
21
22
23
24
25
```

Exhibit  K

```
 1
 2   -----------------------------------------X
 3   IN THE MATTER OF THE ARBITRATION BETWEEN
 4   THE PULLMAN GROUP, LLC,
 5               Claimant and Counterclaim Respondent,
 6               v.          Case No. 13 20 0800 1087
 7   THE ESTATES OF GENE MCFADDEN AND JOHN C.
     WHITEHEAD,
 8
                 Respondent and Counterclaimant.
 9   -----------------------------------------X
10
11
                     Hughes Hubbard & Reed LLP
12                   One Battery Park Plaza
                     New York, New York
13
                     July 29, 2014
14                   9:11 a.m.
15
16
17
18   BEFORE:
19          GEORGE C. PRATT, CHAIRMAN
20          JAMES B. KOBAK, JR., PANEL MEMBER
21          RICHARD D. ROSENBLOOM, PANEL MEMBER
22
23
24   Reported By:
25   Nicole Cannistraci, Court Reporter
```

1

2       A P P E A R A N C E S:

3           LAW OFFICE OF ANTHONY KORNARENS, ESQ.
            Attorney for Claimant and Counterclaim
4           Respondent
                2907 Stanford Ave
5               Marina Del Rey, California 90292
            BY:  ANTHONY KORNARENS, ESQ.
6
            THE PULLMAN GROUP, LLC
7           Attorney for Claimant and Counterclaim
            Respondent
8               3121 Chadney Drive
                Glendale, California 91206
9           BY:  ARMEN MANASSERIAN, ESQ. (Not present)

10
            DOLCHIN, SLOTKIN & TODD, P.C.
11          Attorneys for Respondent and
            Counterclaimant
12              Two Liberty Place
                50 South 16th Street
13              35th Floor
                Philadelphia, Pennsylvania 19102
14          BY:  SAYDE J. LADOV, ESQ.

15
            JAMES JACKSON, ESQ.
16          Attorney for Respondent and
            Counterclaimant
17              29 Harrison Avenue
                Montclair, New Jersey 07042
18

19

20

21

22

23          ALSO PRESENT:

24          STEVE KUSH

25


                Elisa Dreier Reporting Corp.  (212) 557-5558
                 950 Third Avenue, New York, NY 10022

```
 1                   Selsky - Cross
 2    strictly on Mr. Pullman's representation to you
 3    that he spent $10,000 or more?
 4          A.    That sentence -- yes, the final
 5    sentence is -- where I said it's quite
 6    reasonable stands.
 7          Q.    Thank you.
 8                You would also agree with me that
 9    based on the content of the short form
10    agreement, that due diligence was required to be
11    performed in 180 days from the execution of the
12    agreement, correct?
13          A.    Correct.
14          Q.    Now, in looking at some of the
15    exhibits that were attached to your declaration,
16    I'm looking at Bates stamp number C as in
17    Charles 003817 through C003824.  If you have a
18    moment, could you pull that up, please.
19          A.    3817?
20          Q.    3817 through 3824.
21          A.    All right.
22          Q.    Now, could you look at the bottom,
23    the way bottom of each of those pieces of paper?
24          A.    Okay.
25          Q.    Do you see a date there, sir, for
```

```
 1                    Selsky - Cross

 2              Can you answer the question?

 3        A.    Well, if in fact the notice was

 4   end of October of '07, 180 days would be, I

 5   guess, end of April or early May of 2008.

 6        Q.    Thank you, sir.

 7              And according to the terms of the

 8   short form agreement, would I be correct that

 9   Mr. Pullman or The Pullman Group could purchase

10   the catalog for the same terms and conditions as

11   stated in the third-party offer?

12        A.    I think the problem with that is,

13   I think Pullman expected to be able to complete

14   the deal on the terms he negotiated, forgetting

15   about right of first refusal.  He had a contract

16   for six times the multiple and I think that's

17   what he really wanted to do.  He didn't want to

18   have to go to this first refusal.

