IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELNOR WHITEHEAD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:08-cv-00192 ) |
| THE PULLMAN GROUP, LLC, | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** of the appearance of Douglas L. Dolfman of The Law Offices of Douglas Dolfman as associate counsel of record for and on behalf of Defendant The Pullman Group, LLC in the above-captioned matter. Mr. Dolfman is a member of the bar of this court. Pursuant to Local Civil Rule 83.5.2 and the Pro Hac Vice Application of Armen Manasserian, Mr. Dolfman hereby appears as (1) sponsoring attorney for Mr. Manasserian, who is licensed in California, and (2) associated co-counsel of record for Defendant The Pullman Group, LLC.

It is respectfully requested that Mr. Dolfman and Mr. Manasserian be added to the service list of this action and that copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the following addresses:

- Armen Manasserian

    Law Offices of Armen Manasserian

    3121 Chadney Drive

    Glendale, CA 91206

    Counsel of Record for The Pullman Group, LLC

1

- Douglas L. Dolfman

    Law Offices of Douglas L. Dolfman

    1617 John F. Kennedy Blvd., Suite 1660

    Philadelphia, PA 19103

    Associate Co-Counsel of Record for The Pullman Group, LLC

Dated: December 10, 2014

Respectfully submitted,

_____

Armen Manasserian

Counsel for Defendant,

The Pullman Group, LLC

Dated: November 34 2014

_____

Douglas L. Dolfman

Associate Co-Counsel for Defendant,

The Pullman Group, LLC

2

CERTIFICATE OF SERVICE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I am over the age of eighteen (18) and not a party to the within action.

On December 12, 2014 I served the foregoing document described as: **NOTICE OF APPEARANCE OF COUNSEL** on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

SEE ATTACHED SERVICE LIST

[XX]   VIA EMAIL:  I caused the above described document to be electronically transferred in "pdf" format to the email addressee(s) listed and no errors were reported.

Executed on December 12, 2014 at Los Angeles, California

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

| Armen Manasserian | | /s/ Armen Manasserian |
| TYPE OR PRINT NAME | | SIGNATURE |

**Service List**

**TIMOTHY J. HOLMAN**
SMITH KANE LLC
112 MOORES RD STE 300
MALVERN, PA 19355
Tel: 610-518-4909
Email: tholman@smithkanelaw.com
*Attorney for the Estate of John C. Whitehead*

**OREN J. WARSHAVSKY**
GIBBONS DEL DEO DOLAN GRIFFINGER & VECCHIONE P.C.
ONE PENNSYLVANIA PLAZA - 37TH FL
NEW YORK, NY 10119
212-649-4700
owarshavsky@gibbonslaw.com
*Attorney for the Estate of John C. Whitehead*

**James L. Jackson**
**JAMES L. JACKSON**
170 JOHN STREET, APT 3E
NEW YORK, NY 10038
973-652-7261
mrmusicpublisher@gmail.com
*Representing the Estate of John C. Whitehead*

Case 2:08-cv-00192-LDD   Document 21-3   Filed 12/12/14   Page 5 of 5