19        Q.    You may well be right, Mr. Selsky,

20   but the bottom line is these are the terms of

21   the agreement that in essence we have to deal

22   with, and if the agreement was not consummated

23   by way of a long form agreement with all the

24   bells and whistles that you have articulated has

25   to be part of a full-blown contract, and we go
```

1                    Selsky - Cross

2          yes or no.

3          A.    The trouble with your testimony

4     and your question is that it presumes Pullman

5     has elected not to purchase, which only then

6     does this whole right of first refusal come into

7     being.  I'm saying it doesn't come into being.

8          Q.    Mr. Selsky, I think we can agree

9     that the short form was executed in 2002,

10    correct?

11         A.    Correct.

12         Q.    Between 2002 and October of 2007,

13    do you know what efforts, if any -- of your own

14    knowledge, what efforts, if any, were made by

15    Mr. Pullman to purchase the catalog?

16         A.    I was told by Mr.  -- I don't know

17    anything personally.  I was told by Mr. Pullman

18    that he regularly called McFadden and Whitehead

19    and told them, "I understand you guys are maybe

20    not so sure about going through the deal, I

21    really want to make this deal with you," and

22    then I -- so he did, according to him, ask to

23    have the deal go forward.  Then I believe I saw

24    a -- something from Besser in 2004 or 2005 in

25    which he put some people on notice, I guess the

1                        Selsky - Cross

2   estate on notice.

3          Q.    Actually, Mr. Selsky, in 2004 we

4   have testimony that Mr. Besser wrote letters,

5   we've seen the letter that he wrote to

6   Warner/Chappell putting them on notice.

7          A.    Right, that's the one.

8          Q.    And we understand that there was a

9   similar letter addressed to a representative of

10  BMI.

11               What I am asking -- so you're

12  basing what you're saying on what Mr. Pullman

13  says that he did.

14         A.    And Besser's letter.

15         Q.    Did you ever see a letter from

16  Mr. Besser to either McFadden and Whitehead

17  prior to their death or to the executors or

18  executrixes of their estates?

19         A.    No.

20         Q.    Did you ever see any proof from

21  Mr. Pullman, any letters that he may have

22  crafted, faxes he may have sent, phone bills

23  indicating long distance phone calls to

24  Philadelphia from California, backing up his

25  statements that he reached out to McFadden and

```
 1
 2                        CERTIFICATE
 3   STATE OF NEW YORK     )
 4                         )    Ss.
 5   COUNTY OF NASSAU      )
 6              I, NICOLE CANNISTRACI, a Shorthand
 7   Reporter and Notary Public within and for the
 8   State of New York, do hereby certify:
 9              That I reported the proceedings in the
10   within entitled matter, and that the within
11   transcript is a true record of such proceedings.
12              I further certify that I am not
13   related to any of the parties to this action by
14   blood or marriage, and that I am in no way
15   interested in the outcome of this matter.
16              IN WITNESS WHEREOF, I have hereunto
17   set my hand this 11th day of August, 2014.
18                     _____
19                         NICOLE CANNISTRACI
20
21
22
23
24
25
```

**CERTIFICATE OF SERVICE**
**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

I am over the age of eighteen (18) and not a party to the within action.

On December 12, 2014 I served the foregoing document described as: **DECLARATION OF ANTHONY KORNARENS** on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[XX]   VIA EMAIL:  I caused the above described document to be electronically transferred in "pdf" format to the email addressee(s) listed and no errors were reported.

Executed on December 12, 2014 at Los Angeles, California

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

| Armen Manasserian | /s/ Armen Manasserian |
|---|---|
| TYPE OR PRINT NAME | SIGNATURE |

## Service List

**TIMOTHY J. HOLMAN**
SMITH KANE LLC
112 MOORES RD STE 300
MALVERN, PA 19355
Tel: 610-518-4909
Email: tholman@smithkanelaw.com
*Attorney for the Estate of John C. Whitehead*

**OREN J. WARSHAVSKY**
GIBBONS DEL DEO DOLAN GRIFFINGER & VECCHIONE P.C.
ONE PENNSYLVANIA PLAZA - 37TH FL
NEW YORK, NY 10119
212-649-4700
owarshavsky@gibbonslaw.com
*Attorney for the Estate of John C. Whitehead*

**James L. Jackson**
**JAMES L. JACKSON**
170 JOHN STREET, APT 3E
NEW YORK, NY 10038
973-652-7261
mrmusicpublisher@gmail.com
*Representing the Estate of John C. Whitehead*